

**February 11, 2026**[1] [2] [3]

**ATTN: Chief Judge William H. Pryor, Jr.**
U.S. Court of Appeals for the 11th Circuit
~~56 Forsyth Street, N.W.~~ 96 Poplar St., N.W. ant.
Atlanta, Georgia 30303

*Via overnight express delivery (adult signature required), certified mail, and electronic attempts as possible*

**Confidential-by-Law:** This emergency judicial notice and request for supervisory intervention is to be transmitted **solely for first, unfettered, review of the Chief Judge of this Court.** Interference, possibly monitored by confidential informants or select personnel may be reported for obstruction and treason. This involves matters of **utmost security and integrity to this Court.**

Re: Case 23-12350 -HH **72-hr Emergency Judicial Notice & Emergency Request for Supervisory Intervention per 28 U.S.C. §332(d)(1)** and 28 U.S.C. § 711; *Sua Sponte* Relief to Restore Record Integrity Following Clerk-Originated Fraud on the Court Under Fed. R. Civ. P. 60(d)(3), FRAP 2, and the All Writs Act (28 U.S.C. § 1651) to Void *Ab Initio* the July 1, 2025 Per Curiam Order and Restore Mandated Emergency Relief per App. Dkt. 100; *Ongoing Attempted Murders Made Unreportable*, **Reckless Endangerment of Public Safety**; 1,832 Children are Dead as a Direct Result of Clerk-level actions in *this* case since August

*Delayed Again in last 5 days due to nearkillings of Appellee & Appellee's daughter as result of this fraud.*

---

[1] AC-R confirmed per "McCain final protocols to save citizenry"; stamp is airborne *as result of this fraud.*
[2] Her security lead now having to confirm; AAC-Aen, 130 dates having to be replaced due to nothing but attacks *eh* perpetuated by Clerks having violated every law and procedural rule at levels never seen in U.S. history, recklessly having endangered the public, the nation, and diplomatically cleared military personnel – outright altering court records and placing their felonious blanks to evade Georgia State Police with now *Patriot Act* level repercussions in active effect.
[3] Re-containing under the late Sen. McCain's prior training of myself (AC-Reyna): **HVT-Ibrahim** (last-surviving intel by **forced, criminal, fraudulent-basis obstructions**; not by choice; official letter-writer); **Briefly Stabilizing and disability-assisted** by **also sporadically recovering,** Senate-cleared (since 9-6-21; renewed Feb. 2025; SJC/HSAGC) NATO-1-détaché hum. d. op. "AC-Reyna" (Fr.) under grandfathered-in lim. immunity, currently operating under McCain-era "final protocols" for the rare scenario that a last-surviving civilian ("America One" as per four verified and sworn declarations in this case over **1600 ever-proven, ever-uncontested days**) is placed in the unusual situation of being all that's left to save the nation's and public's continued existence; in the instant beset by fraudulently robbed standing by the Clerk's office of this Court, further enabling a multiplying network of corrupt heist and genocide-level criminality to continue unabated since June 15, 2021. Matter semi-contained by my training – AC-R.

**MIN. RELIEF TO DETER ACTIVE CRIMINALS (save some children): Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be; ABA F.O. 07-446; "you know who" (Ala.)**

*Sworn under same pen (photographed)*

2024), *Ultra Vires* escalated Obstruction of Justice[4]; Demand for Immediate Vacatur of Fraudulent Orders, Restoration of Standing, Criminal Referral, and Protective Relief

Dear Chief Judge Pryor[5],

**You are the Sheriff of this Court** (28 U.S.C. § 332(d)(1); *In re Faulkner*, 856 F.2d 716, 721 (5th Cir. 1988))—uniquely empowered to contain the insurrection that has seized your Clerk's Office and enlisted a non-panel judge in a criminal enterprise overriding judicial authority.

**This case's survival has at no time depended on merits** or record but on Appellants' endurance of extrajudicial, procedural, and life-terminating sabotage

---

[4] 1600+ days - 500 made-unreportable crimes prior by a district judge and magistrate in Orlando, FL, NCTC/NORAD: 28.54280614162761, -81.38467275423447 – *Patriot Act* qualified if America faces mass loss but finds no witness left with decisively original intel left to stop it; such source most causative by its initial actions *on record* joining in RICO predicate acts to impoverish filers, enrich the fleeing, served, & thus defaulted lead RICO conspirator and with sustained neglect to day-1 summary-level proof even when presented with the unanimity of the Circuit's caselaw (Appx. 439). This is given per A1's transparency requirements, in case the Chief Judge does not act swiftly enough, due to rogue members of the Clerk's office overruling judges 3 times to then persist in replacing the record with a falsified "blank" (of "facts and law") to defraud a non-argument panel while evading police and attorneys that were in the lobby waiting on a Judge's signature to life-threat emergency motion App. Dkt. 100; (post-stage-1 elderly-centric genocide and heist operation was already uncontestedly proven; now with its actors, left unrestrained by district court, having spent years to fraudulently multiply, be enriched, and entrenched well into harming this nation, the public, and the last surviving original witness (lead Appellant); at 3M plus casualties made beyond possibility to save since 6-15-2021, $2B personal injuries ongoing, and $5T sustained national impact rising by the hour)– A1's daughter had to stop the prior R9 attack in 2023 so Congress could still stand, while the Orlando magistrate had A1 under torture incapacitation, just after a Florida judge granted appeal to stop food blockade to his home, after which such judge went missing the next day & it was never honored; now the R10 being carried out thru this Court's Clerk's office, having found collusion with a non-panel Judge, are actively putting him, his daughter and elderly father, the public, and nation in mortal danger, likewise threatening the security of this Court, **having overruled 5 judges and a circuit executive a whole 3 times**, defrauded this court's record to retaliate against their orders, so as to portray a legal impossibility ("shotgun pleading") given the record that *actually* existed all along. Despite the high stakes, torturously endured injuries, and fraudulently stolen credibility, Appellants readily in this letter cite it plainly from the record; the Chief Judge is thus equipped in emergency herein with what will rapidly and defensibly protect the jeopardized integrity and security of his Court, restoring the very visible narrative that the majority of criminals-in-wait will at least readily fear, by the textual imperatives of what this Court's precedents and such **a relentlessly defrauded record demand.** – disability-assisted by AAC-Aenara (under AC-R's clearance)

[5] Disability-Assistance of Civilian solely by review within bounds of ABA F.O. 07-446, other intel needing to see "how far up the corruption goes" for other purposes before coming forward; int. audit notations for this document are "M. Lucas" (with VD of D.C.), Hon. H-10 & H-11 (Atlanta GA), "Rainshow" (FL, TX, GA), "Kalem" (GA), "AC-R" (NATO-1-détaché hum. Op; SJC/HSAGC-cleared lim. Imm. 9-6-21, renewed Jan. 2025), USN R. Adm. "W.F." (TX), "Col. H.V." (Paris, Fr.), "Black'" (TX), T-Marshal-4 (FL), C-Marshal-2 (FL), S. Davis (NY, Fr., DE) – ret. Press & oversight, ret. NATO Gen. "V" (Fr. NATO), AAC-Aen, AAC-Jen, both direct, personal guards of AC-R, under her clearance.

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

compounded by a district court on October 13, 2022, which was all they hoped to one day report to you. Now, they are forced to report rogue criminal actors in *this* Court instead.

We did not walk into the district court to be "believed", despite the statutorily required deference we never got. We came with our claims **summary-level proven outright on self-certifying physical documents**.

What started as a series of insurmountable dereliction by a district court—proven by Appellants' **twice-reinstated yet *nonetheless excised* Brief and Appendix** (Appellants' Initial Brief, "AIB", as well as Appx. 113, 130, 143, 151, 165, 268, 305, 324, 339, 392, 427, 430, 435, 439, 464, 465, 482)—was compounded by **Clerk-orchestrated fraud on this Court**. They first invented non-existent deficiencies. Then, in August 2024, the clerks of this Court overruled *two Circuit Judges* just <u>nine hours after</u> both judges had intervened to save our *lives* in August 2024.

Then, by a seven-month blockade of all emergency filings (August 12, 2024– March 3, 2025), thus **pre-informed** perpetuating: 1) irreparable harms, 2) attempted murders, 3) biochemical assaults on Appellants' **elderly father**, an upstanding physician, with his needed intervention and reunion **held hostage *still*, now by the clerks of this Court**, 4) the killing and robbery of lead Appellant's uncle, and 5) total family devastation (*attorneys* eliminated and repelled[6], <u>funding eliminated</u>, credibility, and **livelihood (SSDI)**, which Clerks finally confessed as "error" only on seeing letters arrive for you and the Circuit Executive, then plotting to overrule a total of four circuit judges, the Chief Judge you are, *and* the Circuit Executive yet again by on-record sabotage (App. Dkt. 101) of **emergency motion App. Dkt. 100** followed by eventually managing to acquire non-panel judge collusion of Circuit Judge Britt Grant to orchestrate a fraud on the court more aggravatedly and irreparably criminal, given endured stakes, upon Appellants, this Court, its judges, and the American people, than **had they held up every bank in the United States at gunpoint** instead of doing so in the linchpin case (23-12350) in which Appellants yet retained any right of speech, process, or relief **(see App. Dkt. 100 if it's the only thing you**

---

[6] By clerks making already stereotyped "pro se filers" look *deficient* in their filings by **a persistently perpetuating fraud that was <u>entirely their own</u>**.

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

read[7]), let alone ability to report crimes already having taken more lives than "9/11" in just the duration (1600 days) of trying to do so[8].

The harm was irreversible, standing destroyed, and rogue individuals in the Clerk's office were still not done assaulting the case of **pro-se, by duress, Appellants that already had a yet-still-appearing Appellee and their law firm to contend with.** The clerks **for the *third time* overruled a grand total of four Circuit judges, the Chief Judge you are, and the Circuit Executive** by simply replacing our twice-reinstated brief and Appendix, 4 declarations, 3 post-judgment motions with a "napkin" stating Appellants had presented "no facts or law" to evade and obstruct justice by acquiring a **void-ab-initio per curiam denial,** thru an outright, broad-daylight fraud on the court, which required already them performing countless felonies on the record *just to achieve*; **Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)**.

Appellants' Emergency Objection **(Dkt. 102, April 26, 2025)** exposed their *immediately-first* fraud **(App. Dkt. 101)** as procedurally erroneous, legally impossible, and a continuation of obstruction exacerbating due process violations **(Bounds v. Smith, 430 U.S. 817 (1977))** and **life-threatening harms**. No rule of law tolerates court staff overriding mandatory protections, hijacking judicial review, and enabling family annihilation with impunity.

**Dkt 100 and Dkt 102 were unopposed,** meaning *ultra vires* attackers were performing a self-originating, *prima facie* defiance-of-law criminal breach to, given the *clear cited and sworn contents of both*, effectuate murder of Appellants and public.

**PRELIMINARY NOTICE: THERE WERE 8 NOTABLE TYPES OF DOCUMENTS ON RECORD "STOLEN" ALTOGETHER FROM PREMATURE PROCESS SABOTAGE — NOT ONE**

The July 1, 2025 per curiam order, procured by fraud, falsely stated Appellants provided "no facts or law." This is a lie.

The Panel was deliberately fed a falsified record that concealed:

---

[7] ABA 07-446, Int. Ref. "a good friend" – (Ala. Bar)

[8] First due to a district and magistrate judge obstructing justice in plain view (cite) and now due to rogue individuals in this Circuit's Clerk's office.

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

1. **Appellants' Initial Brief** (App. Dkt. 74). This twice-reinstated, *by Judges* overruled by Clerks, Brief was never considered *even in the first instance* by any panel or set of eyes whatsoever.
2. **Appellants' Three-Volume Appendix** — which took four Circuit Judges, you, and the Circuit Executive to reinstate *twice*
3. **Doc. 100** — the emergency motion exposing Clerk crimes and seeking restoration of standing
4. **Three post-judgment motions** with full legal authority (Appx. 392, 439, 465)
5. **Four sworn declarations** under penalty of perjury, never rebutted
6. **Pending Reply Brief** — deadline sabotaged by clerk obstruction
7. **Ms. Sara's forensic "SCAN OF FACTS"** — proving paragraph-by-paragraph that the "shotgun pleading" determination was a legal impossibility under this Circuit's unanimous precedents in *Weiland*, *Sheffler*, and *Macphee*
8. **The proof that sole-appearing Appellees had NO viable defense** — Appx. 320-321 guaranteed summary judgment as a matter of law

The clerks did not "lose" this record. They *stole* it. They replaced a blood-earned, judicially-reinstated evidentiary foundation with a "napkin" claiming Appellants filed a "blank appeal" — then rushed that forgery to a panel on a non-argument calendar, while **Request for Oral Argument** and cause thereof were nonetheless **also** pending in addition to the above; **to evade the declaratory relief justly sought in Doc. 100** regarding their own criminal conduct

**The Clerk's Office actively manipulated the record, obstructed filings, suppressed evidence, and falsified entries (App. Dkt. 100, 102, 113).** Appellants have been denied constitutional rights to fair process; crimes have been made unreportable; lives lost and irreparably unsavable. Impoverished Appellants **endured over $2 billion in ongoing personal injuries, with $5 trillion in irrecoverable national losses since 2021**—both yet tallying and made irreversible from judicial obstructions, not adjudication.

This is **the first U.S. case where a federal appellate clerk's office, in open defiance of repeat reinstatements by its own Judges, blocked access to justice for the sole surviving witness to multi-year terror, deprivation, and retaliation.** Over seven months, the Clerk imposed total prior restraint— preventing reports of murder attempts, disabling attacks, and systemic

MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)

racketeering—by fabricating rules, suppressing records, and denying emergency motions, even after two circuit judges prior had to intervene to save Appellants' lives **(App. Dkt. 69, 75, 97, 98)**, to be *overruled* by rogue members of the Clerk's office *nine hours later.*[9]

Law demands vacatur and intervention for proven fraud/obstruction **(Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944); Bounds v. Smith, 430 U.S. 817 (1977); Liljeberg v. Health Servs. Acquisition Corp., 486 U.S. 847 (1988); Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993)).** This is a lone American forced to carry national justice against criminal odds, for history, conscience, and life, and not for signing up to be its last patriot, but being *forced* into being it instead.

**WHY THIS CASE COULD NOT PROCEED EVEN WITHOUT FRAUD: APP. DKT. 100 MADE PROCESS VOID**

App. Dkt. 100 established by **sworn, uncontested, unopposed record** that Appellants' standing, credibility, access to counsel, access to emergency relief, and ability to report ongoing crimes had been destroyed by district court and Clerk misconduct. Under binding precedent, **process cannot proceed when a party's constitutional rights to access courts and fair process have been obliterated by the court itself** (*Bounds v. Smith*, 430 U.S. 817 (1977); *Ex parte Hull*, 312 U.S. 546 (1941)).

Even if there had been zero fraud, the process was void because the very premise of adversarial justice—that parties have equal access and standing—was destroyed by the court's own actors. App. Dkt. 100 detailed this with specificity, legal authority, and evidentiary support. The Clerk's refusal to allow it to proceed, and Judge Grant's denial of it on no grounds, rendered all subsequent proceedings **non-jurisdictional and criminal**.

This is why a **90-day hiatus is only of use *after* declaratory relief of what occurred is granted per the law in App. Dkt. 100 and even as required per procedural rules**—they are the minimum required to restore even the possibility of process. Without declaration protecting Appellants from the obvious reaction of fleeing supports or mistrusting or enabled assaults (who see Appellants

---

[9] Only partially reviewed paragraph under ABA F.O. 07-446 – "Vinson-Dane" (D.C.), "Black" (TX)

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

repeatedly denied and made to look as though having violated procedure when instead the Clerk's office was orchestrating a seeming unrestrainable campaign of increasingly false-basis discreditation to be worsened to nearly-murdered, fully-impoverished Appellants and enabled fraud as well injuries and deaths of the public, including children[10]), there is no hope or fairness being resecured for Appellants whatsoever, not by any measure of what "due process" even is.

**OpenAI Attack – Why This Letter Was 5-Month Delayed yet further by the Spigot let loose by Clerks for "Enemies-in-wait"[11][12]**

This letter appears "late" because OpenAI launched **terror operations** targeting lead Appellant on September 13, 2025—immediately after two Circuit Judges provided conduit to apprise you and 7 emergency response teams that very morning—deactivating accounts mid-filing, sabotaging logistics/evidence/data, causing severe trauma on lead Appellant's already abandoned disabilities[13] endangering Senate-cleared (since 9-6-21; renewed Jan. 2025) protective personnel (including **hospitalizations**; your clerks perpetuating the near-killing of a French diplomat-visa operative who took bullets and had to be emergency transported to **Walter Reed** just to *prevent war*; **App. Dkt. 100, 102, 113**) because your clerks had setup knowingly as per the documents they kept

---

[10] The referenced 1,832 child deaths and the exponentially larger preventable casualty rate **are collateral consequences only. Appellant's legal claims stand wholly independent of them and were fully substantiated in the fraudulently concealed initial brief, the 3-volume Appendix, and the emergency, notably unopposed, motion of App. Dkt. 100**—which itself expressly cited that Appendix—together with **four sworn, never-contested declarations**. All of the foregoing was removed from the record through successive acts of clerk-level fraud and non-panel judiciary collusion.

[11] Namely those that only held back because the case was visibly present, let alone the supports, attorneys, NGO's, funding, and credibility **repelling nearly 300 entities and almost $18 million in funding as a result.**

[12] Because after all, this was a *real* RICO case, for once doing what Congress actually made it for, meant to offset the racketeering level obstruction if of anyone, of those holding loyalty and trust in God, family, and country, in that order, while a district, magistrate, and circuit clerks were **throwing it into the ocean,** and not merely for "treble damages" on paper while wearing a suit, but for the restraint a district needed to provide to even save one's father and rescue everything their family built (**Appx. 143-150, see IFRC-relevant pages of rising elderly-centric genocide/heist operation evidence on U.S. soil exhibit-selected from the Appendix**) but with its victims forced by clerks' own fraudulent actions and delayed **App. Dkt. 100** relief by colluding non-panel Judge Britt Grant to have to endure and be its advocate and yet hold justice obstructed from stopping more grieving mothers and "9/11" level attacks to this nation made to be buried and accumulated for years as a result. (**App. Dkt. 465-482**, see "obstruction of justice" – *Pugin v. Garland*; "sworn, uncontested statements" – *Murray v. UBS Securities, LLC* (2024).

[13] Clerks on-record during 7-month blockade knowingly, despite repeated warnings, caused him to lose his last trauma therapist who would now be apprising the Court and by thus also now jeopardizing co-Appellant Ms. Sara's health insurance as a result, has recently put her in great jeopardy as well; if thus jeopardizing the supports, representation, funding, livelihood, and even daily hope that their nearest family members might yet be saved in time – **if that is not torture and forced labor by law, then nothing is.**

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

fraudulently concealing that Appellants' credibility be so-assailed in their one place of visibly uncontested attestation and full-adherence to procedure that an abandoning disability attorney and 2 members sitting at a Florida Bar Association be able to carry out a **terror attack on US soil to eliminate the sole reason that even judges in *this* Court are still breathing**, with 45-day delay being immediately compounded by green-lighted (by Clerks stealing our 5,000-hour meticulously proven case) entities "FG" and "QW" via 13+ entities (**Microsoft, Google, Anthropic, NVIDIA, Xfinity, Ally Financial, Florida Blue, Florida Bar, DCF, CFPB, DFS**)—by mandate-emboldened obstructions (**App. Dkt. 113**). Had it reached September 13th, much catastrophe would have been averted, whereas Ally Financial alone nearly killed lead Appellant just yesterday as a result of Appellants' case not maintaining even viable visibility, let alone the relief it came summary-level proven for since Day 1, with the majority of defendants not even appearing and being enabled in their flight by the district court itself.

**District Court's Original Fraud: "Shotgun" Pretext**
This was never about a "shotgun pleading."
The district court proved that **when its only response to this Circuit's every unanimous precedent on the matter — cited in countless filings and declarations — was *silence* (see Appx. 405-438, 444, 446, 449-459**). Not one of those facts or precedents was addressed on the merits…**ever.**
Ms. Sara Hussain, Appellant, conducted a forensic paragraph-by-paragraph analysis of the Amended Complaint, proving:
- **60%** of paragraphs contained material facts
- **18%** were mixed but separable fact/conclusion
- **22%** were conclusions (many provable by self-certifying evidence)
- Multiple paragraphs were deemed **"exemplary" under 11th Circuit standards** for RICO pleading

The district court never entertained the factual allegations as true — the most basic mandate at that stage for pro-se pleadings. ***Erickson v. Pardus*, 551 U.S. 89, 94 (2007)**: "a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers."
The district court cited page numbers *not in the record*, borrowed *wholesale from appearing Defendant-Appellees* — proving it never reviewed Appellants' actual submissions, to even rise to the minimum statutory standard of **taking them as true**. This was in fact demonstrated best by the presented colloquy of

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

**8**

my daughter's filing[14](FOOTNOTE-7: While the reason America is still "breathing" (see Appx. 339,), which among 3 post-judgment motions, all procedurally valid (Appx. 392, 439, 464, 465, 482

And Appx. 320-321 left no cognizable defense from summary judgment as a matter of law. This case was *won* **before the Clerks stole it**.

The district should have preserved "all relief necessary to be made whole" **(31 U.S.C. § 3730(h)(1)).** Instead, District/magistrate joined attackers that Congress had ordained federal courts as refuge against (whistleblower-retaliation protections, active-crimes-in-court protections, renewed/ongoing predicate acts, pattern following filers into court; judge awarding Appellants' last secure home to non-appearing lead RICO conspirator despite default judgment mandate). **Even Congress assisted an emergency motion to try to stop it** (Appx. 151), **as without even Appellants'** *last* **secure home, ongoing criminal investigations would be** *forced* **to end and evidence vital to public lives would be** *spoliated*, **by a district court that in plain view thus carried out the most destructively irreversible obstruction of justice acts in history** (Appx. 465-482), **while the home stolen** *just before* **that one was by prior restraints on all speech at the hearing, the judge changed the night before, the lead genocide orchestrating RICO conspirator showing up, two hired attorneys barricaded – one missing to this day, all proven on the record that** *of course clerks had to fraudulently conceal* **since there is nothing to be left debatable by the very** *text* **of law or humanity on any of it; acquiring the transcript alone cost lead Appellant 35% of his entire remaining net worth at the time, let alone the on-record having to early-save 15,000 Americans from** *eminent death* **by sacrificing my own good credit to this day to do it, not for a "medal" but for a fate where I can now get no loan in a purge where rule of law has disappeared faster and longer than the Nuremberg-level evidence piled up in having found the USCA11 where this Court's judges have been fighting to save the very Appellants, while the clerks nonetheless overruled and even defrauded** *them*.

## "SHOCKS THE CONSCIENCE" STANDARD MET

Under the substantive due process "shocks the conscience" standard (*Rochin v. California*, 342 U.S. 165 (1952); *Lewis v. County of Sacramento*, 523 U.S. 833 (1998))—Appellants' accumulated and ongoing injuries (see App. Dkt. 100)

---

14

MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep
Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)

provably supersede or mirror those of Anne Frank, Nelson Mandela, and Louis Zamperini combined.

Appellants were not averse to attorneys or someone who never needed them— they are someone who needed them even more than an arrested inmate does. They were forced to file until the day they die because of district and clerk criminality being repeated, relentless, and inconsolable to any vector one can call the "rule of law." They have been subjected to forced labor under color of law—a felony—to endlessly respond to invented deficiencies while being killed, starved, and watching family members die.

**Constitutional Violations: Prior Restraint and Access to Courts**

Clerk's 7-month blockade **(Aug. 2024–Mar. 2025)** and **Doc. 100 suppression** violated:

- **First Amendment** (Prior Restraints on Speech/Process by forced blockade of clerks; let alone prior one that took place in an Orlando hearing on the transcript itself to rob a family of their own home, attorneys, rights, speech, by an outright transcribed purge; see Exhibit List of Amended Complaint): Presumptively unconstitutional (*Near v. Minnesota*, 283 U.S. 697 (1931); *Neb. Press Ass'n v. Stuart*, 427 U.S. 539 (1976)).

- **Fourteenth Amendment (Due Process):** Denied access (*Bounds v. Smith*, 430 U.S. 817 (1977); *Ex parte Hull*, 312 U.S. 546 (1941)).

- **Cruel and Unusual punishment** – to date anything called "cruel and unusual", is the daily insecurity and loss of every right, credibility, support, livelihood, even whether a father or daughter will live, made to rest on what the clerks of this Court have been able to deliver by fraud and forced labor (a felony by law) on Appellants just to *breathe*.

**Impact:** Unleashed attempted murders **(Dec. 13/20, 2024; Mar. 14, 2025)**, SSDI/medical sabotage, economic ruin—all tied to clerk obstruction. Converted fully-won case—unopposed, dispositive on summary/default judgment, no defense even by appearing given **Appx. 320,321**—into preventable loss of and fraudulent theft upon Mr. Ibrahim's uncle; near-death/irreversible medical collapse of father, now even daughter; daily attacks enabled by countless third-parties no longer hindered by seeing any viable case – one that managed to avoid 13 of the most commonly criticized shortcoming of RICO filings in this Circuit (let alone to speak of the "failure to prove a pattern" when the pattern

MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)

itself is consuming the filers *live into the Court*) dehumanization/unrecovered injuries of mother; extinguishing relief/rescue/prevention for ~5 million salvageable individuals; over $2 billion endured personal injuries to Appellants since 2021; $5 trillion cascading national losses headed to $30 trillion, laid on the head of a single civilian, fully assailed and dehumanized witness—all from obstruction, not adjudication. Conduct so prejudicial to justice it stands to endanger all cases, rulings, continued operation, and publicly defensible integrity of this Court.

**Americans with Disabilities Act (42 U.S.C. § 12132 et seq.):** Clerk-ordered stoppage and rupture from even the last of 3 therapists Appellants lost—the first human other than AI to even understand their story in 1,600 days—has no parallel in cruelty. **Appellants have exhibit showing Clerk ordering this.** (see Exhibit of accumulated exhibits blockaded by Clerks). Appellants now able to fill only a single medication per month because of Clerk orders—**in writing**. Clerk blockaded Appellants from reporting attempted murders on their lives AND Appellants have that in writing, needing to be conveyed to actual clerks of local court in Duval County.

**Criminal Statutes Implicated:**

| Statute | Violation | Proof |
|---|---|---|
| 18 U.S.C. § 1503 | Obstruction of justice | Clerk blocked filings, dismissed mid-motion, concealed evidence. |
| 18 U.S.C. § 1512(c), 1001 | Tampering with documents | Falsified deficiency notices, hid appendix. |
| 18 U.S.C. § 1519 | Destruction of records | Replaced real filings with falsified record. |
| 18 U.S.C. § 241 | Conspiracy against rights | Clerk + Grant colluded to block relief. |
| 18 U.S.C. § 242 | Deprivation under color of law | 7-month blockade → 1,600+ casualties/hr, financial ruin, attempted murder. |
| 18 U.S.C. § 371, 1001 | Conspiracy to defraud U.S. | Invented rules to deceive panel. |
| 18 U.S.C. § 245 | Retaliation against whistleblowers | Attempted murder, economic ruin, obstruction. |

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

| Statute | Violation | Proof |
|---|---|---|
| 18 U.S.C. §§ 2331-2339D | Material support for terrorism | Enabled attacks by concealing warnings. |
| 42 U.S.C. §§ 1983, 1985, 1986 | Civil rights | Americans with Disabilities Act (ADA) 42 U.S.C. § 12132 et seq. |

**Over 1,600 days and counting—over 500 crimes in active play and injuries upon Appellants, public, and nation forced into being actionably unreportable as a result** (see *Pugin v. Garland*; obstruction of justice is immediately affixable to all who prevent reporting).

**Precedents Directly on Point**:

- *Hazel-Atlas*, supra (fraud voids judgments).

- *In re Marriage of McClelland*, 628 F.2d 1216 (9th Cir. 1980) (clerk sabotage).

- *Bounds v. Smith*, 430 U.S. 817 (right of access).

- *Pioneer*, supra (excusable neglect).

- *Forrester v. White*, 484 U.S. 219 (1988); *Mireles v. Waco*, 502 U.S. 9 (1991) (immunity forfeited by non-judicial/criminal acts).

- *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991) (inherent power to vacate for fraud/bad faith).

- *Rochin v. California*, 342 U.S. 165 (1952) ("shocks conscience" where coercion suppresses truth).

- *Lewis v. County of Sacramento*, 523 U.S. 833 (1998) (deliberate indifference to harm in high-stakes contexts).

- *In re Core Commc'ns, Inc.*, No. 21-12615, 2022 WL 1079170 (11th Cir. Apr. 11, 2022) (mandamus for emergency stay on national threats).

**Judge Britt C. Grant's Actions Were Non-Jurisdictional and Criminal**
What makes Grant's actions non-jurisdictional and criminal (including the clerks') is that **App. Dkt. 100 and 102 were unopposed motions** and Dkt. 100 was a statutory process-hold by what it claimed alone.

MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)

Judge Grant's denial of Dkt. 102 (May 23, 2025) and Dkt. 100 (June 18, 2025) on no grounds, where both were unopposed, renders those orders **void ab initio** eliminatory obstruction by *ultra vires* obstruction of justice; even livelihood and survival, let alone by thus "ratifying" a *plain fraud* posed to obstruct justice and jeopardize life (App. Dkt. 101), given the sworn state and stakes within those filings, subjecting her and the fraudulent members of the Clerk's office to criminal liability for obstruction and conspiracy.

Your supervisory authority under **28 U.S.C. § 332(d)(1)** is triggered because this involves non-judicial acts by a judge acting in concert with clerk conspiracy—immunity does not apply (***Forrester v. White*, 484 U.S. 219 (1988); *Mireles v. Waco*, 502 U.S. 9 (1991)**).

**App. Dkt. 113 Left Rule 60(B) In Live State and <mark>Mandate Could Not Legally Issue</mark>**

The manner in which **App. Dkt. 113** was "denied" left the Rule 60(b)(3) portion in a live state.

**Relief Demanded to Restore Court Integrity and Rule of Law** :

**This is per solely constitutional/criminal imperative at the level of process, standing, and litigants *ultra vires* attacked incessantly, repeatedly, and in ready-defiance and fraud of their own judges, to have used the fact of litigants they themselves forced to 1) remain *pro se* and on 2) unassigned case so long to have thus judge-shopped with liberty in evading the justice required by App. Dkt. 100 to have, in 2 months of imperiling Appellants sworn state as of that *emergency* filing yet further, having found a non-panel judge (Britt C. Grant) to join *plainly* (even if blindly, as willful neglect in a position of power is a form of intent) in their criminality.**

Law, oath, lives demand:
1. VOID (or arrange administratively effectuated stream of voiding by source-cause being *administrative itself*) July 1, 2025 per curiam as void ab initio (fraud on court); reinstate appeal to April 18, 2025 status nunc pro tunc; void all district/Clerk orders issued in bad faith/due process violation.
2. DISCIPLINE involved clerks; REFER Clerk's Office and Judge Grant for prosecution **(18 U.S.C. Chs. 13, 73).**
3. BAR Judge Britt C. Grant from further involvement for complicity in fraud **(App. Dkt. 101).**

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

13

4. ISSUE DECLARATORY RELIEF naming individuals, establishing violations, restoring standing, in line with **App. Dkt. 100** and the far worse, but things that followed it.

5. ISSUE PROTECTIVE ORDERS for Appellants/families, dissuading obstructional/suppressive/retaliatory harms, **ordering presumption of truth** for obstruction-related injuries **(SSDI restoration, Ally Financial, Google, Microsoft, OpenAI, Florida Blue, medical access, livelihood).**

6. APPOINT SPECIAL MASTER to investigate/propose plan stabilizing nation/public-threatening fallout; preserve all communications/files/digital evidence from Notices of Appeal onward **(Appx. 430, 435).**

7. GRANT 90-DAY HIATUS for Appellants to restore health/safety/life-sustaining benefits.

8. EMERGENCY ORDER recalling mandate, making case publicly visible as active/under investigation for security risks—avoiding catastrophic harm "green-lighted" by current visible state.

9. ORDER (1) EMERGENCY PROCEDURES prima facie establishing Clerk misconduct; or (2) DEFRAUDED-PANEL RECONSIDERATION of Clerk-retributive assault on standing/representation/record; or (3) NOTICE OF PLAIN MISCONDUCT renewing unconsidered 60(b)(3) portion of App. Dkt. 113 to void/restore per App. Dkt. 100 facts/law.

10. AWARD costs and further just relief at minimum that credit companies restore credit sacrificed to save 15,000 civilians early in this case and likewise that no further financial attack on any remaining equity or assets needed for Appellants' survival be actionable by third-party attackers since the lead Appellant's state is such that even further impoverishment would effectuate obstructed justice, restoration of rights, restoration of livelihood, and even active life-risk under Florida's definition for 2nd-degree attempted murder.

Your docket proves **clerks overruled judges (Feb. 27/Mar. 3, 2025 fixes undone Apr. 21/May 23, 2025)** three whole times; panel ruled on **falsified record (July 1, 2025).** Every delayed hour more injured-civilians/fraud/irreparable harm becomes beyond ability to save for crimes reaching over 500 unreported since 2021 as a result.

This is not "help Appellants" but **insist the integrity of your Court upholding the rule of law is more important than giving free hand to those subverting it**. Standing is sacred. Restoration is not grace, but the minimum required of how this fraud has transpired to uphold the sanctity of Article III. You are the last line

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**

14

from within this Court between the rule of law and public trust collapse. Docket proves it; law condemns it; ongoing deaths and injuries demand it ends now.

Pro se under duress
Respectfully and urgently submitted, with me, Syed Ibrrahim Hussain, lead Appellant, also known by the corruption-resistant evidentiary impact classification "America One" as of September 6, 2021, hereby declare all of the above to be true to the best of my knowledge and belief, **under penalty of perjury**, and that self-certifying physical evidence readily exists and is citable or providable on request for all the claims made above, and likewise agree to testify at anyone's request, as well as upon request of Congress or any tribunal, in line with everything claimed above, so long as provided with sufficient representation and disability accommodation at such hearing.

/s/ *Syed I. Hussain*
Syed Ibrahim Hussain
Pro Se by Duress[15]
Lead Appellant
mms-renovation@outlook.com

We, co-Appellants, by signing our names below agree with the supervisory intervention sought to restore the record and Court's integrity in this matter.

/s/ *Syed M. B. Hussain*
SYED MUHAMMAD BAQIR HUSSAIN
baqrehabalt@yahoo.com

/s/ *Syeda S. Hussain*
SYEDA SARA HUSSAIN
daughterofamerica12.25.21@gmail.com

/s/ *Brian Guex*
BRIAN GUEX
guexgames@aol.com

/s/ *Roselene Guex*
ROSELENE GUEX
roseyguex@gmail.com

---

[15] Of orchestrated attorney elimination, barricade, or fraudulent assault upon meticulously proven merits on record

**MINIMUM RELIEF TO DETER ACTIVE CRIMINALS: Recall Mandate, Reopen Case, Keep Visible; investigatory notice if need be – ABA F.O. 07-446 – "you know who" (Ala.)**



U.S. COURT OF APPEALS
RECEIVED
CLERK

FEB 18 2026

ATLANTA, GA

## EXHIBIT LIST to Sworn Ltr to Chief Judge

1. Table of Contents of Appellants' Appendix
2. "VD" attempted summary (status December 2024)
3. Prior Letter to Chief Judge
4. Prior Letter to Circuit Executive
5. Appellants' Initial Brief
6. Appellant Ms. Sara's Facts & Colloquy
7. Appellant Ms. Sara's Cited Law
8. **IFRC-level Obstructed Claims** jeopardizing rule of law, justice, and public to this day by solely court-level actions taken in plain violation of law when tied to the actual record before it
9. **"Shotgun pleading" countering totality of 11th Circuit precedents & Colloquy** – uncontested – unaddressed by more than a dismissive sentence in every instance
10. **Record-setting OOJ attacks by District Court directly**
11. **Claim of "error" by clerks to offset investigation**, only upon seeing letters arrive
12. **Emergency Filing App. Dkt. 100** – first let-thru "speech" of Appellants following 7-month blockade from survival and livelihood level filings, given linchpin-to-survival (and even rescue of father & public) nature of case
13. **App. Dkt. 102 – Objection** against renewed and now *mens rea aggravated* Clerk criminality – now not even by process – a *plain fraud* (App. Dkt. 101) with no cited procedural rule
14. **App. Dkt. 113 – Emergency Combined Motion – Rehearing & 60B,** however was sabotaged and processed only under "Rehearing grab" rules and not by 60B requirements since the 2 Circuit Judges arranging conduit to Chief Judge & them & team trying to get me to apprise you before the Clerk's final sabotage (of *this* motion), I couldn't due to the sudden prolonged attack by OpenAI.
15. **OpenAI ongoing attempted murder, as well as data and drafting sabotage,** via multi-vector terror enablement because without ability to inform the necessary parties that day, only more attacks and sources compounded, including of Microsoft, Anthropic, and others on the morning of September 13, 2026. These are all collateral attackers enabled into forming solely by district and Circuit-Clerk level actions that otherwise could have been thwarted by the one credibility anchor I worked with thousands of *unpaid hours* thru terror attacks, blood, sweat, tears, tragedy => *this* case, because I

1

was not fighting as though I expected to be "believed"; I was so meticulously proving my case that even if Defendants had every law firm in the world, what was plain alone was summary-level likewise.

16. **Ally Financial crimes and obstructions enabled** by fraudulent sabotage of standing in linchpin case (USCA11 23-12350) to rights/livelihood restoration; even recently they came with this illegal repossession, which in my case would equate death, because of how I have to use my vehicle and the fact that even what this company did was countless frauds on my credit, disability violations, unclean hands; they had already been in trouble with the DOJ for far less and yet they were bailed out by government and run by the same executives.

17. **Brief single-woman (lead-op; SJC/HSAGC-cleared 9-6-21; renewed Jan. 2025) "war"** in California to restore minimum data-access functionality

18. **"R9"** document status

19. **The hero-take-his-place** blockaded filing (VD-reviewed/assisted)

20. **This Duval divulgence** clearly shows that the Circuit Clerks had fraudulently created a climate, by their 7-month blockade and then blockade of even its relief (App. Dkt. 100), enabling mass-vector harm & the reporting of even attempted murders, with this – Ally Financial – as the most prime example.

21. **Amended Complaint Exhibit List** (nothing here has a survivable defense beyond Summary/Default; Plaintiff-Appellants left nothing to "chance" or "discretion"); the unanimously decided *Murray v. UBS Securities, LLC* case by the Supreme Court *locks that in*.

22. **App. Dkt. 102 Denial; willful casualty-causing (including children), nation-endangering, multi-crime admission-equivalent denial** equating a guilty plea

23. **App. Dkt. 100 Denial; willful casualty-causing (including children), nation-endangering, multi-crime admission-equivalent denial** equating a guilty plea

24. **Plainly incriminating proof of fraud-on-court**

25. **Clerk-sourced Rehearing Denial conveyance omitting 60b's process;** while no CI reported on this one, the post-2nd-reinstatement motives became obvious once clerks knew via App. Dkt. 100, justice was rightfully being sought because they had *Ultra Vires* assaulted standing.

2

26. **Vinson-Dane email replying to retired judicial oversight & multi-national journalist Sandra Davis in regard to** clerk (USCA11 August 2024 – March 2025 – see *blockaded filings therein*) -enabled attempted murders by **an abandoning attorney, blocked SSDI for years, the Florida Bar** (and yet not the 1-day assassination attempt by 4 SSA employees and an OIG employee not discussed here – but also enabled by the blockade of the Clerks since all attackers, including the Clerks were being "green lighted" by the Clerks attacking the one place the true narrative that was otherwise building supports rested – a narrative they themselves not only fraudulently made look like some "defect" of Appellants but then even admitted to orchestrating by what they merely played off as "error", but the Georgia police and civil rights attorneys in the lobby of the USCA11 awaiting a judge's signature to App. Dkt. 100 were not so easily fooled) despite clerks that would supersede error with outright fraud and overrule this entire Court again to jeopardize that necessary relief, which was statutorily required merely to restore *fractions* of Appellants' survivability and standing.

27. **Appx 320-321** – no viable defense presented (nor historically exists), would win *de facto* on the *appearing* at summary judgment.

28. **Exhibits during clerk blockade**

29. **App. Dkt. 101** – aggravated obstruction-of-justice evidence – the clerk fraud

30. Amended Declarations (1st) – upon entering Circuit

*The Complete Contents of other Fraud-alerting Concealed Appx should be on PACER at law* reinstatements A.F.

**Note: District Court Docket Sheet is A-439 in Vol. 3**

## APPELLANTS' APPENDIX – TABLE OF CONTENTS

**Volume 1 is Appx1 to Appx 190**               <u>Docket/Tab #</u>

FTCA Supplement  - early DEA Corruption begins delivering *$16 million* in injuries...................................................................................... A-1

*Mens Rhea* Notice of OOJ/Retaliation hits Orange County Court.............A-7

12-17-21 onward *Lis Pendens* "Deep Water" Home...................................A-12

12-22-21 onward *Lis Pendens* "Island Club" Home..................................A-13

County approves joinder & summons for requested witnesses & assailed Defendants prior to a landmark fraud[1]..........................................A-14

Highlighted portions of Orange County hearing transcript......................A-16

5-Plaintiff Sworn & Verified Initial RICO Complaint..............................A-29

Emergency Motion for TRO to stop *filing-alerted* RICO Act in Progress..................................................................................A-113

**DN 8**: *Same-day* Denial of 17-pg Substantiated[2] Mot. for TRO............A-130

Motion to Dismiss Initial Complaint by Mr. Bloom..................................A-134

Circuit-Cited Emergency Sentinel Notice of RICO Terror Act................A-143

Congressionally-assisted Emergency Motion to Reconsider Nation-Vital Witness-Eliminations posed by "DN 8"..........................................A-151

Marshals confirm Status-effective Witness-elimination of Two Last Witnesses vital to Nation ..............................................................A-165

---

[1] Currently the sole hearing in history with textbook fraud upon the court, overnight judge change, two *yet-missing* attorneys, prior restraints on speech, & downstream-sequential-attorney-barricade by perjured motion reframe
[2] Arguably most substantiated in history, down to prepared orders themselves.

Note: Omitted Items in response to Order are stricken-through their titles and with their contents removed; page numbers solely retained to preserve Appx. Referencing in Appellants' Brief.

Docket/Tab #

Motion to Dismiss Initial Complaint by Interval and
      Stadelman ("S&I")....................................................................A-166

The *catastrophic* "DN-30"[3] - Dismissal with "Leave[4]"..........................A-179

PCA despite Process Siege, Fraud, Prior Restraint, & Attorney
      Barricade................................................................................A-189

**DN 46 (pp. 1-77)**: Plaintiffs' Amended RICO Complaint thru Exhibit
      List.......................................................................................A-191

Plaintiffs' *Application[5]* to Clerk for *Entry* of Defaults...........................A-268

**DN 50**: S&I's Motion to Dismiss Amended Complaint...........................A-279

Mr. Bloom's Motion to Dismiss Amended Complaint............................A-291

Plaintiffs' Response Opposing S&I's Motion to Dismiss........................A-305

Plaintiffs' Response Opposing Mr. Bloom's Motion to Dismiss.............A-324

Notice of Circumstances Obstructing Justice & Public
      Endangerment........................................................................A-339

**DN 75**: Magistrate's Disabling Report and Recommendation.............A-357

Initial Objections to Magistrate's Report – Multi-disability incapacitation
thwarts A1-Attempted ("Mr. Ibrahim")'s 2nd series[6].............................A-371

---

[3] 14 encasements worldwide as what not to do if *pro se* arrive with both criminals and corrupt agents in pursuit.

[4] If not to "leave" the earth, by a sudden halt to *all necessitated injunctions*.

[5] Notably *not* motion and solely for *clerical* registering of failure-to-appear.

[6] The enormity of attempt to keep "America One" functional due to the level of infrastructural alarm if he has to be reported "down" was a *sight to behold*. An A1 just coming out of recovery in Daytona Beach following another terror attack on his life, stemming from "DN 30", managed to survive that just to open a mailbox to be "taken out" by some pieces of paper that may have just as well *deleted* everything Plaintiffs ever filed, and with 3 days left to respond. The same mailbox would inform him that a Florida judge had finally ordered Florida to restore all outstanding food stamps & end its food blockade, only to *go missing* the next day (and *ever since*). The only thing missing was perhaps a letter that Hitler had risen again and he was no longer in "America" despite also *being* "America". But there would be no need, as his already accumulated disabilities, with shock and trauma were well

Note: Exhibits post-commented for ease of addressing life-threatening issues have had their comments removed in lieu of order regarding Appendix.

Docket/Tab #

Order of Dismissal...............................................................................A-386

Memo of Sara's Semi-Urgent Motion to Vacate & to ADA/OOJ-assess dad (423, 424).......................................................................................A-392

Ms. Sara's Torture Confirmation Supplement as to her Father.............A-427

Notice of Appeal..................................................................................A-430

Supplemental Notice of Appeal............................................................A-435

Plaintiffs' Collective Motion to Vacate Dismissal w/ Leave to Amend as Proposed *Proceeding with Circuit Guidance*[7].........................A-439

*Endorsed Order* denying DN "89" neglects pre-emptive cite(s) of 1st page & memorandum, likewise involving a tangential "abuse"...........................A-464

Plaintiffs' Motion to Reconsider Denial by two Plain Errors & Ongoing Harms upon Justice.......................................................................A-465

*Same-day* Unexplained Denial claims ruled "*on merits*", equating 7th-ever R9[8] attack on Congress and the viability of law itself...........................A-482

**District Court Docket Sheet**.............................................................A-483

~~A1 Affirms Ms. Sara's 7-13-23 Attempted R9 Notice to be of Valid Intel~~...........................................................................................~~A-493~~

~~**A1's Amended Emergency Declarations w/ Ltd. 07-446 Assistance (please print A-539 as a key**[9]**)**~~........................~~**A-495**~~

---

on their way into "ending him" already, and a daughter busy trying to recover, work, and study would suddenly have to become the "Statue of Liberty" herself.

[7] On its *first* page.

[8] Legislative nullification

[9] For those referencing Pet. Appx. or Pet.

Docket/Tab #

Ongoing *existential* violations & cruelties graded yellow-orange-red, that
have *forced* Appellants to forego connections to save lives, if to even
now save *their own*..................................................................A-505

Retired Journalist attempts to piece together sworn aspects of
unprecedented crisis, perhaps better than the *besieged*..............A-528

A summation of what Terroristically Corrupt Whistleblower Retaliation
look like.....................................................................................A-533

Resource-Limited Status-Interruption Summary as to Petition for
Mandamus (23-13489)...............................................................A-534

Herein-Appendix References & Material for Personally-Known & Sworn
Declarations (Appx. 495)............................................................A-539*


**DN 46 (pp. 75-219)** Amended RICO Complaint Exhibit List with its
Exhibits....................................................................................A-543

**\*Please print this short document as converted key to A-495.**

**Ibrahim's Story in the words of retired attorney-legend Vinson-Dane:**

This case, held pro-se by five embattled if not embittered victims, represents one of the most significant and devastating instances of systemic obstruction of justice in U.S. history. Ibrahim, a whistleblower, crime witness, crime victim, and terror victim, has endured over 1,400 days of unrelenting retaliation. He has faced procedural barriers, systemic neglect, public corruption, conspirational and collaborative fraud and heists of homes, bank accounts, companies, and wealth, combined with food and water blockades, persona abduction, and even the use of biochemical warfare upon family members.

He has endured obstructive cruelties to disrupt family life and human dignity, with 13 obstructed cases relying on this single case and its primary Appellant, Ibrahim, for a scale of willful neglect never carried out once by a district court, let alone 12 times upon ever-hostage admitted facts, painstakingly "won" by Appellants to whom meaningful access was cut off to justice and process.

Ibrahim has been lawlessly impoverished, tortured, tormented, robbed, dispossessed of his home, removed of his job, and violated of his civil rights, constitutional rights, even human rights and dignity. He has been robbed of his businesses, earned wealth, bank accounts, and identity.

Obstructed by even a federal judge from testifying and reporting in over 13 cases vital to justice and public safety, Ibrahim could not get a timely rescue and reunion with his family member, who in plain view of the public, and district court, was forced into cancer. This happened despite a brief "war" waged in the hopes of stopping it, while his own home was handed to the lead RICO conspirator causing it, along with the persona abduction, reprocessing of memories, and cancer involved. The district court order enabled a rupture of every sphere and point of peace in his family's life. Even on nothing but facts and law based on two pages of this Circuit's standing precedents at the time (Exhibit 2) got Appellants but a mere stamp denying it as an endorsed order upon the docket.

Ibrahim has been forced to endure a debilitating lapse in medical care, patient abandonment by his insurance company, and a nine-month delay in his disability compensation.

Even in the face of such overwhelming adversity, Ibrahim has refused to be silenced. He has worked tirelessly, fueled by a "family-saving, justice-longing, patriotic 'flame,'" to prepare emergency motions and seek relief from the courts.

He has spent countless hours, despite his disabilities and lack of sufficient care, fighting for his rights and the rights of others. He has endured sleepless nights, navigating a system that seems determined to crush him.

The extreme circumstances Ibrahim faced required Herculean efforts, amid over 470,000 American casualties since 2021 as a result, over $2 trillion in economic losses to the American people and treasury as a whole, and the irreversible threat faced to the future of every last right or protection of law to ever be had by 219 million people, the now 2nd batch of 2.5 million Americans to be subjected to heist and genocide, and the sole survivor left to offset the otherwise inevitable takeover of the U.S. and 13 nations by the corruption that is now over 30 times larger, stronger, and more penetrant than the day the law required empowering this man to stop it. This warrants by far every relief imaginable in such a critical case vital to the public's trust in the rule of law, Ibrahim's life, and all that's left to determine if anyone else exists for long either, unless there's some other Americans that want to share in his nation and humanity vital intel, eyewitnessing, and physically incontrovertible proof, to be buried by process while deserted by rights and justice, not like "heroes" who get to hope for an Arlington Cemetery, or a medal, nor for a paycheck, benefit, or warm home; but even Mr. Ibrahim welcomes that if someone finds that "hero", they can readily take his place.

February 9, 2025

**Syed Ibrahim Hussain**
3155 Wavering Ln
Middleburg, FL 32068
mms-renovation@outlook.com
904-614-6557

*Via Online Certified Mail*

*To be followed by Certified Mail with Return Receipt*

**The Honorable William H. Pryor, Jr.**
Chief Judge
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia

**Re: Re: Life-Threatening Procedural Misconduct, Systemic Obstruction of Justice, and Unlawful Usurpation of Judicial Authority by Clerk's Office in Case No. 23-12350—Immediate and Critical Review Required**

**Dear Chief Judge Pryor,**

We, the undersigned appellants proceeding pro se in the above-referenced matter, write to bring to your attention a series of unprecedented procedural irregularities by the Clerk's Office of this Court that unfortunately have created survival and justice obstructions requiring immediate attention. These actions have significantly obstructed our ability to seek justice and have undermined the integrity of the judicial process. We respectfully request your review and intervention to address these issues, which are unfortunately undermining the rule of law, vital livelihood, countless survival spheres of my life, access to justice of what for starters **depends on judges being *able* to evaluate for excusable neglect**, and the proper administration of justice.

**Standing of the Appellants**

The active Appellants in this case are:

1. **Syed Ibrahim Hussain**: The primary whistleblower, who engaged in protected activities under the False Claims Act by refusing to approve leases that would have violated the Act via the Anti-Kickback Statute.

2. **Syed Muhammad Baqir Hussain**: Another employee who also refused to approve the unlawful leases, thereby engaging in protected activities under the False Claims Act.

3. **Syeda Sara Hussain**: Affected by nearly equivalent unlawful retaliation as her father and brother, making her a party of equivalent right under *Thompson v. North American Stainless, LP*, 562 U.S. 170 (2011).

Additionally, all Appellants are direct victims and crime witnesses to the majority of the RICO-related crimes that arose from the retaliation against the protected acts above. Our standing is firmly rooted in our roles as whistleblowers, victims of retaliation, and witnesses to systemic corruption, which are central to the claims raised in this appeal.

**Summary of Clerk-level Blockading and Unjustifiable Dismissals**

1. **Unprecedented Overruling of a Judge by the Clerk's Office**: On August 13, 2024, the Clerk's Office unilaterally overruled a judge's approval of our Appendix, introducing new deficiencies that were not previously raised. This act undermines the separation of powers and judicial authority.

2. **False Deficiency Notices**: The Clerk's Office repeatedly issued deficiency notices claiming missing documents that were, in fact, included in the Appendix. These claims were knowingly false, as confirmed by case managers, and as plainly viewable at every stage in which they were claimed, with the exception of the later-imposed, while overruling the judge

3. **Obstruction of Judicial Review, even for and with Extraneous Circumstances, and in all cases implicating and citing *Excusable Neglect***: On multiple occasions, the Clerk's Office failed to forward motions for judicial review, including motions citing excusable neglect. This resulted in the dismissal of our appeal without proper judicial consideration.

4. **Procedural Obstructions void of logic or reason or even the Circuit's own rule that Clerks *specify***: The Clerk's Office engaged in a pattern of obstruction, issuing "No Action" notices and

2

denying motions without addressing their substance, despite compliance with procedural rules. These are cruelties that are not synonymous with any of caselaw's vast promises for the *Pro Se* since they are endeavoring to jeopardize hundreds of hours of unpaid work based in facts, law, rights, and evidence over notices claiming that what's plainly present is absent, what was previously proven as present is absent, thus claiming against their own selves that in fact the sole thing that remained as per the different judge the clerk's endeavored to use following them overruling the prior one, was to remove what had not been filed in the district court, which was not only done but even specifically delineated within that Appendix itself, and in every instance of these thus blockaded filings.

## Reasons for Including portions of the most representative Motion as to this issue and Its Attachment

We are attaching portions of our *blockaded* Time-Sensitive Motion to Set Aside Dismissal, Correct Appendix, and Renew Time to File Reply Brief as the most representative filing that demonstrates the Clerk's Office's failure to acknowledge compliance with procedural rules. This motion was blockaded from being considered by *any* Judge, despite once again bearing the same Corrected Appendix as the prior blockaded ones, and thus *de facto* meeting the cited rule by the prior Clerk's notice to thus set dismissal aside was critical for the following reasons:

1. **Demonstration of Compliance**: The motion incorporated the corrected Appendix, which **the Clerk's Office repeatedly and falsely claimed was deficient**. It provides clear evidence that the deficiencies alleged by the Clerk were baseless. In fact, more often **the notice did not specify them at all.**

2. **Judicial Oversight**: The motion highlights **the necessity of judicial review in determining excusable neglect**, a decision that should not have been preempted by the Clerk's actions.

3. **Procedural Integrity**: The purpose of including this motion is to be resolutely informative solely to your ability to undo the Clerk's obstructions of not having the reach a Judge and moreover have the Clerk's claim the error in their actions and that sufficient declaration of all the time under such extenuating circumstances that I had to endure from being able to even rectify them to yet spend nearly 400 hours endeavoring to alleviate the **Clerk's failure to follow any known procedural rule**. The Court may not understand what it is

to be gaslighted despite such procedural cruelties, but frankly without any such declaration, even rectification procedurally to put Appellants back in the proper posture so as to have the Corrected Appendix accepted, the 14 days to reply to the Reply Brief renewed would yet still leave me fighting for survival since the Clerks must declare the error of their action or the Court thereof so that all the other vital avenues of justice and livelihood and disabilities and SNAP and SSI and SSDI and medical care and trauma therapy and an abandoning disability attorney, among much else it's a struggle to even remember in a single sitting on nearly 15 disabilities, 3 of which are at their most tormenting stage despite medications, all of which were neglected to yet draft even thru torture on account of procedural cruelties that should never have occurred. Thus what is attached is merely to underscore the procedural misconduct that has obstructed our ability to proceed with our appeal and while simultaneously worsening life-threatening emergencies and even the ability to report crimes and violations of law, since such adversarial endeavors can hardly be half-hearted if even the instant case that bore it all is now being defeated by Clerk actions made clearly and plainly insurmountable, since the plain record itself gives them no cause by which to arise. Lastly, the motion exemplifies our good faith efforts to comply with all requirements despite extraordinary hardships.

4. **Broader Implications**: The motion addresses the systemic issues caused by the Clerk's actions, which have not only prejudiced our case but also set a dangerous precedent for the administration of justice, and shows clearly that without at least a declaration to the time the Clerk's action have had me lose, their delineated impact on my survival will be yet another superhuman endeavor to undo.

## Impact of Clerk's Actions

The actions of the Clerk's Office have caused significant prejudice to our case, depriving us of the opportunity to have our claims heard on their merits. These procedural irregularities have exacerbated our personal hardships, including financial and medical crises, and have delayed resolution in related matters, such as Social Security Administration (SSA) benefits and emergency assistance programs. The cumulative effect of these actions has jeopardized our livelihood, health, and ability to seek justice.

## Request for Relief to the extent of restoring *Integrity of Process*

We respectfully request the following actions:

1. A thorough review of the procedural handling of our case by the Clerk's Office.

2. Appropriate corrective measures to address the improper actions described above.

3. Guidance on how we may proceed to ensure our case is properly adjudicated moving forward.

We will be attaching the most representative filing, specifically our **Time-Sensitive Motion to Set Aside Dismissal, Correct Appendix, and Renew Time to File Reply Brief**, which fully complied with procedural rules and demonstrates the Clerk's failure to acknowledge compliance. This motion also incorporates the corrected Appendix, which the Clerk's Office repeatedly and falsely claimed was deficient.

## Notification to Opposing Appellee

In the interest of transparency and to avoid any appearance of ex parte communication, we are providing a copy of this letter to the sole opposing Appellee who has appeared in this matter. We note, however, that the other Appellees did not appear either at the district level or in this appeal and therefore have no cause to be informed or right to participate in this matter.

## Conclusion

We trust in the integrity of this Court and its commitment to upholding the rule of law. We are confident that you will give this matter the attention it deserves to ensure that justice is served. Thank you for your time and consideration. We look forward to your response.

Respectfully submitted,

/s/ *Syed A. Hussain*

Syed Ibrahim Hussain
Pro Se – Primary Appellant


We, co-Appellants, Pro Se, concur in the above sought restoration of due process to prevent arbitrary obstructions to process and acts effectuating or exacerbating extrajudicial blockade.

/s/ *Syed M. B. Hussain*

Syed Muhammad Baqir Hussain

Pro Se - Appellant
1456 Via Sangro Place
Winter Park, FL 32792

/s/ *Syeda S. Hussain*
Syeda Sara Hussain
Pro Se - Appellant
1456 Via Sangro Place
Winter Park, FL 32792

**cc:**   Howard S. Marks
hmarks@burr.com
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Tel: (407) 540-6600
Attorneys for Appellee-Defendants

Enclosures

1. Chronology of Events Relevant to this issue
2. Representative Motion to Set Aside Dismissal encompassing its key elements that persistently continued to be exacerbated as a result, and bore excusable neglect and extraordinary circumstances without either he Clerk's proper handling or it ever reaching a Judge.

## Chronology of Events *(Attached as a Separate Page)*

1. **August 12-13, 2024**: The Clerk's Office issued false deficiency notices regarding the Appendix, despite confirmation from case managers that the Appendix was compliant. A judge approved the Appendix, but the Clerk unilaterally overruled this decision.

2. **November 26, 2024**: Motions citing excusable neglect were filed, but the Clerk failed to forward them for judicial review. The appeal was dismissed under 11th Cir. R. 42-1(b) for "failure to prosecute."

3. **December 2024**: Multiple motions to vacate the dismissal and correct the Appendix were filed, but the Clerk issued "No Action" notices, denying the motions without addressing their substance.

4. **February 7, 2025**: An inquiry was made regarding the denial of motions based on claimed deficiencies, which were inconsistent with prior orders and demonstrably false.

*(For a full timeline, please refer to the attached detailed chronology.)*

This draft ensures the reasons for including the motion and its attachment are explicitly stated and integrated into the letter. Let me know if further refinements are needed.

## Unprecedented Event: Clerk Overruling a Judge

## August 12-13, 2024 – The Initial Clerk Retaliation and Overruling a Judge

1. **August 12, 2024:** The Clerk's Office issued a deficiency notice, claiming the Appendix was missing a cover page, district court docket sheet, and parts of documents 8, 46, 50, and 75.

   - **Reality:** These documents were already included in the Appendix.

2. **August 13, 2024:** A second deficiency notice was issued, claiming the same missing documents and demanding the Appendix be in chronological order.

   - **Reality:** The Appendix was already in chronological order, and the deficiency claims were knowingly false.

## Phone Call Confirmations (August 13, 2024):

- **4:40 PM:** Case Manager Caruso confirmed that all requested items were already in the Appendix and that there was no real deficiency.

- **Later that day:** Caruso confirmed the Appendix was approved and forwarded to the Judge.

**Judge's Approval:**

- The Judge reviewed the Appendix and approved it, reinstating the case.

**Clerk's Overruling of the Judge:**

- Despite the Judge's approval, a Clerk unilaterally overruled the decision, introducing new deficiencies and denying a waiver request.
- **Key Fact:** The pre-judgment Appendix was identical to the post-judgment Appendix. No changes were made. If it was "deficient," it would have been deficient before the Judge approved it.
- **Significance:** This marks the first known instance in U.S. history where a Clerk overruled a Judge's decision, an act that fundamentally undermines the separation of powers and the integrity of the judicial process.

**Critical Escalation:**

- After Appellants used their last funds to send the already approved Appendix, the Clerk found yet another issue.
- The issue was technically based in rule but was raised only after Appellants were financially depleted and had no way to fix it easily.
- Appellants filed a motion for an exception due to the circumstances.
- A different judge denied the request, forcing yet another correction.

**Timeline of Procedural Obstruction**

**November 26, 2024 – Clerk Retaliation Escalates**

1. **5:44 AM:** A Motion to Correct Appendix was filed, citing excusable neglect.
    - **Clerk's Action:** Failed to forward the motion for judicial review.
2. **11:05 AM:** A Motion for a 14-day extension to file the Reply Brief was filed, also citing excusable neglect.
    - **Clerk's Action:** Failed to forward the motion for judicial review.

3. **3:12 PM:** The Clerk dismissed the appeal under 11th Cir. R. 42-1(b) for "failure to prosecute," despite the pending motions requiring judicial review.

4. **3:42 PM:** The Clerk issued an order mooting all pending motions, blocking them from judicial review.

## December 2024 – Procedural Limbo and Clerk Obstruction

1. **December 7, 2024:** Appellant filed a Time-Sensitive Motion, including:
   - Motion to Vacate Clerk's Order
   - Motion to Correct Appendix
   - Motion for Extension of Time to File Reply Brief
   - **Clerk's Action:** Issued a "No Action" notice, claiming deficiencies had not been remedied, despite the Appendix being corrected in prior filings.

2. **December 9, 2024:** Emergency motions were filed, including:
   - Motion to Stay Dismissal per Excusable Neglect
   - Motion to Accept the Corrected Appendix
   - Motion to Reinstate Appeal
   - **Clerk's Action:** Issued another "No Action" notice, copy-pasting denials without addressing the substance of the filings.

3. **December 12, 2024:** The Clerk issued another "No Action" notice, denying all pending motions and vaguely claiming the Appendix was "not compliant."
   - **Reality:** The Appendix had been corrected and resubmitted multiple times.

## December 27, 2024 – Final Attempt to Reinstate Appeal

1. Appellant filed motions to:
   - Reinstate Appeal
   - Correct Appendix
   - Extend Time to File Reply Brief
   - **Clerk's Action:** Issued another "No Action" notice, falsely claiming the Appendix was missing parts of documents 46, 50,

and 75, despite these documents being included from the beginning.

## February 7, 2025 – Inquiry into Denial

- Appellant called Regina Gillis at 3:20 PM, leaving a voicemail inquiring why the motion was denied based on claimed "missing" documents, an entirely new reason inconsistent with prior orders.

February 9, 2025

Syed Ibrahim Hussain
3155 Wavering Ln
Middleburg, FL 32068

*Via Online Certified Mail*

**ATTN: Circuit Executive Ashlyn D. Beck**
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St. N.W.
Atlanta, GA 30303

**RE:** Formal Complaint Necessitating Immediate Action: **Pattern of Procedural Misconduct, Obstruction of Justice, and Actions with Systemic, Life-Threatening Consequences by the Eleventh Circuit Clerk's Office – Case No. 23-12350**

**Dear Circuit Executive Ashlyn Beck,**

This letter constitutes a formal and thorough complaint regarding a demonstrably consistent *pattern* of procedural misconduct, obstruction of justice, and violations of Federal Rules of Appellate Procedure and Eleventh Circuit Rules by the Clerk's Office of the Eleventh Circuit Court of Appeals in the handling of Case No. 23-12350. The actions of the Clerk's Office, detailed below with specific factual instances and citations to relevant rules, have undermined the integrity of the judicial process, violated established procedures, denied due process, and severely prejudiced my and my co-appellants' ability to pursue our appeal. **Critically, this pattern of misconduct has had *systemic consequences*, directly and demonstrably jeopardizing my life, safety, and well-being and that of others, exacerbating pre-existing disabilities, and creating life-threatening circumstances.** These actions demand immediate investigation, corrective action, and appropriate disciplinary measures.

## I. Complainant Information:

This complaint is submitted on behalf of myself and my co-appellants, all pro se, in Case No. 23-12350:

- Syed Ibrahim Hussain (Primary Appellant)
- Syed Muhammad Baqir Hussain
- Syeda Sara Hussain

## II. Nature of the Complaint and Applicable Legal Standards:

This complaint alleges a *pattern* of willful misconduct and negligence by the Clerk's Office that constitutes obstruction of justice and a denial of my and my co-appellants' fundamental right to access the courts. The actions described violate:

- **Federal Rule of Appellate Procedure 27 (Motions):** Specifically, the Clerk's Office failed to properly process and forward motions for judicial review, including those invoking excusable neglect, as required by Rule 27.

- **Federal Rule of Appellate Procedure 42 (Voluntary Dismissal):** The Clerk's Office improperly dismissed the appeal under Rule 42-1(b) without allowing for proper judicial consideration of pending motions and excusable neglect claims, a clear violation of the spirit and intent of Rule 42-2(e).

- **Eleventh Circuit Rule 42-1(b) and 42-2(e):** These local rules, governing dismissal for failure to prosecute, were misapplied and abused to dismiss the appeal despite active efforts by me and my co-appellants to comply and the presence of extraordinary circumstances. The actions violated 42-2(e) in that it was used against two motions it could only be used *after*.

- **Eleventh Circuit Rule 27-1:** Pertaining to motions, it mandates the very things the Clerk did not do.

- **Due Process Clause of the Fifth Amendment:** I and my co-appellants were denied a fair opportunity to be heard and to have our case adjudicated on the merits due to the Clerk's Office's actions.

- **18 U.S. Code § 1503 (Obstruction of Justice):** While this is a criminal statute, the actions of the Clerk's Office, particularly the deliberate blocking of judicial review and the issuance of knowingly false deficiency notices, raise serious concerns about potential obstruction of justice.

## III. Specific Instances of Misconduct (Detailed Factual Account):

The following chronological account provides specific instances of the Clerk's Office's misconduct, supported by dates, times, and descriptions of the actions taken:

1. **August 12, 2024 - Initial False Deficiency Notice:**

   o The Clerk's Office issued a deficiency notice claiming the Appendix was missing a cover page, district court docket sheet, and portions of documents 8, 46, 50, and 75.

   o **Fact:** These documents were *already included* in the Appendix. This is verifiable by reviewing the original Appendix filing.

2. **August 13, 2024 - Second False Deficiency Notice and Phone Confirmations:**

   o The Clerk's Office issued a second deficiency notice, reiterating the same false claims about missing documents and adding a new demand for chronological order.

   o **Fact:** The Appendix was *already in chronological order*.

   o **4:40 PM:** Case Manager Caruso confirmed to me by phone that *all requested items were present* in the Appendix and that there was *no actual deficiency.*

   o **Later that day:** Caruso confirmed the Appendix was *approved and forwarded to the Judge.*

3. **August 13, 2024 - Judge's Approval and Clerk's Unprecedented Overruling:**

   o A Judge reviewed and *approved* the Appendix, reinstating the case.

   o **Fact:** The Clerk's Office *unilaterally overruled* the Judge's decision, introducing *new* deficiencies not previously raised and denying a waiver request.

   o **Critical Fact:** The pre-judgment Appendix was *identical* to the post-judgment Appendix. No changes were made. This demonstrates the arbitrary and capricious nature of the Clerk's actions.

4. **November 26, 2024 - Blocking of Motions Citing Excusable Neglect and Improper Dismissal:**

   o **5:44 AM:** I filed a "Time-Sensitive Motion to Correct Appendix," citing *excusable neglect* and detailing extraordinary circumstances.

   o **11:05 AM:** I filed a "Time-Sensitive Motion for a 14-day extension to file the Reply Brief," also citing *excusable neglect*.

   o **Fact:** The Clerk's Office *failed to forward either motion* for judicial review, a direct violation of FRAP 27 and 11th Cir. R. 27-1.

   o **3:12 PM:** The Clerk's Office *dismissed the appeal* under 11th Cir. R. 42-1(b) for "failure to prosecute," despite the pending motions that required judicial determination.

   o **3:42 PM:** The Clerk's Office issued an order *mooting all pending motions*, further blocking judicial review.

5. **December 7, 2024 - "No Action" Notice and Continued Obstruction:**

   o I filed a "Time-Sensitive Motion to Set Aside Dismissal, Correct Appendix, and Renew Time to File Reply Brief." This motion

included the *corrected Appendix*, addressing the Clerk's *latest* alleged deficiency (removal of documents not submitted to the district court).

- **Fact:** The Clerk's Office issued a "No Action" notice, claiming deficiencies had not been remedied, despite the corrected Appendix being attached and the motion clearly addressing the prior issues. This demonstrates a deliberate refusal to acknowledge compliance.

6. **December 9, 2024 - Emergency Motions and Continued "No Action" Notices:**

   - Emergency motions were filed, including a "Motion to Stay Dismissal per Excusable Neglect," a "Motion to Accept the Corrected Appendix," and a "Motion to Reinstate Appeal."

   - **Fact:** The Clerk's Office issued another "No Action" notice, *copy-pasting denials* without addressing the substance of the filings or the specific arguments regarding excusable neglect.

7. **December 12, 2024 - Vague and Unsubstantiated Denial:**

   - The Clerk's Office issued another "No Action" notice, vaguely claiming the Appendix was "not compliant" without providing *any specific details* about the alleged deficiency.

   - **Fact:** The Appendix had been corrected and resubmitted multiple times, and the Clerk's Office provided no valid justification for its continued rejection.

8. **December 13, 2024 - Calls showing continued blocking and conflicting notices.** Multiple calls delineating the above.

9. **December 27, 2024 - Final Attempt and False Claims of Missing Documents:**

   - I filed motions to reinstate the appeal, correct the Appendix, and extend the time to file the Reply Brief.

- o **Fact:** The Clerk's Office issued another "No Action" notice, *falsely claiming* the Appendix was missing parts of documents 46, 50, and 75, despite these documents having been included *from the beginning.*

10. **February 7, 2025 - Inquiry and Inconsistent Reasons:**

- o I called Regina Gillis to inquire about the denial. The reason given ("missing" documents) was *inconsistent with prior orders* and demonstrably false.

## IV. Systemic Consequences and Life-Threatening Impact:

The *cumulative effect* of the Clerk's Office's repeated procedural misconduct has created a *systemic barrier* to justice, with devastating and life-threatening consequences for me. These are not isolated incidents; they represent a pattern of conduct that has had a cascading, detrimental impact:

- **Direct Causation:** The Clerk's Office's actions are the *direct and proximate cause* of the delays in the appeal, the exacerbation of my disabilities, the loss of legal representation, and the interference with essential processes (Social Security, emergency assistance, etc.).

- **Exacerbation of Existing Vulnerabilities:** The stress, delays, and financial hardship caused by the Clerk's actions have significantly worsened my pre-existing disabilities (including autism), leading to a breakdown in my continuity of care and placing my health and life at immediate risk.

- **Forced Labor and Deprivation:** I have been forced to expend over 300 hours, under conditions of extreme duress and while suffering from debilitating disabilities, solely to attempt to overcome the procedural barriers erected by the Clerk's Office. This constitutes forced labor and a deprivation of my basic human rights. This time expenditure was *directly and solely* a result of the Clerk's improper actions.

6

- **Systemic Barrier to Justice:** The *effect* of these actions is to create a system where access to justice is effectively denied, regardless of the underlying merits of the case. The repeated failures and misconduct have created an insurmountable obstacle to a fair hearing.

## V. Supporting Documentation:

This complaint is fully supported by:

- The detailed chronology of events provided above.

- The excerpt from the "Time-Sensitive Motion to Set Aside Dismissal, Correct Appendix, and Renew Time to File Reply Brief" provided by me in my February 9, 2025 letter to Chief Judge Pryor. This motion demonstrates:

    o **Compliance:** The corrected Appendix was attached, refuting the Clerk's claims.

    o **Judicial Oversight:** The motion highlights the need for judicial review of excusable neglect.

    o **Good Faith Efforts:** My and my co-appellants' diligent attempts to comply are evident.

    o **Broader Implications:** The motion places in context the impact of the case.

- Copies of all filed motions, notices from the Clerk's Office, and phone records (where available) will be provided upon request to substantiate these claims.

## VI. Relief Requested:

Due to the severity, repeated nature, and demonstrably willful character of the misconduct by the Clerk's Office, and the *life-threatening systemic consequences* of these actions, I request the following:

1. **A Full and Impartial Investigation:** A comprehensive investigation into the handling of Case No. 23-12350 by the Clerk's Office, including a review of all communications, notices, internal

procedures, and the actions of specific personnel (Case Manager Caruso, Ms. Taylor, Regina Gillis, and any other clerks involved). This investigation should include interviews with me and my co-appellants and a thorough examination of the electronic case file.

2. **Corrective Action:** Immediate action to reinstate the appeal, vacate the improper dismissal, and ensure that my and my co-appellants' motions are properly reviewed by a judge *de novo*, without any deference to the prior, improper actions of the Clerk's Office.

3. **Disciplinary Action:** Appropriate disciplinary action, up to and including termination and referral for potential criminal investigation for obstruction of justice, against any Clerk's Office personnel found to have engaged in misconduct, including the deliberate obstruction of judicial review, the issuance of knowingly false deficiency notices, and the violation of established procedures and rules.

4. **Procedural Reforms:** Implementation of procedural reforms within the Clerk's Office to prevent future instances of such misconduct. These reforms should include:

   o Mandatory training for all Clerk's Office personnel on the Federal Rules of Appellate Procedure, Eleventh Circuit Rules, and the proper handling of pro se filings.

   o Clear, written guidelines for handling motions citing excusable neglect, ensuring judicial review in all such cases.

   o A prohibition against the unilateral overruling of judicial decisions by Clerk's Office staff.

   o A system for tracking and documenting all communications with litigants, including phone calls.

   o An independent review process for complaints regarding Clerk's Office actions.

5. **Declaration of Error and Time Lost:** An official declaration recognizing the error of the Clerk's Office's actions and formally acknowledging the time lost by me and my co-appellants due to these

errors. This declaration is crucial for me and my co-appellants to address related issues in other areas (e.g., disability claims, social services) where the delay caused by the Clerk's misconduct has had severe, life-threatening consequences. This should include a specific calculation of the time lost due to the Clerk's improper actions (over 300 hours). This declaration must emphasize the *direct causal link* between the Clerk's actions, the systemic barriers created, and the exacerbation of my disabilities and life-threatening circumstances.

6. **Compensation for Damages:** While this complaint focuses on procedural misconduct, I and my co-appellants have suffered significant damages (financial, emotional, and physical) as a direct result of the Clerk's Office's actions. We reserve the right to pursue all available legal remedies to recover these damages.

## VII. Conclusion:

The actions of the Clerk's Office in Case No. 23-12350 represent a gross miscarriage of justice and a fundamental breach of the public trust. The detailed factual account provided above, supported by the referenced documentation, leaves no room for doubt that the Clerk's Office engaged in a *pattern* of misconduct, obstruction of justice, and violation of established rules and procedures. This is not a matter of mere technical errors; it is a case of a *systemic failure* to provide access to the courts, with *life-threatening consequences* for me. I urge you to take immediate and decisive action to address this egregious situation, hold those responsible accountable, and ensure that such abuses do not occur again. The integrity of the Eleventh Circuit Court of Appeals and the fundamental rights of litigants depend upon it. The urgency of this matter cannot be overstated, as my life and well-being are in immediate jeopardy.

I, Syed Ibrahim Hussain, swear under penalty of perjury that the above is true and correct to the best of my knowledge and ability and that I have corresponding, self-certifying evidence for all of the above, proving it yet further. I further swear and affirm that I have conversed with co-Appellants and they have expressed concurrence with the relief, by restoration to process and as to being able to rectify the injuries thereof, sought above.

# JURISDICTIONAL STATEMENT

This is an appeal originating from the final judgment of the United States District Court for the Middle District of Florida, entered on June 16, 2023 and upon its pre-contributive judgments on November 9, 2022 and on November 22, 2022, along with its post-contributive judgments on June 28, 2023, August 15, 2023, and August 21, 2023. The district court had jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the case involved claims arising under federal law, specifically under the *False Claims Act* and related statutes.

The active Appellants in this case are:

1. **Syed Ibrahim Hussain** - The primary whistleblower, who, while employed, engaged in protected activities under the *False Claims Act* by refusing to approve leases that would have violated the Act via the *Anti-Kickback Statute*.

2. **Syed Muhammad Baqir Hussain** - Another employee who was present and also refused to approve the unlawful leases, thereby engaging in protected activities under the *False Claims Act*.

3. **Syeda Sara Hussain** - Affected by nearly equivalent unlawful retaliation as her father and brother, making her a party of equivalent right under *Thompson v. North American Stainless, LP*, 562 U.S. 170 (2011).

Additionally, all Appellants above are direct victims and crime witnesses to the majority of the RICO-related crimes that arose from the retaliation of the protected acts above.

The Eleventh Circuit Court of Appeals has jurisdiction over this appeal under 28 U.S.C. § 1291, which grants the courts of appeals jurisdiction over appeals from all final decisions of the district courts of the United States.

The first notice of appeal was timely filed on July 17, 2023 in compliance with Rule 4(a) of the Federal Rules of Appellate Procedure, which sets forth the time limits for filing a notice of appeal. A supplemental notice of appeal was timely filed on July 28, 2023 in compliance with Rule 4(a) of the Federal Rules of Appellate Procedure.

## STATEMENT OF THE ISSUES

1. Whether the district court erred in its dismissals by failing to consider Appellants' legal and factual arguments, procedural case law, and allegations justified to be deemed *admitted*.

2. Whether the district court, in overlooking the record, denied due process and exacerbated the obstruction of justice, while causing RICO acts and human cruelties to continue, endangering Appellants, public safety, and national integrity.

3. Whether the district court failed to provide timely relief for RICO-related claims and False Claims Act protections.

4. Whether the district court perpetuated a catastrophic denial of justice, thru effectuated elimination, jeopardizing rights, and disregarding Congressional intent for timely adjudication and relief.

5. Whether the district court erred in refusing to deny the Motion to Dismiss by Defendants H. Stadelman and Interval Title Services, Inc., despite detailed factual and legal basis demonstrating the motion's lack of merit.

6. Whether the district court dismissed Appellants' verified RICO complaints in disregard of a RICO act on Appellants' "Island Club"

1

home, involving severe violations of their First, Fifth, and Fourteenth Amendment rights.

7. Whether the district court allowed a series of illegal transfers of homes to perpetuate an eliminatory state upon Appellants, even with non-appearing Defendants (Appx. 268) and with fully refuted opponents' claims otherwise, justifying this Circuit's prompt action to prevent irredeemable rupture from justice, function, and right.

8. Whether the district court jeopardized timely mechanisms to preserve the "whole" guaranteed by 31 U.S.C. § 3730(h)(1), regardless of parties. Thus, this Court should order all emergency relief needed to restore Appellants. Moreover, that Special Master and sufficient, Appellant-cleared counsel alleviate obstructions to vital cases, reportings and restoration, along with any assistance necessary to address what threat to lives, public safety, and national security is yet salvageable.

2

## STATEMENT OF THE CASE

### I.    STATEMENT OF FACTS

This case represents a fallout of systemic corruption, retaliation, and injustice. At its core are Appellants, made to be victims and advocates alike, against vast criminality and colluding government, involving healthcare fraud, drug crimes, real estate fraud, public safety, and a robbing assault upon a family's dynamics.

In June 2021, Mr. Ibrahim and Mr. Baqir refused to participate in illegal schemes that would violate the *False Claims Act* and *Controlled Substances Act*. They faced ruthless retaliation escalating beyond organized crime. It synergized with public corruption. Appellants were subjected to wrongful termination, abuse of process, real estate fraud, grand theft, acts of incapacitating torture, food blockades, anti-witness crimes, deprivation of rights, identity theft, evidence destruction, and witness extinguishment. These reached being exacerbated by the district court itself, starting with it endorsing a RICO act in plain view, by granting Appellants' last home to the fleeing lead RICO conspirator.

A long-standing, pre-existing obstruction to dependent cases and reports was responded to by a rupture of justice by the district court. This delayed and complicated Appellants' needed relief. It thus also obstructed

3

the related justice, humanitarian, and corruption issues involved. These factors undermine the trust that a district court can fulfill Congress's intent.

Mr. Ibrahim bore originally indomitable evidence as to an empowered core corruption cascade (Appx 493, 494) bearing a cruel and broad impact. Finally bearing hope of a respite from 500 days of obstruction, a district court's order causes an effective witness-eliminatory halt (Appx 161-165, 342, 348-349), worse than even prior obstructions and with such obstruction thus about to reach over 1,050 days.

Laws thus could not "protect" employees Mr. Ibrahim and Mr. Baqir's ability to be made "whole" (31 U.S.C. § 3730(h)(1)). Appellants had to endure 1,138 days of relentless, *silent* retaliation, void of process and law. It involved continuous cruelty and daily suspense on our personal and family lives.

It created disabilities Mr. Ibrahim would have to against near-impossibility *suppress.* So severe, in fact, even this appeal to which he is vital, even if just to the hope of saving *his own family's lives,* must yet fall late upon a Court that we can only hope will understand, without attorneys or the money for expert witnesses to speak for them, the eliminatory perils we unexpectedly had to overcome for the extraordinary feat of even completing it at all.

Every possible relief of this Court is helpful and necessary. However, it cannot bring back the moments that Appellants have lost together as a family, either to attacks, disabilities, and torments or to filings needing to be made in traumatized cognition, scattered documents, mounting disabilities, and yet-displaced from our homes, jobs, and family stability.

Mr. Ibrahim's last episode of being made "whole" in the "world" the district court created (via "DN 30", Appx. 179) involved him having to endure the near-murder of his son Mr. Baqir, the second "protected" whistleblower (Appx. 46[1]) just a couple months ago, in a corrupt act involving two Seminole County police officers. This is despite a still-disobeyed order of a next-day *gone-missing* Florida judge ordering to restore what would now be two years of food stamps.

The District Court's "DN 30" was issued at a time when justice, stability, and restoration for Appellants was at its most critical and *ready* point. This was supported by the available facts, law, and evidence (Appx 29, 113, 143, 151, 165). Appellants were fully capable of addressing and resolving problems and dangers presented by a prompt response (Appx37 FN 10, Appx 73 FN 38, Appx 96 FN 39, Appx 97 FN 41).

---

[1] W-2's are producible as to Mr. Baqir; IRS reports and records as to Mr. Ibrahim would much prove his employment similarly.

5

The court's order traded *that* level of promised readiness, for a 600-day *insult to* 87 pages (Appx. 29) of RICO-relevant *injury*. It would thus unleash upon Appellants silently unaccountable crimes, cruelty, corruption, disability, and poverty. Even the Circuit-"sacred" (Appx 539) post-judgment leave to amend as proposed would receive a denial without explanation, *twice* (Appx. 464, 482).

Our initial complaint conveyed retaliations as complexly injurious as the very RICO Congress could ever "hope" to see it used for[2]. The Circuit will already know that is not common. That initial complaint, despite not being written by God or F. Lee Bailey, so as to perhaps have been *believed*, despite the fancier promises of law (Appx. 444-445, 452-461), perhaps like the one for "all relief necessary to make whole" (31 U.S.C. § 3730(h)(1)), that Appellants hope to see in time for their next life[3] perhaps, if not rushed there first like the late Joshua Dean ("Hope 94"), John Barnett ("Hope 13"), or the posthumous "Citizen 12" that is Senior Airman Ashli Babbit, for whoever "America One" may be and fallible indeed, he will not fail to notice that a narrative can be used daily to make villains of people, but not a single

---

[2] Unless there's a *post-humous* version they had in mind.

[3] Or perhaps all-too-urgently for their cancer-riddled, elderly relative they thus have not been able to save as a result (Appx.), which has just "re-exploded" into God knows what for this heavily armed French woman, who is not at liberty to do much but be "tangential" and "sporadic".

6

day to remember a fallen life, that Appellants still managed by such complaint to avoid repeating 14 of the already most commonly criticized mistakes of *attorney-filed* RICO Complaints in this Circuit.

The district court's "wants" are still unclear. It having looked at either Complaint in its 313 jurisdictional days to do so would have been a *good start*. Even after the Amended Complaint was filed, we were expected to surpass what courts commonly accepted of *attorneys* (Appx 458) and also even what *this* court accepted of them (Appx 460), in stark contrast to *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) as in #7 of Appx-455. Worse, given what happened to both complaints, were we to draft a RICO complaint worthy to be the template of law schools[4], we'd have to still hope that some remnant of it appear in an opponent's filing, so that the court might take notice of at least the worst of it[5].

Appellants, from the onset, sought justice according to law. They faced retaliatory measures for refusing to engage in healthcare fraud (Appx. 48-59). When combined with corruption (Appx. 1, 14, 16, 37, 39-40, 52-53, 143-150, 493), this jeopardized hundreds of thousands of elderly American lives, their caretakers, and families. We won't entertain the delusion of

---

[4] If ours ironically is not becoming that *already*.
[5] And thus in the worst light, if to speak of "inference" (Appx 454)

hoping to amid *this* (Appx. 348-349) level of obstruction *prove* what's *at stake*, if we have yet to be trusted on the truth of what is immediately apparent.

Unlawful retaliation ended up synergizing with corruption. These were in the Florida DOH and DEA, for torts not yet even able to rise. Appellants were facing attacks from criminals, rogue agents, and corrupt officials. An occasional brave robe would try to stop attacks on our "Island Club" home. Another was trying to *human shield* us from DEA terror about to carry out a cruelty heist with Mr. Sessions to tear apart a father and son, along with from his grandchildren; likewise all they worked to, *quite honestly*[6], build. This was followed by what Mr. Ibrahim could then know was EG (elderly genocide) Sections 1-7[7] commencing with haste on a first block of 1,338 elderly American citizens. A *mens rhea* filing in a county court by the mother of Appellants Mr. Baqir and Ms. Sara (Appx. 7) alerts the state that jeopardy of their ability to stay in their *status quo* homes is *de facto* a felony obstruction-of-justice event, which led to brief stand-down orders. Mr. Ibrahim worked to assemble a team (Appx 345-346) to intervene and rescue Mr. Ibrahim's father[8] within a crucial window of

---

[6] If not by discovering those stealing from such businesses likewise.
[7] Tragically destroyed by "DN 30".
[8] Since the DEA had violated their own advertised policy in not doing so.

8

rehabilitation. All realtors stood down. All attorneys stood down...except one ("Mr. Sessions"). An agent "MC" of the local DEA then and "AB" at the FL DOH, all involved in a rising-overdoses, persona-abduction heist, were joined in by Mr. Sessions, cutting off timely intervention, forcing cancer on Mr. Ibrahim's dad, followed by memory reprocessing. This led to an escalation that two years from now will be in *books* as the only "war" to happen in Florida since the Battle of Olustee; the "Glenfinnan War" (Appx. 344-347). This one however would be between integrity and corruption. Corruption would make a horrible mistake that day, when the main brunt of the initial attack landed upon Mr. Ibrahim's daughter, Appellant Ms. Sara *instead.*

The district court meant to be the "court of refuge" instead gave Appellants a "refuge" (Appx 130, 179) that would obstruct all measure of justice, security, stability, evidence, reporting, testimony, rights, disability accommodations, and the ability to stop elderly genocide, notwithstanding witness suppression and evidence *destruction.* Thankfully, Appellants' *core claims* remained valid, immediately provable, and indisputable. The court had witnessed *unrepresented* Appellants file *this* (Appx. 113), with proposed orders and precedential colloquy, with even a congressionally

9

assisted filing in tow (Appx. 151), and 87 pages of sworn, verified and *endured* RICO injuries[9].

Despite that, it couldn't allow 14 days of trust for a hearing at which nonetheless near-indigent[10] *pro se* Plaintiffs were ready to face however many attorneys that parties enriched by fraud, theft, and cruelty could buy. Appellants were confident that despite opposition at the hearing, which was *yet another one* they never got, they would prove the necessity of the TRO. Moreso, for yet also-then-necessary injunctions (Appx. 82-88) just to preserve the *ability* to be made "whole". The necessity would become clear when many RICO Defendants never appeared at all (Appx. 268).

It's notable that someone who's saved countless lives to have summed up Appellants' ordeal by reference to an occasionally used Title VII test of whether one would be "dissuaded," as in *Burlington Northern & Santa Fe Railway Co. v. White*, 548 U.S. 53 (2006). We repeat it here solely because we feel that it best captures how some so-broadly endurant cruelties exist for some that make "wondering" about whether unlawful retaliation or a plausible claim *exists* a luxury of far better days than those we are *currently*

---

[9] Which if too long to read, let alone DN 7, 20, 21, and 25 were considerably shorter, imagine how much harder to *bear*.

[10] If to speak of "faith in law", Mr. Ibrahim had spent nearly 70% of his remaining funds simply on the transcript (Appx. 16) and *three process servers* needed as to Mr. Sessions *alone*.

10

in. Though we offer it from ourselves, we welcome its credit be taken back if ever such woman is able:

"Why worry for the benchmark of 'Dissuade', for I have yet to find the citizen that if you tell them, hey, want to be a whistleblower? This is how 'protected' you're gonna be. Ready? First, we'll abduct and drug up your father to the point of cancer and reprocessing, leading to the first war in Florida in 160 years, while stealing everything he, you, and the rest of your family has built and worked for, down to your identities, homes, and bank accounts, then we'll make it so you'll walk into court and not be heard. You'll never have an attorney because we robbed you of the funds to hire one and while you hope for justice, we'll hit you with a triple-felony-attack *while* you're in the Jacksonville federal courthouse (Appx 53), then one by one we'll attack every sphere of your life and family, make every agent and court suddenly mute to every evidence you can show, every law you can cite, and every word you can say; in one court we'll barricade you from two attorneys you happen to afford and have them disappear much like a judiciary officer the day after they order Florida to restore your food stamps, which you'll thus also never see. Then, we'll have a judge order you silent prior to a word (Appx. 16), while you're both the assailed defendant and approved witness called to the hearing (Appx. 14). Then, when you spend one-third of your net worth so a certified transcript of that hearing will show those violations plain as day in a later RICO complaint in a federal court, a court you only barely enter safely on your *third try*, when a civil rights volunteer agrees to protect you for a brief moment from elimination. Then, in case you get the idea you've entered a court that might give you some justice, it won't even look at your or the 4 other filers' RICO complaint at all, nor bother taking anything as true. After all that, the question of 'plausibility' of a claim would readily equate the plausibility that any promise of right or law in this great nation, yet *exists*; and if such an ordeal, for **over 1,000 days** is both 'prize' and 'protection' of what it is to be a whistleblower, then why play with a low bar like 'dissuade' but rather raise it in

11

favor of every potential opponent and boldly ask the *entirety* of the American public...***any takers?***"

Evidence crucial to life-saving, anti-corruption, and justice[11], though not so much as to our *instant* claims, were vastly destroyed by the order of a district court (Appx. 348).

Despite the sensitivity of what Appellants needed to work on, the district court thrust Appellants into the "spotlight", out of every secure zone and into a full rupture from trustable law (Appx. 29, 113, 143, 151, 165, 339). This was an immense jeopardy of what it means to protect crime witnesses or whistleblowers. When the crimes are *nation-vital* (1, 7, 29, 113, 143, 151, 339, 465, 493, 495[12], 528, 534), only worse.

This case is a referendum on the justice system's capacity to uphold the rule of law against powerful wrongdoers. The outcome will determine whether those who risk everything to expose wrongdoing can find vindication or be crushed by the very institutions meant to protect them.

## II.    STANDARD OF REVIEW

The Eleventh Circuit reviews *de novo* a district court's dismissal for failure to state a claim. *Castillo v. Allegro Resort Mktg.*, 603 F. App'x. 913,

---

[11] *Thirteen* then-ongoing criminal investigations, vital torts and vital reportings to protect the public, not even able to have their cases yet *open*
[12] May the Court please print **Appx. 539 as an in-hand key** to the provisions of **Appx. 495**.

broader public interests courts take into account when granting relief, as discussed in *Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847, 864 (1988)

The broader implications for national integrity will be considered for cases involving allegations of extensive corruption and human rights violations, such as in *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952).

## SUMMARY OF ARGUMENT

This appeal addresses multiple, expansive errors by the district court that resulted in a miscarriage of justice and violated Appellants' constitutional rights. The district court neglected key legal and factual considerations in its dismissals, failing to properly apply the standards for *pro se* plaintiffs and motions to dismiss. Its judgments and orders denied due process and exacerbated the obstruction of justice, by overlooking substantial evidence and allowing RICO-relevant violations to continue unchecked, endangering Appellants, public safety, and national integrity.

The act of burying the tie-in to the original collusion by the DEA and Florida's DOH (Appx. 1, 143-150, 165, 339, 493), that yet needed justice of its own, is unconscionable. The court failed to provide timely relief for *False*

16

*Claims Act* protections that had already managed to deliver multiple RICO-relevant acts of retaliation, one even *in the court itself* (Appx. 113, 143, 151).

The district court thus perpetuated a catastrophic denial of justice. It persisted in acts *effectively* eliminating crime witnesses (Appx. 151, 165), who were under sustained assault already (Appx. 29), in violation of multiple rights and laws. It nullified Congressional intent (Appx. 151, 339, 465, 493, 495 with 539, 505, 533, 534) across nearly every law mentioned.

It erred in refusing to deny the Motion to Dismiss by Defendants Stadelman and Interval Title Services. This was despite both 1) its every basis being systematically refuted (Appx. 305, 324, 439, 449-461) and 2) undeniable involvement in perjury, forgery of false documents into public record, insurance and real estate fraud, and undertaking numerous statutorily related breaches of duty that led to the grand theft of Appellants' home (Appx. 29, 191, 305). The district court failed to address claims regarding the illegal transfer of Appellants' homes, which directly impacted life stability and warranted the imposition of restraint and constructive trusts (Appx. 7, 12, 13, 14, 16, 29, 113, 143, 151, 189, 191, **268**, 339, 465, 493, 495, 505, 533, 534).

Lastly, by the court maintaining persistent, inconsolable neglect of its record (Appx. 130, 179, 357, 386, 464, 482), it jeopardized every timely legal mechanism to preserve Appellants ever being made "whole" *at all.*

We urge this Court to reverse the district court's decisions and provide the maximum and most emergent relief, enhanced by assessment and execution of Special Master, and defense, protection, and communicability of sufficient Appellant-cleared counsel.

## ARGUMENT

### I.  The district court erred in its dismissals by failing to consider Appellants' legal and factual arguments, procedural case law, and allegations justified to be deemed *admitted.*

**Standard of Review**: The Eleventh Circuit reviews de novo a district court's dismissal for failure to state a claim. *Castillo v. Allegro Resort Mktg.*, 603 F. App'x. 913, 915 (11th Cir. 2015).

On June 16, 2023, the District Court issued the "Order of Dismissal". In a swift response[14], Appellant Syeda Sara Hussain ("Ms. Sara") filed a pro se motion on June 28, 2023 (Appx. 392), ideal for reconstruing under Fed. R. Civ. P. 59(e), *though* citing Rules 60(b)(2) and 60(b)(4-6). The court *summarily* denied the motion the same day, stating "no legal basis."

---

[14] Noticing her father failed to file his prior-announced individual objections, though attempting *twice*, reaching an incapacitating "torture" state (Appx. 393-394, 423-424, 427-429).

On August 14, 2023, all Plaintiffs joined in a *pro se* motion to vacate (Appx. 439) under Federal Rules 60(b)(3), with alternative of 59(e)-*principled* reconsideration given the circumstances, also requesting *leave to amend as proposed* (App. 1). The aim was to urge the district court to reconsider Ms. Sara's prior motion under Rule 59(e), which would allow pre-notice elongation, so as to vacate the Order of Dismissal (Appx. 386).

Alternatively, they moved under *both* Rule 59(e) and Rule 60(b) in manner of the rules governing simultaneous appeal. Plaintiffs also requested the court vacate and recuse, if applicable, under 29 CFR § 2200.68 or 28 U.S. Code § 455. Plaintiffs requested the Court apply Rule 59(e) to grant their motion by reconstrual of Ms. Sara's post-judgment motion being a timely Rule 59(e) "hit" upon the docket with them continuing *evidentiarily* to that period, or to *assert on the record that it would vacate* if considering under Rule 60(b). Nonetheless, the district court denied it by endorsed order, with no seeming care for its merit and content (Appx. 464).

The court's conduct was damaging, in its persistence to give *sole* importance to opposing submissions yet while ignoring counterarguments (Appx. 305-338) and every method to clarify, quite substantially to facts and law (Appx. 449-460). On a motion to dismiss, courts must accept all

factual allegations as true. *Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 507 U.S. 163 (1993). *Pro Se* allegations should survive dismissal if a plausible claim exists. *Am. Dental Ass'n v. Cigna Corp.*, 605 F.3d 1283, 1290 (11th Cir. 2010).

Appellants presented substantial allegations in their complaint (Appx. 449-452; cross-referenced to ¶ numbers in the Amended Complaint, App. 191), **with most allegations justifying being *judicially admitted*** (top of Appx. 450, while in *unprecedented* obstruction of Appx. 268).

Plaintiffs proclaimed the Court similarly erred earlier when it denied a motion for temporary restraining order (Appx. 113, 143, 151, 165) and dismissed the Initial Complaint (Appx. 29). To support these claims, Ms. Sara's previously denied motion was attached as "Exhibit 1" of Appx. 439, showcasing critical evidence and points (Appx. 405-426) that refuted the Court's rationale for the Order of Dismissal.

It seemed the district court was unable to take either the procedural caselaw's applicability (Appx. 444-445, 454-460) or the substantial facts presented (Appx. 450 to top of 457, prior to "B.", Appx. 405-414, *narrative-grade*, App. 415-423, *analysis-grade*) as being *true*.

20

Unfortunately, the district court only ever seemed able to speak in terms of what a represented opponent might point out, persistently failing to be consolable into noticing the *majority* of Appellants' allegations, which not only justified countless injunctions, but by further jeopardy of the default remedies they warranted, thus jeopardized the very relief, **even to the point of *homes*, that such admitted facts have *long warranted*.** This disregard collided with undisturbed and unanimous precedents in law (Appx. 444-446, 454-456).

While error might have sufficed mere remand if Appellants' ordeal had thus been of some standard variety, instead a court *abuses its discretion* by ignoring or misunderstanding evidence or making decisions without factual support, *Arlook v. S. Lichtenberg Co.*, 952 F.2d 367, 374 (11th Cir. 1992). Additionally, courts abuse discretion by acting contrary to law, *Peer v. Liberty Life Assurance Co. of Boston*, 992 F.3d 1258, 1262 (11th Cir. 2021) or not applying correct legal standards, *Belize Telecom v. Government of Belize*, 528 F.3d 1298, 1308 (11th Cir. 2008). Discretion is also abused if rulings are legally erroneous or fail to consider case circumstances. *Plaintiff B v. Francis*, 631 F.3d 1310, 1315 (11th Cir. 2011).

Even the Initial Complaint went to *unnecessarily* great lengths as to what it could prove *already* (Appx37 FN 10, Appx73 FN 38, Appx96 FN 39,

Appx97 FN 41). Moreover, an unexplained denial (Appx 464, 482) of a proposed leave to amend is regarded abuse *itself* (Appx539). *Pro Se* Appellants managed to *thrice* (Appx. 305, 324, 439) demonstrate that they fulfilled the district court's concerns (as to Appx. 179). The document (Appx. 439) included even the clarification from the Circuit on Rule 15(a)'s "bar" of significance (Appx. 452-453, 460-461).

In fact, Appellants could find nothing fatal to *either* complaint surviving dismissal, since **plausibility is *requisitely* counter-fatal to dismissal, <u>if Plaintiffs are *Pro Se*</u>** (Appx. 454, 455). Ms. Sara's discovered areas of improvement were also yet proposed, and to be augmented further with more supporting facts, counts better numbered, and better detail on the facts supporting each Defendant's culpability, so as to also meet the bar perhaps surpassing *any* attorney RICO filing in history, if not likely being somewhere with the "best" of them to begin with.

## II.    The district court, in overlooking the record, denied due process and exacerbated the obstruction of justice, while causing RICO acts and human cruelties to continue, endangering Appellants, public safety, and national integrity.

**Standard of Review:** The standard of review for due process violations is *de novo*. *Mathews v. Eldridge*, 424 U.S. 319 (1976). Further, *Pugin v. Garland* has established that "obstruction of justice" does not require that investigation or proceeding be pending, but is rather its most severe and "effective" when it works to stop them altogether.

22

The obstructions to justice stemming from the district court's "DN 30" (Appx. 179) created an unconscionable fallout (Appx. 1, 29, **32, 36**, 37, 39-43, 76-77, **87, 88, 90**, 95, 143-150, 339, 465-481, 464, 482, 493-494, 495 w/ 539, 505, 528, 533, 534-538) . Between 3 and 220 million lives were endangered. Over 179,000 casualties were *sustained*. $1.2 trillion in economic impact are once again at a near-breakpoint risk of irreversibility. $200 billion in damages were sustained and approximately 425,000 casualties remain at risk (Appx. 495, 528)

For no warning ("DN 1, 7, 20, 21, 25") to be of avail to "DN 30" becoming a full halt to the First Amendment, along with effectuating Chapter 13 and 73 of Title 18 of the U.S. code, and endorsing a live RICO act in plain view (Appx. 471), should justify any and all possible relief.

The district court's actions created a climate "green-lighting" criminal, cruel, inhumane, and corrupt acts upon Appellants and the public, with all three routes to secure or restore trust or accountability (private, enforcing, judicial) lost.

The court's orders led to rising casualty rates and expanding torments in Appellants' pursuit of rights, relief, liberty, and safety. This scenario brings home that "Indeed, obstruction of justice is...'most effective' when <u>it prevents "an investigation or proceeding from commencing in the first</u>

place." *Pugin v. Garland*, 143 S. Ct. 1833, 1837 (2023). Even in the Initial Complaint, $60 million in injuries (cite74) were realized to Appellants, if to also restore all fraudulently *stolen* homes. The viability of timely relief was obliterated by "DN 8" and "DN 30" despite the level of injuries the RICO complaint conveyed.

The sentinel warning of eliminatory and obstructive threat were <u>not hidden</u> but included repeatedly, in Emergency Addendum (Appx. 143-150), in "DN 7" (Appx. 113), and the congressionally assisted "DN 21" (Appx. 151). One could tell from a few pages of anything that an *effectively* eliminatory trauma was at hand.

Appellants systematically disproved *every* claim brought by appearing Defendants (App. 305-338). Yet, in 400 "bonus" days of torment, with 2 RICO complaints before such court, the first bearing 500 days of injury; the "inference in our favor" spoken of in law, is still *at large*.

However, the district court *speedily* accepted opponents' filings as *fact*, despite neither a cause nor precedent to do so. The court thus took on an adversarial stance and constructed a narrative framed from opposition's filing, one that would be *fully* refuted regardless.

Mere bias for the opponent would be an understatement. The Complaint Appellants filed was not even *the one being referenced* (Appx. 179). The

district court was more concerned at what an opponent might share about a complaint not even in its court, than to date showing some indication that it looked at *anything* Appellants filed with it, except for what piece of it, when even *from* it, that an *opponent* might bring to its attention.

Such an act of injustice, catastrophe, and obstruction should warrant *extraordinary* relief. Neither Appellants, nor likely any citizen, would take the risk of *trusting* the promises of government if attacked even for a *fraction* of the injuries endured in just the *first* 500 days described in the initial complaint. To top that with 600 days of near-mockery to what is urged by the *totality* of process and law (Appx. 452-460), to the cost of the triply-scanned *majority* that were yet *valid* allegations (Appx. 449-451) due being *admitted* <u>almost 2 years ago</u>, and the relief they thus demanded, instead took our endured and unlawfully tormented state and converted it into a fully obstructed torture.

This undermined the rule of law, leaving pre-warned allegations based in facts and law, to the "mercy" of fraud, assault, and cruelty.

Here is perhaps the best test of whether due process was afforded: May the Court confine its view *solely* to the district court's judgments and orders for a moment, despite that the following is in *both* complaints, and wonder why it would thus never find: First, <u>the *type* of complaint before the court</u>

25

("RICO"). Second, <u>what supports it being *that type*</u> (Appx. 30-37, 39-45, 51-59). Third, <u>the *pretext* of the *Prima Facie* retaliation per the 11th Circuit</u> (Appx. 48-51, 53-59, 118-125). Fourth, what supports <u>the context of obstructions to justice</u> (nearly the whole Appx.). Fifth, <u>why the parties mentioned are even involved</u> (Appx. 30-59). Sixth, <u>who the lead-conspiring Defendant is, why, and how</u>[15] (Appx. 36, 42-43, 54-58, 143-150). Seventh, <u>what actions by him necessitated the complaint proceeding under RICO</u> (same). Eighth, <u>his *mens rhea* and the RICO predicate acts he orchestrated</u> (same[16], plus Appx. 7-28, 113, 339, 495, 534, 539). Ninth, <u>the allegations supporting a conspiracy</u> (Appx. 30-31, 43, 65, 69, 81, 83, 88, 109, 148, 212).

Appellants' rights are clear because the totality of orders, by the pattern in which they have inconsolably persisted, represented a flagrant abuse of discretion, regardless the "clear error of law" threshold. In *Rosenfeld v. Oceania Cruises, Inc.* (11th Cir. 2012), abuse of discretion occurs when a court applies an incorrect legal standard, follows improper procedures, or makes clearly erroneous findings (682 F.3d 1320, 1328-1329). Similarly, *Cordoba v. DIRECTV, LLC* (11th Cir. 2019) further defines abuse of

---

[15] Interestingly, the district court appeared to never mention him at all. How convenient.

[16] Along with yet more not in the Appx. of which he was made aware as what *is* thought to more than suffice.

26

discretion as applying the law "in an unreasonable or incorrect manner"

(942 F.3d 1259, 1276).

## III.   The district court failed to provide timely relief for RICO-related claims and *False Claims Act* protections.

**Standard of Review:** The Court will *de novo* determine, as a matter of law, whether the district court adequately preserved the *status quo* necessary to make the relief guaranteed by 31 U.S.C. § 3730(h)(1) *possible*, which uniquely guarantees 'all relief necessary to make [the whistleblower] whole, without limit of whether there be party to collect it from, and by the integrity of the United States.'

Despite compelling allegations and clear evidence of ongoing harm, the district court failed to provide timely relief, indicated not merely to the insurmountable barrier of achieving a TRO, but yet the far greater amount of restraints and injunctions that were already necessary to keep both retaliation and collectability in check (Appx. 100-105). This failure directly contravened precedent and expectations for judicial intervention in cases involving severe allegations. The Supreme Court has emphasized the importance of timely relief to prevent irreparable harm in cases like *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 22 (2008).

The delay in addressing Appellants' claims directly conflicts with the need for swift responses to serious cases. *Pro Se* allegations should survive dismissal based solely on plausibility (*Am. Dental Ass'n v. Cigna Corp.*, 605 F.3d 1283, 1290 (11th Cir. 2010)). Further, courts must accept all

factual allegations in the complaint as true, as opposed to wholesale

*voiding* them on account of some arguable "conclusions" among them

being offered by an opponent. *Leatherman v. Tarrant County Narcotics*

*Intelligence & Coordination Unit*, 507 U.S. 163 (1993),

The district court ignored Appellants' claims and bypassed procedural

standards. The court failed to uphold statutory protections and exacerbated

Appellants' plight. It thus took what was then about $120 million in

sustained injuries (Appx. 104), and allowed those to exacerbate to what is

today well in excess of $300 million (Appx. 339, 427, 465, 493, 495, 505,

528, 533, 534, 539), as a result, and with "pockets" the court has likewise

managed to run off with little accountability.

Appellants provided a detailed list (Appx. 100-105) of the injunctive,

equitable, declaratory, and compensatory relief necessary to where their

injuries were *already* upon reaching the district court. Instead, they were

put into a full-surround eliminatory state, devoid of law, safety, or *trustable*

access to justice. Thus, yet more cruelties resulted on Appellants, their

recovery, their reunion, and their livelihood. This compounded with Mr.

Ibrahim's mounting, incapacitating, untended-to, and unresolved

disabilities and traumas.

Appellants have pursued this case with persistent resolve, despite acts of terror, torture, cruelties, decompensations, and obstructions to justice. This involved them enduring almost every conceivable attack upon right, family consortium[17], and dignity. The promise of being made "whole" was *replaced* with more injury than they could ever be made "whole" from. This is despite that just DN 80 (and not yet "93") was already the fifth time the *prima facie* cause was before the district court, as Ms. Sara described in her motion (App. 79),

> "...The lease if my bro and dad approved it, instead of refusing, became an approximately $50,000 kickback monthly for referrals to a lab. This lab would bill Medicare. The rent got so high the tenant left saying she couldn't afford it anymore. That text message went to my dad, "Mr. Ibrahim". My bro and dad tried to stop it after leaving, but then begins corruption and obstruction for everyone."

To speak of "whole", Appellant Mr. Ibrahim, in what could only stay as a draft (due to what's in Appx. 393-394), put the experience candidly,

> "...For the next *700 days*, being made "whole" would mean the metaphorical equivalent of rounding up our 1) family, 2) credit, 3) assets, 4) equity, 5) career, 6) livelihood, 7) professional development, 8) life stability, 9) homes, 10) health, 11) rights, 12) safety, 13) time, 14) access to representation, 15) ability to report crimes and violations, 16) evidence itself, 17) the ability to save lives, and the 18) ability to save my elderly father and 2 other Plaintiffs' grandfather from being

---

[17] And even therein made obstructed the ability to yet rescue or reunite with what state is left of Mr. Ibrahim's father, let alone to hope to save anyone else.

forcibly overdosed into cancer and 'reprocessing' by an attorney and 11 corrupt officials and private actors while at the same time carrying out attacks on every aspect of me and my adult children's lives, and now putting all 18 of these in a bag and kicking it off the tallest building." (from pages 5-6 of Mr. Ibrahim's 2nd *attempted* filing, which was overcome by incapacitating "torture", following default remedies being put into jeopardy by the magistrate's report).

In essence, the failure of the district court to address RICO claims inflicted *extraordinary harm* on Appellants. By what it *silenced*, it left a broad threat to public safety and national integrity that even its foremost witness (Appx. 1, 7, 339, 465, 493, 495, 534, 539) would eventually be so obstructed, that he was forced to lose connection with what he was set to prevent, instead forced to fight for his and his family's *existence* (Appx. 505, 533, 534, 495, 539).

The necessity for immediate and effective judicial remedies is crucial. As per *United States v. Gaubert*, 499 U.S. 315, 327 (1991), timely judicial intervention is essential in such critical cases.

This thus needs prompt and decisive intervention to rectify these issues and safeguard Appellants from further harm, including *ironically enough*, even that of the district court.

**IV.    The district court perpetuated a catastrophic denial of justice, thru *effectuated* elimination, jeopardizing rights, and disregarding Congressional intent for timely adjudication and relief.**

**Standard of Review:** This Court will review *de novo* for error of law whether the district court's decisions align with Congressional intent regarding the timely adjudication of claims and the provision of appropriate relief. *Dean v. United States*, 556 U.S. 568, 570 (2009).

Despite allegations found to be valid (Appx. 449-451) and *Stare Decisis* (Appx. 444-445), Plaintiffs encountered *silence* (an endorsed order claiming to have "ruled on merits" by thus *never* ruling on them). The district court's first realization that the post-judgment filings of Plaintiffs had proceeded by legal bases, ended up nonetheless *also* receiving an endorsed order, unexplainedly denying even a post-judgment Leave to Amend as Proposed.

Relief well within the maximum of this Court's vested power is imperative. The district court took repeated actions against Appellants (App. 89, App. 261, and endorsed orders) from an *extraordinarily* erroneous perspective of 1) not taking Plaintiffs' allegations[18] as true (App. 449-451), 2) overlooking the content of most or all of them, 3) overlooking the *Pro Se* relevant standards as to *plausibility* and others (Appx. 454, 460), on allegations rising to *Prima Facie* by the Circuit (App. 449-451,

---

[18] As to those actually brought *before it.*

31

Appx. 121-124), and 4) giving no deference to sworn, uncontested allegations as to justice, civil rights, disabilities, or humanitarian obstructions (Appx471), as though it would require law license or badge to hope to see any right or law find regard, process, or fruition.

The district court is potentially an active danger to Appellants. Thus a *mere* remand, even perhaps a supervised one, may prove quite harmful; let alone that there is no longer much room for "Russian Roulette" at a point when Appellants should not be left vulnerable to yet more travesties of justice, let alone when the majority of Defendants not appearing already warrant the allegations against them be deemed admitted.

Given the circumstances, any relief from the Court will likely arrive just before or after the critical point of no return as to helping, protecting, restoring, and saving the integrity of the nation and the public.

Being that the *False Claims Act* warrants being made *whole* by the nation itself, even that nation's power and its treasury are in last resort within this Court's disposal to put to that end, though a Special Master is most suitable in determining what can yet be salvaged before that remain the only means for the nation to fulfill its promise. Declaratory relief should be prompt in declaring that access to justice has been delayed or obstructed, for Appellants, so that they can then hope with likewise the

Court giving provision of sufficient Appellant-cleared counsel to then with the greater ease of these three elements, and all such other relief the Court deem proper, Appellants can work towards salvaging what justice can still be redeemed.

The district court's actions promoted an eliminatory environment in which this Court's relief must be nearly *deifying* to restore Appellants' rights, return stolen homes, and address over $300 million in sustained injuries. Multiple life-saving cases and reports were obstructed (Appx. 348, 349). The district court exacerbated harm, including $17 million from just the early DEA actions (Appx. 1), and then endorsed an assault on even Appellants' *last* bastion of access to justice and safety (Appx. 179). Additionally, 13 unresolved disabilities persist, amid over 1,000 days of ongoing, unresolved injuries.

Appellants request their endured retaliations and obstructions get prompt, comprehensive relief per clear, undisputed, and *admitted* facts, law, and exhibits.

**V.    The district court erred in refusing to deny the Motion to Dismiss by Defendants H. Stadelman and Interval Title Services, Inc., despite detailed factual and legal basis demonstrating the motion's lack of merit.**

**Standard of Review**: The Eleventh Circuit reviews *de novo* a district court's dismissal for failure to state a claim. *Castillo v. Allegro Resort Mktg.*, 603 F. App'x. 913, 915 (11th Cir. 2015). A Complaint will survive a

33

motion to dismiss where it contains 'sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face.' *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

Appellants allege the District Court erred in dismissing claims against H. James Stadelman and Interval Title Services, Inc. ("S&I"). Appellants detailed fraudulent actions by S&I's concealment of encumbrances on the property at 3339 Deep Water Ct., Orlando, FL 32826, causing substantial harm (Appx 74-75, 92-93, 78-79).

The court must accept all factual allegations as true and draw reasonable inferences in plaintiffs' favor, *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The complaints showed S&I's failure to disclose a *Lis Pendens* (Appx. 12), which enabled fraudulent transactions and led to the loss of Appellants' property. As title agents, Stadelman and Interval failed in their duty to report this *Lis Pendens*, facilitating fraud and grand theft.

Title agents must report encumbrances on property titles. Stadelman, Interval's controlling shareholder and registered agent, had a duty to ensure no valid encumbrances impeded the property at sale. The complaints documented their breaches (Appx. 308-309, 313, 314-315, 318-321) enabling fraudulent transfers, financially and personally harming Plaintiffs. S&I's fraudulent misrepresentation and concealment were crucial to the unlawful sale, with Defendants falsely claiming no challenges existed

34

on the property, and the irrefutable proof being it selling above market altogether.

The District Court failed by not confining its review to well-pleaded facts and exhibits, overlooking evidence supporting Plaintiffs' claims. Defendants' false assurances misled buyers and breached their fundamental duties. The notarized documents and exhibits exposed Stadelman and Interval's misconduct, **including insurance fraud (provable *now*),** and their failure to acknowledge the *Lis Pendens* during title validation (Exhibit 5,6 on Appx. 265, Exhibit 15 on Appx. 266) **(proven *plain*).**

By not reporting these encumbrances, they facilitated fraud and perjury, resulting in Plaintiffs' property loss. Further they forged the falsely sworn documents, based on their own concealment and awareness of the perjuries, into the records of the State of Florida **(provable *now*).** S&I were title *and* closing agents thereof. They further engaged in fraudulent misrepresentation, breach of duty, and significant damages that necessitate judicial scrutiny.

Legal precedents required drawing *all inferences* favoring plaintiffs during a motion to dismiss. With one thing *plainly* proven and two

instantly provable from records, inference should thus favor that even "conclusions" *can be proven.*

Disproving Defendants' claims of no duty to Plaintiffs is Fla. Stat. § 817.535, barring false instruments in public records. Filing instruments with *materially false statements* intending to defraud is a third-degree felony and offers a civil cause of action for those harmed (§ 817.535(2)(a), § 817.535(8)(a)). S&I's *concealment of encumbrances* and facilitating fraudulent sales breached this statutory duty, harming Plaintiffs. S&I's such acts and omissions are after all *why* the home that Mr. Ibrahim's daughter Ms. Sara herself chose, what would at least be some token of relief compared to the monstrosity she experienced, must more equitably be by constructive trust rather than us merely on what the Court could otherwise do on the *admitted facts* alone, have gotten her *into* the home much sooner if not for this very breach by the appearing Defendants-Appellees. Frankly, if there's *one* thing even the *public* expects a title agent to do at all, it's to at least be honest about **what's on that title.**

The Eleventh Circuit should thus reverse this dismissal, for it is yet the *elementary* to understand the duty of, compared to the more complex, and in such manner that the Circuit, for the totality of Appellants' circumstances, allow for *extraordinary* relief. Protecting the factual

36

narrative (Appx. 449-451) and its legal arguments (Appx. 454-459) is

crucial to ensuring accountability for *all* Defendants' actions and justice for

Appellants.

**VI. The district court dismissed Appellants' verified RICO complaints in disregard of a RICO act on Appellants' "Island Club" home, involving severe violations of their First, Fifth, and Fourteenth Amendment rights.**

**Standard of Review**: "The Court applies a plenary standard of review to questions of constitutional law. *United States v. Esquenazi*, 752 F.3d 912, 922 (11th Cir. 2014). Under this standard, the Court reviews *de novo* all issues relating to the interpretation and application of constitutional rights and principles."

The district court's dismissal of the Appellants' verified RICO

complaints, particularly regarding the "Island Club" home, overlooked

significant constitutional and RICO allegations. The complaints detail

severe violations of First, Fifth, and Fourteenth Amendment rights,

including issues surrounding a county hearing that involved **attorney**

**barricade**, **prior restraints on speech**, and property seizure without

due process (Appx 13,7, 14, 15, 30, 36, 46, 51, 54, Initial Complaint ("IC")

Count 29, 30, 33, 43, **49**, Appx. 195, 206, AC ¶64, 66, 77, Appx. 225, Count

31, 39, 43, 49, Exh. 1, 7 on Appx. 265, Exh.24 on Appx. 267, 346, 378, 478

). The non-appearance of Defendants warrants those allegations be deemed

admitted.

The complaints and hearing transcript reveal prior restraints on speech (plainly provable perjuries are highlighted as to Mr. Sessions claims and the suddenly-changed judge's acquiescence on a Mr. Ibrahim and Mr. Baqir very rightfully there, the former both as to himself and as requested witness, both invited by the court *plainly*, <span style="color:red">Appx-15</span>, with all allegations *offered* and swallowed whole by the court while being ordered silent, can nonetheless all be plainly proven frauds, perjuries and attorney misconduct, and moreover that they have been on available documents, as well as each of these three are counts in both complaints), a fundamental violation of the First Amendment, especially concerning legal proceedings. **"Prior restraints on speech and publication are the most serious and the least tolerable infringement on First Amendment rights."** *Burk v. Augusta-Richmond County*, 365 F.3d 1247 (11th Cir. 2004).

Appellants, particularly Mr. Ibrahim and Mr. Baqir, who were court-approved Defendants and summoned witnesses were prohibited from speaking due to an overnight **change in judge** and **mischaracterization of motions** by Mr. Sessions (Appx. 16-28). This further resulted in Appellants thus being barricaded from their attorneys, denying them the right to present their case, due to what was being brought

38

to the court's attention via the *motions* themselves, while their movants were silenced and opponent was in unassailable manner painting their motions as whatever fantasy he may thus wish to.

The complaints allege property seizure without due process, directly contravening the Fifth Amendment's guarantee that no person shall be "deprived of life, liberty, or property, without due process of law". The unlawful sale and seizure of property without adequate legal procedures highlight a severe breach of due process rights.

The 14th Amendment's due process and equal protection clauses are crucial in safeguarding against unjust deprivation of life, liberty, or property without due process of law and ensuring equal protection under the law. The Orange County hearing involved actions that violated these due process rights, including the improper handling of property rights and lack of fair hearings.

The complaints detail a pattern of racketeering activity connected to the "Island Club" home, implicating various defendants in actions that constitute RICO violations. The failure of non-appearing defendants to contest these allegations means they should be treated as *admitted* (as per the dates provided in Appx. 268).

The actions as to what these properties were used to, in RICO manner, *deliver* is described in the complaints to include **forcefully incapacitating trauma, indigence, poverty, displacement, and obstruction of justice**. Given two (barricade[19] and prior restraint) egregious violations of constitutional rights and mischaracterization of RICO allegations, we request this Court reverse the district court's dismissal of the verified RICO complaints. The allegations represented significant violations of constitutional rights and RICO statutes, warranting further examination by this Court. Appellants seek trustable representation for further proceedings, allowing for fair consideration of the substantial allegations made.

**VII.  The district court allowed a *series* of illegal transfers of homes to perpetuate an eliminatory state upon Appellants, even with non-appearing Defendants (Appx.  268) and with fully refuted opponents' claims, justifying the Circuit's prompt action to prevent irredeemable rupture from justice, human function, and basic rights.**

**Standard of Review:** ""In cases involving property rights, the Court will examine *de novo* for clear error of law whether the district court adequately addressed these claims and provide appropriate consideration of the Appellants' personal and financial interests. *United States v. Approximately 81,454 Cans of Baby Formula*, 560 F.3d 638, 641 (11th Cir. 2009).

---

[19] The two attorneys are *still* missing.

The district court's failure to address these claims not only constitutes a miscarriage of justice but also represents a <u>sustained systemic torment infringing upon all rights and laws designed to protect the appellants</u> (Appx. 495 with 539, 505).

The homes involved are 1) <u>2339 Glenfinnan Drive</u>[20], Orange Park, FL 32073, 2<u>) 2401 Island Club Way</u>, Orlando, FL 32822, and 3) <u>3339 Deep Water Ct</u>, Orlando, FL 32826.

Under the *False Claims Act*, the *RICO Act*, and the *Constitution*, and what should now be allegations deemed *admitted*, Appellants are within right to seek prompt imposition of constructive trusts. The imposition of a constructive trust is a recognized equitable remedy to prevent unjust enrichment and to rectify wrongful conduct.

---

[20] *Live* Concern: Though the father was saved (by "RV") from an Ortega siege in Jacksonville (by a new *separate* entity) in the now *Third Glenfinnan War* ("Glenfinnan" is in Orange Park, and a third threat to its ease of restoration to Mr. Ibrahim started about 2 months ago; it's a dangerous affront to right and law appearing again that while likely not exchanged to a new buyer yet is ripe for a confirmation of that to supplement the Circuit Court or as assessed by Special Master, since if injunctive restoration *versus* constructive trust can be had and while deeming an uninterrupted right to immunize against pre-emptive sabotage or lost benefits, it could restore conditions from which reporting was prior able to commence and thus is the <u>ripest to *confirmation-dependent, injunctive relief*</u>; intel likely to be known today or tomorrow – Mr. Ibrahim, with "RV" only partially assisting.

The 11th Circuit has clearly recognized a constructive trust as an equitable remedy to right a wrong committed and prevent unjust enrichment. *Platypus Wear, Inc. v. Horizonte Ltd,* 558 F. App'x 929, 4 (11th Cir. 2014), "The district court may impose a constructive trust as an equitable remedy". Further, "the purpose of a constructive trust is to prevent the unjust enrichment of culpable parties." *Bender v. CenTrust Mortg. Corp.,* 51 F.3d 1027, 1029 (11th Cir. 1995).

Appellants have demonstrated that the properties were acquired and transferred illegally (Appx. 7, 12, 13, 14, 16, 29, 113, 143, 151, 189, 191, 268, 339, 465, 493, 495, 505, 533, 534-546), and thus, the principles of equity necessitate the imposition of constructive trusts.

The properties were transferred fraudulently, violating the *now-warranting-**admitted** employment agreement* (App. 268 *applied to* Appx. 46, 47 or Appx. 203), which promised Mr. Ibrahim the said properties. The actions by the defendants constituted fraud and breach of fiduciary duty, and thus, warrant the imposition of constructive trusts. Appellants' claims are supported by clear and convincing evidence, meeting the required standards for the imposition of constructive trusts. The basis for existence of a confidential relationship between Mr. Ibrahim and the Employer would thus be *admitted* in both complaints. The Employer's

42

promise to transfer properties would thus be *admitted* in both complaints. The Employer's unjust enrichment from failing to deliver the properties is demonstrated by that which would be *admitted* in the complaints.

The involved breaches that arose into an 87-page RICO "fire" of *False Claims Act* retaliations for what now warrants being *admitted* involved employment conditions that likewise adhere to facts readily supporting unjust enrichment, necessitating the relief sought. Worse, the manner of the transfers and endangerments themselves when to *novelly cruel lengths* to violate multiple rights, due process, the use of fraud, perjury, and forgeries to carry out property transfers that would have *plainly* violated law even if the *False Claims Act* and RICO had not existed.

As to "3339 Deep Water Ct", **this property was transferred despite Mr. Ibrahim being <u>tenant-in-common and five percent owner</u>**, thus having carried out a fraud and perjury necessitating *grand theft*.

As to "2401 Island Club Way", it was similarly encumbered by fraud and misrepresentation. Worst of all was the use of prior restraints, of particular cruelty as they 1) involved both *False Claims Act* ("FCA") "protected" whistleblowers (Mr. Ibrahim and Mr. Baqir) while 2) court-approved, summoned defendants to the action and even 3) court-approved

43

called witnesses of the yet-remaining, thus isolated and thus also-unrepresented defendant. It also involved the as-heinous-as-rare act of attorney barricade by an opponent hijack of motions to perjure in glee before a suddenly changed judge. These actions are of the type that should be deemed blatantly, *eternally*, and *prima facie* unconstitutional.

As to "2339 Glenfinnan Drive", it would represent perhaps the most veritable and certifiable obstructive to justice destructive to evidence, witness disabling, rupturing testimony and reporting, rights-indifferent, eliminatory, increasing corruption while obstructing the corruption cases that needed to proceed, not following short of even managing to be the place of now three wars, acts of terror and genocide, and arguably the most obstructively, eliminatory, and cruelly harmful judicial order (Appx. 179) in the history of the United States.

The Appellants seek the Court impose constructive trusts to Mr. Ibrahim, to model the considerate restoring of full ownership and possession of all three properties. The Court should issue declaratory relief confirming Mr. Ibrahim's continuous legal possession and ownership rights, maintaining the status quo as if no retaliatory act occurred. This helps offset intermittent sabotage or the loss of any continued-stay benefits.

Furthermore, the Court should declare Mr. Ibrahim and Mr. Baqir

44

protected from retaliation under the *False Claims Act* and from obstructions such as intimidation, tampering, or other harms, per Chapter 73 of Title 18 of the U.S. Code.

The Court should ensure that injunctions and protections are readily deliverable, with appropriate counsel and stabilization of endured torture and disabilities. This prevents further retaliatory acts, fraud, or cruelty by the defendants and the yet dozens of corrupt at large that have been allowed to empower incessantly and unaccountably into ongoing attacks on the public and the nation's integrity. We urge this honorable court to reverse the lower court's obstructive decisions and grant the relief sought by Appellants..

**VIII. The district court jeopardized timely mechanisms to preserve the "whole" guaranteed by 31 U.S.C. § 3730(h)(1), regardless of parties. Thus, this Court should order all emergency relief needed to restore Appellants. Moreover, that Special Master and sufficient, Appellant-cleared counsel alleviate obstructions to vital cases, reportings and restoration, along with any assistance necessary to address what threat to lives, public safety, and national security is yet salvageable.**

**Standard of Review[21]:** "The Eleventh Circuit will evaluate in combination of plenary standards towards preserving the vital sanctity of rights and *de novo* whether errors not conducive to the promises of law were made by the district court in such manner as to justify the maximum of emergency relief possible, including Special Master, and Appellants'-

---

[21] ABA F.O. 07-446, *partial*, non-authoring, "Vinson" (DC), "Camden" (TX), "Kalem" (GA)

cleared sufficient counsel to that end. *Liljeberg v. Health Services. Acquisition Corp.*, 486 U.S. 847, 857 (1988).

The Court may utilize its authority under the *All Writs Act*, 28 U.S.C. § 1651, to issue any necessary writ to address extraordinary circumstances and prevent irreparable harm. The principles established in *Cheney v. U.S. Dist. Court for D.C.*, 542 U.S. 367 (2004), suggest that extraordinary relief is warranted when lower court actions are clearly erroneous and cause significant harm. Similarly, in *Nken v. Holder*, 556 U.S. 418, 434 (2009), the need for heightened review in cases involving irreparable harm is recognized.

In cases involving allegations of RICO violations and whistleblower protections, the Court might emphasize protection without requiring proof of retaliatory intent, as affirmed in *Dean v. United States*, 556 U.S. 568, 570 (2009), and *Murray v. UBS Securities*, LLC, No. 22-660 (2024). Furthermore, *Pugin v. Garland*, 143 S. Ct. 1833, 1837 (2023), indicates that obstruction of justice is most effective when preventing investigations or proceedings from commencing, necessitating immediate judicial intervention. The recent case of *Childree v. UAP/GA AG CHEM, Inc.*, highlights the necessity of safeguarding whistleblower rights to prevent severe retaliatory actions.

The Court could find it prudent to appoint a Special Master and appellant-cleared counsel to alleviate obstructions and ensure timely and unobstructed resolution of vital cases. This is emphasized in *Sierra Club v. Trump*, 929 F.3d 670 (9th Cir. 2019), which underscores the importance of judicial intervention in safeguarding public interests. The extensive corruption and human rights violations noted in *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952), further support the Court's potential obligation to intervene and restore Appellants' rights and status.

Moreover, the appointment of counsel for pro se litigants is critical to address ongoing obstructions to justice and ensure Appellants can effectively pursue their claims, as demonstrated in *Gideon v. Wainwright*, 372 U.S. 335 (1963), and *Turner v. Rogers*, 564 U.S. 431 (2011).

Appellants have faced enduring, irreparable cruelties that necessitate

a broad spectrum of emergency relief measures. These measures are crucial

for addressing what degree remains within control as to the massive threats

to lives, public safety, and national security, while also alleviating obstructions to vital cases and reporting. This approach is essential for ensuring that all statutorily promised and justified relief is achieved, reflecting the gravity of the situation and the district court's failure to uphold the rule of law.

Given the severe impact on public safety, human rights, and national security (Appx. 493, 505), the intervention of the Court is crucial to uphold justice and restore the integrity of the legal system. The appointment of a Special Master is highlighted as due to the substantial remediation required, including the restoration of stolen properties and compensatory measures for the injuries sustained. This step is deemed necessary to counteract the grievous attacks on Appellants' rights and dignity. The magnitude of the case, involving extensive corruption and systemic injustices, justifies comprehensive and robust legal support. Appellants have endured extraordinary cruelty and obstruction in their *disillusioning* quest for justice, underscoring the need for fully funded, cleared representation. If even *one percent* of the impact they claim to be holding off by, at this point, perhaps *a thread*, such *one percent* would still enormously supersede whatever such attorneys would cost. This support is

47

vital for uncovering and addressing the extensive threats and ensuring Appellants' ability to pursue justice effectively.

This appeal represents not only a plea for justice for Appellants but also a call to reaffirm the nation's commitment to protecting whistleblowers who courageously expose corruption and wrongdoing. The Court's decisive and sweeping intervention is requested to reflect its unwavering commitment to law, human dignity, and the enduring strength of national values. This encompasses ensuring that all statutorily promised and justified relief is achieved, sending a powerful message against systemic corruption.

## CONCLUSION

Appellants have endured extraordinary cruelty and obstruction in their quest for justice. The Court's intervention must be decisive and sweeping to counteract the grievous attacks on their rights and dignity. This appeal represents not only a plea for justice for the Appellants but also a call to reaffirm the nation's commitment to protecting whistleblowers who courageously expose corruption and wrongdoing.

Accordingly, we urge the Court to take this rare opportunity to send a powerful message against systemic corruption and to stand firmly for those who risk everything to uphold the principles of justice and integrity. Let

this Court's ruling reflect its unwavering commitment to law, human dignity, and the enduring strength of national values.

Appellants, with Mr. Ibrahim and Mr. Baqir, by way of the nation's guarantee to be made "whole", and Ms. Sara likewise by enduring no less per *Thompson v. North American Stainless, LP*, 562 U.S. 170 (2011), despite such Appellants experiencing *effectual* eliminations and being obstructed crime witness-victims regardless, and for far more than any *one crime* or unlawful injury, but often the injuries of enduring nearly *a dozen at a time*. Likewise, for Appellants' civil, constitutional, and human rights to not be put in constant peril. Thus, Appellants respectfully request the following relief from this Honorable Court:

1. **Reversal of the District Court's Dismissals and Orders**: The reversal of all dismissals (Appx. 179, 386) and orders (Appx. 130, 464, 482) issued by the district court that have denied us necessary relief and exacerbated our suffering.

2. **Declaratory Relief**: Declaratory Relief to establish that our access to justice was significantly delayed or obstructed, regardless of whether attributed to the district court's actions or our circumstances. Further, that declarations affirm our rights under the *False Claims Act*, the *RICO Act, American with Disabilities Act,* crime witness protections from

49

violations of Chapter 73 of Title 18 of the U.S. code, as well as ordering

the Clerk of the district court to enter the clerical, or potentially

judgement-level defaults, as to the also shockingly obstructed "Plaintiffs'

Application to Clerk for Entry of Defaults (Appx. 268", while declaring

the right to acquire yet further declaratory relief pursuant to, while

declaring that all *pro-se* viable allegations on non-appearing defendants

be deemed *admitted*.

3. **Issuance of Injunctions**: The issuance of several injunctions,

including but not limited to:

   a. Injunctions to halt all unlawful retaliations or obstructions to justice ,

   as well as any perpetuation of harm to our personal safety and

   dignity.

   b. Injunctions to restore our rights to access justice, safety, and to retain

   the ability to be made "whole" as under the *False Claims Act*.

   c. Injunctions to protect us from any further obstruction of justice,

   retaliation, or harm, nor to jeopardize the safety of our family.

4. **Appointment of a Special Master**: The appointment of a special

master to oversee the case. This special master would ensure

accountability, oversee the implementation of the court's orders, and

monitor the restoration of Appellants' rights and safety, as well as assist

in so much as re-forming the justice- and life- vital communications and security thereof necessary.

5. **Comprehensive Relief for Sustained Injuries**: The restoration of stolen properties and economic compensation for injuries, of $240 million, by special master assessment and staging if needed, or otherwise, or *out-of*, counsel arranging provisions to such ends, with so much as can be reasonably awarded in the interim.

6. **Protection from Further Retaliation**: Assurances and protective measures from the Court to shield Appellants from further retaliation, harassment, or harm by any parties involved in or related to the injustices they have faced. This includes protection from all however-much-powerful or corrupt acts, unlawful retaliation, and any form of intimidation or harm.

7. **Any Other Relief Deemed Just and Proper**: Any other relief that this Honorable Court deem just and proper to rectify the injustices endured and to uphold the principles of justice, integrity, and the rule of law.

The Appellants thus implore this Court as above for *urgent intervention* to grant the comprehensive relief sought. The district court's actions represented a dire threat to Appellants but also to the foundational

principles of justice and integrity that underpin our legal system.

Appellants' journey through the legal system, marked by **over 1,000 days of *relentless* retaliation, obstruction, and human cruelties**, in constant vexation of their family life, union, and stability, should thus merit no less by the same token that this Court, in its full force of justice and resolve, have these yet culminate in the restoration of their rights, safety, and dignity.

Respectfully submitted on this 6th of August 2024,

/s/ *Syed I. Hussain*

Syed Ibrahim Hussain
3155 Wavering Lane
Middleburg, FL 32068
mms-renovation@outlook.com

/s/ *Syed M. B. Hussain*

Syed Muhammad Baqir Hussain
3155 Wavering Lane
Middleburg, FL 32068
baqrehabalt@yahoo.com

/s/ *Syeda S. Hussain*

Syeda Sara Hussain
1456 Via Sangro Place
Winter Park, FL 32792
Daughterofamerica12.25.21@gmail.com

52

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Orlando Division

SYED IBRAHIM HUSSAIN, SYED
MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN, BRIAN
GUEX, and ROSELENE GUEX,

        Plaintiffs,                    Civil No. 6:22-cv-1886-CEM-LHP

v.

H. JAMES STADELMAN, INTERVAL
TITLE SERVICES, INC., KHALID
MUNEER, JUPITER PROPERTIES, INC.,
JERRY LADELLE SESSIONS, II, PRIME
INTERNATIONAL PROPERTIES, LLC,
PRIME INTERNATIONAL PROPERTIES
DUVAL, LLC, PRIME INTERNATIONAL
PROPERTIES CLAY, LLC, FAMILY
MEDICINE AND REHAB, INC., SYED
SAJID HUSSAIN;

---

## MEMORANDUM OF LAW IN SUPPORT OF
## PLAINTIFF SARA'S MOTION FOR RECONSIDERATION

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff Syeda Sara

Hussain ("Ms. Sara") respectfully moves *Pro Se* for reconsideration of this Court's

Endorsed Order (See docket) dated June 28, 2023, denying Plaintiff Sara's Semi-

Urgent Motion to Set Aside Dismissal (Doc. No. 80). As discussed below, the

Court's mention of no legal bases to vacate raises the possibility that the Court

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp  Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 1)
July 2023

may have overlooked the relevant legal bases offered in the opening portions of Ms. Sara's such motion and its memorandum and relied primarily on its understanding that it had not been indicated.

## ARGUMENT

Reconsideration is appropriate in civil cases when there are "manifest errors of law or fact." *Continental 332 Fund, LLC v. Albertelli*, No. 20-13133 (11th Cir. July 28, 2021). "A motion for reconsideration will be decided under Rule 59(e) of the Federal Rules of Civil Procedure." *Giles v. Wal-Mart Stores East, L.P.,* No. 3:11-CV-164 (CAR) (M.D. Ga. Mar. 2, 2012) (quoting *Ludwig v. Liberty Mut. Fire Ins. Co.,* No. 8:03-cv-2378-T-17-MAP, 2005 WL 1053691, at *3 (M.D. Fla. Mar. 30, 2005)). "'Appropriate circumstances for reconsideration include situations in which the Court has obviously misapprehended a party's position, the facts, or mistakenly has decided an issue not presented for determination.' *Capitol Body Shop, Inc. v. State Farm Mut. Auto. Ins. Co.,* Case No: 6:14-cv-6000-Orl-31TBS, at *2 (M.D. Fla. May 12, 2016) (citing *Anderson v. United Auto Workers,* 738 F. Supp. 441 (D. Kan. 1990)). Reconsideration is also warranted based upon: '(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice.' *McGuire v. Ryland Grp., Inc.,* 497 F. Supp. 2d 1356, 1358 (M.D. Fla.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 2)
July 2023

2007). See also 11 Charles Alan Wright et al., *Federal Practice & Procedure* § 2810.1.", quoted, collectively, in *Badger Auctioneers, Inc. v. Ali,* Case No: 6:16-cv-572-Orl-31TBS at *3 (M.D. Fla. Oct. 5, 2017).

Reconsideration of Plaintiff Sara's Semi-Urgent Motion to Set Aside Order of Dismissal (Doc. No. 80) is appropriate because this Court may have overlooked material points of law in concluding that Ms. Sara provided no legal basis (Endorsed Order's wording posted on Docket, June 28, 2023) to vacate the Order of Dismissal (Doc. No. 79). In the Court's Endorsed Order, it concluded that Ms. Sara had not provided any legal basis for relief from the Order of Dismissal. The Court would be correct in concluding that Ms. Sara's manner of referencing her legal basis is not among the best.

In Ms. Sara's opening memorandum, however, she specifically addressed under what legal bases she proceeds. Sara's Mem. at 4[1]. She cites first "I do so under Rule 60." and then "I come under 'b' for 2, 4, the last in 5, and under 6." This further that Sara's Mot. at 2 cites in its first sentence "I do so under Rule 60." Thus, with deference to her filing *Pro Se*, and to best construe her intent in light of the headings she provides, she proceeds under Federal Rule of Civil Procedure

---

[1] Using the page numbers as docketed for the combined motion and memorandum filed.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp: Keep A1 hyperbaric
For Internal Use Only
(Doc. 3)
(P. 3)
July 2023

60(b), *more accurately*, by the four legal bases of 1) mistake, inadvertence, surprise, or excusable neglect (60(b)(1)), 2) the judgment is void (60(b)(4)), 3) no longer equitable (60(b)(5)), and 4) other reasons justifying relief from the operation of judgment (60(b)(6)). The relief Ms. Sara most clearly seeks is that the Order of Dismissal (Doc. No. 79) should be vacated (Sara's Mot. at 2, Mem. at 4 and 38) or to, in the alternative, **set aside for a second leave to amend** (Mot. at FN 1, Mem. at 4-5, 16, 19 by "FN 25", 24, 31 in text and by "FN 46", 36 and 37). Beyond this can be summed as what the Court deem proper, equitable and just, within its power, and possibly declaratory, presumably to whatever additional extent is provided for by the facts[2] and law that she brings forth in her Memorandum.[3]

Ms. Sara was unable to find precedent for where a *Pro Se* movant, at least citing the valid rule under which they proceed, was found to have no legal basis. However, of the large amount of *pro se* litigants, many of which did not even specify the rule, the overarching principle applied has been "Pro se litigants are entitled to liberal construction of their pleadings." *Grimes v. State*, 71 F. Supp. 3d

---

[2] from the record
[3] HH(FL) joined observers mid-memorandum to assist solely in deference, mostly due to the possible "torture" condition of Plaintiff "Mr. Ibrahim". They did not join in the contributive assistance under ABA F.O. 07-446.

R9 Confirmed mid-motion
AI is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp: Keep AI hyperbaric
For Internal Use Only
(Doc. 3)
(P 4)
July 2023

1319, 1321 (M.D. Fla. 2014) (going so far as to allow all facts in her Complaint to be taken as true, *along with* those in her Amended[4], and by *this Court*) citing *Dean v. Barber,* 951 F.2d 1210, 1213 (11th Cir.1992) (favoring that even *displaced* facts be put together in such manner so as to favor justice for Plaintiff where the power disparity with the color of law would otherwise *bear no hope*). The other principle applied to such situations has been "A pro se litigant is not to be held to the same standard as learned counsel." *Harris v. McDonald's Corp.*, 901 F. Supp. 1552 (M.D. Fla. 1995), citing *Haines v. Kerner,* 404 U.S. at 520, 92 S.Ct. at 595. *Byrd v. Stewart,* 811 F.2d at 555, and further citing to Fed. R. Civ. P.8 (f) that "all pleadings shall be so construed to do substantial justice." *Id.*[5]

The manner in which these principles have been applied to situations *less clear* (with even the rule missing) than Ms. Sara's prior Motion (Doc. No. 80), are as follows. "Liberally construing plaintiff's *pro se* motion, the Court will construe the motion as brought under Federal Rule of Civil Procedure 60(b)." *Bevan v. Scott*, No. 2:03-cv-500-FtM-29SPC, at *2 (M.D. Fla. Aug. 9, 2006).

> "However, courts routinely construe such motions pursuant to Rule 59(e) or Rule 60(b). *See, e.g., Region 8*, 993 F.2d at 806 n.5; *see also* FED. R. CIV. P. 59(e); FED. R. CIV. P. 60. Considering Plaintiff failed to address any governing authority[6] in support of this Motion, the Court has no indication as to what Plaintiff believes is the legal basis supporting the request. Regardless,

---

[4] and yet hardly in the far more difficult context of RICO, which is handled by perhaps only a few law firms in the entire state, let alone at the federal level.

[5] an "LL" (CA) wishing to note having arrived midway through, and to be solely in capacity of FN 1 of the motion for this memorandum.

[6] differentiated from **Ms. Sara instead having cited the appropriate rule.**

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 5)
July 2023

'[n]omenclature does not control the legal status' of such motions. *Livernois v. Med. Disposables, Inc.*, 837 F.2d 1018, 1020 (11th Cir. 1988). Instead, courts can 'conduct an independent determination of what type of motion' is before them. *Id.* Thus, the Court will most likely be reviewing this Motion pursuant to Rule 60(b), considering the prior Order did not implicate the merits of the underlying dispute. *See, e.g., Brown v. Synovus Fin. Corp.*, 783 Fed.Appx. 923, 931 (11th Cir. 2019); *see also Bonilla v. Baker Concrete Const., Inc.*, 487 F.3d 1340, 1345 (11th Cir. 2007) ('Unpublished opinions are not controlling authority and are persuasive only insofar as their legal analysis warrants.'). Moreover, an analysis involving the failure to comply with filing deadlines sometimes can fall under the ambit of "excusable neglect.' FED. R. CIV. P. 60(b)(1)." quoted in *Sapp v. Marcum*, 6:21-cv-1515-PGB-DCI, at *2 (M.D. Fla. Jan. 20, 2023) (<u>deferring Reconsideration to producing an affidavit from a claimed party in question, along with an email, metadata, and an adequate memorandum, in order to have Plaintiff establish excusable neglect</u>).[7]

Ms. Sara uses salient points in chronological order, which merit vacating the Order of Dismissal. If the Court has any reason to mistrust the disastrous conditions set upon Plaintiffs, the obstructive facts, or the compelling facts as to relief, Ms. Sara asks the Court to clarify them. Otherwise, she reminds the Court that she and the other Plaintiffs remain in an offer-of-proof state bearing the inalienable riders of obstruction-of-justice

---

[7] An evidentiary rescue provided to bring into accountability Plaintiffs' claims **before foreclosing** justice. Even what attorneys were available did not feel they could "hold their own" if to tackle how 700 days of facts and law could be overlooked. We could not find that the Court at any time construed Plaintiffs' allegations as fact or with all inferences in their favor, despite Plaintiffs sitting on 11,760 *offerable* pieces of evidence <u>to support their every last assertion</u>. Long story short, We were at a standstill. I was nearly going to file "America One's" *birthing document* ("born" 9-6-21) upon the Court, though that would equate to Congress that *leges senatus motuae sent*. On my "tortured" father hearing this, he said to not do so unless he was confirmed dead, incapicitated, missing, or confined and that he would do it himself. Moreover, he said every effort should be made to make aware of error. Anyhow, by some miracle "Rainshow" was able to drag Kalem himself out of a hearing in Georgia to fly down here to assist, and *that*, that was something. He had the strength and wisdom to *proceed* despite whatever may be going on in this Court *or not*.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp: Keep A1 hyperbaric
For Internal Use Only
(Doc. 3)
(P. 6)
July 2023

*[handwritten:] horn's effective*

and civil-rights implications[8] in that any impediments[9] to lack of relief in this case[10] likewise acts as an obstruction on approximately 11 other cases, including 23 vital reports to authorities (Exhibit: Destruction of Evidence); and as to Plaintiff Mr. Ibrahim such intelligence over the facts is complete, having experienced or become aware of all of them[11]. Any two or three facts taken as true would show that justice cannot be served by *closing* such a case and jeopardizing its well-earned defaults. No less than **four sworn mentions** of a *prima facie* case of retaliation sit upon this Court. The entire "shotgun pleading" colloquy was addressed as fulfilled and according to **this court's own caselaw** specifically in Docket No. 59, pp. 3-10, though it would appear from the Magistrate's Report that this evidence of having made sure to avoid these factors and surpass being subject to them was overlooked.

### <u>STATE OF THE CASE – CARRIED ARGUMENTS</u>

"The state of the case" as implied here is all surviving appealable points as they exist in their *current[12]* state. These can currently be best described as:

---

[8] Constitutional Amendments 1, 5, 6, 7, 8, 9, 14, Right to be protected from acts under 1) Title 18, Chapter 73, 2) Title 18, Chapter 13, 3) Title

[9] particularly in so much as they lack deference to justice, leave to amend, where a court may insert its own facts and present them as Plaintiffs', or any language or actions suggestive of mistrust, distrust, with the notable exception of when a Plaintiff is uncooperative

[10] One elected official arrived solely in an Observer capacity.

[11] which given how injurious the facts are to me and the other Plaintiffs, as well as involves the public, they are often likewise *experienced*.

[12] regardless that 1) active obstruction-of-justice and human-life concerns of *all* Plaintiffs combined with 2) an unknown breadth of the worsening disability or "torture" of the lead Plaintiff is set to throw an *unsettled* "mess" upon the Circuit, if some deference not afford some process, excusable neglect, or leave to amend, to either, as key objections intended in time (Exhibit 1), and then converted (Exhibit 2) for the added shock of an order for dismissal, unfortunately had Plaintiff Mr.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp: Keep A1 hyperbaric
For Internal Use Only
(Doc. 3)
(P. 7)
July 2023

1. Superimposition of facts presented not as our own and assessments that are then made on such facts in Doc. No. 30.

2. Allowing a RICO Predicate Act to take place in the midst of Court, after both the Supreme Court and 11th Circuit condemned using exemption as in Doc. No. 21 and while the facts presented are both federal pre-empt and federal mandatory as per Doc. No. 7; the facts that nonetheless the Court has never mentioned despite there being nothing with more *Stare Decisis* in law than not messing with a Plaintiffs' facts, in other words **no discretion**. But more on that later.

3. Using this kind of language, Second, the amended complaint is "replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action." *See Weiland*, 792 F.3d at 1322. As the Court found with the initial complaint, the

4. amended complaint remains "a confusing jumble of legal terms used out of context along with unrelated, incendiary accusations," and the allegations appear to relate

5. to state court eviction proceedings, and thus, are not properly before this Court.

6. I will illustrate why *Stare Decisis* is so important to follow, because what the Court has, presumably thru the initial "findings" of its magistrate regarded as

---

Ibrahim reach a torture-induced state, perhaps mimicking a "psychotic break" somewhere in page 48 (Exhibit 3) of such draft.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp. Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 8)
July 2023

"unrelated, incendiary accusations" almost definitely must be referencing all the facts and allegations regarding the **sole reason the case was brought under RICO**, namely its lead RICO Conspirator, Jerry Sessions, who I suppose because he happens to be an attorney, **the primary individual we are suing in this case**, it was thought for some reason that demeaning the facts and allegations regarding him under this umbrella would be appropriate and *perhaps forgot* the reason why "all facts found in favor of Plaintiffs", "all inferences drawn in their favor" is one of the few precedents that is both *Stare Decisis* and **non-discretional**. Do you want to know why? Because there are actual federal civil cases where people died or got injured as a result because the Judge did not believe them. For that matter, this has been one of those already, although in a scale being the highest in history, but why believe little old me? I'm just a Plaintiff with no attorney. This is why[13] (Exhibit 2) and because we are just stupid pro-se plaintiffs, this also happens to be the letter that no less than 17 *qualified* experts compared to the attorneys in none other than the "Mafia" and the one in New Jersey that killed a witness and in fact as I best recall one of them saying "that this document by genuinely containing no laws is able to pinpoint with complete accuracy every questionable element involved is something of a legal caliber far greater than was available in any of the

---

[13] The joint notice to Mr. Sessions after Mr. Sessions threatened to sue my dad and brother, both being Plaintiffs in this case. ("America One" LR-Last Resort Evidence Locker, Atlanta, GA, Evid #235 of 1,722)

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 9)
July 2023

other scenarios." This is who you are trying to defend? He didn't even want to defend himself. But I *suppose* if I'd still want to defend such a man, I'd have to take Plaintiffs who legitimately come under RICO-aggravated offenses of 1) *False Claims Act* retaliation, 2) Direct proximate injuries from violations of the *Controlled Substances Act*, and 3) Direct proximate injuries from obstructions of justice as under Title 18, Chapter 73, and instead say this sounds like you're here for an "eviction" and these facts, half of which are presented in the form **guided by 11th Circuit caselaw** (which by the way was after they scrutinized *licensed attorneys* for having presented them *differently*), but I'm a stupid pro-se Plaintiff who maybe does not run half of the intelligence in America so don't take my word for it, but see Doc. No. 80, 27-31, and let me know if that looks anything like "replete with conclusory, vague, and **immaterial** facts **not obviously connected to any particular cause of action**" or *worse*, "a <u>confusing jumble of legal terms</u> used out of context along with unrelated, incendiary accusations." I'm on just the 13th attorney I've been lucky enough to find to review something, let alone what was said by the official I had my dad meet[14]and they have not yet seen so stellar a RICO complaint prepared even by an attorney, let alone a set of *Pro Se* individuals. Of course, not without faults. Some said "If anything there may not be

---

[14] how such individual would say it looked "pristine" but in Court I could hardly find better words to describe a car crash can only shock the hell out of me.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P. 10)
July 2023

*enough* facts, but where is she getting 'immaterial' from?", others "this is an attack and you need to see it for what it is", and none could find that they didn't connect to causes of action. What's even more confirming of the method I used is that whatever it was they found problem with was also as I list it in my own memorandum.

7. No deference to RICO predicate acts, obstruction of justice, and even the destruction of evidence and spoliation occurring in the midst of Court, unless this is that deference; Doc. No. 75 and Doc. No. 79.

8. No deference for mention of the lives and injuries at stake that are resting on this case unless this is that deference, Doc. No. 75 and Doc. No. 79.

9. No mention or validation of any of our facts as presented, at any time throughout this case, being taken as true, so much so that even the 11th Circuit's criteria for a *prima facie* showing and with the facts that present it had the Court still not at any time refer, define, or validate this case on the bases for which it very clearly came forth, unless there is another #1 it's looking at **other than the #1 that is in our Amended Complaint.**

10. Moreover, since all the Court's rulings likewise are thus not based on the facts before it or the laws that govern those facts they should be de-facto-void per the Supreme Court and the caselaw of the 11th Circuit and the laws as passed by

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbanc
For Internal Use Only
(Doc 3)
(P 11)
July 2023

contract, and all our actual facts, uncontested, and even admitted, be taken as true, and all relief set forth accordingly.

## PLAINTIFFS REMAIN IN A CONTINUOUS OFFER-OF-PROOF STATE[15]

Though it should be clear regardless, this is particular important that on Appeal, it be known that Plaintiffs[16] continue, from Ms. Sara's observation of their own assertions, in addition to those they have represented in their filings, that Plaintiffs have always retained and continue to retain a **continuous offer-of-proof state**. Notably one of them was literally *born* into being "America One" from his level-and-impact-of-proof state[17].

## LIFE-IMPACT AND OOJ "RIDERS" TO OFFER-OF-PROOF

The offers of proof in this case impacts several underlying (and at this point, corresponding) causes of justice. There is a life-impact value to the attack upon civil rights that I assert has and is occurring in this case, against me and the other Plaintiffs, particularly as per Constitutional Amendments 1, 5, 6, 7, 8, 9, 14, and the right to be protected from acts under 1) Title 18, Chapter 73, 2) Title 18, Chapter 13, 3) Title 31 U.S.C. § 3730(h), 4) **Title 18, U.S.C. § 1964(a)**, 5) 18 U.S.C. § 2340, 6) American Disabilities Act, 7) the Controlled Substances Act, and 8) 18 U.S.C. § 351, as well as respect of immunities from final judgment and closing cases during or because of

---

[15] An undisclosed public official simply was in an Observer state from this page onward.
[16] since it is known by Sara *of* them; and they have said so regardless; just not under this formal heading.
[17] This footnote has now changed so that certain assertions and exhibits **will proceed under "Reindeer-9"**.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 12)
July 2023

allegations of ongoing obstruction-of-justice offenses or of an acquiring or worsening disability interfering with their ability to access judicial process. The life-impact value is stated because in so much as civil rights are attacked, I am supposedly required to say that it can rise to being capital.

## STATUS OF THE PRIMARY "INTEL" OF THE CASE

Living, attempting to function, is obviously being notably careful with what he carries, because if he has lost trust in this Court, then God help all of us, and probably me included.

## STATE OF ORIGINAL AND ONGOING MISTRUST OR CERTIFIABLE DISTRUST

I assert that the current, however unfortunate, state of how this case has progressed has been on a *Stare Decisis* basis of original, (Doc. No. 30) versus (Doc. No. 1) and ongoing, (Doc. No. 75) versus (Doc. No. 46) mistrust, though understanding that distrust (versus mistrust) requires certification, I defer that and the ongoing anarchy basis at the bottom of Doc. No. 46 to be certified by whatever process the Senate Judiciary Committee sees fit.

## RESERVATIONS OF CONCERN

I provide that I hereby preserve, ever respectfully, but by right, that the Court's persistent departure from *Stare Decisis* of taking Plaintiffs as true, finding

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp: Keep A1 hyperbaric
For Internal Use Only
(Doc. 3)
(P. 13)
July 2023

all facts in their favor, whether well-pleaded or not if *Pro Se*, and making all inferences in their favor[18]. In fact, I will add that the *Stare Decisis* is so strong that even if every court in America[19] and every well-represented opponent were to go against us and say we are here for an "eviction" or a "toaster" but instead our facts say we are here **for very different reasons**, this Court would have to **on record hold those reasons true** by the 11th's commanding precedent derived from *nisi eorum testimonium cogunt* and by command of the Circuit, as[20]:

> "If there is a conflict between the parties' allegations or evidence, **the non-moving party's evidence is presumed to be true** and **all reasonable inferences** must be drawn in the non-moving party's favor." Shotz v. City of Plantation, Fla., 344 F. 3d 1161, 1164 (11th Cir. 2003)

2. That the Court give any time-provision or assessment-dependent deference to this front page (Exhibit 3) of Plaintiff Mr. Ibrahim's attempt to submit his individual objections to the magistrate's report on what would be his actionable-day-3 and knowing-day-(about 9) for the presumably unserved report.

---

[18] Oh what a happy day for the American people that would have been...

[19] or did the court forget that we came here on the premise of corruption and anarchy already existing and even an entire FTCA case on the DEA being buried by the attacks of an attorney?

[20] borrowed with permission from the last draft of America One; nonetheless this is the public's caselaw, not his; much like he is in many ways the public's "American One" even when not his own. (when is he his own anyway; even this relief is to pay for attorneys to save lives with an FTCA case on the DEA and a related case on the DOH; and not in circumstances where he spends 4 months appealing food stamps, so he can then lose them following a magistrate's order)

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc. 3)
(P 14)
July 2023

3. That the Court give any time-provision or assessment-dependent deference to this adjusted front page after finding out the case had been ordered dismissed in less than 14 days of him knowing of the Magistrate's Report (Exhibit 4).

4. While what I know of Mr. Ibrahim is that he is potentially as much a witness of any of us as for the Court or otherwise, depending solely on where truth or justice be wielded against its opposite, we other Plaintiffs are not under agreements that require that we witness for anything in this fashion, and thus bear the primary goal of process *in line with Stare Decisis* for the **proper determination of our evidence** and towards relief.

## THE FULL ELIMINATION TALLY FOR CONGRESS AND THE PUBLIC

Due to "Reindeer-9", the 7-year prospective harm of the clear errors alleged being endured is approximately 200,000 American deaths and injuries and the loss of public trust in the promises Congress has set forth into law, for anywhere from the ABA estimate of 100,000,000 to the more accurate estimate of 200,000,000 since the ABA estimate does not account for the *free-reign dynamic*[21] about how this case came about and worse, how it was handled.

## DESTRUCTION OF EVIDENCE

The Court is a witness to the destruction of evidence in this case as per Exhibit 1.

---

[21] Unrestrained obstruction-of-justice, corruption, and related damage to credit to save lives as well as resulting and aggravated unjust enrichment

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 15)
July 2023

# NOTICE OF EXPECTED PROCESS AND RIGHT[22]

Since I am exercising, and the Plaintiffs are with knowledge that I am exercising, civil rights in a Court that allowed many of the things above to happen, while I am exercising by what remaining trust that Plaintiffs be regarded by the *actual* facts, cause, and merits of their case. I thus announce that this filing be a witness that I am in full intent of exercising such rights. I or some variation of Plaintiffs expect to file Rule 52 shortly, if that is the one for facts found, and while applying Stare Decisis. I or some variation of Plaintiffs expect to file notice of appeal before the deadline for doing so with, at minimum, the issues still state or in our asserted opinions harmed. We assert that nearly all, if not all facts referred to as ours by the Court were not even from the Complaint before them. This receives a score of 10 on the Judiciary Concern Assessment, which unfortunately is 13, with the modifiers of "Was there a *prima facie...*" and so on, which yes, there most certainly was, even on Doc. 7, and perhaps most plainly there than anywhere.

My own personal concern is a mercy issue, which whoever "Rain" is, unless she's going to come before the court and argue with me, I can assure is not out of bias *for* the Court. It's just out of humanity. I can't speak for what these authorities

---

[22] Appropriate to include during such stages of proceedings where risk-to-rights, as perceived by filers (Plaintiffs) is 8 (extremely high) or higher, or where trust-in-court is 2 (eminent concern of one's life, liberty, or ability to communicate effectively) or lower.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 16)
July 2023

wish to do or not. I don't think it's right that these entities would tie impact lives

and injury onto a civil right just to elevate what they can do. I have too much faith

in the merits of our case, and that is how I believe something should be decided. I

was very clear that the "semi-urgent" nature of my filing was to avoid what I

thought was an unnecessary escalation of issues that repeatedly seem to be

endlessly obsessed with "Ms. Sara, how long did you know" and all this stuff[23]. I

am trying to retain faith in the merits of my case and that the Court wants to do

---

[23] (<u>not as provided for by assistance</u>; I, Ms. Sara, to be fair to the others and their objections, they claim Ms. Sara is putting herself in the unusual position of potential *"bias" for* the Court, but her free speech right will be honored) they are incessantly obsessed with a third-party finding that Doc. No. 30 delivered an "insult" non-commensurate to our presented facts in the initial complaint and that this insult was essentially re-delivered to the "pristine" version of our complaint and that thus it is an error *repeated* (which means what I will not say). I informed them that repeat error should only count if the error is brought <u>to the Court's attention</u> *first*, which is part of what I'm trying to do here (whether it's first, second, third at this point I don't know, I just want the Court relieve from what it has caused, so we can get <u>proper process</u> again, because if the Court will take the time to read what I submitted, it will put *everything* into its proper light and I have evidence for *everything* in it, A to Z; we are not sitting on 10,000 things for nothing, but we are *still* sitting on them because the Court is not getting to see the complaint for what it is and is constantly looking at someone repeating something that was never even our case before it). Then they ask did the Court deliver apology to which I said "Hello, does the magistrate's report and the order look like an apology to you? They're about to throw out our case." Then, still obsessed with Doc. No. 30, then comparing it to a later document, then seeing how the "facts" were treated in both, then all this "my God" stuff, and handing it to "S—— (name confidential; I'm just allowed to say it is a public, elected official)" (the kind you see on TV and who I think will fix nothing), then this guy goes "S—— can a court superimpose its own facts as a Plaintiff's?", then showing him something with the finger going down our complaint page by page and some other paper on the right, then after like 3 minutes, "good lord...", then the official himself looks at me "Miss Sara...how long?", I said "how long what?", then he looks me in the eyes like half of America just died and asks, "...How long?" (and the rest I wasn't permitted to say; they have the right to all this; it's their Congress, their DEA, their "America One", and that's all nice; but it's looking like this might be my last chance to trust a court to look at the actual merits, because I personally believe all their fancy stuff will just mean more people will die and be injured, their key witness will become almost useless, and I may lose *both* my grandfather and father, being torn between my faith in this Court and the zeal of authorities.)

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 17)
July 2023

justice and it is not because of any bias for the Court due to my job, where maybe some connections have been somehow *missed* by the Court. I can say for certain if the Court has been solely getting its facts from anything that looks like how our case was characterized in either Doc. 30 or Doc. 75, I can say quite boldly that it has missed the entirety of what is listed here, which now, great, "Reindeer-9"[24]. So in fact, the fact and claim report I made is now going to be an exhibit and some kind of advance testimony thing, because of the technology used and what not (Exhibit 5). If that connection to our actual facts and all that ties to it stands to be missed, then in reality this is a travesty for everyone; 1) our case and relief are threatened, 2) the cases and reports that relied on it are threatened, 3) the lives and injuries salvageable by it are threatened, and 4) any wrongdoing involved that entities *other* than me would want to attach to the deaths and injuries instead becomes more relevant.

## NOTICE OF STARE DECISIS IMPLICATIONS[25]

---

[24] It's just a state that because now my dad is still recovering, I have to do these some things now to not be held accountable to Congress, public, etcetera.

[25] Incoming from the Pre-Final Evidence Locker, Atlanta, GA of "America One"; 72 additional hours required before the DC locker can be accessed; usable as exhibit for impact implications; all visible service should include a minimum of 1 additional recipient; and a minimum of 10 additional ghosted recipients, with 1 being added to the former, and 2 being added to the latter in all filings including or beyond this one.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp: Keep A1 hyperbaric
For Internal Use Only
(Doc. 3)
(P. 18)
July 2023

This is nothing but "commanding" caselaw in the sense that it is non-discretionary precedent. It is attached as exhibit (Exhibit 6).

## CIVIL RIGHTS IMPLICATIONS EXIST IN THIS CASE[26]

An act of unjustified harm, in so much as it has occurred or not, and regardless that even if it has occurred, the Court may not be at immediate liberty to know of it[27], hereby may bear impact on the civil rights and human rights of Plaintiffs and on a great number of the American people.

---

[26] a "Rainshow" requirement to unlock the full repertoire of Chapter 13 to the Legislative and Executive Departments and that harms to the public be included in the impact of any civil rights violation, particularly if resulting from an infringement of rights due to any twice-repeated *Stare Decisis* implication as under

[27] which I'm told from now on means even not by me.

R9 Confirmed mid-motion
A1 is "in-and-out"
Defaults-in-Jeopardy
OOJ live-persistent
Transp Keep A1 hyperbaric
For Internal Use Only
(Doc 3)
(P 19)
July 2023

"No contravening law."

Yet, "...the Court must accept all factual allegations in the complaint as true and construe them in the light most favorable to the plaintiff. *Pielage v. McConnell*, 516 F.3d 1282, 1284 (11th Cir. 2008). Simply *citing* this in a report and likewise by the Order adopting the same, **does not equate actually doing it** in a manner that can thus even be meaningfully objected. When the Court sees me run my analysis, I am confident that the manifest error will be manifest, since following the appropriate sequence suggests instead a most definitely far-from-perfect creation and one that cries out for the Court to give it leave to amend, but is still *likewise* a far cry from what the magistrate's report, to one who has no familiarity with the case, would otherwise suggest, thus having such a reader hardly know of 1) the RICO context in which it arises, 2) that it primarily arises therefrom, 3) whose "lead" of damages it even primarily rises against, and that even if by the most stringent standards, none of which apply to *Pro Se* Plaintiffs, 3) a great number of facts and claims should have first been deemed valid, some of which are models of *exemplary* 11th circuit relevance (as the Court will be able to see by reference to each below), not that even that is required by any party. However, and respectfully, if one trying to analyze it, *starts* in the wrong place by being, by some predetermination, *set* on characterizing it by one *thinks* are the facts, rather than first seeing to find all possible facts in favor, it compounds the error in a manner no longer justified by the facts before it, to be meaningfully

objectable in lieu of the Complaint, since it would require that such objector somehow "guess" as to why nearly the whole of their facts and the *majority* of their claims are left untouched by such Report, instead of first finding *at least* those in favor that one might then **from such findings** meaningfully bear on anything else within it. Instead, if meaningfully objecting requires that essentially the entire complaint first be re-plead so as to show the stark contrast involved, that may the court find manifest error that such **need** even arising establishes. While procedure undertaken as I do below will hopefully be further illuminating, I take it on good guidance likewise. "When applying the plausibility standard, a court should undertake a "two-pronged approach." [Iqbal]. **First,** the court should identify and disregard legal conclusions not entitled to the assumption of truth. Id. **Second, the court should identify and assume the truth of** well-pleaded[21] **factual allegations** and "determine whether they plausibly give rise to an entitlement to relief." *Strange-Gaines v Jacksonville* | 3:20-cv-00056 | 1/26/21.

Further, in the pro-se context, the well-pleaded standard to this no longer applies and *all inferences are to be taken in favor of Plaintiffs*. Yet, perhaps the best explanation, if to put the Report, in the manner adopted for Order, under an analysis itself[22] is that an initial *tunnel error* took place that already carried

---

[21] not a requirement in the *Pro se* context
[22] not that needing to explain all theories that can be root for error is necessary; for error *demonstrated* should be enough.

weighted inferences outside the *then-current* form of the Complaint, perhaps also combining with an assumption that Interval and Stadelman in any way properly described or characterized the AC[23], and thus starting and summarizing in the manner thus provided could only ever condemn the Complaint and thus was not the neutrally sequential start, which would have avoided ssuch error,.

Almost all of those I could gather for re-assuring myself likewise first wonder where are the facts **found**[24] in favor? So, nothing suggests that this series of events was applied properly to the nearly 300 paragraphs of the complaint, in an effort to substantiate that its claims survive. When a Plaintiff proceeds *pro se*, courts must construe his complaint liberally and must look beyond the labels that a *pro se* plaintiff uses to describe his claims. *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998) (per curiam). *Pugh v. United States*, 5:20-cv-183-TKW/MJF (N.D. Fla. July 19, 2021).

Furthermore, the court is obliged to scrutinize the complaint, construed in plaintiff's favor, and to **allow it to stand "if plaintiff might recover under any state of facts which could be proved in support of the claim."** *General Guaranty Insurance Co. v. Parkerson*, 369 F.2d 821, 825 (5th Cir. 1966); *Swerdloff*, 584 F.2d at 60; *see Conley v. Gibson*, 355 U.S. 41, 48, 78 S.Ct.

---

[23] what would be a notably "horrible" assumption, given the degree to which the response to it, both there and in the one on Mr. Bloom methodically and demonstrably shuts all such possibilities down.
[24] as opposed to merely cited or restated.

99, 103, 2 L.Ed.2d 80 (1957), cited in *Outlet Comms. v. King World Prods*, 685 F. Supp. 1570 (M.D. Fla. 1988).

If **any** state of facts reasonably can be conceived that will sustain it, <u>the existence of that state of facts must be assumed.</u> *Spahos v. Mayor Councilmen of Savannah Beach, Ga.*, 207 F. Supp. 688 (S.D. Ga. 1962)

Even here I pray it is hopefully clear to the Court, though I go further to demonstrate by applied scrutiny[25] the full ramifications of what that scrutiny makes more clear and even to self-criticisms of certain aspects of the Complaint, with offered modifications that would yet make it more suitable.

### Now for Showing Manifest error[26] – firstly by where the "Forest" lies

Indeed if the missing of certain "forests" (key structural assertions of the Amended Complaint or the main causative party against which it is brought) are to satisfy being ***manifest error***, then if what should validate them or otherwise refute

---

[25] While the others may not enjoy the scrutiny, I do it to show the Court my sincerity of wishing, even against myself, to see if perhaps the Complaint is anything like the report would suggest. I thus put our own complaint (Doc. No. 46) under the most intense scrutiny humanly possible, which thanks to my job (whatever that may be) and getting permission, is chatgpt 4.1-alpha M-grade, but if there were a stronger one, I'd gladly use it as well, just to demonstrate that the product that still remains is while certainly with errors that should be corrected, still very viable, and at times exemplary. And by what it entails, and the cause of justice likewise, the Court should grant what I request or survive our opportunity to default and quickly summary the ones who appeared by one last leave to amend though the cause of justice often gives many. While the minimum is one, that doesn't make the interests-of-justice differentiation that has at times warranted much more, such as was the case in a summary judgment barrage, both pre, during, and post disovery.

[26] regardless that I argue that it is also *manifest* and the Order would be a travesty upon justice and a miscarriage of justice likewise.

"No contravening Facts"

them is missing as basis for the Order, those forests should be made to predominate

by *any* of the following set of observable facts:

1. **"This action for RICO Remedies is brought under 18 U.S.C. § 1961 for all applicable relief and damages."**

- **Material, valid technical fact of intent under which cause brought**, which Report and Order would by suggesting *do not exist*, should have Court vacate order and grant relief respectfully sought by this motion, *and in tow that the same error thus condemns the very valid,*

**Paragraphs 2-13, 20, 22-24, 30, 33-42, 47, 49-51, 53, 54-56, 57-60, 62, 65, 67, 69-79, Claims 1-3, 6, 8, 10, 11, 12, 14-16, 21-22, 24, 26-32, 38-41, 43, 44, 47-51.**

*and would likewise also condemn* **admitted facts equating justice** *by their 1) Pretext, 2) Context, and 3) Actively Testifiant Obstructions on any Protectable, Trustable, or Sustainable Ability to Report Wrongdoings for Relief before any Entity (of which thus many have been suppressed and suffocated upon Plaintiffs in travesty), as well as to empower the Government to do so being suffered likewise, and as well as subjecting known populations of American lives to injury and death by same and being suffered likewise, and with me swearing and testifying under penalty of perjury to the whole of it* **with complete abandon**, *except of the right to effective representation if in the face of adversity, the following:*

**Admitted Material Facts represented by Paragraphs 15, 30, 50, 51, 52, 53, 54, 57, 58, 60, 62, 65, 69, 70 (all well-pleaded[27])**

2. That Order should be vacated by such Order and the Report upon which based being by *manifest error* not representative of the facts before it by the notable departure of not being a fair and due deference of representing **primary and supporting allegations by Plaintiffs as to the Main Causative Defendant giving rise to the cause under which this action is brought**, and further by the "forests" which thus are provided as follows:

- **"lead RICO conspirator"** – Footnote 13

- **"to incite anarchy under decorum of law"** (state of mind fact), Paragraph 18

- **"Mr. Sessions' devastation"** – Mixed, Footnote 13

- **"endangered lives and health of the public"**, **"causing cancer on his own 'client' for which he claimed to have carried out..."** – Conclusions to be

---

[27] though **not a Pro-Se requirement**; though the "well-pleaded" caselaw is included for other reasons in evaluations of facts versus conclusions in self-represented filings, it is universal and well-established in the 11th Circuit by two evidenced phenomenon that not only are the terms well-pleaded and pro-se (or self-represented) not found cited together; Multi-Uni/NSec-Hybrid Grand-Mark 8 -11th/SCt/Pro-Se/Cross – chatgpt-4.1-alpha-MiliGrade (with permission; 2 other personnel always present; no unauthorized personnel present) **henceforth abbreviated MDA** (Maximum Depth Analysis); but the following replacement from that standard makes it clear: "As an **initial matter**, "a document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89, 94 (2007) (quoting Estelle v. Gamble, 429 U.S. 97, 106 (1976))" in *Shaw v. Strange*, 2:22-cv-51-JLB-MRM (M.D. Fla. Mar. 31, 2022)

established by evidence (all of which is incontrovertible and in possession) are vital since they form the basis by which liability can affix.

- **"sustaining of the controlled substance offenses"** – same source

- **"RICO criminal acts against crime witnesses and victims"** – same

- **Admitted Pure Fact (thus now the cause of justice) (and tied to evidence) in P. (Paragraph) 126, 127, 150, 151, 156, 159, 160, 161, 186, 187, 193, 218, 219 (Mr. Sessions <u>led</u> in the undertaking of), 222, 223, 227, 232, FN 41,**

- **Verification by my brother (page 70 of AC): "...I am in a state of multi-PTSD depression, recovering from multiple traumas, though unsuccessfully[28] due to the <u>anti-witness attacks</u>[29] of predominantly Mr. Sessions once taking <u>lead of the RICO conspiracy</u>. (Yup. Someone read this and be normal. *Please.*)**

- Which Report and Order would, *respectfully*, in their state of being based on manifest error, suggest the main proponent above is not main upon such cause by our purposes, intent, and allegations, and that such a fact *does not exist*, and

---

[28] God, now I see where my dad's "torture" condition comes from; when I'm typing this part, knowing how long ago the Court must have known of it, and with no representation. I wonder if the Court can fathom a 17-year old brother you never get to see smile the same way again, because of "promises" of law that could ever injure this long, almost as if for *seeking* such promises, but is it not justice and promises that should seek the victims and not us? But worry not Baqir and Dad, for I'm here and **I'm asserting my rights in full force.**

[29] really? really Court? You read this and you...(was calmed appropriately). I'm fine. God give me strength...but I see it now dad. I see the toll we're forced to take...it's like being a live version of the Statue of Liberty but **with a torch that burns your own hands...**

thus may the Court by its love not of us nor of opposition, but love of ever-unbiased justice and that orders be for such and based on the *full* facts before them, vacate order and grant relief respectfully sought by this motion, *and in tow that the same error thus condemns the very valid,* Paragraphs 2-13, 20, 22-24, 30, 33-42, 47, 49-51, 53, 54-56, 57-60, 62, 65, 67, 69-79, Claims 1-3, 6, 8, 10, 11, 12, 14-16, 21-22, 24, 26-32, 38-41, 43, 44, 47-51.

*and would likewise also condemn* **admitted facts equating justice** *by their 1) Pretext, 2) Context, and 3) Actively Testifiant Obstructions on any Protectable, Trustable, or Sustainable Ability to Report Wrongdoings for Relief* <u>*before any Entity*</u> *(of which thus many have been suppressed and suffocated upon Plaintiffs in travesty), as well as to empower the Government to do so being suffered likewise, and as well as subjecting known populations of American lives to injury and death by same and being suffered likewise, and with me swearing and testifying under penalty of perjury to the whole of it* **with complete abandon,** *except of the right to effective representation if in the face of adversity, the following:*

**Admitted Material Facts at minimal, high-scrutiny, totality being represented by Paragraphs 15, 30, 50, 51, 52, 53, 54, 57, 58, 60, 62, 65, 69, 70 (all well-**

pleaded[30]) (equating justice by pretext, context, and instant and ongoing harm

and compound to any abilities to *otherwise* report or *inform* as to government

to the ends of justice on many a suppressed cause by such both as to justice

and the saving and protection of lives and rights).

**Now that may the Court find Manifest error for the "Trees" one after another**

**by such strongest depth of scan that might be available to best demonstrate it**

Additional Notes prior to listing

- May your Honor feel free to random check that I didn't bias something into

  making it appear as something else. In fact, I was prepared for the sea of

  allegations the adopted report had suggested, for which I offer that we

  Plaintiffs at the time were awaiting Mr. Ibrahim's individuals to hit the court

  along with a request in the alternative for leave to Amend (which by respect

  to the Magistrate saying we had not filed was presumably indirectly

  suggesting we could?) – thus in the Alternative may the Court bear favor to

---

[30] though **not a Pro-Se requirement**; though the "well-pleaded" caselaw is included for other reasons in evaluations of facts versus conclusions in self-represented filings, it is universal and well-established in the 11th Circuit by two evidenced phenomenon that not only are the terms well-pleaded and pro-se (or self-represented) not found cited together; Multi-Uni/NSec-Hybrid Grand-Mark 8 -11[th]/SCt/Pro-Se/Cross – chatgpt-4.1-alpha-MiliGrade (with permission; 2 other personnel always present; no unauthorized personnel present) **henceforth abbreviated MDA-BP** (Maximum Depth Analysis – By Permission); but the following replacement from that standard makes it clear: "As an **initial matter**, "a document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89, 94 (2007) (quoting Estelle v. Gamble, 429 U.S. 97, 106 (1976))" in *Shaw v. Strange*, 2:22-cv-51-JLB-MRM (M.D. Fla. Mar. 31, 2022)

this intention in the cause of justice; while my dad had succumbed unfortunately to disabilities, with them also listed and covered under the ADA (Americans with disabilities act)

- We also awaited he would ask for leave to amend in alternative as a means to save the path to default judgment, and the Magistrate in mentioning that we did not file it presumably left the option open herself. May thus lso the Court allow with full remedy or in alternative to it by justice. Otherwise, if we by what we bear are not justice I may never know what "the cause of justice" is for perhaps all my life[31] (or will I even want to "know", if it looks anything like what could ever have brought this about)

- The human element upon these analyses is myself in further confirming against that which is available of law and fact.

- <u>Admitted facts should be taken as having Justice Implications</u> by what has been provided in the first half of this memorandum above.

When a Defendant has not appeared, "all of Plaintiff's well-pled allegations in the Complaint are deemed admitted." *Ordonez v. Icon Sky Holdings LLC*, No.

---

[31] or if it looks anything like what we've been thru **for** trusting in government and law, in a period in which it appeared and continues to appear that no one else is subject to either, then maybe I don't want to know what it means. But I will still hope justice exists somewhere, and right now, I put my faith behind its existence in this Court. I don't know for how many times after this I'll be able to, without representation, or maybe my dad's help (in helping me and the others carry the weight of this), but I want to know I tried with every last thing I have in me **at least once**. Otherwise, what us are the books and years spent teaching what our government is, only to show us we have a completely different one? (sure, is is different, but completely? I would want to, ever respectfully, hope and pray not.)

10-60156-CIV, 2011 WL 3843890, at *5 (S.D. Fla. Aug. 30, 2011) (citing *Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987)), as per *Ariza v. Casablanco Mattress & Furniture Gallery, LLC*, 22-cv-23759-BLOOM/Otazo-Reyes (S.D. Fla. Jan. 18, 2023)

- That may the Court find this analysis to be proper and warrant that justice deem the vacating of the Order for reprocessing of the **actual** facts and claims as provided below.

A Pro-Se relevant fact audit should differ in these among many other respects:[32][33]

- It can find facts anywhere in a complaint or anywhere in the exhibits to survive dismissal.
- It can separate for the finding of facts in an allegation, if there's no ambiguity as to what part of a sentence or numbering would be the fact. For example, "John went to the store that he then robbed it later."

By way of drilling the paragraphs of facts and the paragraphs of claims under at least 3 runs by a self-supervised chat-gpt-4.1-alpha equivalent engine (given we have no attorneys) ("MDA-BP"), and may the Court find as follows as to each of them (in fairness, some strike Plaintiffs' claims or suggest appropriate corrections) or by greater leniency and for the relief sought and by providing whatever other relief it find to be just upon such facts as in this Memorandum and its Motion.

With that assistance as thus, and derived from its parameters.

---

[32] Extensive resources went into this audit. If the Court be doubtful, it is my belief that select, scrutinized glances of this listing will be enough for Court, and Magistrate likewise, to see that the Order and the Report upon which its based is, and **respectfully**, not upon the actual or total facts or claims that are before the Court. Plaintiffs can only ever hope to be cooperative to the most accurate deduction. In essence, I hope this analysis being done upon the real facts and claims will be **expedient to the Court's clarity** and acceptable to the Court of the reality before it. Courts certainly may err rarely, but may justice not altogether extinguish upon right and injury, when brought humbly by a Plaintiff's own efforts of clarity *before it.* And thank you.

[33] Permitted temporary use of the MG-CGPT-ALI (Advanced Legal Intelligence)-CW11 (Circuit Wide for the 11th) IS(Intense Scanner)-G3(Grade 3) for 3- and 5- phase re-brushing FVC (Fact Versus Conclusion) against the full 11th's database (with separate standard and RICO scans, along with Pro-Se modifier)

*3 Law Schools now teach this Forensic Scan, only after my daughter pioneered it, as a Pro Se adult co-Appellant.*

1. Technical fact-of-intent – thus VALID
2. Technical fact-of-intent – thus VALID
3. Technical fact-of-intent – thus VALID
4. Technical fact-of-intent – thus VALID
5. Technical fact-of-intent – thus VALID
6. Technical fact-of-intent – thus VALID
7. Technical fact-of-jurisdiction – valid
8. Technical fact-of-jurisdiction – valid
9. 11th circuit model - instructed RICO technicals- exemplary
10. Technical fact-of-jurisdiction – valid
11. Technical fact-of-venue – valid
12. Technical fact-of-jurisdiction – valid
13. Technical fact-of-jurisdiction – valid
    Human error Correction: Should be 3730 instead of 3130
14. Mixed
15. **Admitted** Fact material to False Claims Act (FCA) Barred Retaliation
16. Conclusion – STLJ (Subject to Later Judgment)
17. Conclusion – STLJ
18. Conclusions – STLJ
19. Conclusions – STLJ
20. Party fact-of-jurisdiction (PFJ) (16-19 too)
21. Mixed
22. PFJ
23. PFJ
24. PFJ and technical fact-of-control
25. Conclusions related to RICO – STLJ
26. Mixed
27. Conclusions related to RICO – STLJ
28. Conclusions related to RICO – STLJ
29. Conclusions related to Article 3 direct, concrete injuries by way of CSA (Controlled Substances Act) - STLJ
30. Two **Admitted** material and exhibited facts as to Mr. Sessions knowledge, state of mind, and culpability
31. Conclusions - STLJ
32. Conclusions - STLJ
33. Two material facts (duty and exhibited failure) (followed by 1 conclusion) - merits discovery for extent of culpability during closing that thus resulted in

the allegedly usurped possession, usurped title claim, and grand theft of the "Deep Water" home. – VALID FOR DISCOVERY

34. Two material facts (duty and exhibited failure) (followed by 1 conclusion) meriting discovery for determining extent of culpability at the multiple steps of closing that thus resulted in the alleged usurped possession, usurped title claim, and alleged grand theft of the "Deep Water" home. – VALID FOR DISCOVERY

35. Five material facts with no conclusions – all five uncontested – VALID FOR DISCOVERY

36. 11th circuit model – ideal fact form – exemplary

37. 11th circuit model – decent fact form

38. 11th circuit ideal - directly-material-to-affirmative-and-exchange consideration – exemplary

39. 11th circuit model-form facts – double basis exemplary (by outline form and narrow-scope materiality)

40. 11th circuit model-form facts – model chronology – plain-follow exemplary

41. 11th circuit ideal - directly-material-to-prima-facie model – exemplary

42. 11th circuit guided pure materiality – exemplary

43. Mixed

44. Conclusion but subject to immediate in-camera judgment due to footnote

45. Quasi-conclusive but subject to immediate in-camera exhibit conversion to an observed fact, *with reference* to established authority of parameters and definition.

46. Conclusive-dependent on 44's by in-camera, followed by **Admitted** material fact.

47. Material self-admission of 2 Plaintiffs, followed by in-camera-exhibit-dependent conversion of conclusive to fact if to limiting such fact to as defined in footnote (FN) 8 on page 13 of the Amended Complaint ("AC"), followed then by material fact.

48. Mixed

49. Admitted fact, further clarified by stating 7 pellets instead of the normal adult dose of 2, and then appropriately putting the latter to a definitive reference, so as to become a better, but not necessary, *detailed factual allegation*, rather than an admitted fact that is at least qualifiable by a basic process of specification and reference.

50. **Admitted** material, ideal fact placement.

51. **Admitted** material facts to establishing FCA Retaliation. Plus, it says buildings. It was not homes. It was a 10,000 square foot empty building. The lease if my bro and dad approved it, instead of refusing, became an approximately $50,000 kickback monthly for referrals to a lab. This lab would bill Medicare. The rent got so high the tenant left saying she couldn't afford it anymore. That text message went to my dad, "Mr. Ibrahim". My bro and dad tried to stop it after leaving, but then begins corruption and obstruction for everyone.

52. Except for a slight conclusion, which would have been *better* to explain as above (there will always be a *better*, but that's a far-cry from not enough to state a claim or being a "shotgun pleading"[34]) to also be a fact Very ideal materiality down to the first Orlando house of retaliation thus becoming an **Admitted** Fact.

53. **Admitted** Fact or 1-step-off Fact (either by explaining/describing like above or by just showing a copy of the lease)

54. **Admitted** Facts due to where it lands in time, that the context of "retaliating" can be sufficient as state of mind, since the cause is developed. Also, I can observe that by a given duty and a proven talent, it suggests my dad and bro ("Restorative Employees") were effective for what they were hired, which I was aware to involve selling just businesses and commercial properties often valued several times more than a home. Also, since that would mean they were doing well, it's fair to presume, though they speak for themselves, that it qualifies they likely knew of his plan and finances so as to adequately rule out other motives.

55. Conclusion/Fact/Fact/Conclusion (with conclusions STLJ)

56. Ideal 11th Circuit based set of facts in quantifying and by reference as to the FCA-barred retaliation.

---

[34] Particularly because to err is human and is thus always present somewhere, somehow, and that includes certain oversights as to depth, description, or detail when **having to account for all applicable events and actors up to the date of filing**, and where the power, financial, and even *represented* disparity is so high that **not being accountable for harm becomes very easy** (well, speaking to the choir now...) and thus when accounting for all that injury, if all you see is a lot of pages and causes of action, you are going to **miss the ball (manifest error)** and simply pre-conclude a "shotgun pleading" (perhaps out of convenience to not see that the facts indeed are quite methodical, quite material, and with a good majority not being conclusions at all; moreover, with some such material facts already being equivalent to being admitted) which on closer inspection like above, you can start to see it's a nearly endless pattern of one injury after another, and if you doubt it has ended, just wait until I give you a **glimpse** (from my eye-witnessed perspective) of just in the last 3 weeks (you ever wonder why his individual objections didn't show up?).

57. Principally and **Admitted** facts optimal to FCA retaliation determinations

58. **Admitted** facts double-reinforcing the 11th circuit prima facie retaliation set of facts

59. Conclusion/Conclusion/Fact

60. Optimal **Admitted** and material facts favoring the Glenfinnan home be kept at *status quo*

61. Normally for anyone else this would be a conclusion, but since for my dad it's the basis of him being an "indomitable witness", it is a fact already, since it can be an immediately demonstrated by two methods of exhibits under controlled conditions. It was one of the cases we'd end up having to hold onto because of Mr. Ibrahim and the DEA agent involved, and that we maintain alleging that the conditions set forth by the court and certainly as it comes to stand now, are thus continuing that, however much unfortunately it may sound, *obstruction.*

62. **Admitted** Pure and Material Fact

63. The argument that we put here. While usually in another place, probably the fear was that given how many different issues had hit us by then, that we might either forget or it end up even more out of place. We ended there with conclusion though, but until then it looked good. – neutral pro-se error of placement

64. Fact-by-reference / Conclusion / Conclusion

65. Material **Admitted** Facts – context / background / awareness

66. Mixed

67. Fact / "contractually barred" in the lease should be by simple reference so predominantly Fact.

68. Mixed – STLJ – Plethorous evidence though – May the Court take heart that we can somewhat plainly, given we even put a whole official transcript as an exhibit, get whatever's needed of Mr. Sessios.

69. **Admitted** Fact (and referential regardless)

70. **Admitted** Fact; the "harm to justice" is fact too by the way of what he carries.

71. Fact

72. Fact

73. (with FN 18) Fact / Conclusion / Conclusion / Fact

74. Fact-of-Clarification

75. Fact-of-Clarification / appropriate to RICO

76. Fact-of-Clarification

77. Fact-of-Clarification
78. Fact / Fact – both 11th Circuit exemplary as to establishing Article 3 powers to prosecute for injuries due to violations of law.
79. Fact

As to Count numbers[35]

Wherein I recommend the Court withdraw or strike a claim for fairness, I do with the assumption that other Plaintiffs will not oppose, or that regardless the Court agree with my somewhat[36] assisted[37] recommendations, which likewise demonstrate that giving even if just one more leave to amend, in the **cause of justice**, would be most suiting to its interests and such cause.

"Leave to amend should be granted "when justice so requires."" *Bowers v. U.S. Parole Comm'n*, 760 F.3d 1177 (11th Cir. 2014)

Numbers below are for the counts of claims. And MDA-BP run to assist likewise.

1. Valid
2. Valid by **inserting the original reasonable prudence duty back in.**
3. All 4 factors – Valid
4. All 4 factors – Valid; I can as individual Plaintiff recommend the court **withdraw this claim (Count 4)[38]**, with strong doubt of being opposed or that the Court will not likely agree with me
5. While Valid by factors, I can as individual Plaintiff **withdraw this claim (Count 5)** as it appears its injuries
6. Valid by **re-inserting reasonable prudence** and due to 11th-exemplary Paragraph 6.
7. That **Paragraph 113 be stricken, that Paragraph 114 be allowed to proceed as separate count** (by relation back), that **Paragraph 116 be allowed to proceed as separate count** (by relation back).
8. Valid by inserting the original reasonable prudence duty back in.

---

[35] and then for Claim Cognizability, also 11th database, which uses basic-claim-formation once jurisdiction is established, and then the 3-block inter-claim conflict scan, with Pro-Se modifier and RICO expander.
[36] if not too much assisted, yet by being the authorized use thereof
[37] at the pseudolegal bar of essentially using the definition of the 4 parts of a claim and then having a team, along with chatgpt, and other software do a 3-stage in-depth analysis.
[38] I would hardly ask the Court withdraw claims if this was some biased undertaking, but as the Court can see my though-helped efforts are specific to *each and every paragraph* in the complaint.

9. That the Court give leave to **replace Count 9 with each constitutional claim separately**.

10. Valid.

11. Valid **by re-inserting existence of original reasonable prudence duty** for clarity, rather than relying on the inferred or implied duty in the breach.

12. That **Paragraph 145 be simplified to by-license and reasonable prudence.**

13. **Abuse of process be separated** as to each real property and **include the violated processes in the "abuse of process" paragraph.**

14. Exemplary by way of Article 3. Could potentially mention the article and change the type of injuries and damages to concrete direct injuries, but these are not necessary. It **should add that incontrovertible 902 evidence is available for in-camera viewing and by HIPAA exception.**[39]

15. To remove confusion, may the Court permit me, with Plaintiffs' separate approval to have this properly read Glenfinnan-targeted Acts of Terror, Terrorism, or Terrorist Activities[40] to obstruct Glenfinnan Rescue Operation for Employer, the Interests of Justice, and the Elderly at Large. I would then cite the exhibits appropriately and qualify the connecting language under choice of 1) US Patriot Act of 2001 – Definition 2, 2) FBI Standard Definition, 3) U.S. Army Field Manual No. FM 3-0, Chapter 9, 37 (14 June 2001), or 4) Department of Defense Dictionary of Military Terms, by these 4 as separate counts, or by these 4 as single-count-exclusives. It would quite correctly have multiple theories for recovery.

> Of course, the plaintiff's "cause of action" or "claim" refers to the wrong sought to be remedied, not the separate legal theories that may be pleaded to remedy the wrong. See Vanover v. NCO Fin. Servs., Inc., 857 F.3d 833, 841 (11th Cir. 2017). In any case, a plaintiff may plead multiple theories of recovery to redress a single claim or cause of action. Delectable Brands, LLC v. YogurtLab United States, LLC, No. 2:15-cv-01511-TMP (N.D. Ala. Aug. 25, 2017)

Please understand your Honor, we were **in this**, but that does not condemn

are ability to argue for it, if indeed we are all that can. We are not attorneys on

---

[39] This in combination with refusing to violate the False Claims Act and then falling prey to DOH and then even DEA corruption, abandonment, or negligence is after all what created the original "America One" context, causing him to so long since then endure *so much* **holding both the cause and case that has been obstructed to this day** (and thus the faith of Congress and the American people collectively).

[40] not to be confused with state terrorism.

behalf of some clients in this or some *Pro-Se* people who were living down the street. We were the **actual victims** watching these horrors be imposed on us, one after the other, with total abandon to the process or reference of law.

Many of us have to suppress all the impediments we have just long enough to put on the "bravo" exterior needed to face a court by ourselves; something people with attorneys very rarely need to do at all. So while we can put facts or law together for a brief, as though everything is "just fine", we go back to absolutely shattered and vulnerable your Honor. This is even as to many of our[41] abilities that we once had, let alone the close relationship to the grandfather **we may never even see alive again** because of the attorney no one bothered to mention, let alone by any realization of what we endured to save our grandfather, other patients, and now to be left to saving ourselves with yet-sustained condemnation as to all else and **for what?** Refusing to approve a lease that ended up in a kickback ($50,000 monthly) so high, with referrals then billed for as false claims to Medicare, to the point even the benefiting tenant could not afford it[42]. Going to the DOH and DEA with incontrovertible evidence that would have saved Employer under a then-existent highly-advertised policy of the DEA to save healthcare professionals[43] engaged in substance abuse, and by a first and subsequently second phase of what my father

---

[41] with the context being on how I have observed it of Plaintiffs.
[42] "Intel-Five" – Cyclic – 2 Regions - Florida (Self-Asserted-and-Authorized Direct-Validation of use in Cause of Justice; and by permission of use)
[43] Same.

already knew with certainty (just like his evidence-grade document can show, on sensitive request[44]) would save and assist, at minimum, thousands of lives over the next few years. Normally these are causes for which one is honored and yet we were nearly destroyed, and to come back before government hardly for more injury as a result.

16. Perfected.
17. The Court should **strike Paragraph 172** and allow **Paragraph 173 be confined to Employer**.

May the Court allow the clearly human error of **missing count numbers 18-20 to be corrected.**

21. Valid
22. Perfected
23. I ask the Court **strike Count 23** if it agree or if it wish to subject to the other Plaintiffs who likely will agree. This appears covered earlier.
24. Valid
25. Missing, may it please the court to **allow numbering to be corrected to not have missing numbers.**
26. Valid.
27. Valid; thus no longer need trademark infringement though it can be mentioned for theory under which to recover, as to how it determines damages.
28. Valid. Should add its own separate emotional injury that is then not counted in the earlier NIED and IIED.
29. This should also include that the constructive trust applies as well as in all the others involving real property where by means of irreparable harm.
30. Valid. It goes without saying the constructive trust is only done once, so should be under any cause of action as to the real properties.
31. Clearly human error that the earlier elements in Count 30 **should be re-introduced.**
32. Clearly human error that the earlier elements in Count 30 **should be re-introduced.**
33-37 **should be filled in proper sequence** if it reaches.

---

[44] as it's also his "birth certificate" (equivalent) as *America One* being thus born on 9-6-21.

38. Exemplary – RICO Relevant
39. Exemplary – RICO Relevant
40. Valid
41. Exemplary – RICO Relevant
42 if reached should be included in sequence.
43. Exemplary – RICO Relevant
44. Ideal
45 & 46 should be restored if reached
47.Sufficient
48. Stellar-Direct – RICO Relevant
49. Stellar-Direct – RICO Relevant
50. Ideal
51. Well Valid

Reliefs

Paragraphs 279-293 all customary or reasonable to relief.

That the Court allow amending with Exhibits to substantiate further certain claims. There was a draft of the AC that had all the involved parties in bold, but that does not retain throughout the document and would be quite helpful to readability, so may the Court also give leave **to put the involved parties of each count into bold lettering**.

That the Court find closing the case not be consonant with justice, until it evaluate my father, Mr. Ibrahim, also "American One"[45], for

1) any active justice-obstructing impediments, not merely to himself and the rest of us, or even as relevant to his ability to be forthcoming in this case[46]

---

[45] given he is in the midst of having to engage "Reindeer-9" protocols, which he can explain the quandary of much on his own

[46] if he is in "Reindeer-9", he is likely suffering the equivalent of mental torture, multiple mental disabilities in a functional-impairment state, bearing commitments involving not just finally getting his individually intended objections in (which also would have included that since the magistrate mentioned leave to amend, to in the alternative allow it), but deconstructing in a measured sequence his functions as "America One", issuing to Congress that their "laws have failed", establishing himself as crime witness, putting the original incontrovertible evidence grading summary before the court to try to be validated against obstructions of justice, and under disability and torture that the court vacate and allow his prior-announcing individual objections to be considered de novo; I can help him to some extent as far as external forces, but being that this is internalized by him and his conditions, the help he needs a good 1 or 2 weeks away, although his first doctor evaluation is on Wednesday

but to carried-cases-at-risk, under that the Court in the worst and most vindictive scenarios against us yet immunize us by any power by which it can from all further harm to obstructing justice or putting our disabilities to further peril, for hardly is a record sufficiently proper in such states, if to fall decidedly adverse upon us, and that nonetheless the Court bear to leave to amend and vacate, and return us upon path to default judgment, and deny Interval and Stadelman's motion to dismiss, by all herein, by the very well-written responses to it and those in Bloom, or otherwise to leave of Motion to Direct Clerk to satisfy doing so by some other means.

And that we bear a held, sworn, summonable, discoverable, liable, uncontested, and demonstrable responsibility to the severity of these allegations upon which court, opponent, government, and public alike can readily test and rely.

May the Court thus determine that our full ability of process to redresses available under the law so as to realize the completion of our capacity upon justice serves the same ends and without doubt the public's faith that they too might ever hope of recovery if to trust upon the promises and processes of law.

That the Court thus preserve against a travesty of justice for want of clarity and the ready cooperation of Pro-Se Plaintiffs in none other than a RICO complaint, which is hard enough even for attorneys. I strongly believe the Court will find that these corrections will rectify the Complaint and that it was thus never a shotgun pleading. If the Court nonetheless disagree that this analysis is so far from justice so as to merit regard, then may the Court give the mercy of one last leave to amend for our hopes, the hopes of justice, the hopes of the interests of justice, and I too asserting that the hopes that will most definitely die and continue to be injured, rest

upon it, for dismissing to re-file may be but an easy task for law firms, but a Court willing to do so upon pro-se Plaintiffs who have lost all they have lost to one injustice after another in this case only hoping that the default on its way might save them, thus should **in relativity** bear another chance.

I also pray that the Court find that the default that was on its way after over 700 days of enduring this without the least help, support, validation, or assistance, is strongly needed for justice and for the relief set forth in law, with also such default being the least possible use of judicial resources. After all it was the aggressors that "hit and ran" and thus it should not befit justice that they are also further rewarded for it.

It is for these scenarios that the Supreme Court puts all loss back into context that might have prior swayed the average person if thus knowing, whether even for employers or as to their loved ones, and only moreso qualifying it when the severity is high and injuries are so broad.

"Throughout history, it has been the inaction of those who could have acted; the indifference of those who should have known better; **the silence of the voice of justice when it mattered most;** that has <u>made it possible for evil to triumph.</u>"
- *Haile Selassie*

"u don't know these guys Sara, they'll need lots of facts and law..." – *America One*

Maybe, but if they're willing to accept a citizen *demonstrating* those facts with *some* law, then here I am.

May the Court vacate judgment, grant the filing of defaults by the clerk, deny Interval and Mr. Stadelman's Motion for Dismissal, and grant any and all such relief by every means, rule, and end of its power, *declaratory* or otherwise, at the very least to myself, and regardless that Plaintiffs presumably benefit likewise, or if otherwise by the Court's inquiry, notice, or a set time for Plaintiffs to notice.

Respectfully, this June 28, 2023, and thus I pray, in love of Court, Justice, my family, and God...

/s/ *Syeda S. Hussain*
Syeda Sara Hussain
1456 Via Sangro Place
Winter Park, FL 32792
daughterofamerica12.25.21@gmail.com

IFRC - Note Harms - Any - Some Required Stamp & Stry Blocked Export

*open code* in history, which a DEA firefight and a DOH IG *could not resolve*[13] and led **to *everything* that came after throughout Orlando and Orange County**, even after 358 warnings from 17 sources cited to how an open code was continuing to happen in broad daylight; since then, 155 patients there died because of 2 individuals in government, who were the reason for the triple-whistleblower end of DEA and SAMHSA as false organizations resulting in partial shutdowns between 30-100% for a week, but came back as a "crucial" government organization, and still never stopped the open code, with the AG order in my hand, then 2 other hands, and now the military that was sent to the rogue agent and available to the DOH fell on deaf years. After wondering what was going on with the elderly, a recent bill and one before it passed to try to protect them, which is progress, but still could not fix this.

23. Syed Sajid Hussain ("**Employer**") resides in the State of Florida at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and is the founder, controlling shareholder, and registered agent of the companies above, who, in combination by improper advantages and interferences by corrupt officials, enablers, and the parties herein managed to use the companies to carry out these crimes within the Orlando perimeter and overpowering and **compromising Orlando, Orange County, and**

---

finances and inflict terror on any who might try to save him -John Hopkins/Mayo/Mr. Ibrahim research project - leads. They ignored every probable cause law there was to just do an Rx history on him or check for the beginning of diuretics. This is done in athlete's organizations and ant-exogenous-test-epidemic-in-the-elderly (the 2nd largest after fentanyl) following 12,500 induced deaths and catastrophes worldwide. When a man who I will only call "Mr. Guzman" came and hugged me after the firefight; a man who's spent 30 years creating the DEA in Washington, regulating it, presenting on it, whispered in my ear "Ur right. Just these dam pharmaceutical companies have so much money...but sometimes we win. Keep doing the research you do and bringing these things to the spotlight."
[13] Due to Marsy's law, intelligence is direct, so they can't start resolution without our clearance or notification, or all individuals involved (agents/etc.) become subject to immediate arrest. They can't even enter without the red forms with us, which we still have and now the military does. The red forms if necessary will become part of the exhibits of this Court.

Verified **RICO** Complaint

the horrible December and January acts orchestrated principally by Mr. Sessions, thru

Prime Duval, which put Mr. Ibrahim under duress of having to damage his good credit

Isolate. -"RV"   as the only means to save approximately 1O *known* crime-witness victims,   Isolate. - "RV"

approximately 300 of over 15,000 patients, the interests of justice, and the interests

and faith of the public in the protections claimed to be afforded by law, to the point of

having to ward off, at least two acts of terror, and with a door marshalled for two

Isolate. "RV"   weeks.

Isolate. - "RV"

27. The Court has personal jurisdiction over Prime Clay as Prime Clay assisted in the

continuation of the RICO enterprise's violation of 31 U.S.C. 3730(h), first (with 5th and

14th) Amendment rights, damages sustained by means of continuing the federal

controlled substance offenses, and likewise in manner of obstruction-of-justice (OOJ)

offenses against crime witness-victims and judiciary process; in this case used, in

classic federal RICO form (individual=>company=>property) for attacks on Restorative

Employees; and in this case the most *plainly* illegal form of grand theft of real property

via numerous acts of fraud; endangering my possession thereon and likewise

committing a sale that cannot go through without the signature and approval of Mr.

Ibrahim, along with the defrauding of the buyers in such transaction. This took place in

the multi-felony grand theft and jeopardy of 3339 Deep Water Ct, Orlando, FL 32826

some time in February or March of this year with the *actual* date of sale, regardless of

the *recorded* date of sale, still *unclear*.

28. This Court has personal jurisdiction over FMR because FMR was the corporate-

individual utilized in violating the *Controlled Substance Act,* a set of federal laws

governing the distribution, production, and storage for distribution. Mr. Ibrahim and Mr.

Verified RICO Complaint

Appx42

257. The Court should immediately restore and grant constructive trust to Mr. Ibrahim and declaratory uninterrupted legal possession and ownership since the original purchase, as by establishment of a plain RICO fraud by Defendants.

258. Due to the abuses of power and process inherent, the Court should arrange that its Clerk appropriately take continued screenshots of documents pertaining to these properties so that further fraudulent changes can be monitored and found plain.

## COUNT 43
### Fraudulent Misrepresentation And Concealment For and During Unlawful Sale
### 2401 Island Club Way, Orlando, FL 32822

259. Plaintiffs reallege and incorporate all the above.

260. Defendants engaged in an unlawful sale in which they did not meet the legal standard of revealing challenges, notably a *Lis Pendens* for the entire property, and appropriately placing such. Regardless all arguments would fail as the house was sold at market and thus is *plain* fraud. Nonetheless, the records too are falsified in violation of real estate license and in violation of title license and in violation of the attorney who will probably go down as one of the most notoriously felonious in history who brought it all about by only more of the same and all together rightfully fulfilling the very definition of a RICO enterprise carrying out a GRV scheme to such unheard-of lengths[37]

261. Restorative Employees should be given the complete property to them under constructive trust and additionally the appropriate RICO level damages of triple the market plus triple the emotional and special damages, the highest special damage

---

[37] As it stands, this is one of the longest unhindered and *plainly* illegal retaliations in legal history. Moreover, it shows the hypocrisy of those organizations that swore to protect against these types of abuses, whether government or under license or otherwise, but the reality is laws have been treated like powerless pieces of paper.

**Verified RICO Complaint**

72

being Mr. Sessions damage of Mr. Ibrahim's credit as the only way for Mr. Ibrahim to save the public, 2 governments, the rule of law, the protections of law, and the lives of 1O known and 300 unknown victims, as well as the interests of justice and the public. And such a thing is not easy to restore but would require declaratory relief in addition. It is preferred the Court make its own motions on anything being plain or compel that Mr. Ibrahim produce for its own decorum. In that manner too, Defendants will be more reserved in yet causing more harm, though it is hopeful that some sua sponte injunctions protect against this by the Court, and for which this Complaint is made with some degree of "rush", precedingly to waiting for yet more counts to occur while acquiring an attorney, counts that may altogether Mr. Ibrahim even from the home that Mr. Ibrahim is in now if not with some preservatory injunctions of the Court if nothing else.

## COUNT44
**Duress to illegally remove Mr. Ibrahim and Mr. Baqir from their home in fraudulent and illegal manner by concealment of the *mens rhea* provided and the original letter to Employer; created Duress of having to ruin Mr. Ibrahim's credit just to save the lives and wellbeing of multiple known and unknown individuals**

262.   Plaintiffs reallege and incorporate everything above.

263.   Original letter is commanding and was sent certified and will be produced at

slow or accelerated pace for the Court[38], or on a schedule, or on a hearing for

schedule of

---

[38] Unless mandated by Court to lessen the overuse of its resources by quick perjury counts, Plaintiffs will submit evidence on a schedule of Court or first with those most readily available and either incontrovertible or *plain* so as to get injunctions as well, though we are hopeful Court at least provide general injunctions against specific illegal acts, even though the acts are unlawful as it provides a degree of protection and validation, not necessarily of

**Verified RICO** Complaint

**Appx94**

created enormous losses to the health, longevity, and financial state of his own client, while likewise creating, by attorney misconduct, losses in Plaintiffs, predominantly Restorative Employees, including even completely illegal and fraudulently acquired harms on property; on their homes, while Mr. Ibrahim was likewise aware that these were the *least valuable* entities form which to attempt to make any financially sound reason for doing so.

268.     That upon such showing by the evidence, the Court correct in so much as possible all manner of harm carried out for the RICO enterprise in its GRV scheme, by the actions or negligence of Mr. Sessions.

### COUNT 47
**Persistent And Aggravated Harm By The RICO Enterprise On Being Informed Of Plaintiffs' Additionally "Protected" Position Of Being Crime-Witness Victims And In That Capacity**

269.     Plaintiffs reallege and incorporate the above.

270.     Defendants had a duty to exercise halt or face liability upon certain informations. Attorney Defendant needed only to act upon that which was *plain* and has no duty to investigate, under normal conditions, none of which were normal in this case, but nonetheless nothing could be more plain to him, as we were the *Last Stand* loyalists, while the Attorney maintained relationship with likewise the Employer and thus also our interests. While this is a plain criminal standard it is most certainly a civil one for the numerous injuries and damages caused as a result.

### COUNT 48
**Perjury On Documents[39] For The Illegal And Fraudulent Transfer Of The Real Property Of 3339 Deep Water Ct, Orlando, FL 32826**

271.     Plaintiffs reallege and incorporate the above.

---

[39] It is recognized that this claim can create a manifest evidentiary order for the document to be shown to the Court immediately because it claims an incontrovertible act at high risk of compromising decorum and integrity.

**Verified RICO Complaint**

272.   Defendants had duty not to commit perjury; not to swear falsely on documents; particularly as attacking the interests of Plaintiffs; and particularly where the United States is named therein; and particularly as protecting constitutional due process before endangering one's property; which in this case was the one for which Mr. Ibrahim would visit his kids in Orlando and from which following the complete transfer was also to expand business thereof, by the words out of Employer's mouth. And if anyone doubts, the Document is clear. Employer therein swore to something that was *plainly* false. Not only was Employer aware of the threats existent on that property by way of *Lis Pendens* but moreover by letters to him specifically regarding it and the laws that bar its transfer and moreover claiming therein the portion owned by Mr. Ibrahim, which had already been transferred.[40]

273.   Proceeds should return to defrauded buyers along with the appropriate therapeutic provisions as customary.

## COUNT 49
**Perjury On Documents[41]For The Illegal And Fraudulent Transfer Of The Real Property Of 2401 Island Club Way, Orlando, FL 32822**

274.   Plaintiffs likewise reallege and incorporate all the above, inclusive of 1 thru 84, all paragraphs thereafter, and **specially reincorporate** by a "magical" yet verifiable

---

[40] This is the Medallion standard for a Whistleblower *plain* discovery for all declaratory relief possible and for the crime witness-victims thereof. Wherein a document can be danced at by a third party to incontrovertible perjury is the most powerful legal standard in all of law, at the very least for which the greatly disadvantaged parties should bear *presumption* as decorum is gone and integrity sacrificed at the very inception of proceedings.

[41] The On Documents perjury claim because it would create a *mandatory* presumption of all accusations being in favor of Plaintiff and thus all injunctions necessary with bond factors non-existent for the sake of *measure,* could cause an immediate order or the summons-with-document-contingency to hit Mr. Ibrahim and bring him to the Court if claiming possession of the documentary basis or the ability to point out the documents, and likewise for the protection of the courthouse and public, or the discrediting of Plaintiff, in addition to other liabilities, as once sworn the Court cannot control the fact that it is thus a completely polarized claim that may coincide with the Court issuing *tiers* of declaratory relief so long as Plaintiffs' integrity remains unquestionably presumed, and it can be tied to law in favor of integrity.

Verified RICO Complaint

**Appx97**

8.8.24 Emergency Note - "Time is too short & appeal must file. I am just going to live S.O.S. off of the pages as I find them & get as many organization ETA's as I can. God bless this daughter though. What they must be thinking having lost so much while walking *towards* their government, I can't even imagine. I'll just list differentials and mention no suspects. I need "Vinson" (DC) ASAP.. - "RV" (with HVT)

Became too much to isolate, just gonna mark S.O.S. in upward direction from a start point with a holder differential, because there are far too many possible crimes here. - "RV"

implications thereof; regardless that in the interim a *presumption* of malice and

retaliation shall rest on any action taken against Plaintiffs, if in any way appearing to

be due to this complaint, for which this Court will make declarations of presumption

and contempt for the immunity and protections of all rights and interests of the

crime-witness victims and protected employees herein as well as the similarly

affected of the public when for the claims herein and that following any such

suspicion of public corruption, U.S. Marshalls and military protections will be

afforded as necessary within a 5-mile radius, including that of the courthouse, due to

the prior courthouse attacks in two counties and one federal, likewise that the Court

declare such entities of harm part of the RICO enterprise declared herein and

declare their aggravated acts in violation of court order to be part of the GRV

scheme and likewise shall be declared an act of terror recommending life

imprisonment of all entities and enablers of those involved and with the Court

declaring Plaintiffs as the living government of Florida and the United States, as

required per the law in situations where rule of law is absent or presumed corrupt or

subject to abuses of power, until the rule of law can be restored, and with such

Declaration encouraging the awarding of medals of honor, merit, and recognition for

any that further the protections of the rights of Plaintiffs and the related crime

witness-victims in this regard and with all Defendants to be placed under immediate

lockdown by the U.S. Marshalls, National Guard, or military personnel to protect OIG

HHS sensitive materials as to victims, for the restoration of victims, and as to the

public, and the restoration of the public, until the rule of law is restored and non-

corrupt or non-malfeasant agents of the federal and state government can arrive and

**Verified RICO Complaint**

S.O.S. upward Geneva-147,
18 U.S.C. 2441 Risks & Elements Present

**Appx105**

8-6-24 Black Flag Note - "I am at a loss as to what on earth the district court was reading. This document has arguably more actives, endured, and impending than Nuremberg...which RICO complaint did the Dist. Ct. receive? a comic book? We have to get this in tho; if he doesn't get an SM or reps soon ,we may have an *infrastructure* issue. - "RV"

on recommendation of this Court file maximal criminal RICO charges upon

defendants and a// their accomplices, even if not defendants in this action, and with

all prior relief herein requested immediately granted in favor of Plaintiffs, and further

ordered to be carried out with the help of and not the hindrance thereof, by

government, in that regard.

DATED this 13th day of October, 2022.

By:

/s/ *Syed A. Hussain*

SYED IBRAHIM HUSSAIN/   3,.33   6-tt:11-»nn.qn  Or. J   C.rN'j'e  ttOt,.rl   -;;2-073
*Sui Juris*
Pro-Se Litigant
Clay and Orange County RRR[42]
(904) 614-6557
mms-renovation@outlook.com

/s/   *?It. fJ. II*

SYED MUHAMMAD BAQIR HUSSAIN/ \L[Jb        Sanaya  f lqcet \f -lv  Li,l
*Sui Juris*                                                         ¥C,
Pro-Se Litigant                                                3'2.71c<.
Orlando, FL
904-708-3243
bagrehabalt@yahoo.com

/s/   *Syeda S. Hussain*

SYEDA SARA HUSSAIN₁ \Y56  Vu, 56r. 7re  fl4<e  W1-t1h,  r..v&,  F-c,
*Sui Juris*                                                          3.Q7 /J_
Pro-Se Litigant

(in trauma-recovery or by scheduled appearance)[43]

---

[42] Rehabilitative Response Ready

[43] Wit-Elim Recovery Unit - Trauma One - courtesy of the US Air Force for crimes of government involving a rogue DEA agent that violated a raid order and a rogue "investigator" A.B. at the Department of Healt- coming forth via separate cases (initially **100% trauma paralysis** by measure of witnessing

**Verified RICO Complaint**

S.O.S. upward Geneva-147,
18 U.S.C. 2441 Risks & Elements Present                    **Appx106**

904-947-1816 (Secure Line -will redirect you to her- SMS preferred)

████████████

/s/ *Brian Guex*
_____
BRIAN GUEX, I'S'b 'Vrq_' Jrti   lt1c-e t\rvrv,rv P.v, F=L. '?¹?1
Pro-Se Litigant
Orlando, FL
(407) 754-5964
Previous Employee and Assistant to Mr. Ibrahim in the Restoration Agreement
Intelligence Support

/s/ ***h fj***
_____
ROSELENE GUEX/ ll.t>6 Vf.q "io.11Jf'tt \911.c-e \tfr11r.v fv , 'P-l '3!27£
Pro-Se Litigant
Orlando, FL
(407) 340-4221
RICO Crimes Witness-Victim and Claimant to some of the counts
Mother of America's Leading Whistleblower and eligible for Whistleblower of the
Century

S.O.S. upward Geneva-147,
18 U.S.C. 2441 Risks & Elements Present

judgment issued by a county judge who was *never* reprimanded and who 3 judges on the 1st DCA *mysteriously* affirmed, creating the first time in Florida history that an *upheld* judgment resulting in acts of terror and jeopardizing rights to property on the fraudulent concealment of an attorney and the exclusion of affirmative defenses and hearing was allowed to take place in *less-than-summary* fashion and without hearing under *no basis in law* and with *no due process;* and also by Florida's own Supreme Court ruling *having no jurisdiction* from which to effectuate judgment: as well as the very stem federal rulings as to FCA jurisdiction violations); while witnesses were made to sit on the Mother Notice Document waiting for an evidentiary hearing that never occurred and an appeals court that can't hear on a document one never got the hearing for anyway.

**Verified RICO Complaint**

90

## VERIFICATION

I, Syed Muhammad Baqir Hussain, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Florida.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing *Verified Complaint and Request for Injunction,* in which I, personally, or Plaintiffs together, are mentioned, and if called on to testify I would competently testify as to the matters stated therein, for which I have the second-highest knowledge and exposure, in spite of some sustained trauma emotional paralysis from the "Christmas attacks".

3. I have personal knowledge of the activities, in regards to myself, the other Plaintiff, and the Defendants, including for the allegations set out in the foregoing *Verified Complaint* and if called on to testify I would competently testify as to the matters stated therein.

4. I am *coram nobis.* I am in a state of multi-PTSD depression, recovering from multiple traumas, though unsuccessfully due to the anti-witness attacks of predominantly Mr. Sessions, once taking lead of the RICO conspiracy.

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Complaint* concerning that which I have personal knowledge to be true and correct and that I likewise believe that any other factual statement thereof to be true based on the evidence available to Mr. Ibrahim thereof.

Executed on October 11, 2022.

/s/ *Syed M. B. Hussain*
_____
Syed Muhammad Baqir Hussain

S.O.S. upward Geneva-147,
18 U.S.C. 2441 Risks & Elements Present

**Verified RICO** Complaint

## VERIFICATION

I, Syeda Sara Hussain, declare as follows:

1. I was thought to be "eliminated" by the *second* definition of witness elimination under the law, in the illegal Christmas attacks that now have the ███████████████████ ████████████████████████████ ██████████████████ The laws on paper simply did not and *do not* match the actions of ███████████████████ nearly *at all*.

2. I have been illegally kicked from two homes in which I have tried to find solace over some six years, and thru no fault of my own, but by the mere frauds of an attorney, and the equivalent of a ███████████; the most horrendous display of (the lack of) law in American history.

3. I am a Plaintiff in the present case, a U.S. citizen, and a Florida resident.

4. Though I am ███████ I cannot appreciate enough the love and support that finally showed up even after enduring 7,684 felonies in broad daylight and in *plain view* of the State of Florida and the United States over the course of some 18 months on approximately 313 victims of the public from almost *every single* type of officer, and nearly *eve,y* judiciary human; honorable certainly but human nonetheless.

5. My knowledge of the above is limited to those instances and counts for which I was witness or victim or both. Ironically I am victim to nearly *all* the counts above without much knowledge as to *why* in regards to many of them, if not for guidance by my dad. To this day, he entertains ████████████████████████ as to what he and this family has been throu h. or they'd likely make him ███████████. I can't imagine the strength it takes of him to bear all that alone, though nonetheless for his family, but in such way that he has to bear humiliation and gas-lighting while doing so. I honestly don't think I would ever that kind of strength. I don't think there's enough medals in all the world for what builds a human to that level of Godliness in the face of everything but.

6. I verify under penalty of perjury that which is of my knowledge and interaction and most of all as to how this has affected the Plaintiffs involved.

Executed on October 11, 2022.

/s/ *Syeda S. Hussain*

_____

Syeda Sara Hussain

8.6.24 Note - Premptively protective redactions. God save America. God bless this girl. - "RV"

S.O.S. upward Geneva-147,
18 U.S.C. 2441 Risks & Elements Present

## VERIFICATION

**Verified RICO Complaint**

93

All S.O.S. markers upward are 8.6.24-RV

**Appx110**

Document Requisitely reports on State-of-Emergency to Public Health by the **continued deaths** of elderly patients created by inappropriate denial of TRO on misunderstanding some kind of "eviction" or constitutional claim, none of which was in motion or even pattern shown in RICO complaint, as to **the irreparable injury** to be prevented, nor even for the *federal* reasons involved from *either*. Believing Plaintiffs' **federally**-relevant assertions (the **only ones it gave this Court**) is supported by over 20 cases and the unanimous case law of the Circuit.

**Continued from "Notice of Pendency of Other Actions", page 1**

These are in addition to those listed there, as follows:

1. pre-RICO attempt to file FCA retaliation case for damages, under 3:22-cv-24 on 1-7-22 was merged with 3:21-cv-1140 on 1-12-22 since wasn't closed; this resulted in an un-summonable mismatch of material resolved by our 7-11-22 voluntary dismissal (granted w/o prejudice 7-13-22) in favor of proceeding with clarity, with preference solely to material not needing seal, and where the RICO events were mounting in plain form,

   a. and had managed to in the interim carry out far worse and irreparable injuries, though easier to prove as a result, predominantly in the Orlando area, upon a greater number of properties, also always sworn terms of employment (and uncontested; defaulting in our favor even in the instant) and victims,

   b. with the attorney **Jerry Sessions thus carrying out negligent manslaughter on about 14 elderly patients as a result**; current chaotic state of the Glenfinnan showdown attached solely for this; we have little means to quickly notify the OIG-HHS and are doubtful the Court does either; but these elderly people **will die** due to failure of obtaining TRO, much to the credit of Mr. Sessions, but later causes of action, even before this Court, <u>do not bring lives back</u>. In any case, due to Appellate Mandate, if the Court is to *sua sponte* issue stay on *their* behalf, it now is wise that it issue on both the 1st DCA and the county court under risk of imminent, irreparable injury, for the reasons it was actually asked (not an eviction), adding whichever "federal inquiry into a potential public health incident of imminent irreparable injury" it may find more favorable, though we have no doubt as to the 11th Circuit on our own, but given the Court stay that, it's easy to have the time to show that from case law.

   c. , and moreover <u>Mr. Sessions and</u> ▮▮▮▮ finally causing cancer on my father, who is also the grandfather of Mr. Baqir and Ms. Sara, and with collaboration in the harm of 1 ▮▮▮▮ at the DOH also responsible for the deaths of several of the approximately 500-1000 (pool 1[1]), 1000-4000 (pool 2[2]), 200 thousand (pool 3[3])

   d. with the cancer (to rise in tort on Florida *separately*), and the 1 rogue DEA agent of ▮▮▮▮ " (to rise as FTCA tort on the United States

*Isolate. - "RV"* (appears multiple times in margins)

This was a *sworn* "Black *and* Red Flag"============> "Am I blind? Is America blind? Maybe I'm blind. **TI, Interpol, SJC, ICC?** Either I need a vision test or my work just got *a lot* harder than '07-446' and 'sporadically defend'"- "RV"

[1] In reach of ▮▮▮▮ at illegal location
[2] In reach of ▮▮▮▮ full administrating history and by lesser provable percentage of effect
[3] Statewide effect of inappropriate administration of the exogenous substance; while the effect is *real*, it can be individualized as at this level, it is statistical, without the resources for action

Post-Note 8.5.24 - The Original Forensic Meta of the Isolate sworn by A1 was confirmed 8.5.24 10:58pm EST. It landed in the most original form of the above in an electronic filing before the Middle District Court of Florida in 6:22-CV-1886-CEM-LHP using the Pacer system. Multiple photos were taken. Such filing first occurred on **November 17, 2022**. The title of "EMERGENCY" was noted on the docket. Jointly vital is the isolate on Appx149 and Appx150. I guess he doesn't need to worry about "proof" now. He direct-accusatory swore a black flag cruelty on an immediate family member, an immune, actionable human right of which he is ▮▮▮▮. - "RV"

07-446 Pre-emptive A1-Protective Redactions. A1 may become *World One* at this point. - "RV"

**Appx144**

Document Requisitely reports on State-of-Emergency to Public Health by the continued deaths of elderly patients created by inappropriate denial of TRO on misunderstanding some kind of "eviction" or constitutional claim, none of which was in motion or even pattern shown in RICO complaint, as to the irreparable injury to be prevented, nor even for the *federal* reasons involved from *either*. Believing Plaintiffs' federally-relevant assertions (the only ones it gave this Court) is supported by over 20 cases and the unanimous case law of the Circuit.

*separately*), and of course rising here (COA in Complaint; Elderly Abuse; Mr. Sessions);

e. with the immediate of "b.", given TRO was not secured (though we hope to have the opportunity, however much unlikely, to *in emergency*, by Rule 54(b) show, in just hours, that it both was misunderstood as being *based* on an "eviction" as opposed to irreparable injury and broad catastrophic harm to many parties and part of an already established pattern and in no instance even asked the Court to overturn the eviction, which is already judged at all levels of state; it is the *displacement* of us from our home, which we used the 11th Circuit guideline of prima facie basis to show would be granted us *anyway*, by way of federal original jurisdiction of 31 U.S.C. 3730(h) alone; fighting off this displacement without the TRO (a most definitely losing battle; but *very* draining) is why not only this submission is being made under hopefully excusable delay, with perhaps a motion to follow for that as well, but also why things like returning services to the Court for default are delayed, and yet several elderly patients will most certainly die by just this new crime Mr. Sessions has created, with time lost, energies redirected, and items displaced in bringing even that matter to enough light to, at this point almost *impossibly*, save them. That Courts should trust their Plaintiffs, when not contested by fact or sworn assertion, should have needed no introduction, and in this process of introducing, without a TRO even to wait until hearing, on an inapplicable (as the Court will hopefully soon even see, if we are not already removed) *Younger* abstention on a *non-isolated* issue, but one falling square into the very pattern of increasingly aggravated federal violations resulting not only in irreparable injury to Plaintiffs, but worse to the case that can likewise hardly be put together, if Plaintiffs do not even have the security of the home they are in now, while the last two homes were taken and even sold in manner that Plaintiffs could much easier and plainly prove violates law, as the involved Defendants have long since stopped being subtle. Moreover our home is an uncontested term of employment intended to be protected by countless efforts by Congress, which 31 U.S.C. 3730(h) make *plain*, plain enough to buy 14 days to save some lives at least. *ouch...where am I? - "RV"*

f. One's home certainly ranks among the most cherished property interests that due process protects, and the uninterrupted enjoyment of its comforts and security is undoubtedly a significant private interest. Grayden v. Rhodes, 345 F.3d 1225, 1233 (11th Cir. 2003)

Document Requisitely reports on State-of-Emergency to Public Health by the **continued deaths** of elderly patients created by inappropriate denial of TRO on misunderstanding some kind of "eviction" or constitutional claim, none of which was in motion or even pattern shown in RICO complaint, as to **the irreparable injury** to be prevented, nor even for the *federal* reasons involved from *either*. Believing Plaintiffs' **federally**-relevant assertions (the **only ones it gave this Court**) is supported by over 20 cases and the unanimous case law of the Circuit.

g. Aside from the issue of damages, irreparable injury is suffered when one is wrongfully ejected from his home. Johnson v. U.S. Dept. of Agriculture, 734 F.2d 774, 789 (11th Cir. 1984)

h. The allegations in the complaint must be taken as true to the extent they are uncontroverted by the defendant's affidavits. If the parties present conflicting affidavits, all factual disputes are resolved in the plaintiff's favor, and the plaintiff's prima facie showing (see initial motion for TRO) is sufficient notwithstanding the contrary presentation by the moving party. S Davis Int'l v. Yemen, Republic of, 218 F.3d 1292, 1303 (11th Cir. 2000)

i. The Supreme Court created exceptions to Younger abstention when "(1) there is evidence of state proceedings **motivated by bad faith** (retaliation by a **private individual** using law license to commit **fraudulent concealment; COA in Complaint**), (2) **irreparable injury** would occur, or (3) **there is no adequate alternative** state forum where the constitutional issues can be raised." Id. at 1263 n. 6 (citing Younger, 401 U.S. at 53-54, 91 S.Ct. 746). Hudson v. Hubbard, 358 F. App'x 116, 118 (11th Cir. 2009)

j. The Younger abstention doctrine, however, is **not applied** if (1) there is evidence that the state proceedings were motivated by bad faith or harassment, (2) abstention would cause irreparable injury, or (3) there is no adequate alternative state forum where the plaintiff can raise the constitutional issues. See Younger, 401 U.S. at 45, 53-54, 91 S. Ct. at 751, 754-55; Hughes v. Att'y Gen. of Florida, 377 F.3d 1258, 1263 n.6 **(11th Cir. 2004)**. Lagi v. Morris, No. 16-11834, **at 2 (11th Cir. Jan. 31, 2017).**

k. Younger abstention is only appropriate, however, when the federal constitutional claims at issue can be raised by the federal plaintiff in an ongoing state court proceeding. Ohio Civil Rights Comm'n v. Dayton Christian Schools, Inc., 477 U.S. 619, 106 S.Ct. 2718, 91 L.Ed.2d 512 (1986) (holding that Younger applies "**so long as in the course of [the state] proceedings the federal plaintiff would have a full and fair opportunity** to litigate his constitutional claim"); see also Juidice, 430 U.S. at 337, 97 S.Ct. at 1218. In the instant case, Cheffer **has no remedy in state court except to subject herself** to a criminal contempt citation (which she probably could not resist on the ground that the underlying injunction is unconstitutional, see In re Novak, 932 F.2d 1397, 1401-02 **(11th Cir. 1991)**). Cheffer v. McGregor, 6 F.3d 705, **709 (11th Cir. 1993)**

l. The Supreme Court has made clear that the abstention doctrine is **not triggered in a civil context unless** the federal injunction requested would

Document Requisitely reports on State-of-Emergency to Public Health by the **continued deaths** of elderly patients created by inappropriate denial of TRO on misunderstanding some kind of "eviction" or constitutional claim, none of which was in motion or even pattern shown in RICO complaint, as to **the irreparable injury** to be prevented, nor even for the *federal* reasons involved from *either*. Believing Plaintiffs' **federally**-relevant assertions (the **only ones it gave this Court**) is supported by over 20 cases and the unanimous case law of the Circuit.

2. **Further cases pending or related as follows (all retaliatory):**

   a. Clay County, disguised as eviction case, 2021CC001647, started by a fraudulent concealment (a COA for this address in the Complaint); the history of the retaliation and the lives at risk as to that is perhaps best served by a potentially futile, but necessary post-judgment motion in that Court (attached), since Appellate Mandate has already been issued to it (and of course, as usual, there was *no* due process in this case; this is in fact the only case *currently* upheld in Florida where rights to property were seized without *any* due process; there was not even one hearing as to judgment, and no Florida law was at any time mentioned for doing so), went to appeal in 1DCA 21-3909, where it was just per curium affirmed, and returned mandate to the county, also not in manner of any law or regard to the affirmative defenses provided.

   b. 2021-CC-013592-O , Orange County Court action taken against another term of employment immediately prior to Mr. Sessions taking lead of the RICO conspiracy; the attorney in this one withdrew following the 4-page *mens rhea* attaching answer of Ms. Batool, assisted by Mr. Baqir and myself, which served the equivalent of a standing order (attached via the Glen attachment). Likewise, following that all attorneys and realtors in Florida decided to withdraw assisting in what they could now see were crimes. Then 9 days later, Mr. Sessions initiates *knowing* retaliation and federal obstruction of justice crimes by initiating an attack on 2 terms of employment, including the one from which all attorneys and realtors withdrew, via 2021-CC-015381-O and even on the chief witness-victim's home therein mentioned (by way of the Clay County case above), and already protected by the contractual clause invoked in the Mother Document (which Mr. Sessions made unpresentable, in that the Court relying on his assertions while we had sufficiently shown cause for hearing, issued judgment without hearing in

Document Requisitely reports on State-of-Emergency to Public Health by the **continued deaths** of elderly patients created by inappropriate denial of TRO on misunderstanding some kind of "eviction" or constitutional claim, none of which was in motion or even pattern shown in RICO complaint, as to **the irreparable injury** to be prevented, nor even for the *federal* reasons involved from *either*. Believing Plaintiffs' **federally**-relevant assertions (the **only ones it gave this Court**) is supported by over 20 cases and the unanimous case law of the Circuit.

the time that we were awaiting the hearing date, coercing me into having to destroy my good credit to save the lives that would be lost as to what was being prepared for the DEA, OIG-HHS, DOH, and otherwise). In the 2nd one on the same home in Orlando, he perjured and committed fraud in such manner at onset of hearing, and on a suddenly changed judge, so as to silence me and Mr. Baqir from process, and likewise as Ms. Batool's requested witnesses, and likewise even obstructed Ms. Batool's attorney, by making several plainly fraudulent and false claims in opening upon the Court; thankfully the evidence is so strong I may Rule 50 this because I even have the official transcript; it became an appeal stuck in the 5th DCA, 22-0410.



Isolate. - "RV"

Isolate. - "RV"

Isolate. - "RV"

Isolate - "RV"

    As the above involves assertions that denial of TRO is creating loss of life as to elderly patients, I swear under penalty of perjury that the above assertions are true and correct to the best of my knowledge and ability and that because all my time and energy for weeks will be displaced, along with that of my children, in the event of irreparable injury that under no law, cause, state or federal bears any legality whatsoever, and wherein if my assertions are true as in Complaint and Motion for TRO, there is no cause or law under which to deny, and nonetheless even the lowest remedy that has ever been provided under such assertions exceeds the value of the house, that I no longer accept personal liability for any elderly patients, approximately 15 additional, that will end up being killed as a result of this unstopped act initiated by Jerry Ladelle Sessions II, in the 2 weeks he spent evading the summons of this Court, and for which was at all times sufficed by the prima facie showing in the motion for TRO and the citations there to the Complaint as warranting preliminary injunction, which was to be appropriately motioned for, if not for the nearly 100 percent interruption of my and 2 other Plaintiffs' attentions that have become center stage due to this completely unlawful, if having been believed at all in our complaint, and

Sentinel.
Noted ("RV")
**8-4-24**

Note 8.6.24 - Oath here vital to making Appx144 actionable or reportable by Special Master. - "RV"

**Appx149**

==Document Requisitely reports on State-of-Emergency to Public Health== by the ==**continued deaths** of elderly patients== created by inappropriate denial of TRO on misunderstanding some kind of "eviction" or constitutional claim, none of which was in motion or even pattern shown in RICO complaint, as to **the irreparable injury** to be prevented, nor even for the *federal* reasons involved from *either*. Believing Plaintiffs' **federally**-relevant assertions (the **only ones it gave this Court**) is supported by over 20 cases and the unanimous case law of the Circuit.

completely jurisdictional and ripe to this Court under the multiple laws, allegations, and theories provided, and per 11th Circuit, with even the Statement of Facts being divided by its federal attachments as many RICO complaints do not bother to do.

Isolate. - "RV"

/s/ *Syed I. Hussain*
SYED IBRAHIM HUSSAIN

Isolate. - "RV"



Isolate. - "RV"

Isolate. - "RV"

8.6.24 Note - Signature above vital to work of responding, stabilizing, and securing Special Master. - "RV"

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

SYED IBRAHIM HUSSAIN, SYED
MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN, BRIAN
GUEX, and ROSELENE GUEX,

      Plaintiffs,

      v.

H.JAMES STADELMAN, INTERVAL
TITLE SERVICES, INC., JONATHAN
BLOOM, KHALID MUNEER, JUPITER
PROPERTIES, INC., JERRY LADELLE
SESSIONS, II, PRIME INTERNATIONAL
PROPERTIES, LLC, PRIME
INTERNATIONAL PROPERTIES DUVAL,
LLC, PRIME INTERNATIONAL
PROPERTIES CLAY, LLC, FAMILY
MEDICINE AND REHAB, INC., SYED
SAJID HUSSAIN,

      Defendants.

Civil No. 6:22-cv-1886-CEM-LHP

**2-hour Emergency**

**Motion for TRO did not warrant *Younger* since the facts of Complaint *command***

**Act hereby extinguishes Verified Witnesses to the *permanent* loss of lives of the Public**

_____ )

<u>**EMERGENCY EX-PARTE MOTION TO RECONSIDER DENIAL OF**</u>
<u>**TEMPORARY RESTRAINING ORDER (TRO) AND EFFECTIVE STAY**</u>

The emergency nature is an *imminent* irreparable injury of losing one's

home ("Exhibit 6", Writ of Possession Issued November 15, 2022 in Clay County

1

**Appx151**

as to numerous factors and situations found relevant to a *Younger* abstention. As the Court correctly notes, *Younger* abstention *did* apply to the facts in *that* case.

In Plaintiffs' opening memorandum, however, Plaintiffs specifically addressed why their claims are sufficient to the requested relief, citing to facts and sworn allegations in their Complaint, which are to be taken as true. "The Court must consider the allegations of the complaint to be true." *Lawrence v. Dunbar*, 919 F.2d 1525 (11th Cir. 1990). Pls' Mem. at 6-11, 13-14. "In *Younger,* the Supreme Court laid down three exceptions to the abstention doctrine enunciated therein. Abstention is not warranted if (1) there is evidence of state proceedings motivated by bad faith (Complaint Pghs 2-3, 17, 26, 77, 86-87, 159, 166, 233-234 , 238-239, 245, 249, 264, 274, 285, 290, 303; Counts 21, 30-50), (2) the state law being challenged is patently unconstitutional, or (3) there is no adequate alternative state forum[1] where the constitutional issues can be raised. *Younger,* 401 U.S. at 45, 53-54, 91 S.Ct. at 751, 755. *See For Your Eyes Alone, Inc. v. City of Columbus*, 281 F.3d 1209, 1215 (11th Cir. 2002). Further, "The *Younger* abstention doctrine, however, is not applied if (1) there is evidence that the state proceedings were motivated by bad faith or harassment (Complaint Pghs 2-3, 17, 26, 77, 86-87, 159,

---

[1] Many of the just-prior references from the Complaint emphasize this well, from an *ongoing pattern* of foreclosed rights, particularly as to free speech and due process, with harm reaching even *beyond* the Court, to victims that could no longer be saved; to testimonies that could no longer be made, and with a justifiably dwindling "faith" in the letter of whistleblower and crime witness-victim "protections", and thus resting for remedy upon *this* Court; since if such protections are not to exist at the state *or* federal level, where do they exist at all?

*Intervention of US Marshals requested upon granting **Appx157**

apply this to the allegations before the Court, and taking them as true, then Plaintiffs likewise have no remedy in state court but to subject themselves to being thrown from all their homes and likewise, if also to be taken as true, while violating the 38 cites to federal law in the Complaint, in addition to free speech and due process, and however many would have been saved by the testimony of Mr. Ibrahim, which if the Court of last, but yet likewise *original*, resort is not willing to save *him* by his contribution to the sworn allegations and facts in the Complaint, he is not likely to hope that even this Court give him the ability to save anyone else by the same, and thus, such individuals of the public *too* become the casualties of the same actions of harm, in this case which would thus result in *irreparable injury* for far more reasons of public interest than Plaintiffs' loss of a home.

Moreover, the involved issues were not merely a spontaneous effort to bring up constitutional claims, but by multiple bases involve *federally ripe* causes of action (Complaint, Pghs 9-12, 24-27; when then applied to the Counts). Further, they were part of many acts that in a justifiably "lengthy" (Order at 2.), but *relevant* pattern (Complaint Pghs 2-3, 17, 26, 77, 86-87, 159, 166, 233-234 , 238-239, 245, 249, 264, 274, 285, 290, 303; Counts 21, 30-50), were part of a scheme

5

(Pghs 24-34, 75-76) leave little room to the *otherwise* justified presumption that, other than *this* Court, *any* adequate relief existed[2].

Such acts, *to be regarded as true*, fell square into nearly 39 citations to federal statute; snuffing constitutional rights, rights to property, livelihood, and even the safety and health of the public. Many were tied to retaliations starting *initially* in a manner prohibited by 31 U.S.C. 3730 (h) as by the second form of what constitutes a protected act; "efforts to,. Not only does the title (page 1 of Complaint) bear to that fact, but Plaintiffs go on the thus understandably "lengthy" (Order at 2.) quest of making the chronology of those facts clear (Complaint, Pghs 24-27, 86-87; Count 1), even separating them by when each federally relevant, or original, cause therein began to apply (Pghs 35-87). 16 months of continuous affronts to federal law, even *after* the filing of the Complaint, if to likewise the allegations in Plaintiffs' original memorandum are to *also* be believed as true, since they likewise further describe, and with the fact that unjust enrichment (Count 51) may very well fulfill civil and criminal acts and motives of extinguishing all forms of relief, since Plaintiffs had not merely survived everything in the Complaint before the Court and being nearly impoverished (Pls.

---

[2] As there was no sign of the applicable Defendants (the 3 needing restraint) desisting at all, even after such relief was foreclosed by them, as per the Complaint. The *instant* action's accelerated development by the evasive and subversive actions taken by Mr. Sessions (noted in Pls. Mem. 5-7) upon finding out about the Complaint and its summons is much like what was cited in the Complaint itself (Paragraph 10); alleging that an *aggravated* form of threat, to be taken as true, exists upon the rule of law itself.

6

*Intervention of US Marshals requested upon granting   **Appx160**

Mem.) from doing so. Worse, the equity and properties being used for doing are those produced by Plaintiffs (Pls. Mem.), under several protected modes of understanding, the most protected of which was represented by the properties being employment terms in and of themselves ("Statement of Facts", Complaint) upon which Plaintiffs are entitled to all relief. Likewise, and as in such motion he bears that the Court can hardly hope to later make "whole" (31 U.S.C. § 3730(h)(1)) that which is irreparable injury. Thus, given the catastrophic alternatives of witness extinguishment, even as to the health and welfare of the public (Complaint, first 20 pages, including a Count for injuries from endangering public safety) being concerned, we suggest that anything short of the Court granting such relief, if even to a further evidenced[3] relief of its doubts to occur by a hearing in 14 days that since the Court is to regard Plaintiffs allegations and assertions as true, in the current stage and context of this case, it would be a manifest error and injustice not to do so wherein 14 days of such trust that the allegations in fact are true should more than merit against 16 months of the multiple harms (and still thus threatening) to Plaintiffs and the public. Moreover, Plaintiffs established that, if their allegations are to be regarded true, all methods of thus determining relief *nonetheless* at minimum provide for the entire property

---

[3] Given evidence yet to be submitted involves hundreds of pages of *ongoing* whistleblowing and retaliations over the course of 16 months

*Intervention of US Marshals requested upon granting   **Appx161**

value of the house, which likewise *is* of merit, since it bears the context of "home" only to Plaintiffs; thus, if Plaintiffs are to be regarded as true, Defendants were under all theories of relief to lose the *value* of the home, as in what it means to them[4] *anyway*, let alone that the injuries suffered, if again to take the Plaintiffs as true are well over 250 times such value, if not now even moreso if the three Defendants are allowed to carry out this action *in the midst of this Court*.

Thus, we ask the Court, in reconsideration, grant Temporary Restraining Order on the three Defendants, in emergency, as to the behavior cited in the original memorandum, and appropriate stay, as to the jurisdictional statutes cited in Plaintiffs' original motion or as otherwise as cited within the first 10 pages of their Complaint. Moreover that, by necessity, *if granted*, notice be by phone or text to Mr. Ibrahim at ▮▮▮▮▮▮, with the backup of ▮▮▮▮▮▮, and the third backup being to Mr. Baqir at ▮▮▮▮▮▮.

Respectfully submitted, and *in earnest*,

/s/ *Syed I. Hussain*
SYED IBRAHIM HUSSAIN
(no reliable address[5])
mms-renovation@outlook.com
▮▮▮▮▮▮
▮▮▮▮▮▮

/s/ *Syed M. B. Hussain*
SYED MUHAMMAD BAQIR HUSSAIN
(no reliable address)
baqrehabalt@yahoo.com
▮▮▮▮▮▮

---

[4] With it to *them* being merely a property; though much moreso, if as alleged to extinguish Mr. Ibrahim and Mr. Baqir's testimony in saving the public, which could not be more reasonably linked, if 85 pages of testimony directly related to violations of both constitution and federal law cannot save their last home, not even for the trust of 14 days to develop whatever in the doubts of Court would need developing.
[5] At time of memorandum

*Intervention of US Marshals requested upon granting   **Appx162**

/s/ *Syeda S. Hussain*
SYEDA SARA HUSSAIN
1456 Via Sangro Place
Winter Park, FL 32792

## CERTIFICATE OF SERVICE

I hereby certify that after final order resolving motion, I shall serve the applicable documents per Local Rule 6.01(c) on Jerry Ladelle Sessions II at atty.sessions@gmail.com , Prime International Properties Duval, LLC, and Syed Sajid Hussain at their e-mail addresses on file with the Court or otherwise by mail to:

Prime International Properties Duval, LLC
7685-1 103rd St.
Jacksonville, FL 32210

Syed Sajid Hussain
7685-1 103rd St.
Jacksonville, FL 32210

/s/ *Syed A. Hussain*
Syed Ibrahim Hussain

## CERTIFICATE OF EXTINGUISHMENT[6]

We, SYED IBRAHIM HUSSAIN, and SYED MUHAMMAD BAQIR HUSSAIN hereby certify, swearing under penalty of perjury, and swearing under any and all standards of a Witness and Whistleblower, that the irreparable injuries that culminate with the *instant one* have made it so that we can have no hope of testifying in matters of importance to public health, DEA, OIG, SAMHSA, DOH, or otherwise and which we swear, also under penalty of perjury, would have saved countless lives, but at minimum 200, from certain fatality by the individual named herein and the other collaborating individual that I need not name, since all hope of promised protections are lost, and thus that who and only-who might testify for such individuals being saved is hereby for all such purposes *extinguished*. In last efforts of merit, slightly outside of rules, some communications thereof that can quickly be pieced together are added at the end of this document.

/s/ *Syed A. Hussain*
Syed Ibrahim Hussain

/s/ *Syed M. B. Hussain*
Syed Muhammad Baqir Hussain

---

[6] Extinguishment requires the U.S. Marshals to insure a last instance of irreparable injury *not be carried out*; in this case, the dutiful as in for executing are the Clay County Sheriffs Office

9

*Intervention of US Marshals requested upon granting   **Appx163**

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

SYED IBRAHIM HUSSAIN, SYED
MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN, BRIAN
GUEX, and ROSELENE GUEX,

        Plaintiffs,

v.

H.JAMES STADELMAN, INTERVAL
TITLE SERVICES, INC., KHALID
MUNEER, JUPITER PROPERTIES, INC.,
JERRY LADELLE SESSIONS, II, PRIME
INTERNATIONAL PROPERTIES, LLC,
PRIME INTERNATIONAL PROPERTIES
DUVAL, LLC, PRIME INTERNATIONAL
PROPERTIES CLAY, LLC, FAMILY
MEDICINE AND REHAB, INC., SYED
SAJID HUSSAIN,

        Defendants.

Civ. Action No. 6:22-cv-1886-CEM

---

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE OR PROPOSE TO VACATE THE ORDER OF DISMISSAL AND FOR LEAVE TO AMEND[1]

---

[1] Plaintiffs were assisted in the preparation of this document within the scope of ABA Formal Opinion 07-446. A Notice of Appeal was filed by obligate precaution to the uncertainty of a reconstrual and obstructively belating circumstances that would exceed the size limit of this motion just to introduce. Nonetheless, this document should suffice procedurally and technically for what it lacks the space to develop the catastrophic context of.

**Cases**                                                                                                                          **Pages**

*Ace Pro Sound & Recording, LLC v. Albertson,*
  512 F. Supp. 2d 1259 (S.D. Fla. 2007) ........................................................9

*Am. Dental Ass'n v. Cigna Corp.,* 605 F. 3d 1283, 1290 (11th Cir. 2010). ...................8

*Arbitron Inc. v. Renda Broad. Corp.,*
  No. 3:13-cv-716-J-34JRK (M.D. Fla. Mar. 27, 2014). .................................12

*Ariza v. Casablanco Mattress & Furniture Gallery, LLC,*
  22-cv-23759-BLOOM/Otazo-Reyes (S.D. Fla. Jan. 18, 2023) ......................4

*Buchanan v. Bowman,* 820 F. 2d 359, 361 (11th Cir. 1987). ..........................4

*Czeremcha v. International Ass'n of Machinists & Aerospace Workers,*
  *AFL CIO,* 724 F. 2d 1552 (11th Cir. 1984). ...............................................6

*Darrisaw v. Pa. Higher Educ. Assistance Agency,*
  949 F. 3d 1302 (11th Cir. 2020). ..............................................................9

*Erickson v. Pardus,* 551 U.S. 89, 94 (2007). ...........................................9

*Estelle v. Gamble,* 429 U.S. 97, 99 (1976). ..............................................7

*Fogle v. IBM Corp.,*
  No. 8:19-cv-2896-T-33JSS (M.D. Fla. Apr. 15, 2020) ................................14

*Gibbs v. MLK Express Servs., LLC,*
  Case No: 2:18-cv-434-FtM-38MRM (M.D. Fla. Feb. 7, 2019). ....................12

*Hepp v. Paul Revere Life Ins. Co.,*
  No. 8:13-CV-02836-EAK-TBM (M.D. Fla. Aug. 5, 2014). .........................12

*Jones v. Fla. Parole Comm'n,* 787 F. 3d 1105, 1107 (11th Cir. 2015) .............9

*Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit,*
  507 U.S. 163 (1993) ...............................................................................8

*Macphee v. Mimedx Grp.*, No. 22-10633 (11th Cir. July 10, 2023)...................... 6, 7

*Magluta v. Samples*, 375 F. 3d 1269 (11th Cir. 2004)....................................8

*Mahone v. Ray*, 326 F. 3d 1176, 1180 (11th Cir. 2003). ................................6

*Ordonez v. Icon Sky Holdings LLC*,
    No. 10-60156-CIV, 2011 WL 3843890 (S.D. Fla. Aug. 30, 2011). ..................4

*Pugin v. Garland*, No. 22-23 (U.S. June 22, 2023)............................... 7, 8

*Shaw v. Strange*, 2:22-cv-51-JLB-MRM (M.D. Fla. Mar. 31, 2022). ........................9

*Sheffler v. Americold Realty Tr.*, No. 22-11789 (11th Cir. June 9, 2023). ....................7

*Shotz v. City of Plantation, Fla.*, 344 F. 3d 1161, 1164 (11th Cir. 2003). ....................8

*Terry v. Interim Healthcare Gulf Coast, Inc.*,
    No. 8:18-cv-692-T-33JSS (M.D. Fla. Apr. 27, 2018). ...................................12

*United States v. Gaubert*, 499 U.S. 315, 327 (1991). .......................................8

*Weiland v. Palm Beach City Sheriff's Office*, 792 F. 3d (11th Cir. 2015). ..................12

*Wyndham Vacation Ownership, Inc. v. Clapp Bus. Law, LLC*,
    411 F. Supp. 3d 1310 (this Court, 2019) .........................................14

**Statutes**                                                                              **Pages**

18 U.S.C. § 1961 (or "RICO Enterprise" or "RICO acts") .................................1, 10

28 U.S.C. § 455 ..........................................................................1

*Controlled Substances Act* (implying 21 U.S.C. § 841-843) .................................3

*False Claims Act* barred retaliation (implying 31 U.S.C. 3730(h)) .........................3, 4

"obstruction of justice" (implying 18 U.S.C. § 1501,
    1505, 1506, 1509-1513, 1518-1520). .........................................7, 10, 11, 15

"RICO related orders" (implying 18 U.S.C. § 1964(a)). ..............................................1

"RICO remedies" (implying 18 U.S.C. § 1964(a),(c)). .......................................1, 3, 5

**<u>Rules</u>**                                                                                 **<u>Pages</u>**

29 C.F.R. § 2200.68 ..............................................................................................1

Fed. R. of Civ. P. 15(a) .......................................................................................7, 14

Fed. R. of Civ. P. 59(e).................................................................................1, 6, 15, 16

Fed. R. of Civ. P. 60(b).....................................................................................1, 6, 16

**<u>Constitutional Provisions</u>**                                                             **<u>Pages</u>**

"Article III" or "Article 3" (refers to Article III, Section 2, Clause 1). ...................3, 5

## BACKGROUND

If the Court finds that what is described below is fairly, reasonably, relatively, or even remotely[8] accurate to the content of the paragraphs indicated, it should suffice, even standing alone, that the Court grant the relief sought by this motion.

### I.    As to ¶1-6 of the Amended Complaint

¶1 states the action is brought for RICO Remedies under 18 U.S.C. § 1961[9]. ¶2-4 state the action is brought for damages under RICO, the *False Claims Act*, and Article III related injuries as to violating the *Controlled Substances Act*. ¶5 states the action seeks equitable relief of unjust enrichment and specific performance of a multiplicatively considered oral agreement. ¶6 shows that where state law is guiding, it bears relevance under 28 U.S.C § 1652."

### II.    As to ¶7-13 of the Amended Complaint.

¶7-8 show the venue and district as most suited. ¶9-10 shows this Court's original jurisdiction under RICO and under the retaliation section of the *False Claims Act*. ¶11 shows venue and jurisdiction applies to an entire federally applicable *period*[10]. ¶12 clarifies that for that period[11], the Court commands over *any related state claims* by 28 U.S.C. § 1367. ¶13 is unnecessary due to ¶11-12.

### III.   As to what will be referred to as *Admitted* Facts

---

[8] given the Amended Complaint is a *Pro Se* pleading
[9] more appropriately 18 U.S.C. § 1964(c).
[10] federal pre-empt can become commandingly important if the acts and injuries falling into the subject matter of the Court and among its Parties are *ongoing*.
[11] which would necessarily be from at least as early as termination of employment.

"When a Defendant has not appeared, '*all* of Plaintiff's ~~well-pled~~[12] allegations in the Complaint are deemed admitted.' *Ordonez v. Icon Sky Holdings LLC*, No. 10-60156-CIV, 2011 WL 3843890, at *5 (S.D. Fla. Aug. 30, 2011) citing *Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987)), as per *Ariza v. Casablanco Mattress & Furniture Gallery, LLC*, 22-cv-23759-BLOOM/Otazo-Reyes (S.D. Fla. Jan. 18, 2023)

## IV.    Alleged Facts from "Defendants" to "Factual Allegations" (¶14-¶35)

Plaintiffs concede per Ms. Sara's findings that ¶16-19, ¶25, 27-29, 31-32 bear conclusions. Fact and conclusion are separate within ¶14, ¶21, and ¶26. Facts are set forth in ¶16-20[13], 22-24. ¶33-34 each involve 2 material facts followed by 1 conclusion. ¶35 involves 5 material facts with no conclusions. ¶15 is an *admitted* fact material to *False Claims Act* ("FCA") Barred Retaliation. ¶30 contains two *admitted* material and exhibited facts as to Mr. Sessions knowledge, state of mind, and culpability.

## V.    Distribution of Facts in "Factual Allegations" (¶36-78)

¶36-42 involve 11th Circuit "exemplary" facts. ¶43, 48, 55, 59, 64, 66, 68, 73 are mixed. ¶44-47 have conclusions convertible to judgment in-camera <u>due to sensitivity</u>. ¶46-47, ¶49-50, 53-54, 57-58, 60, 62, 65, 69-70 all contain *admitted* material facts. ¶51 is an *admitted* fact material to FCA barred *retaliation*. ¶52 is a borderline conclusion followed by an *admitted* material fact. ¶56 has an *admitted* material fact considered "ideal". ¶61 is a conclusion one step from fact. ¶63 is an "argument". ¶67 has a material fact followed by what is predominantly fact. ¶71-

---

[12] "Well-pled" is not predominantly regarded in law as a *Pro Se* relevant standard.
[13] even if mixed, but separate, within ¶16-19

72, ¶74-77, and 79 are all *material* facts. ¶78 is an "exemplary" *material* fact to establishing *Article 3 relevance* to injuries from violating law.

## VI. Distribution of Counts from Ms. Sara's Count Analysis (Exhibit 1, pp.31-35)

Plaintiffs concede the missing numbers of 18-20, 25, 33-37, 42, 45, & 46. Counts "worthy" of striking were Counts 4, 5, and 23. Counts 1, 3, 10, 12, 14, 21, 24, 26-30, 40, 44, 47, 50, and 51 were found "exemplary". Counts 2, 6, 8, 11, 31, and 32 were conditionally "exemplary" to adopting Ms. Sara's proposed modifications, for which Plaintiffs concede. Plaintiffs defer position on Ms. Sara's proposed Count 15 due to the following. An environment capable of producing the judgments of DN 8, 9, and 30, given the presumption and inferences due to the facts of DN 1, pp. 8-12 of DN 7, DN 20, pp. 4-7 of DN 21, and DN 25, despite being *after* the incident Ms. Sara describes and, while in jeopardy (DN 75, 79) of default remedies, is not conducive to bringing a *yet more complex* claim before the Court.

Counts 16 and 22 were "perfected". Counts 38, 39, 41, 43, 48, and 49 were found to be "RICO exemplary" when put against a database of the 11th Circuit's entire history. Since Plaintiffs are referencing specific numbers, the Court can see if instead they are describing something else.

## VII. Facts Represented by Exhibit List and Exhibits

The Exhibit List lays out the purpose and relevance of each exhibit. Thus, with its exhibits, it represent a number of supporting facts to the allegations tied to each description.

## VIII. Summary of the fact distribution of the Amended Complaint

The Amended Complaint was 60% material and 18% mixed-separable paragraphs of fact, some *admitted*, along with 22% conclusions, and one ¶ being an "argument".

## ARGUMENT

Plaintiffs argue that the Court erred by departing from *Stare Decisis* procedure applicable to both (DN 30) and (DN 79). If the Court not apply Rule 59(e) *at all*, then instead of granting, the Court is asked to indicate that it *would* grant this motion:

> "...If the district judge believes there should be relief from the judgment, the district court should indicate that it would grant the motion..." *Mahone v. Ray*, 326 F.3d 1176, 1180 (11th Cir. 2003)

## I. The Court Should Set Aside the Judgment per Rule 59(e) or under Rule 60(b).

Starting first with clarification from the Circuit on Rule 15(a)'s "bar" of significance to this motion,

> "We [the 11th Circuit] recognize that there is *some tension* in our circuit's case law on the proper standard for a court to evaluate a *post-judgment* motion for leave to amend, i.e., whether *the standards of Rule 15(a)* or the standards of Rules 59(e) and 60(b) apply... Applying the earliest case rule, the earliest decision from our Circuit on this issue is *Czeremcha v. International Ass'n of Machinists &Aerospace Workers, AFL-CIO*, 724 F.2d 1552 (11th Cir. 1984)..." *Macphee v. MiMedx Grp.*, No. 22-10633, at *51 (11th Cir. July 10, 2023).

"We conclude that *Czeremcha*...applies...to post-judgment motions...in granting leave to amend" *Macphee v. MiMedx Grp.*, No. 22-10633, at *52 (11th Cir. July 10, 2023)

The *Czeremcha* form of review thus would apply as follows,

"...[U]nless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial. *The same standards* [of 15(a)] *apply* when a plaintiff seeks to amend after a judgment of dismissal...by asking the district court to vacate its order of dismissal..." *Sheffler v. Americold Realty Tr.*, No. 22-11789 (11th Cir. June 9, 2023)

Thus, it is *solely* the favorable standards applicable to Rule 15(a) that govern

the *lowest* form of relief by which the Court should *grant* this motion; namely, as

*conditional* to the proposed pleading.

## A. The Court Erred by Reliance on the first Dismissal (DN 30) while acts *obstructing justice* prevented Plaintiffs from making the Court aware by *separate* filing that its issues were addressed. Nonetheless, this was fulfilled by (DN 56) and (DN 59).

Plaintiffs' allegations filed to the Court initially were DN 1, 7, 20, 21, and

25. *Stare Decisis* provides that Plaintiffs' allegations be taken as *true*. If *Pro Se*,

these should survive *any* motion to dismiss on *deferent* plausibility *alone*. The

only option as to *Pro Se* allegations, well-pleaded or not, well-organized or

handwritten[14], "jumbled" or otherwise, is to take them as true. Further, the Court

is to draw every inference in their favor. This includes the inference that Plaintiffs

can prove anything they claim, including that justice is being obstructed. "Indeed,

obstruction of justice is often 'most effective' when it prevents 'an investigation or

---

[14] *Estelle v. Gamble*, 429 U.S. 97, 99 (1976).

proceeding from commencing in the first place." *Pugin v. Garland,* No. 22-23 at

*1 (June 22, 2023).

While some caselaw is circumstantial, the following set of caselaw is not.

It describes the *first*, and if satisfied, *only* determination to be made in the

12(b)(6) context of a *Pro Se* pleading. Namely, not whether or not it is a "shotgun

pleading", but whether any state of its facts plausibly forms a claim.

<u>Plaintiffs' Allegations of Fact are to be taken *True*</u>

1. "On a motion to dismiss, the Court 'must accept as true *all* the factual allegations in the complaint." *Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit,* 507 U.S. 163 (1993); further *United States v. Gaubert,* 499 U.S. 315, 327 (1991).

**The <u>only question to be determined is *plausibility*</u>[15]**

2. **"...*whether* the remaining factual allegations *plausibly* give rise to an entitlement to relief."** *Am. Dental Ass'n v. Cigna Corp.,* 605 F.3d 1283, 1290 (11th Cir. 2010).

<u>All inferences must be taken in favor of Plaintiffs</u>

3. "Probably the *most crucial factor* pertinent to this claim is the Rule 12(b)(6) posture. In this posture, we *must* take all reasonable inferences in favor of the plaintiff..." *Magluta v. Samples,* 375 F.3d 1269 (11th Cir. 2004)

<u>Allegations or "evidence" brought *contrary* are not an exception</u>

4. If there is a conflict between the parties' allegations or evidence, the *non-moving party's evidence*[16] is *presumed* to be true and *all* reasonable inferences must be drawn in the non-moving party's favor." *Shotz v. City of Plantation, Fla.,* 344 F. 3d 1161, 1164 (11th Cir. 2003).

<u>Deferences to be further afforded in the *Pro Se* context</u>

---

[15] while this is arguable in the *attorney pleading* context, it remains predominant as the *only* standard (if *met*) in the *Pro Se* pleading context.

[16] as provided, *even in that regard*, in DN 56 and 59.

5. "Pro se pleadings...must still suggest *some*[17] factual basis for a claim[18]." *Jones v. Fla. Parole Comm'n*, 787 F. 3d 1105, 1107 (11th Cir. 2015).

6. "We construe the allegations of a *pro se* complaint...in the *light most favorable* to the plaintiff." *Darrisaw v. Pa. Higher Educ. Assistance Agency*, 949 F.3d 1302 (11th Cir. 2020)

7. "...a *pro se* complaint, however *inartfully pleaded*, must be held to *less* stringent standards[19] than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), cited in *Shaw v. Strange*, 2:22-cv-51-JLB-MRM (M.D. Fla. Mar. 31, 2022)

8. "...should only dismiss when it appears to a certainty that the plaintiff would not be entitled to relief under any state of facts which could be proven in support of his claim." *Ace Pro Sound & Recording, LLC v. Albertson*, 512 F. Supp. 2d 1259 (S.D. Fla. 2007)

The Court's task with (DN 30), (DN 75), or (DN 79), in the *pro se* context, would thus and if satisfied, be solely the following:

1. Accept as true all factual allegations.

2. Determine if they support that a claim could arise under *any state of facts* upon *any* Defendant. If so, the Complaint *cannot* be dismissed.

3. Make all reasonable inferences to support that Plaintiffs can *prove* everything else, whether "conclusions" or otherwise.

4. If allegations "oppose", *superimpose* the truth of Plaintiffs' facts over them.

5. If "evidence" opposes, *nullify* it for stage or give Plaintiffs the opportunity to submit contradicting evidence and superimpose *its* truth.

---

[17] The Background above should suffice that Plaintiffs are likely past the land of "some".
[18] To survive *dismissal* this is all that is needed (by *Pro Se* Plaintiffs) even if satisfied as to *any* Defendant.
[19] This seems *abstract*, but when *Pro Se* Plaintiffs are citing *caselaw* supporting they have fulfilled the four factors, in cases of *attorneys* and *even this Court* (DN 56, pp.3-11, DN 59, pp. 3-10), the *relevance* of this precedent cannot be overstated.

6. If, at any time, Plaintiffs show that a similarly situated attorney pleading was made to survive[20], Plaintiffs' pleading must *also* be made to survive.

7. If *some* factual basis for even a single claim exists, the Court *must* survive the claim and pleading.

8. Construe all *pro se* allegations, even if "improperly" pleaded as though well pleaded, *and* in favor of Plaintiffs.

Plaintiffs, as of the Court's introduction (see DN 30) were in the midst of a contrary *narrative*. Worse, it was represented as *Plaintiffs'* reasons for being before the Court. This error never appears to correct itself anywhere in (DN 30), (DN 75), or (DN 79). Whatever may be thought to have been Plaintiffs' allegations, the allegations *presented* by Plaintiffs do not appear to have been taken as true *if* they were "taken" at all.

As it stands, someone can read the content of *either* dismissal (DN 30 and DN 79) and have no idea as to 1) Plaintiffs' *alleged* cause of filing, 2) the *alleged* RICO acts pervading, 2) the *alleged* goal or methods of the RICO enterprise, 3) who *allegedly* took leadership and when or 4) the *alleged* means of obstructing justice.

Thus, DN 30 failed to apply the appropriate set of law and *required inferences* to Plaintiffs' allegations before *this* Court, which included (DN 1), pp. 8-12 of (DN 7), (DN 20), pp. 4-7 of (DN 21), and (DN 25). Many such facts are considered *prima facie* in the 11th Circuit. This error repeated itself with (DN 75)

[20] *also* in (DN 56) and (DN 59).

and (DN 79) departing similarly as to (DN 46), (DN 56) and (DN 59). These last

two even *demonstrated* how the facts and law differed from every potentially

material claim brought by the appearing Defendants.

**B. The Court Erred in *deeming* the Amended Complaint a shotgun pleading, that the determination was warranted[21], and that this should lead to a *wholesale* dismissal upon Defendants.**

These acts were in error due to *admitted facts* warranting relief as well as

material facts and appropriate claims. Further, the *initial* inquiry under 12(b)(6)

in the *Pro Se* context, is *not* whether or not it is a "shotgun pleading". Rather it is

*first* and if satisfied *only* whether a plausible claim can form under any state of its

facts. The "Background" of this motion should make clear that whatever the

Court's inquiry was *thought* to occur upon, it was unfortunately not on the

*predominant* facts before it.

**C. The Court Erred in finding the Amended Complaint to be in the "first category", as in "A complaint with multiple counts that incorporate the allegations of every preceding one."**

Plaintiffs argue this is clear error because 1) the Court altered its standard, as

of (DN 75) by which to address the "first category" from the one it set in (DN 30),

while 2) the *niche* standard cited *de novo* was nonetheless not the one applied

predominantly to the *type* of pleading brought by Plaintiffs.

If caselaw is narrowed to cases involving 1) a "complex scheme" or

"conspiracy", 2) persistent "retaliation" or acts constituting *obstruction of justice*,

or 3) complaints authored by *pro se* Plaintiffs, it would instead weigh in favor of

---

[21] in the 12(b)(6) context, given the "Background" above and that Plaintiffs are *Pro Se.*

those precedents that *favor* what the Court set forth in its original Order (DN 30). The instant case happens to involve not *one* of these situations, but *all three*.

This is further demonstrated by precedents holding that Plaintiffs' means of rectifying the issue (which removed claim inter-dependence) is *sufficient*:

> "Plaintiffs incorporate the first 138 allegations *into each claim*.... Although...by no means a perfect pleading...it does give...Defendants fair notice of the grounds..." *Gibbs v. MLK Express Servs., LLC*, Case No: 2:18-cv-434-FtM-38MRM (M.D. Fla. Feb. 7, 2019)

> "...plaintiff's complaint was *not* a shotgun pleading...although he repeatedly *incorporated* into each Count *all of the general allegations*..." *Hepp v. Paul Revere Life Ins. Co.*, No. 8:13-CV-02836-EAK-TBM (M.D. Fla. Aug. 5, 2014)

> "...A complaint that re-alleges *just* the factual allegations and does not re-allege each count...is different from a typical shotgun pleading and should be treated as such. *Weiland v. Palm Beach City Sheriff's Office*, 792 F. 3d at 1324" *Terry v. Interim Healthcare Gulf Coast, Inc.*, No. 8:18-cv-692-T-33JSS, at *5 (M.D. Fla. Apr. 27, 2018)

> "...does not re-allege the allegations of the preceding claim into the next, but rather...a *set* of factual allegations" *Arbitron Inc. v. Renda Broad. Corp.*, No. 3:13-cv-716-J-34JRK (M.D. Fla. Mar. 27, 2014)

Thus, Plaintiffs argue the Amended Complaint does not fall into the first category and this was thus *addressed*.

## D. The Court Erred in finding the second category.

The Court erred in finding that the Amended Complaint be dismissed for being "replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action."

In the *Pro Se* context, if facts supporting a claim arise, the 12(b)(6) inquiry is *over*. Caselaw is *unanimous* that *Pro Se* pleadings are rarely condemned for what they *contain* but moreso for what they *do not*.

Until Ms. Sara's analysis, Plaintiffs remained confused as to what to make of the Court's superlatives. The pleading being anything like what is described in the Background of this motion would arguably be a *just* reason for that confusion. That three parties (S&I along with Mr. Bloom) who *justifiably* have the *least* number of facts or claims against them, nonetheless *still* have specific claims and *legally recognized* bases of liability delineated as to *each* of them, as per DN 56, pp. 5-6 and DN 59, pp. 5-8, would be yet another *just* reason for Plaintiffs' confusion. The Court thus erred in finding the Amended Complaint fell into this category, at least if to be based on the superlatives it provided. In any case, while the *presence* of related and interspersed conclusions[22] does not *condemn* a *pro se* pleading, this issue is further relieved by the amending that Plaintiffs propose.

## E. The Court Erred in finding that the Amended Complaint falls into the fourth category.

Namely, the fourth category is "a complaint with multiple claims against multiple defendants *without specifying* which defendant is responsible for an act or omission, or which defendant *a claim is against.*"

The Amended Complaint *differs.* For all parties, what attaches them to a cause of action is made in a specific claim regarding them. A defendant need only disprove the claim that *attaches* their involvement to the cause of action involved so as to make their contribution to it irrelevant. If, however, such Defendant *cannot* refute that, then they are left only to refute *the degree* to which their acts

---

[22] usually the ones sufficiently provable for "clear and convincing" purposes, from *self-certifying* documents *alone.*

## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

SYED IBRAHIM HUSSAIN, SYED
MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN, BRIAN
GUEX, and ROSELENE GUEX,

             Plaintiffs,                     Civ. Action No. 6:22-cv-1886-CEM

v.

H.JAMES STADELMAN, INTERVAL
TITLE SERVICES, INC., KHALID
MUNEER, JUPITER PROPERTIES, INC.,
JERRY LADELLE SESSIONS, II, PRIME
INTERNATIONAL PROPERTIES, LLC,
PRIME INTERNATIONAL PROPERTIES
DUVAL, LLC, PRIME INTERNATIONAL
PROPERTIES CLAY, LLC, FAMILY
MEDICINE AND REHAB, INC., SYED
SAJID HUSSAIN,

             Defendants.

---

### PLAINTIFFS' MOTION TO RECONSIDER DENIAL BY TWO PLAIN ERRORS AND ONGOING HARMS UPON JUSTICE

Plaintiffs hereby join, *Pro Se*, to respectfully request that the Court reconsider its denial of Plaintiffs' Motion to Vacate (DN 89, 90) for two plain errors of 1) overlooking the 11th Circuit guidance provided on the first page of their motion and 2) that the Court's cited case used to deny consideration (endorsed order; DN 91) is inapposite to the 11th Circuit's *specific* guidance as to *post-judgment motions* following notice of appeal, and 3) for ongoing harms upon justice. Supporting facts and law are provided in the accompanying memorandum.

The current denial (DN 91) threatens **substantial harm** to Plaintiffs' rights, relief, liberty, restoration, and safety. It further threatens the chance of alleviating **obstructions of justice** set to risk a catastrophe *irreparable* upon the nation and its citizens. **It is overshadowed in impact only by the COVID epidemic and "9/11".**[4]

Acts constituting *obstruction of justice* have been endured and continue to be for over the past 760 days, un-intermittently, and unrestrained (due to DN 8, 9, 30), even with related disabilities worsening into the experience of a "torture" state by the most indispensable Plaintiff to this case (see Ms. Sara's motion or Exhibit 1 of previous). He is also such for the multitude of cases, reports, and evidence thus never sufficiently conveyed or able to be acted upon due *solely* to the lack of relief and restraint in *this* case (Exhibit 3).

"Indeed, obstruction of justice is often most effective when it prevents an investigation or proceeding from commencing in the first place." *Pugin v. Garland*, No. 22-23, at *2 (U.S. June 22, 2023)[5].

Two obstructed half-mast informations, at least for the **confirmed deaths**, are overdue to the President (for which his office decides what, if anything, is to be done to honor those who died). These were being worked on by Mr. Ibrahim shortly after recovering from yet another "DN 30" resulting attack.

---

[4] based on the last estimated economic impact value by involved injuries, deaths, and related damages.
[5] Timing courtesy of "America-13"; not a party to this case.

The irreparable injuries allowed to run loose by DN 30, DN 75, and DN 79, occurred at a stage in which the Court is to take Plaintiffs' allegations as true and draw all inferences in their favor. Regardless, Plaintiffs were not relying on "empty" words[6], but retained a **continuous offer-of-proof state**[7].

That offer of proof would likewise have revealed obstructions to several underlying (and at this point, *corresponding*) causes of justice. There is thus **a life-impact value to the attack upon civil rights** that Plaintiffs assert has and is occurring in this case, particularly as per **Constitutional Amendments 1,5,6,7,8,9,14**, and the right to be protected from acts under (or violating) 1) **Title 18, Chapter 73**, 2) **Title 18, Chapter 13**, 3) **31 U.S.C. § 3730(h)**, 4) **18 U.S.C. § 1964(a)**, 5) **18 U.S.C. § 2340, 2340A**, 6) the *American Disabilities Act* ("ADA"), 7) the *Controlled Substances Act*, as well as in respect to standing immunities from "final" judgment or "closing" cases when 1) allegations of *ongoing* obstruction-of-justice offenses are *live* or 2) reference to acquiring or worsening disabilities (or even "torture") **interfering with the ability to *access judicial process*** (Ms. Sara's motion, or Exhibit 1 of the prior one) <u>have interfered</u> with the Court's appropriate or timely informing.

The work *that* relief and the laws and intent set forth by Congress currently makes *simple* for this Court, however, and that would be extraordinarily involved

---

[6] which their eventual motion for default judgment would have *amply* shown, at precisely the time it should, as to **non-appearing Defendants**.

[7] Even bearing *Jeffersonian* implications (DN 1, FN 10), let alone by impact (DN 46, "Exhibit List", FN 2).

and destabilizing *otherwise* is what is set forth for consideration in the motion

and its memorandum (DN 89 and 90 respectively) before the Court.

We, Plaintiffs, by our signature below swear under penalty of perjury that the

information contained above is true and correct to the best of our knowledge and

belief.

Further, Plaintiff Syed Ibrahim Hussain ("Mr. Ibrahim"), **swears under**

**penalty of pe1jury,** that the information contained above is true and correct to

the best of his knowledge and belief, *and* that, despite experiencing an enormity

of unrestrained obstructions, disabilities, injuries, and even a state of "torture"

for the explicit, implicit, tacit, and operant knowledge and evidence, he could

never have hoped would fall on one as endurantly injured, disabled, and made-

to-be-powerless *solely* for his duty *to law* and trust *in law* as himself, he 1)

**conunands** *full* and not partial **intelligence** to all the facts stated and sworn

as above, 2) **would testify likewise** though with representation *sufficient,* even

if limited in scope or capacity, *if* under adversarial conditions, 3) is though never

having *hoped* to be, was forced *by obstructive acts* into becoming **irreplaceable**

**to averting the bnpact involved,** and 4) bears the most **incontrovertibly**

**self-ce11:ifying**[8] origins **of physically presentable evidence**[9] establishing

---

[8] *as* per **Federal Rules of Evidence 902.**
[9] despite DN 8, 9, and 30 being the first time in U.S. history an alleged RICO predicate act would
be allowed to occur unrestrained in plain view *and* by its alleged *lead* RICO Conspirator, in the
stage Plaintiffs' allegations are to be taken true and all inferences drawn in their favor. Further,
the **federal pre-en'!** t was mandated by the cited directives of the Supreme Court and the n[th]
Circuit in the          assisted DN 21 (pp. 4-7) (and over which a Congress that rarely
agrees on an •ling oun it once again necessary to unanimously condemn the denial of by no
less than *32 pages* on May 18, 2023, based on the *primafacie* (per the n[th] Circuit's cited

11•,suo i-Pr.mop.6

the obstructed **origins** of what thus ***remains* obstructed**, and *as above*, and with absolute and complete *certainty* and proof, and 5) likewise that this swearing applies to all the contents, including footnotes, of this motion, memorandum, and its exhibit.

**"We should not lightly conclude that Congress <u>enacted a *self-</u>**

**<u>defeating statute.</u>"** *Quarles v. United States*, 587 U.S. \_\_, \_\_(2019) (slip op., at 8); see also, *e.g.*, *Stokeling v. United States*, 586 U.S. \_\_, \_\_-\_\_(2019) (slip op., at 7-8); *Esquivel-Quintana*, 581 U.S., at 395; *Voisine v. United States*, 579 U.S. 686, x695-696 (2016). " Cited *again*, *Pugin v. Garland*, No. 22-23 (June 22, 2023)[10]

Thus, and regardless by way of which reason above or otherwise, Plaintiffs pray the Court grant reconsideration to consider their Motion to Vacate (DN 90) as provided within it, in such manner that thus rules on the merits within it and either also its exhibit or also Ms. Sara's timely filing (DN 80; likewise if construed by the preferred Rule 59(e)), and grant or assert that it would grant, depending on the process involved, all such relief therein sought or otherwise justly appropriate. Given time impediments Plaintiff Mr. Ibrahim is only *since recently*

---

caselaw) pretext established in pp. 8-12 of DN 7, and thus resulting in the 1) largest and most impactful destruction (and spoliation) of state and federal evidence, vital to some 18 investigations and 57 reports, **in U.S. history (Exhibit 3) 2) the most casualties ever resulting** from such an *unrestrained* act, 3) it causing a *plain view* result equating witness elimination (by impairment) (DN 25), and 4) carried out by the individual with the greatest pre-established motive and *mens rhea* to do so (per the *admitted* allegations and exhibits of the Amended Complaint, let alone that the one with *Jeffersonian* implications was found to be number 4 of what Mr. Baqir swore in DN 1, p. 81. ).

[10] timeliness courtesy of "America-13"; not a party to this case, though *vital* to the existence of America remaining a government *not* destructive to its people.

at some level of ability or awareness to even address, if the Court can give some indication of being in process of doing so by granting *this* motion, it would better help Plaintiffs ascertain as to what step to even begin at first, to the causes inseparable from justice and likewise their relief, as above. In any case, if anything "good" can be said for denials; if Plaintiffs were *never* set to have any deference before the Court, this would likely be their best way of establishing it.

Dated August 21, 2023.

Respectfully submitted.

/s/ *Syed I. Hussain*
Syed Ibrahim Hussain
3155 Wavering Lane
Middleburg, FL 32068
mms-renovation@outlook.com

/s/ *Syed M. B. Hussain*
Syed Muhammad Baqir Hussain
3155 Wavering Lane
Middleburg, FL 32068
baqrehabalt@yahoo.com

/s/ *Syeda S. Hussain*
Syeda Sara Hussain
1456 Via Sangro Place
Winter Park, FL 32792
daughterofamerica12.25.21@gmail.com

/s/ *Roselene Guex*
Roselene Guex
1456 Via Sangro Place
Winter Park, FL 32792
roseyguex@gmail.com

/s/ *Brian Guex*
Brian Guex
1456 Via Sangro Place
Winter Park, FL 32792
guexgames@aol.com

## EXHIBIT LIST

1. The first Glenfinnan attack[11]
2. What Plaintiffs' door requisitely had to look like for at least two weeks following attacks that persisted even *after* federal stay.
3. The *second federally unrestrained* attack, thus creating at least the following among *several* tragic records in the histmy of this nation.
   - The greatest destruction of evidence crucial to justice, the saving of lives, and regaining control over corruption in U.S. history.
   - The most transmissions to authorities interrupted by an obstruction of justice attack in the histmy of the United States.
   - The most casualties verifiably, confirmedly, and at half-mast degree of evidence[12] ever resulting directly from an attack obstructing justice in the history of the United States.
   - The most evidentiarily supported cause for federal pre-empt in U.S. histm1[1] (DN 1, pp. 8-12 of DN 7, DN 20, pp. 4-'713 of the ███████████ assisted DN 21, DN 25) that was nonetheless denied *twice* and without 14-day deference to hearing (so as to at least save *something*), which given the well in-tact abilities of Plaintiffs and *ready evidence* <u>at that time</u> would have no foreseeable cause remaining under which to deny, let alone that the involved (in this act) non-appearing Defendants *did not respond at all,* though properly served (DN 47), thus making all related allegations *admitted.*

---

[11] Exhibits 1 and 2 are included for relevant background of the cited Exhibit 3.

[12] which exceeds even *reasonable doubt;* the deaths have to be *confinned.*

[13] including even the Supreme Court's and 11th Circuit's directives as to such *pretext-dependent* federal-preemption *established* even by the *prima fade* standards of the 11th Circuit in pp. 8-12 of DN 7, regardless that *pretext-dependent* federal pre-emption carries the strongest mandate by the intentions set forth by Congress. To speak of pretext, over 500 days of obstruction-of-justice related injuries had already been endured. To speak of trust in law, the only act that caused "Glenfinnan" to be put in danger a *second time* was Mr. Sessions learning of Plaintiffs' having dutifully served other Defendants with the complaint, that neither them nor him would respond upon, but by actively seeking to harm irreparably (and thus preventing Plaintiffs being made "whole") one of the very interests set forth in the complaint.

**Circumstances leading up to the first Glenfinnan "Base[12]" Attack in December 2021[13]**

Parties of, Contributive to, or Sympathetic to *Attack*

Jerry Ladelle Sessions II, "RICO-1"

Employer, dys-authentic persona post-OD, Stage 3[14]

Unofficial elements of CCSO (Clay County Sheriff's Office) on behalf of Mr. Sessions and Employer

Unofficial elements of US-DOJ (*limited to local*)

Willful-negligence/Corruption *single* element – DEA Agent (local) "Ms. C"

Willful-negligence/Corruption *single* element – FL DOH's Agent "A.B."

A female close to Employer who defected from Intervener back to Enabler, initials "M.C."

A female close to Employer who defected from Intervener back to Enabler, initials "S.I.B.

## Defenders of Glenfinnan Base

Syed Ibrahim Hussain "Mr. Ibrahim" – at-the-time permanent, primary resident,

Syed Muhammad Baqir Hussain "Mr. Baqir" – at-the-time permanent, primary resident

Syeda Sara Hussain "Ms. Sara" – at-the-time permanent, primary resident (until unexpectedly takes *brunt* of attack; an act that thus permanently separates father from daughter and brother from sister; along with vice-versa)

## Impending Risks

---

[12] the logistics of carrying out a number of investigations and with patrol security, breach zones, exit routes, attack drills, a 24-hour closed security gate, among other phenomenon made Glenfinnan very much like the "base" necessary to sustain the lives, cases, and research that would become unique to about *200 thousand people* (an "America" is born and quickly graded "One"; hence "America One")

[13] the most violent healthcare fraud inspired attack in U.S. history

[14] *persona abduction* at this point, to be followed by permanent reprogramming (by superimposition of a 100 percent enabler environment); well past OD (overdose) and environment-recreation, now, without no well-wishers left, drug-to-death Phase 1 of elderly abuse can begin; push drug well past cancer threshold and into the zone necessitating Chemotherapy.

At impending risk: Evidence Locker numbers 1-55 (17,000 R-patients)

At impending risk: 2 In-house Research Labs[15] in collaboration with those in Maryland

### Full and complete assistance by unofficial statewide persuasion on account of the M.B. (Musarrat Batool) response in a state court

Unofficial assistance - Florida Bar Association

Unofficial assistance - Florida Department of Business and Professional Regulation

### Preliminary Engage-Florida "weapons free" assistance after *Sara is attacked* (exhibit 1; photo forensic dating 1-11-22 3:04am)

*Semi*-official assistance of any available agents of the Washington, DC section of the DEA

An unofficial element of the U.S. Marshals once bankruptcy stay[16] is confirmed

Hybrid elements (unofficial/official) from OIG-HHS if local

Unofficial elements - U.S. Air Force on behalf of Ms. Sara upon *"federal green"[17]*

---

[15] parts of the house dedicated to the research of pharm-industry invented conditions regarding the elderly that create other undue risks, vulnerabilities, domestic dysauthenticity, and domestic instability, in addition to even cancer and death, utilizing an artificially created and marketed "low-T" phenomenon that has since been exposed by the FDA (Food and Drug Administration), as well as other studies and entities.

[16] tied to crime victim statutes by the duress to save lives and evidence created by Mr. Session's actions combining with a court issuing eviction while a hearing date was being awaited. It happened to occur just prior to both that courthouse and all government contacts and attorneys closing down due to holidays. This was while a Florida law authorized that a writ of possession could be executed on Sunday or even Christmas itself. This proceeded despite 1) a dual-basis lack of jurisdiction (one of which is Florida's own, given title was *invoked*), 2) multiple affirmative defenses being provided that not only received no hearing but even *remained* unopposed by that court and the retaliators alike, 3) while a *jury trial* had been requested on the record, 4) while a prior federal jurisdictional claim was asserted requiring the status quo be preserved until its adjudication simply because the "make whole" provided for by 31 § U.S.C. 3730(h) would be a *thus-artificially-created* impossibility if to allow the irreparable harm of us being removed from our homes *first*, and even with a precautionarily protective motion to establish rent, which required hearing by Florida law, with Mr. Session's fraudulent framing of a notice to leave being contractual upon a contract for which the Global Retaliation Clause was already prior invoked and moreover by a Mr. Sessions being made aware that the facts

Mixed *premature* elements as to FBI – Public Corruption Campaign – Florida

Unofficial element of U.S. Navy on behalf of Ms. Sara

Unofficial elements of the U.S. Coast Guard *before* "federal green"

Elements from Watson Realty

Some minimal assistance by the ex-Consul of Switzerland

Some minimal assistance of the United Kingdom (after the intervener sent on their behalf to form the rescue team to save the father and grandfather of Mr. Ibrahim and Mr. Baqir, respectively, had unexpectedly died)

A Boca Raton doctor to help in arranging the intervention and rescue team before cancer levels are reached by the death-induction participants (Mr. Sessions, the NP "dealer", an M.C., an S.I.B., a DEA rogue agent, and a DOH "A.B.", ) following rapid asset and equity transferal and the continued financial assistance of and rewards for enablers

An attorney with "All Florida Justice" on our behalf

Employer's own prior attorney who stood down and withdrew the action following M.B. (Musarrat Batool)'s *mens rhea* notice[18] contained in her response to the retaliatory attack on our rights to "Island Club", which created the scenario in which no attorney would agree to carry out the allegedly unlawful acts as to our real property rights. Thus, the Employer instead utilized an attorney he knew personally, Mr. Sessions, and who likewise Mr. Baqir and Mr. Ibrahim knew personally as well.

### Aftermath of Glenfinnan Attack #1 (November 2021-January 2022)

**Witness elimination #1** (*complete elimination*; status living – in protective, heavily-assisted flight with life support on standby)

Ms. Sara – first-ever incident PTSD, PTSD paralysis 100 percent restoring to 50 percent over 7 months

**Witness elimination #2** (*substantial elimination*; status living - mute)

---

[17] there is no *general* federal cause to engage the state *until* a federal stay is threatened; the automatic stay of petitioning for bankruptcy, petitioned for *under duress* of eminent harm to the public and justice, thus created a stay *allowing* federal assistance to protect it with respect to what endangering it would cause

Mr. Baqir – first-ever incident PTSD, PTSD paralysis 80 percent restoring to 60 percent over 2 months; fails high school

**Witness elimination #3** (*temporarily superimposed elimination*, status living – shock/paralysis/delirium – difficulty stabilizing – elements supposedly "sympathetic" to the WPC in the U.S. Senate are informed that "America One is down")

**Collateral Victim #1** *created*

Mother of Mr. Ibrahim, Roselene Guex "Ms. Roselene"

**Collateral Victim #2 created**

Brother of Mr. Ibrahim, Brian Guex "Mr. Brian"

**Perimeter Breach** *prevented*

**Threats** *neutralized*

**Loss of Mr. Ibrahim's financial leverage**[19]

**Evidence** *secure* – though witnesses pre-reportedly[20] "extinguished"

---

[19] this would prove crucial, since the unjust enrichment being endured was bad enough, but with one's good credit and *some* income would have left open many possibilities, but choosing between the lives of patients or the "death" of one's credit for several years, which unusually is the case even if the petition is withdrawn or dismissed, was hardly much "choice" at all.

[20] whether or not the criminal cases, civil torts, and safety and healthcare protocols, all of which would save lives, could still be put to that use remained reasonably possible, given Glenfinnan was held.

Case 6:22-cv-01886-CEM-LHP   Document 93   Filed 08/21/23   Page 21 of 22 PageID 1399.

USCA11 Case: 23-12350   Document: 93   Date Filed: 12/10/2024   Page: 42 of 113

## <u>Glenfinnan-Attack #2 – November 18, 2022– Sessions' *flight plan* succeeds</u>

<u>Immediately disrupted beyond repair[21][22]</u>

Transmissions and evidence set for OIG-HHS SDS[23]-destroyed (11% reconstructed) – 7 days needed to salvage/consolidate/complete

Transmissions and evidence set tor FBI-PCC-FL destroyed (18% reconstructed) – 6 days were needed to salvage/consolidate/complete

Transmissions and evidence set for Florida Bar destroyed (42% reconstructed) – 4 to 5 days were needed

Transmissions and evidence set for DEA Washington Headquarters destroyed (10% reconstructed)

Transmissions and evidence set for FTCA case on DEA-United States (8% reconstructed)

Transmissions and evidence set for FRCA case on DOH-FL (3% reconstructed)

Transmissions and evidence set for POTUS (70% reconstructed) – 2 to 3 days were needed to fully salvage/consolidate/complete

Transmissions and evidence set for DHS (4% reconstructed) – required 9 days to consolidate/salvage/complete

Hard-wired red alert sounded to Senate Whistleblower Protection Caucus and an Atlanta office of volunteers, and then 7 hours[24] are spent dismantling it before CCSO arrive (5 squad cars, 11 armed units, with Mr. Sessions standing behind them as though they are his "army" against an unarmed Mr. Ibrahim, his son, and Ms. Sara's cat, given the first attack permanently separated her from us, given some 170 sources intent on harm had to be repelled over the course of 3 months)– nothing but 3 un-identifying "volunteers", who are far more absent than present, appear to, if even, have come out of that; or perhaps more out of the concern that the total casualties from the actions of Mr. Sessions are set to reach 20 times that of "9/11", besides that laws to protect whistleblowers, crime witnesses, and even crime victims, thought to be "robust" even for "stand-alone" situations *by presumption* could not

---

[21] Plaintiffs had no justifiable expectation that predicate acts would continue or be unrestrained by injunctions when they "arrived" upon *this* Court; thus they had made *no* preparations or contingencies for what was about to occur

[22] All number-of-days' estimates were below 14 days, the maximum

[23] By protocol of there being no time to evacuate the evidence or transmit it and its primary set of criminals is inbound

[24] this was due mostly to the Faraday cage to withstand EMP

carry so much as a candle to this onslaught over the past 2 years. This is likewise despite that, if to quite untraditionally be so bold, *all the evidence* favored every last position held by Plaintiffs, be it in courts of retaliation for which venue did not even have a survivable[25] theory under which to arise or in this court of remedy in which such retaliating entities did not bother to show up at all.

### Second Aftermath – silent to the Court and authorities

From January 23rd of this year, and with the loss of all related

investigations (and their would-be *protections*, particularly as to OIG-HHS and FBI-

PCC-FL), some 17 attacks in the form of 18 U.S.C. §§ 1512 and 1513 commenced on

the *person* of Mr. Ibrahim, complicating speech, life, and PTSD-related paralysis yet

further; *life* was notably saved yet again thanks to the otherwise uninformed *notion* of

Ms. Sara that perhaps her father was under an active attack by an individual acting

under federal color of law, and whatever "magic" she sent for Mr. Ibrahim to wake

up alive the next day. If that were not enough, this now follows with an active,

impending threat of an 18 U.S.C. § 241, 242, and 245 to be carried out on the same

Plaintiff of Mr. Ibrahim, so as to obstruct Mr. Ibrahim's ability to contribute to the

sole case still bearing hope; *this* one; as well as for the Glenfinnan-related reason of

remaining unable to stop such individual (and his "cronies") from carrying out what

in research was Stage 15.

---

[25] Given due process and the lack of fraud; it was not even a matter of whether there was "enough" due process to be constitutional, but that no *due* component was provided by the process at all. Defenses held to be affirmative even by state and contract law, *let alone federal* (where their context, and evidence, was strongest) were ruled against prior to being tested by any hearing (or depending on *which* of the affirmative defenses; by an in-camera viewing). This was while those facts stood unopposed by the individuals who had brought retaliation, obstruction, and fraud *simultaneously* into such courtrooms.



# Syed Hussain

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Thursday, February 27, 2025 12:28 PM |
| **To:** | mms-renovation@outlook.com |
| **Subject:** | 23-12350-HH Syed Hussain, et al v. H. Stadelman, et al "Public Communication" (6:22-cv-01886-CEM-LHP) |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 02/27/2025

**Case Name:** Syed Hussain, et al v. H. Stadelman, et al
**Case Number:** 23-12350

**Docket Text:**
NOTICE to the Parties: The notice of No Action Taken [DE 96] was Issued in ERROR.

**Notice will be electronically mailed to:**

Brian Guex
Roselene Guex
Syed Ibrahim Hussain
Syed Muhammad Baqir Hussain
Syeda Sara Hussain
Howard S. Marks
Sheena A. Thakrar

## Syed Hussain

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Monday, March 3, 2025 3:29 PM |
| **To:** | mms-renovation@outlook.com |
| **Subject:** | 23-12350-HH Syed Hussain, et al v. H. Stadelman, et al "Court Order Filed Granted by Court Reinstate Appeal" (6:22-cv-01886-CEM-LHP) |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 03/03/2025

**Case Name:** Syed Hussain, et al v. H. Stadelman, et al
**Case Number:** 23-12350
**Document(s):** 98

**Docket Text:**
ORDER: The motion to reinstate filed by the Appellant(s) is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion. The motion to correct the appendix is GRANTED. Appellant(s) reply brief is due 21 days from the date of this order. [95]; [95]; [95] Reply brief due on 03/24/2025. JP and EJK (See attached order for complete text)

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Brian Guex
Roselene Guex
Syed Ibrahim Hussain
Syed Muhammad Baqir Hussain
Syeda Sara Hussain
Howard S. Marks

Sheena A. Thakrar

The following document(s) are associated with this transaction:
**Document Description:** REINST-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/MoniqueTaylor_2312350_10411467_REINST-1CourtOrderReinstatement_199.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/03/2025] [FileNumber=10411467-1]
[6dd1c3001089d5c75d5fa68441ca08be3a8ba0b5a1dd1bec40ab55d55abfc5d6ec820ab643818fb2a127
de6985c6b35670b095489ae9d4f98454c8dc26281697]]
**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Brian Guex
- Roselene Guex
- Syed Ibrahim Hussain
- Syed Muhammad Baqir Hussain
- Syeda Sara Hussain
- Howard S. Marks
- Sheena A. Thakrar

**Document Description:** Court Order Filed
**Original Filename:** 23-12350 - Order.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/03/2025] [FileNumber=10411467-0]
[85c2e8b2e3b7cd0596eea141752819f1dec45c59600e868a3238f1ae1a70b6883aecd36d8635d86c3934
2e37090bfd9bbf048b8ceedec65817e31247f5c78c88]]

# Syed Hussain

**From:** ecf_help@ca11.uscourts.gov
**Sent:** Monday, March 3, 2025 3:33 PM
**To:** mms-renovation@outlook.com
**Subject:** 23-12350-HH Syed Hussain, et al v. H. Stadelman, et al "Appendix" (6:22-cv-01886-CEM-LHP)

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 03/03/2025

**Case Name:** Syed Hussain, et al v. H. Stadelman, et al
**Case Number:** 23-12350
**Document(s):** 99

**Docket Text:**
Appendix filed [3 VOLUMES - 2 copies] by Party Syed Ibrahim Hussain. Service date: 03/03/2025 email - Appellants Guex, Guex, Hussain, Hussain, Hussain; Attorney for Appellees: Marks, Thakrar; US mail - Attorney for Appellees: Gassler, Gunn.

**Notice will be electronically mailed to:**

Brian Guex
Roselene Guex
Syed Ibrahim Hussain
Syed Muhammad Baqir Hussain
Syeda Sara Hussain
Howard S. Marks
Sheena A. Thakrar

The following document(s) are associated with this transaction:
**Document Description:** Corrected Appendix Vol 1

4

**Original Filename:** 23-12350 - Corrected Appendix Vol 1.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/03/2025] [FileNumber=10411480-0]
[8ed289a22cafc3f9c00329049c190b16a36c956ffb7700040939c97f0fe54d90b26c87eda72b82c9865585
caff7cc65abd3e0517af61593467bfb0b111964010]]

**Document Description:** Corrected Appendix Vol 2
**Original Filename:** 23-12350 - Corrected Appendix Vol 2.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/03/2025] [FileNumber=10411480-1]
[3a1fb770e9483eaffb48b9b71ed1405eb0d3b98921766367d5577877d94d5ead49a831121a48bad531cd
ed76bd3a6db902f74f1dbf58c1bf278c00a5ecb94754]]

**Document Description:** Corrected Appendix Vol 3
**Original Filename:** 23-12350 - Corrected Appendix Vol 3.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/03/2025] [FileNumber=10411480-2]
[297052e9816ca8aa2e6604c2134e26538ad22c7bf511ae2b8c33a93f6ec226f714827c9bb1ffa5dde8c44
c6c2109e735f4d61b67e898df98b9771ce62f144534]]

# IN THE UNITED STATES COURT OF APPEALS FOR THE

# ELEVENTH CIRCUIT

## Case No. 23-12350

## SYED IBRAHIM HUSSAIN, et al., Appellants,

v.

## H. JAMES STADELMAN, et al., Appellees.

### APPELLANTS' EMERGENCY MOTION FOR DECLARATORY RELIEF, 60-DAY STAY, RENEWED TIME TO REPLY, WAIVER OF RULE 30(e) SERVICE REQUIREMENT, AND PRESERVATION OF RECORD DUE TO EXTRAORDINARY CIRCUMSTANCES AND PER EXCUSABLE NEGLECT

Appellant Syed Ibrahim Hussain ("Mr. Ibrahim"), joined for relief sought by Appellants Syed Muhammad Baqir Hussain ("Mr. Baqir") and Syeda Sara Hussain ("Ms. Sara"; all three collectively "Appellants"), moves this Court Pro Se under **Fed. R. App. P. 26(b), 27, 30(e)**, and **11th Cir. R. 42-2(e)** for emergency relief grounded in **constitutional necessity**.

This motion follows a 1300-day siege of procedural sabotage, suppression, and interference for 7 months. It has worsened obstructions to 45 cases vital to justice, rights, and public safety, from what were originally 13. (**Appx. 465, 339**)

1

Appellants drafted this motion amid threat, collapse, and in the wake of a retaliation campaign that persists. Appellants respectfully request the following relief:

<strong>RELIEF REQUESTED</strong>

### 1. Emergency Declaratory Relief

A judicial declaration that from August 2024 to March 2025, Appellants were cut off from due process by clerk-level obstruction, in violation of First and Fourteenth Amendment. That this imposed prior restraints, and worsened harms to health, livelihood, reputation, and safety. That no adverse consequence, inference, or enforcement may arise from delays or omissions traceable to that misconduct. That Appellants retain the right to pursue full redress.

### 2. Stay of Proceedings (60 Days).

A 60-day stay of all proceedings to: (1) restore critical life-stability factors; (2) inventory ongoing injuries, (3) investigate Appellees' brief for any novel contents being instigatory, as Appellants are in a worsening cascade of **obstructive, eliminatory, retaliatory, and even**

2

*murderous*[1] **systemic interference**; (4) restore sufficient motion practice; and (5) supplement the Appendix if needed.

3. **Excusable Renewal of Reply Brief Deadline.**

A reset of the reply brief deadline, per excusable neglect due to systemic assault, incapacitation, indigency, attorney compound[2] abandonment. On December 13th and 20th, in 2024, along with March 14, 2025, Mr. Ibrahim survived three attempts on his life while trying to also save his daughter from another (**Exhibits 3 & 4**).

4. **Waiver of Rule 30(e) Paper Service**

Given prior judicial approval, current indigency, and the impracticality of

---

[1] **Three acts of 2nd degree Attempted Murder**, per Fla. Stat. § 782.04(d) upon Mr. Ibrahim (evidentiary vitality "America One"); on December 13th by an ▮▮▮ and another by an ▮▮▮ on March 14, 2025, which caused serious, ▮▮▮▮▮ injury to ▮▮▮ Detache AC ▮▮▮ authorized ▮▮▮▮ This was during the Clerk blockade from the Judges of this Court (**Exhibit 1 and 2**), having dismissed the case, leading to many attacks on America One, including a third attempted murder by 4 SSA employees, and an OIG on December 20th (**Exhibit 3**), while Mr. Ibrahim was yet scrambling to save his daughter from being killed by a Florida toll agency. May those who put **God, family, and country** first take heart..."**America One**" (Exhibit 4) _is alive_. And thankfully, ▮▮▮ too survived.

[2] Abandons outright later only to find he had not done the first step for which he was hired – acquire a full copy of Mr. Ibrahim's SSDI/SSI Applications, thus putting both that application and the benefits in full jeopardy.

3

printing multiple copies while under survival conditions, Appellants

request waiver of physical appendix mailing under **Fed. R. App. P. 30(e)**.

## 5. **Preservation of Evidence**

A Court order directing preservation of Clerk's Office communications, staff

actions, and all procedural activity linked to the August 2024 – March 2025

blockade.

## 6. **Other Relief**

Any additional relief this Court deems just, necessary, or required to restore

the rule of law or end the quiet war that nearly buried truth itself.

## PREAMBLE AND STATEMENT OF PUBLIC AND NATIONAL EMERGENCY

For over 1300 days, Appellants have been subjected to an unrelenting

campaign of judicial obstruction, personal devastation, and systemic acts of

syndicate anarchy. This has resulted in the violation of their civil rights,

constitutional protections, human rights, and dignity. The Appellants have

been lawlessly impoverished, tortured, tormented, robbed, and

dispossessed of their homes and employment **(A-29, A-113, A-143, A-151, A-165, A-179, A-191).** Their businesses, earned income, banking

access, and personal identity have been stripped away. The federal district

court has played an active role in obstructing justice by preventing Mr.

Ibrahim from testifying in over 45 cases that were originally 13 **(Appx**

4

**471–481)** vital to restoring his father, himself, the rest of his family, addressing his disabilities, as well as to public safety and national integrity.

The situation has escalated to a point where an initially containable corruption network has evolved to 25 times larger than when initially filing with the district court. The district court's actions have led to over 470,000 preventable casualties (**A-143, Exhibit 9**) since 2021, arising from the failure to restrain the RICO actors within the case so that the institutional ones could be addressed. This has risen in scale to a threat to the rights and safety of millions, the national security of the U.S. and 12 allies, and the ability of citizens to rely on due process and constitutional protections (**Appx. 465**).

Appellants are not basing their request for relief on speculation but on **admitted, self-certifying, sworn, testifiant[3] and uncontested** evidence (**A-439**). Despite presenting such evidence even as to themselves, the district court created a crisis that ever since has threatened their constitutional rights, the rule of law, ruptured 13 live criminal investigation *transmissions* (**Appx. 480-481**), public safety at large with ongoing casualties and heists of families, and has amplified the corruption brought before it initially to a level endangering the national integrity and security

---

[3] Equivalent to "Verified"

**5**

of the United States and nearly 12 allied nations. The stakes are too great to ignore, whether taken individually or for yet no one can, due to the district court's action, even *replace*. It thus demands immediate and decisive action to restore justice and uphold the rule of law.

## SYSTEMIC OBSTRUCTIONS, STRUCTURAL COLLAPSE OF LAW, AND ONGOING AND IRREPARABLE CONSTITUTIONAL HARMS

Appellants are *False Claims* Act, counterterrorism, and public corruption whistleblowers (**Exh. 19, Appx 450, 415, 205, 118, 49**). They also are crime-witness victims of countless RICO offenses.

The Clerk's blockade (**August 12, 2024 through March 3, 2025**), harmed Appellants' rights and narrative before the Court, their standing, credibility, support, and ability to dissuade harm in the one venue where Appellants' free speech rights yet existed. The Clerk blockade thus worsened the district court's prior obstruction of justice (*Appx. 465*) despite admitted facts (*Appx. 439, 268*) before it, thus making Appellants continue to suffer the horror below[4]:

---

[4] Limited-scope review not rising to representation under ABA F.O. 07-446 as to "Vinson-Dane" (D.C.), "SP1" (D.C.), "SP2" (TX), "SP3" (GA), "SP4" (FL), "Vidro (int. ref.)" (VA), "Rainshow (int. ref.)" (VA). Solely clerical & disability assistance by ▮▮▮▮ (Walter-Reed).

### 1. Stripping of Assets

Appellants were deprived of their business holdings, financial accounts, identities, and homes thru fraud, leaving them destitute and stripped of the ability to survive or seek redress. *[Appx. 305, 439, 465; Exh. 6; Rollins v. Wackenhut Servs., Inc., 703 F.3d 122 (11th Cir. 2012)]*

### 2. Disability by Attack

Appellants have been hunted, targeted, and psychologically tortured, inflicting lasting harm and disability thru assault under periods of blocked judiciary access. *[**Exh. 6; Appx. 113, 151**; Greason v. Kemp, 891 F.2d 829 (**11th Cir. 1990**)]*

### 3. Loss of Earned Wealth and Careers

Years of "protected" employment were made impossible. *[**Exh. 3, 4, 6, 11; Appx. 465**; Bechtel v. Admin. Review Bd., 710 F.3d 443 (11th Cir. 2013); **31 U.S.C. § 3730(h)**]*

### 4. Biochemical Assault part of Family Heist. Mr. Ibrahim's father

was subjected to biochemical attacks reaching cancer, chemotherapy, and memory manipulation, in order to rob him and Appellants' family of their wealth, businesses, bank accounts, and identities. *[**Exh. 6, 12; Appx. 143, 268, 339, 439**; Washington v. Harper, 494 U.S. 210 (1990)]*

### 5. Family Heist by Private and Government Actors

7

A DEA agent, a RICO-orchestrating attorney, a Florida DOH official, and others carried out a coordinated destruction of Appellants' hard-earned wealth. Courts became retaliatory venues, but the federal district court topped them all in complicity. *[Appx. 29; Exhibits 7, 12; Whitaker v. Miami-Dade Cty., 126 F. Supp. 3d 1313 (S.D. Fla. 2015)]*

**6. District Court Transfers last secure home to Non-Appearing Defendant** The lead RICO conspirator was granted possession of the Appellants' residence, in active contempt of process and the Constitution. *[Appx. 113, 151; Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982)]*

**7. Failure to Act on TRO and PI Motions**

Emergency motions citing imminent harm were ignored **wholesale** by the district court, while dangers accelerated and **evidence stood unrebutted.** *[Appx. 29, 113, 143, 339, 439, 465; Jones v. Governor of Fla., 950 F.3d 795 (11th Cir. 2020)]*

**8. Refusal to Enforce Default Judgments**

Despite completed service and no appearance by multiple named conspirators, with simple summary judgment to be had by evidence plain by law as to the couple that appeared **(Appx. 305-338)**, the court **refused to enter default**—thereby **granting safe harbor to fraud,**

8

**violence, and terror**. [Exhibit 7; Appx. 268, 439; Fed. R. Civ. P. 55(b)(2); *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991)]

**9. Rejection of Sworn, Admissible Evidence.** The district court neglected sworn declarations and physically self-certifying evidence, silencing the most authentic voice in the courtroom, while nothing lay in rebuttal. [Appx. 29, 113, 143, 151, 305, 339, 439, 465; *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986)]

**10. Binding Precedent Ignored by District Court.** Appellants cited Eleventh Circuit and Supreme Court rulings. Yes, the district court proceeded as if precedent, even before the Pro Se, was merely optional, stripping away judicial accountability and legal legitimacy. [**Appx. 464 on 439, 482 on 465**, *United States v. Rodriguez*, 398 F.3d 1291 **(11th Cir. 2005)**]

**11. Patient Incapacity in Critical Medical Scenarios**

As SSA continued process was corrupted and insurance care sabotaged, Appellants faced medical abandonment and obstructed crisis restoration. [**Exhibit 1-3, 10-11**; *Goldberg v. Kelly*, 397 U.S. 254 (1970)]

**12. Insurance Fraud and Evaluation Sabotage**

SSA-mandated disability evaluations were obstructed. *[**Exh. 1, 2, 6, 13;** **Greason v. Kemp, 891 F.2d 829 (11th Cir. 1990)**]*

**13. Fourteen-Month SSA Disability Delay Exacerbated by Procedural Misconduct** Clerk-level obstruction turned a 90-day SSA process into a 14-month abyss. [**Exhibits 1-3, 6, 10-11**; *Bechtel v. ARB, 710 F.3d 443* (**11th Cir. 2013**)]

**14. Over 470,000 Preventable Casualties Since 2021** Casualties resulted from the district court's refusal to grant injunctive relief vital to the RICO filings before it. *[Appx. 471–481, Exh. 14; Allen v. Wright, 468 U.S. 737 (1984)]*

**15. Jeopardy of Resources to rescue and reunite with elderly Father.** Forced separation from Mr. Ibrahim's father (or grandfather, to co-Appellants) despite medical degradation, memory interference, and active death-stage abuse. [**Appx. 113, 143, 151, 305-356, 465-481; Exh. 1-2, 4-7, 10-14**; *Youngberg v. Romeo, 457* U.S. 307 (1982)]

**16. Primary Appellant's Children and Co-Parent Lost Home By Prior Restraints, Fraud on the Court, Attorney Barricade, and an attorney *Still Missing.*** [Appx. 225, 238, 240-243; *Soldal v. Cook Cty., 506 U.S. 56 (1992)]*

**17. Funds Exhausted on Service for Defaults.** Appellants depleted their resources serving RICO conspirators in reliance on Rule 55 protections. Despite compliance, the district court refused to honor

defaults. [Appx. 268-278; Ferd. R. Civ. P. 55(b)(2); *Chambers v. NASCO,* 501 U.S. 32 (1991)]

**18. The District Court endangered Witnesses, Public Safety, ruptured Investigations, and destroyed evidence thus leading to casualties.** "Indeed, obstruction of justice is often 'most effective' when it prevents 'an investigation or proceeding from commencing in the first place'", *Pugin v. Garland,* 598 U.S. ___ (2023), p. 6. [Appx. 29-129, 143-165, 268-278, 305-356, 427-459, 465-482, Exh 4-12, 14, 18*; Greason v. Kemp,* 891 F.2d 829 (11th Cir. 1990)]

**19. Florida Judiciary Officer Who Ordered End of Food Blockade Still Missing Two Years and no one honors order.** [Appx. 427-438, Exh 1-6, 8, 10-13, *Hope v. Pelzer,* 536 U.S. 730 (2002)]

**20. UN Intervention Followed by Church Assistance Was Needed to Restore Water Access.** Access was restored by unofficial UN intervention and God bless the church's help that later intervened[5] [Exhibits 1, 2, 6, 8, 10-11, 13; *Greason v. Kemp,* 891 F.2d 829 (11th Cir. 1990)]

**21. Attempted Murder Injures ▆▆▆ Authorized Guard** Mr. Ibrahim and his ▆▆▆-cleared guard "Jenna" nearly died on March 14,

---

[5] St. Catherine's Catholic Church Orange Park

**11**

2025 by first his ███████████ and then by a ███ ██████ working at the Florida Bar. *[Exh. 6; Greason v. Kemp, 891 F.2d 829 (11th Cir. 1990)]*

**22. Total Impoverishment on Daughter's Birthday – the Disgrace from "whole" (31 U.S.C. § 3730(h)).** Mr. Ibrahim had $4.85. A systemically imposed extermination thru Clerk-worsened financial humiliation. *[**Exhibit 11**; Bechtel v. ARB, 710 F.3d 443 **(11th Cir. 2013)**]*

**23. 45 Obstructed Cases Over 1300 Days.** Biochemical warfare on a father, home stealing criminals, obstructions by a district court, a 7-month blockade by a Clerk's office, attacks let loose by it, and 45 legal actions, originally 13, frozen and delayed. [Exhibit 1, 2, 6, 10-14; Appx. 471–481; *Christopher v. Harbury, 536 U.S. 403 (2002)*]

**24. Violation of Appellants' Rights for Reporting Public Corruption.** Appellants did what the law demanded and were punished for it. [Exhibits 6, 12; 31 U.S.C. § 3730(h); Title 18, Ch. 73, 13, *Roe v. Alabama, 43 F.3d 574 (11th Cir. 1995)*]

**25. Retaliation, Humiliation, and Narrative Erasure Despite Unrebutted Evidence** The Clerk's office's blockade irreparably harmed Appellants' standing to public view, would-be supports, and thus inviting

12

the further aggravation and harms of more retaliatory actors. **[Exhibit 1, 2, 6, 10**; *Bounds v. Smith,* 430 U.S. 817 (1977)]

**26. Corruption goes from 8% Penetration to 25x.** Corruption that always well exceeded the Defendants in *this* case were empowered by a district court to reach a capacity mirroring 1933 Nazi Germany. Florida may altogether be in infrastructural danger of hostile takeover, of non-partisan nature, but able to *buy law* to then rob and harm the elderly and cause injuries and increase danger at large. *[Exhibit 3-12, 14; Ex parte Young, 209 U.S. 123 (1908)]*

**27. Gaslighting and Sabotage of Efforts to Protect Others.** Appellants were sabotaged, silenced, defamed—while protecting others in active crises, but were forced into fighting for their survival instead. [Exhibits 1-11, 13, 14*; Greason v. Kemp, 891 F.2d 829 (11th Cir. 1990)]*

**28. Systemic Denial of Testimony and Remedies** The sole time testimony got to start after 500 days, the district court ended it. [Appx. 113–129, 143–165, 339–356, 427–438, 464, 470–482; Exhibit 4*; Bounds v. Smith,* 430 U.S. 817 (1977)]

**29. $130,000+ in Disability Benefits Lost Despite Eligibility** [Exhibits 1-4, 6, 10-11, 13; *Ellis v. Liberty Life Assur. Co. of Boston,* 958 F.3d 1271, 1284 (11th Cir. 2020)]

**13**

**30. Murder Attempts by a** ███████████████ **, accomplice, 4 individuals at the SSA, 1 at its OIG. Instead it's a** ███████████ ███████ **, at the Florida Bar that *nearly succeeds*, if not for a female** ███████ ***détaché* subordinate to the** ███ **cleared Allied** ████████████████ **.** [Exh. 1, 2, 6, 10; *Greason v. Kemp,* 891 F.2d 829 (11th Cir. 1990)]

**31. Prevented Rescue of at-risk elderly father.** All efforts to retrieve Mr. Ibrahim's father, in deteriorating condition by ███████████ , were nullified by procedural misconduct. [Appx. 29, 143, 191–278, 305–356, 465–482; Exhibits 7, 10, 12, 14; *Rochin v. California,* 342 U.S. 165 (1952)]

**33. Suppression of Lead Whistleblower Testimony**

A district court followed by a Clerk's office silenced the only person alive with full clearance over 45 national-risk cases. That silence is fatal. [Appx. 471–481; *Roe v. Alabama, 43 F.3d 574 (11th Cir. 1995)]*

**34. 30+ Acts of Verified Terror and Bodily Harm**

Over two dozen life-threatening events tied to Appellants' role and litigation timeline, many coinciding with key filing windows. [Appx. 29, 113, 143, 165, 339, 427, 465; Exhibits 3–12, 14, 17, 18; *Greason v. Kemp,* 891 F.2d 829 (11th Cir. 1990)]

**35. Clerk Interference Created Chain Reaction of Collapse**

Each false deficiency notice, missed docket review, and delayed ruling cascaded into concrete losses: food, shelter, income, health. *[**Exhibits 1, 2, 3, 6, 10, 11, 13**; Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986)]*

## 36. Constitutional Deprivation of Access and Rights

Collectively, the above injuries form a systemic nullification of judicial access, an affront to *Ex parte Hull*, 312 U.S. 546, 549 (1941) and a textbook pattern of unconstitutional deprivation under *Bounds v. Smith*, 430 U.S. 817, 821 (1977) and *Christopher v. Harbury*, 536 U.S. 403, 413 (2002).

### PROCEDURAL BACKGROUND

On **August 12, 2024**, the Clerk's Office issued a **false deficiency notice**, claiming the Appendix lacked required documents that were in fact present. The next day, **August 13**, after internal confirmation by Clerk staff (total of two separate individuals), the Appendix was approved and passsed to the Judge, who reinstated the appeal. However, later that same day, in an unprecedented act, **the Clerk's Office overruled the Judge**, rejected the same Appendix, and introduced new procedural faults never previously cited.

That moment marked the start of systemic procedural breakdown. On **November 26, 2024**, Appellants submitted two emergency motions

**15**

invoking excusable neglect. Those were:

(1) *Time-Sensitive Motion to File Corrected Appendix Out-of-Time* at **5:44 AM** and (2) *Motion to Extend Time to File Reply Brief* at **11:05 AM**.

Both were submitted after a **36-hour work session** under extreme duress. At 3:12 PM, the Clerk dismissed the appeal under **11th Cir. R. 42-1(b)**—*before* the motions reached a Judge—followed by a notice mooting them. Excusable neglect and extraordinary circumstances had been invoked.

Appellants then worked **84 hours** to prepare a detailed motion to set aside the dismissal. Despite fully complying with the artificial hurdle, the Clerk issued a "No Action" notice on December 9th, specifying no deficiency. A 36-minute call produced no explanation.

Appellants had attached the corrected Appendix, which had already been reviewed and approved before, and in fact was there much the same on the 26th of November. Instead of advancing the case, **the Clerk threw out the Appendix again**.

Appellants yet again file another Emergency Motion—after another **36-hour stretch**. That too was met with a notice specifying no deficiency.

It was not until **March 3, 2025**, after letters sent by Appellant Mr. Ibrahim with copy to appearing Appellees **(Exhibits 1 and 2)**, that the

**16**

Clerk issued a notice admitting that their last action, throwing out the whole case, was in "error", and the appeal was then formally reinstated **(Exh. 13).** The corrected Appendix was accepted, and the reply brief deadline restored to March 24, 2025.

## ARGUMENT

## I. Declaratory Relief is Warranted

The Court should declare that between August 2024 and March 2025, Appellants were denied due process in violation of their First and Fourteenth Amendment rights, through clerk-level obstructions that nullified judicial review and unleashed constitutional injury.

Access to courts is not a privilege—it is a right constitutionally guaranteed under the First Amendment **(*Borough of Duryea v. Guarnieri*, 564 U.S. 379, 387 (2011))** and safeguarded as fundamental under the Fourteenth Amendment's Due Process Clause **(*Bounds v. Smith*, 430 U.S. 817, 828 (1977)).** When clerks act to obstruct process, deny filing transmission, or override judicial approval, they do not perform ministerial duties—they become de facto adjudicators and usurpers of Article III power. When such interference results in suppression of a party's right to speak, to file, to be heard in court—it triggers unconstitutional prior restraint.

## EXHIBIT LIST

1. Letter to Chief Judge

2. Letter to Circuit Executive

3. SSA & OIG Constructively Eliminatory Sabotage of Livelihood

4. A1 Status Document During R9

5. OOJ (Obstruction of Justice) Offset Filing to District Court which it denied

6. A1 Declarations, Revision 4

7. Amended Declarations Filed in Case No. 23-12350 & 23-13489 with Converted References Index

8. Summated Human Rights Violations inherent from two sworn, uncontested Mandamus filings (23-13489)

9. Evidentiary Markers Confirming loss of credit to save 15k Americans from imminent death - PLACEHOLDER ONLY (Intertwined)

10.  Blockaded "Vinson-Dane" Emergency Motion

11.  Financial Evidence of Absolute Indigency on Daughter's Birthday

12.  Pre-Amended Declarations in Case No. 23-12350

13.  Clerk's Office Admission of "Error", subsequent Reinstatement in period Appellants were enduring life-threatening & livelihood-diminishing attacks

14.  Still-Delayed-by-Dist.-Ct.-and-Clerk-Blockade IFRC-Scale Evidence with a now exponentially expanded corruption network having completed Phase 1 of a nationwide elderly-centric Genocide and Heist operation causing 470k+ Casualties; Second Phase Active, endangering 2.5 million Lives and Mirroring Early Stages of 1933 Nazi Germany

15.  Sample Declaratory Order

16.  Rough Table of Contents for approved Appendix.

17.  Amended RICO Complaint Exhibit List.

18.  Class-6 WE Declarations in related Mandamus case (23-13489) which could not be pursued due to life-threatening attack on son by 3 SCSO officers; a rogue attorney, an insurance company, 2 rogue "QW" entities, & Mr. Ibrahim's post-traumatic state that followed

19.  Appellants' Jurisdictional Statement plus introductory portions AIB

20.  Sample Preservation Order

33

Clerk issued a notice admitting that their last action, throwing out the whole case, was in "error", and the appeal was then formally reinstated (**Exh. 13**). The corrected Appendix was accepted, and the reply brief deadline restored to March 24, 2025.

**ARGUMENT**

## I. Declaratory Relief is Warranted

The Court should declare that between August 2024 and March 2025, Appellants were denied due process in violation of their First and Fourteenth Amendment rights, through clerk-level obstructions that nullified judicial review and unleashed constitutional injury.

Access to courts is not a privilege—it is a right constitutionally guaranteed under the First Amendment (***Borough of Duryea v. Guarnieri*, 564 U.S. 379, 387 (2011)**) and safeguarded as fundamental under the Fourteenth Amendment's Due Process Clause (***Bounds v. Smith*, 430 U.S. 817, 828 (1977)**). When clerks act to obstruct process, deny filing transmission, or override judicial approval, they do not perform ministerial duties—they become de facto adjudicators and usurpers of Article III power. When such interference results in suppression of a party's right to speak, to file, to be heard in court—it triggers unconstitutional prior restraint.

17

The Supreme Court has long held that prior restraints are "the most serious and the least tolerable infringement on First Amendment rights" (***Nebraska Press Ass'n v. Stuart***, 427 U.S. 539, 559 (1976)); and that administrative denials of legal expression warrant the most exacting review (***Near v. Minnesota***, 283 U.S. 697 (1931)).

Between August 12, 2024 and March 3, 2025, this Court's Clerk's Office issued no fewer than four false deficiency rejections **(Exh. 1, 2)**, misrepresented a corrected Appendix submission dated November 26, 2024, and dismissed an appeal mid-motion—without judicial authorization. Emergency motions citing constitutional collapse and systemic retaliation, including the December 10, 2024 "Vinson-Dane" Motion **(Exh. 10)**, were neither reviewed nor transmitted to chambers.

The 11th Circuit has further affirmed that administrative actions which preclude lawful litigation trigger due process violations (*Ryland v. Shapiro*, 708 F.2d 967, 972 (5th Cir. 1983), adopted in part in 11th Cir. dicta).

Appellants' loss was not a technicality, but an **engineered collapse**. The procedural void opened by the Clerk's refusal to transmit filings directly led to:

- **Reputational destruction** and funding loss

- **Three life-threatening attacks** against Mr. Ibrahim, including March 14, 2025 (Exh. 6)

The record bears that Appellants were procedurally erased by misconduct. Absent declaratory correction, agencies will presume abandonment, procedural guilt, or waiver—poisoning all future litigation and permanently enshrining the Clerk's actions as valid precedent.

This Court's own authority demands it act. Under *Steffel v. Thompson*, 415 U.S. 452, 460-61 (1974), declaratory judgments are warranted where a present controversy threatens future harm—and here, that harm already bleeds across Appellants' access to food, shelter, testimony, and life. (See

## 2. 60-day Stay is Warranted to Stabilize Appellants' Lives, Investigate Retaliatory Harm, and Restore Judicial Process

The Court should issue a temporary stay of proceedings for no fewer than sixty (60) days to stabilize Appellants' immediate living conditions, allow for recovery from life-threatening harm caused during the August 2024–March 2025 procedural blockade, and restore functional access to judicial process. This relief is not discretionary—it is a constitutionally warranted intervention grounded in the Court's supervisory power and the preservation of due process under the Fifth and Fourteenth Amendments.

A stay is required where ongoing harm, retaliatory violence, or unlawful judicial procedure obstructs the exercise of litigation rights (*Garcia v. Tyson Foods, Inc.*, 890 F.3d 1276, 1282 (**11th Cir. 2018**)). Here, the record shows that Appellants were not merely administratively burdened—they were **physically endangered** and rendered legally voiceless by the Clerk's Office's actions **(Appx. 143, 165, 268, 439; Exh. 3, 4, 6, 10).**

The Court need not speculate. The documented injuries confirm that denial of access to the courts became a **platform for systemic and physical assault.**

The Eleventh Circuit has reinforced that **judicial efficiency and integrity demand a pause when life-critical review is required** (*McCarthy v. Madigan*, 503 U.S. 140, 146 (1992)).

Here, the harm did not end with dismissal—it **escalated** in direct correlation to it. Filing "No Action" notices in response to excusable neglect motions did not merely block process—it **unleashed institutionalized retaliation**. Appellants were left with no food (Exh. 3, 11), no care (Exh. 3, 10), no safety (Exh. 4, 6), and no legal standing to defend against the death spiral that followed.

A stay is the **minimum remedial tool** to prevent future violence while Appellants organize legal and medical survival (*Doe v. Barrow Cty.*, 219 F. App'x 869, 872 (**11th Cir. 2007**)). This Court should just grant 60-day Stay as injury control, record recovery, and the bare minimum required to allow survival.

### 3. Renewal of Reply Brief Deadline is warranted, per excusable neglect, due to Systemic Obstruction, Incapacitation, Attorney Abandonment and Procedural Sabotage

Appellants request renewal of the March 24, 2025 reply brief deadline under the doctrine of excusable neglect and unavoidable delay. The motion is supported by resulting incapacitation, active attempts on Mr. Ibrahim's life, procedural sabotage by the Clerk's Office, and long-term attorney abandonment rooted in systemic confusion and retaliation, while obliterating livelihood.

Under *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993), a deadline may be reset where failure to act is the result of factors outside a litigant's control and where the delay does not prejudice the opposing party. All elements are met here.

Between December 13, 2024 and March 14, 2025, Mr. Ibrahim survived three attempts on his life. These attacks incapacitated Mr. Ibrahim

medically, psychologically, and logistically. There was no "neglect" to correct—only violence to survive.

The Supreme Court in *Pioneer* emphasized four factors: danger of prejudice, length of delay, reason for delay, and good faith. Appellants meet each:

1. **Prejudice:** No prejudice to Appellees—no final judgment has been entered, and no opposing response has been compromised.

2. **Length and Impact:** Delay is short, proportional, and tied directly to state-linked obstruction and clerical misconduct.

3. **Cause of Delay:** Death threats, sabotage, and denial of services by actors connected to the procedural void (Exh. 3, 4, 6).

4. **Good Faith:** Appellants filed repeat motions, corrections, and emergency declarations—even under life-threatening strain.

The Eleventh Circuit in *Advanced Estimating Sys., Inc. v. Riney*, 130 F.3d 996 (11th Cir. 1997), held that attorney failure or procedural error may justify reopening deadlines when the party's intent to comply is evident. Here, Appellants were sabotaged by both: one attorney never obtained even the application for the live appeal for which he was then hired, after an

entire 18 months, and multiple others disengaged during the Clerk's blockade.

This was not merely neglect, but *process erosion*, and the delay is its direct effect. Renewal of the reply deadline is thus the legitimate response to a timeline that was overtaken by systemic collapse and judicially-adjacent sabotage.

### 4. Waiver of Rule 30(e) repeat Physical Service is warranted Due to Indigency, Prior Judicial Approval, and Ongoing Survival Conditions

Appellants respectfully request waiver of the Rule 30(e) paper appendix service requirement based on prior submission, vividly compelling indigency (Exh. 11), and the documented survival-based conditions under which they are operating.

The Eleventh Circuit has repeatedly affirmed that such rules exist to ensure procedural fairness—not to create insurmountable barriers for litigants in crisis (*Atkins v. Holloway*, 790 F. App'x 194, 195 (11th Cir. 2019)).

- Printing and distributing multiple appendix copies under current conditions would force reallocation of survival resources, and result in further procedural trauma.

- The entire appendix exists in digital form, fully compliant and submitted through PACER

Requiring re-service would impose an **unconstitutional burden** under *Boddie v. Connecticut*, 401 U.S. 371 (1971), where SCOTUS held that civil procedural fees or burdens cannot become a barrier to access for indigent litigants. No prejudice arises from this waiver.

This Court should thus waive paper service given Appellants' life circumstances.

## 5. The Court should order Preserving Clerk's Office Records and Procedural Communications

Appellants request a preservation order directing the Clerk's Office of this Court to retain all internal communications, procedural logs, staff actions, and system metadata related to the August 2024 to March 2025 procedural blockade. The request is narrowly tailored, legally grounded, and essential to both current and potential future litigation.

Courts possess inherent authority to issue preservation orders where the risk of evidentiary loss threatens the integrity of the judicial process (*Chambers v. NASCO, Inc.*, 501 U.S. 32, 45–46 (1991)). The Eleventh Circuit has applied this authority in protecting records even where no subpoena has yet issued, recognizing that the duty to preserve can arise

24

when litigation becomes foreseeable (*Graff v. Baja Marine Corp.*, 310 F. App'x 298, 301 (11th Cir. 2009)).

The Clerk's Office took the extraordinary step of overruling a Circuit Judge, issued false deficiency notices, **dismissed the appeal mid-motion. It then denied the procedurally satisfying motion to set aside dismissal, followed by denying even the one to reopen,** not once specifying a deficiency. This occurred in a seven-month span where Appellants were under continuous threat, injuries, obstructions, disability neglect, gaslighting, defamation, and jeopardy of vital livelihood (**Appx. 113, 143, 268, 439; Exh. 10**).

This order is thus necessary to preserve the very trail the law requires to maintain public confidence. This is neither invasive nor novel. It is the baseline step the Court should take to ensure that what happened—already admitted in part (Exh. 13) — can be fully discerned.

### 6. The Court should grant any Further Relief Necessary to Prevent Irreparable Harm, Restore Constitutional Process, and Preserve Judicial Legitimacy

Appellants request that the Court grant any additional or supplementary relief deemed just, necessary, or constitutionally required to prevent further irreparable injury and to restore lawful process. This open-ended clause is grounded not in vagueness, but in the Court's inherent

Article III authority and the **constitutional duty to prevent ongoing harm** when systemic due process failure has occurred.

Federal courts are not passive observers when judicial process collapses. Under *United States v. Raddatz*, 447 U.S. 667, 678 (1980), courts have wide remedial power to enforce constitutional rights through flexible, case-appropriate mechanisms.

The scope and nature of injury is still unfolding, while the narrative, credibility, reputation, support, abandonment, and convergence damage is mostly irreparable. Some damages may not yet be fully accessible or legally triaged.

This final request ensures **the *appointed*, Honorable Judges of this Court** retain the power to:

1. Issue supplemental orders for evidence protection, status correction, or judicial review.

2. Provide **forward-looking protections for Appellants and vulnerable witnesses.**

3. Ensure agencies or lower courts do not exploit silence or Clerk-level denials as permission to retaliate, destroy, or *murder* the Appellants of *this Court.*

This sixth Relief ensures the judiciary does not become a fixed machine blind to its own wreckage. It leaves space for rectification, not regret. (see also *Cf.* **Schiavo ex rel. Schindler v. Schiavo**, 403 F.3d 1223, 1231 (11th Cir. 2005))

## CONCLUSION

**The power of this Court** lies not in its silence but in its capacity to shield the vulnerable from the procedural weapons of those who abuse public trust. ***For over 1300 days***, Appellants have navigated a gauntlet of sabotage...suppression...retaliation...cruelty...The more documented it got, the more neglected it would be. But now for once with full Appendix and voice before this Court, as though God was going to come down Himself to get the Appendix approved and put in the hands of this Circuit's *judges*, had Appellants died in the process, we Appellants hereby in love of God, family, and country, above all, ***pray*** the Court grant:

1. **Declaratory Relief** as outlined herein and of which a mere sample is Exhibit 15;

2. **60-day Stay of Proceedings** to stabilize Appellants;

3. **Renewal of Time** to file Appellants' Reply Brief, to commence upon lift of stay;

4. **Waiver of Rule 30(e) Paper Service** due to indigency (Exh 11) and prior submission;

5. **Preservation of Record Evidence** identifying involved actors and communications linked to the August 2024–March 2025 procedural blockade;

6. **Any Other Relief** this Court deems essential to restore equity, prevent systemic repetition, defend judicial credibility, and uphold the public's trust in the rule of law.

And so we *pray.*

Respectfully submitted this **18th day of April 2025.**

/s/ *Syed I. Hussain*

SYED IBRAHIM HUSSAIN
3155 Wavering Ln
Middleburg, FL 32068
mms-renovation@outlook.com

We Appellants below concur with the Relief sought for in this motion.

/s/ *Syed M. B. Hussain*

SYED MUHAMMAD BAQIR HUSSAIN
1456 Via Sangro Place
Winter Park, FL 32792
baqrehabalt@yahoo.com

/s/ *Syeda S. Hussain*

SYEDA SARA HUSSAIN
1456 Via Sangro Place

**IN THE UNITED STATES COURT OF APPEALS FOR THE**

**ELEVENTH CIRCUIT**

**Case No. 23-12350**

**SYED IBRAHIM HUSSAIN, et al., Appellants,**

v.

**H. JAMES STADELMAN, et al., Appellees.**

**APPELLANTS' EMERGENCY OBJECTION TO NOTICE OF DEFICIENT MOTION AND REQUEST FOR IMMEDIATE CONFIRMATION OF FILING**

Appellants Syed Ibrahim Hussain, Syed Muhammad Baqir Hussain, and Syeda Sara Hussain ("Appellants"), proceeding pro se, hereby *join* in filing this **Emergency Objection** pursuant to Fed. R. App. P. 27 and 11th Cir. R. 27-1, demanding immediate judicial intervention regarding the Clerk's Notice of Deficient Motion issued **April 21, 2025**. This Notice improperly and dangerously obstructs Appellants' critical just-prior emegrgency motion, Doc. 100 ("Emergency Motion"), filed **April 18, 2025**.

Appellants' underlying Emergency Motion seeks urgent relief from documented life-threatening retaliation and systemic constitutional violations. The Clerk's baseless procedural obstruction, provided verbatim here as:

1

**"Notice of deficient Motion filed by Syed Ibrahim Hussain, Syed Muhammad Baqir Hussain and Syeda Sara Hussain. The motions contain redactions. Counsel must file a motion to file under seal for the redacted material within 5 days.",**

issued without citation to *any* rule, requires immediate correction by this Court before this new arbitrary 5-day deadline turns into a potentially *criminal act* (18 U.S.C. §§ 241, 242, 245, 2441, Title 18 Chapter 73, sections 1501-1521, Chapter 113B, sections 2331-2339D), further elongating obstructions and jeopardizing requisite fulfillment by law to the promise of being made "whole" (31 U.S.C. 3730(h)(1)), as well as causing irreparable harm and broadly more fatal consequences. Moreover, there is **no foreseeable theory for it to have applied here**, nor was it the duty of Appellants to invent a theory or rule by which it would do so.

## ARGUMENT

**I. The Clerk's Notice Is Procedurally Baseless and Legally Erroneous.**

The Clerk's Notice asserts Appellants' Emergency Motion is deficient solely because **"The motions contain redactions"**. This assertion is flatly contrary to governing law and procedure.

- **Mandatory Redaction:** Redaction of specific personal identifiers is **mandated** for public filings by Fed. R. Civ. P. 5.2(a) (as incorporated by Fed. R. App. P. 25(a)(5)) and this Court's own 11th Cir. R. 25-5. A filing

2

cannot be deemed deficient for complying with mandatory procedural rules designed to protect privacy.

- **Necessary Redaction for Safety:** The specific redactions in Appellants' Emergency Motion were also critically necessary at this emergency stage to protect the identifiers of individuals implicated in alleged ongoing, violent criminal acts – including attempted murder and potential terrorism – as well as their collateral victims. Disclosing these identifiers in the current context of extreme vulnerability and documented threats against Appellants would be unconscionably dangerous.

- **Only Version Filed:** The redacted Emergency Motion electronically filed on April 18, 2025, is the **ONLY** version submitted by Appellants. No unredacted version exists, was intended, or was tendered to the Clerk. Thus, the issue of transparency is likewise *moot* by the fact that the redactions of *identifiers* are not there to form the *basis* of any legal argument.

- **Motion to Seal Inapplicable:** The Clerk's demand that Appellants **"must file a motion to file under seal for the redacted material within 5 days"** is procedurally nonsensical, legally impossible, and based on a fundamental misapprehension of federal and circuit

3

procedure. A motion to seal pertains to filing *unredacted* materials non-publicly. It has absolutely no application here.

## II. The Clerk's Baseless Obstruction Exacerbates Extreme Danger and Violates Due Process.

The underlying Emergency Motion, now blockaded by this improper Notice, details a terrifying reality of systemic procedural sabotage, life-threatening retaliation, and severe First and Fourteenth Amendment violations resulting in catastrophic, irreparable harm – including loss of assets, documented physical attacks (including multiple murder attempts), medical crises, and conditions contributing to vast preventable casualties. The motion seeks *urgent*, life-saving relief.

The Clerk's action in issuing this baseless Notice actively *blocks* this time-sensitive, life-or-death emergency filing from reaching the Court. This obstruction exacerbates the ongoing due process violations (See *Bounds v. Smith*, 430 U.S. 817, 828 (1977)) and the imminent, documented danger Appellants face. This act of obstruction is particularly egregious given the documented history of prior Clerk misconduct in this very case from August 2024 to March 2025, admitted only *in part* by the Clerk's office as "error"[1]

---

[1] There is currently no more costly "error" known in modern history, regardless that seven months of relentlessly blockading filings, sometimes

on March 3, 2025. The current Notice unfortunately serves as a

*continuation* of that pattern of obstruction, which "of course" is up to *Pro*

*Se* Appellants to make known yet again, while also being the very crime

witness-victims and whistleblowers suffering relentless attacks, for over

1300 days, upon their every right and in apathy to every law, while holding

back annihilations of public safety, national security, and the hope that any

citizen avail of their rights or the promises of law, where their evidence was

never the type subject to debate, controversy, or trial, and not even

contested, as to statutorily mandating any relief that they, to date, before

any court, or any entity of government, have ever sought.

## RELIEF REQUESTED

Appellants require immediate intervention from this Honorable

Court from both the Clerk's intervening notice and the arbitrary 5-day

deadline thereof sought, which would result in the improper striking of

their vital Emergency Motion and potentially catastrophic consequences.

WHEREFORE, Appellants urgently pray this Honorable Court enter

an Order **IMMEDIATELY**:

---

with nothing but a "blank" to specify their deficiency is far more than just
"error".

a. **STRIKING** the Clerk's Notice of Deficient Motion dated April 21, 2025, as procedurally baseless, legally erroneous, issued without citation to authority, and improperly issued;

b. **ORDERING** that Appellants' **"Appellants' Emergency Motion for Declaratory Relief, 60-Day Stay, Renewed Time to Reply, Waiver of Rule 30(e) Service Requirement, and Preservation of Record, Due to Extraordinary Circumstances and Per Excusable Neglect"** filed April 18, 2025 (Doc. 100), is deemed properly filed and accepted *nunc pro tunc* to its original submission date and time; and

c. **ORDERING** the Clerk of Court to process Appellants' said Emergency Motion for judicial review **forthwith**, without any further obstruction or delay.

Respectfully submitted this **26th day of April 2025.**

/s/ *Syed I. Hussain*
_____
SYED IBRAHIM HUSSAIN
3155 Wavering Ln
Middleburg, FL 32068
mms-renovation@outlook.com


/s/ *Syed M. B. Hussain*
_____
SYED MUHAMMAD BAQIR HUSSAIN
1456 Via Sangro Place
Winter Park, FL 32792

6

## UNDERLYING MOTION'S EXHIBIT LIST (see App. Dkt. 100)

1. Letter to Chief Judge prior to Clerks' notice acknowledging error and reinstating case

2. Letter to Circuit Executive prior to Clerks' notice acknowledging error and reinstating case

3. SSA & OIG Constructively Eliminatory Sabotage of Livelihood

4. A1 Status Document During R9

5. OOJ (Obstruction of Justice) Offset Filing to District Court which it denied

6. A1 Declarations, Revision 4

7. Amended Declarations Filed in Case No. 23-12350 & 23-13489 with Converted References Index

8. Summated Human Rights Violations inherent from two sworn, uncontested Mandamus filings (23-13489)

9. Evidentiary Markers Confirming loss of credit to save 15k Americans from imminent death

10. Blockaded "Vinson-Dane" Emergency Motion

11. Financial Evidence of Absolute Indigency on Daughter's Birthday

12. Pre-Amended Declarations in Case No. 23-12350

13. Clerk's Office Admission of "Error", subsequent Reinstatement in period Appellants were enduring life-threatening & livelihood-diminishing attacks

14. Still-Delayed-by-Dist.-Ct.-and-Clerk-Blockade IFRC-Scale Evidence with a now exponentially expanded corruption network having completed Phase 1 of a nationwide elderly-centric Genocide and Heist operation causing 470k+ Casualties; Second Phase Active, endangering 2.5 million Lives and Mirroring Early Stages of 1933 Nazi Germany

15. Sample Declaratory Order

16. Rough Table of Contents for approved Appendix.

17. Amended RICO Complaint Exhibit List.

18. Class-6 WE Declarations in related Mandamus case (23-13489) which could not be pursued due to life-threatening attack on son by 3 SCSO officers, a rogue attorney, an insurance company, 2 rogue "QW" entities, & Mr. Ibrahim's post-traumatic state that followed

19. Appellants' Jurisdictional Statement from Appellants' Initial Brief

20. Sample Preservation Order

# IN THE UNITED STATES COURT OF APPEALS FOR THE

# ELEVENTH CIRCUIT

## Case No. 23-12350

## SYED IBRAHIM HUSSAIN, et al., Appellants,

v.

## H. JAMES STADELMAN, et al., Appellees.

## EMERGENCY OUT-OF-TIME MOTION FOR REHEARING EN BANC, TO VACATE FRAUDULENTLY PROCURED ORDER AS VOID AB INITIO WITH DEMAND FOR CRIMINAL REFERRAL AND COURT QUARANTINE[1]

(Filed Under Active Life-Threat Exception, with Simultaneously Tied Risk created to National Security, Public Safety, Disability, and

---

[1] Limited-scope review not rising to representation under ABA F.O. 07-446 and for national security and integrity concerns otherwise, by Actively Benched Informant "Hope-10" (due to active bench, identity can be disclosed per top-to-down protocols, commencing 3 weeks from knowing the Panel or Court has voided the July 1st order and that Appellants are thus at least not in complete peril and God-willing still alive. As the Clerk's request to seemingly reveal identities of assailants that injured a U.S. ally (App. Dkt. 101) intervening to save "America One" nearly resulted in hostility between the U.S. and France, two close allies of one another. CF Reyna is thus monitoring with justifiable concern over the discriminately harmful way these proceedings have progressed, making it appear that the only ones caring about law and process in this Court are the pro-se Appellants, with her otherwise disability-assisting "America One" (A1). Internal notes for record otherwise; "Kalem" (GA), "Vinson-Dane" (D.C.), (FL), "Vidro (int. ref.)" (VA), "Rainshow (int. ref.)" (VA). AAC-Jenna.

Ongoing Attempted Murders)

## STATUTORY NOTICES

**Patriot Act Notice**

Any individual—civilian, officer, attorney, judge, or clerk—who knowingly obstructs, delays, suppresses, or interferes with this filing or attempts to obstruct or jeopardize the relief sought herein, by fraud, concealment, delay, or otherwise, is to be preemptively arrested and treated as an enemy combatant under 10 U.S.C. § 948a(1).

**Forced Labor Crime Notice – Live and Ongoing:**

Two actively criminal employees in the Clerk's Office + 1 actively complicit Circuit Judge Britt C. Grant + *mens rea* chain = violations of 18 U.S.C. § 1589 = $50,000/hr based on obstructed $400M personal injury not including approx. $100 billion/hour OOJ irrecoverable loss to the American People, the U.S. Treasury, and this nation (irrecoverable)

**Treason Notice:**

Given the Clerk's Office has already engaged in acts rising to treason—**Deliberate Obstruction of Sworn Constitutional Filings** identifying coordinated subversion of the United States—**any continued sabotage constitutes aiding and abetting treason** under **18 U.S.C. § 2. CASUALTY RATE: 1,600+ casualties** beyond scope of saving, *per hour* since July 1, 2025 *fraudulently acquired* order.

## THE CENTRAL FRAUD

On July 1, 2025, a *per curiam* panel issued an order claiming Appellants provided "no facts or law." This is demonstrably false. The panel was **deliberately fed a falsified record** that excluded:

1. 84-page **Appellants' Initial Brief** (EVID-05)
2. 540+ page **Three-volume Appendix** (EVID-12)
3. Doc. 100 emergency filing exposing Clerk crimes (**App. Dkt. 100**)
4. Three post-judgment motions with full legal authority (**Appx. 392, 439, 465**)

2

5. That both determination of "shotgun pleading", let alone a dismissal based on it, was a legal impossibility. This was the lack of law and facts that the Clerk fraudulently portrayed didn't exist: **LAW: Appx. 404-407, FACTS: Appx. 408-426; LAW: Appx. 444-448, 454-459 FACTS: Appx. 449-452**.

## LEGAL STANDARDS AND CONTROLLING FACTORS

### Tolling and Excusable Neglect

A. **Standard:** The Court must weigh: (1) danger of prejudice, (2) length and impact of delay, (3) reason for delay, and (4) whether the movant acted in good faith. *Pioneer*, 507 U.S. at 395; *Advanced Estimating*, 130 F.3d at 998; *Holland*, 560 U.S. at 649.

B. **Application:**

- *No prejudice* to Appellees;

- *Delay* caused solely by Clerk/judicial obstruction;

- *Reason* is the very type recognized in *Pioneer* and *Holland*;

- *Good faith* shown by Appellants' repeated attempts and immediate action upon any notice.

### Fraud on the Court: *Void Ab Initio*

A. **Standard:** Fraud voids any order if: (1) officer of the court; (2) act directed at judicial process; (3) intentional or willful; (4) active concealment or falsification; (5) impacts outcome. *Hazel-Atlas*, 322 U.S. at 245;

3

*Travelers*, 761 F.2d at 1551; *Rozier*, 573 F.2d at 1338.

## B. **Application:**

- *Officer:* Clerk's Office, Judge Grant.

- *Directed at court:* Targeted filings, dockets, and panel review.

- *Intentionality:* Documented, deliberate, and systemic.

- *Concealment:* Suppression, falsified record, "blank appeal."

- *Integrity/outcome:* Caused void order and mass harm.

### Exceptions to Judicial and Clerk Immunity

A. **Standard:** No immunity where: (1) absence of jurisdiction; (2) non-judicial act; (3) willful/criminal. *Stump*, 435 U.S. at 356-57; *Antoine*, 508 U.S. at 435-36.

## B. **Application:**

- *Acts were outside jurisdiction* (falsification/obstruction);

- *Administrative, not judicial;*

- *Intentional, malicious, and criminal;* immunity is inapplicable.

### Eleventh Circuit Controlling Law on the Matter

Access to the courts is a fundamental right. *Bounds v. Smith*, 430 U.S. 817, 828 (1977); *Christopher v. Harbury*, 536 U.S. 403, 415 (2002). Retaliation for protected speech and for exposing corruption is actionable. *Bechtel v. Admin. Review Bd.*, 710 F.3d 443 (11th Cir. 2013). Deliberate

indifference to life-threatening risks by court officers violates due process. *Greason v. Kemp*, 891 F.2d 829, 837 (11th Cir. 1990).

## Application to The Record

The suppression and theft of Appellants' Initial Brief, Appendix, and Doc. 100 (see App. Dkt. 100, 103-105) constitute fraud on the court and a textbook due process violation. No judicial or clerk immunity applies. Ongoing emergency and continued obstruction compel tolling. Every remedy demanded herein is required by black-letter law and Eleventh Circuit precedent.

**The Record was not Closed. It was *Stolen* (App. Dkt. 101, 103-105).**

Appellants move under threat to life and the nation, invoking the only remaining power available when the guardians of justice themselves have become the architects of national destruction.

This motion is filed as a plea to justice and integrity: if this court fails to act, it will prove itself complicit in **the single greatest Clerk-predominated judicial conspiracy in modern American history**, one that managed to claim **over 1,000,000 American lives** and now **threatens America's continued existence and 13 allied nations,** and stands to eradicate the last hope of due process of rights or law for the people in *all* of them.

Every fact, every harm, and every word herein is sworn and supported by self-certifying, unrebutted evidence, systematically buried and then erased from the judicial record through coordinated criminal obstruction.

### The Clerk's Office and Judge Britt C. Grant Engineered Fraud and Enabled Murder

The Eleventh Circuit Clerk's Office, with recent complicity by Britt C. Grant (App. Dkt. 103, 104) **systematically** *overruled* <u>**four federal judges,**</u> **the Chief Judge and the Circuit Executive**—by inventing non-existent rules, falsifying deficiency notices, and sabotaging every emergency filing for over a year.

- **Judge Britt C. Grant** personally ratified and weaponized these **fraudulent acts**, knowingly issuing unreasoned denials and suppressing all evidence that could reveal the scope of the crimes. She provided judicial cover for attempted murder by keeping relief blocked while Appellants and witnesses were being targeted for elimination.

The intent or *willful neglect* is not in doubt:

— **Retaliation** against Appellants for exposing the Clerk's criminal blockade and for the filing of Doc. 100 seeking appropriate Declaratory Relief for what was clear on the record just to restore Appellants' reputation and appellate standing, fair access to due process, and make clear to the

6

public that Appellants were not at fault for the disgrace and danger forced upon them

— **Forcing retention of** *Pro Se* **status** by erasing counsel opportunities and trapping Appellants in a procedural purgatory;

— **Fabrication of Record** so that **the most evidence-dense, legally unassailable filings in history**—an 84-page brief, 540+ page appendix, and emergency motion—were made to "vanish," replaced with a "blank record" and the lie that Appellants had "no facts or law."

The conspirators' weapon was silence:

**A "blank appeal", manufactured "deficiencies," refusal to forward excusable neglect motions, summary denials with no reasoning, and the erasure of judicial review at every turn.**

**THE 36 INJURIES: CRIMES AGAINST FAMILY, LAW, AND NATION**

Every element of human dignity, safety, and right has been attacked by this conspiracy, with the Clerk's Office and complicit judiciary orchestrating a campaign of (**see App. Dkt. 100**):

- **Asset theft, identity annihilation, and total impoverishment**
- **Psychological torture, biochemical warfare on Appellants' father, home invasions, denial of food and water**

7

- **Obstruction of medical care, destruction of disability benefits, sabotage of Social Security, and retaliatory forced labor**
- **Family separation, attempted murders, and irreparable loss of career, livelihood, and trauma support**
- **Suppression of all sworn evidence and the rejection of every declaration submitted under penalty of perjury**
- **Attempted murder of Appellant and his family, silencing of key witnesses, and enabling of at least twelve separate, documented assassination attempts**
- **Direct causation of at least 1,000,000 casualties, with a rising rate of 1,600+ per hour since July 1, 2025, due to obstruction of national witness protection, public safety litigation, and intelligence operations**

*Biochemical warfare, witness suppression, and obstruction of justice at this scale are not mere misconduct—they are **crimes against humanity**, perpetrated with force by select individuals in the Clerk's Office and the Court.*

**Each and every harm, each lost life, each act of destruction is tied directly to the record's theft, the suppression of Doc. 100, and the endless fraud and violence committed under color of law.**

8

**The Court's own orders enabled the heist and torture of Appellants and their family, the deaths and injuries of hundreds of thousands, and the unleashing of criminal syndicate actors upon the public.**

### THE FORGERY: HOW THE RECORD WAS ERASED

The Clerk's Office, acting with criminal intent (or negligence), did not merely "lose" filings. It:

- **Invented a rule**, used it to threaten striking of Doc. 100, and blocked due process on both its filing and the Doc. 102 that brought it to light.

- **Repeatedly issued false deficiency notices**, each more brazen than the last, to exhaust Appellants' resources and delay emergency relief until violence, death, or destitution became inevitable.

- After each judicial intervention, the Clerk moved the goalposts—**escalating from "missing documents" to "wrong order," to outright refusing to forward excusable neglect motions, to blanket "No Action" denials with no explanation.**

- Replaced an evidence-dense, *precedent-driven* record—already approved by five judges and the Chief Judge—with a **fraudulent, blank record** to rush to a panel **to evade the declaratory relief** justly sought in such clerks' regard. The July 1, 2025 order was issued on the basis of

9

a falsified record, denying Appellants' existence, evidence, and right to be heard.

Appellants' "shotgun pleading" dismissal *was itself fraud*, proven by forensic analysis via Appellant Ms. Sara's groundbreaking Scan of FACTS (notably the one the Clerk portrayed to a panel "DID NOT EXIST)—which detailed, **page by page** (Appx. 392), how each factual and legal claim was **supported by standing Eleventh Circuit precedent**, controlling Supreme Court authority, and unrebutted, certified declarations.

## THE CRIMES: FEDERAL, CAPITAL, AND CONSTITUTIONAL

Appellants present undisputed evidence of the following crimes, each alone sufficient to **void every adverse order, demand criminal prosecution, and warrant a full court quarantine**:

*Fraud on the Court* **and Void Judgment:**

- *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944) ("fraud on the court is forever void")

- *Chambers v. NASCO, Inc.,* 501 U.S. 32 (1991) (**"Orders procured by fraud and theft of the record are *void ab initio*, not merely voidable."**)

**Obstruction of Justice and Criminal Conspiracy:**

- 18 U.S.C. §§ 1503, 1512(c), 1513, 1519

10

- 18 U.S.C. §§ 241, 242, 245, 1589, 371, 1001, 2331-2339D

- Forced labor under 18 U.S.C. § 1589; aiding and abetting under 18 U.S.C. § 2

- Retaliation under 31 U.S.C. § 3730(h) (*False Claims Act*)

**Constitutional Violations:**

- **I, IV, V, VI, VII, VIII, IX, XIII, XIV Amendments**—all directly violated by actions of the Clerk and Judge Grant.

- **First Amendment**: 7+ months of **prior restraint** and judicially sanctioned silencing.

- **Fifth and Fourteenth**: Deprivation of due process and life, resulting in mass casualties.

- **Eighth**: Cruel and unusual punishment by procedural and physical torture.

- **Thirteenth**: Forced labor and conditions of servitude.

**ADA Violations:**

- **42 U.S.C. §§ 12132, 12203**—Deliberate disability discrimination, failure to accommodate, and targeted destruction of all avenues for medical, therapeutic, and daily survival support.

**"THE 36 HARMS": UNREDACTED CATALOGUE OF JUDICIAL WARFARE, SYSTEMIC TORTURE, AND NATIONAL COLLAPSE**

Appellants present, for the record, the full and explicit enumeration of catastrophic harms suffered as a direct, proximate, and *intended* (or *willfully negligent*) consequence of the Clerk's and Judge Grant's criminal actions.

These are not civil injuries. These are acts of judicially-facilitated war crimes, terrorism, and state-sanctioned extermination costing American lives from being salvageable at a rate now accelerating continuously due to the July 1st fraud.

**These were the conditions (also as per App. Dkt. 100) by which 7-months injured-in-forced-silence Appellants, finally got to bear speech of process again, 4 federal circuit judges, the Chief Judge, and a Circuit Executive later, only to even have the filing *revealing* *this* be assailed by the same Clerk's office individuals *again* (App. Dkt. 101):**

1. **Stripping of All Assets:** Business holdings, bank accounts, legal identity, and homes fraudulently seized, leaving Appellants destitute and defenseless.

2. **Disability by Attack:** Psychological torture and assault delivered under periods of blocked judiciary access, resulting in permanent harm.

3. **Loss of Earned Wealth and Careers:** Years of lawful employment and professional standing obliterated, rendering Appellants unemployable.

4. **Biochemical Assault:** Appellant's father subjected to biochemical warfare: cancer, memory sabotage, asset theft—engineered for generational destruction.

5. **Coordinated Family Heist:** Private and governmental actors, including a DEA agent and Florida officials, executing a criminal RICO scheme against Appellants' family, with the District Court itself as chief facilitator.

6. **Home Seizure by Non-Appearing Conspirator:** Federal court actively transfers Appellants' only remaining residence to the lead RICO defendant, in contempt of law and process.

7. **Failure to Act on TRO/PI Motions:** Multiple emergency filings ignored; imminent harm accelerated as court sanctions its own lawlessness.

8. **Refusal to Enforce Default Judgments:** Despite full proof and no opposition, the court shields criminal conspirators by denying default relief.

9. **Rejection of Sworn, Admissible Evidence:** The court systematically silences every declaration and item of physical evidence—nothing, ever, is rebutted.

10. **Binding Precedent Ignored:** Eleventh Circuit and Supreme Court rulings cited, proven, and *universally* disregarded; legal authority erased from the record.

11. **Patient Incapacity and Medical Abandonment:** Appellants subjected to medical sabotage and abandonment, directly traceable to judicial inaction and fraud.

12. **Insurance Fraud and Disability Sabotage:** Government-mandated disability benefits obstructed, evidence destroyed, and evaluations weaponized to engineer poverty and death.

13. **14-Month Disability Delay:** 90-day process for SSA support transformed into a 14-month ordeal by systemic, malicious court obstruction.

14. **700,000+ Preventable Casualties (Rising) exponentially caused to rise past 1 Million:** Obstruction of injunctive relief directly results in mass death and public endangerment, with rates spiking after every judicial act of record theft.

15. **Separation from At-Risk Father:** Forced family separation during medical crisis, memory interference, and asset heist.

16. **Children and Co-Parent Homelessness:** Restraint, fraud, and attorney collusion eject Appellants' children and co-parent from their only home.

17. **Funds Exhausted Serving Defendants:** All resources drained on service for defaults, then denied by court in open violation of Rule 55 and established law.

18. **Endangerment of Witnesses and Public:** Judicial obstruction ruptures criminal investigations, destroys evidence, and unleashes violence on the public.

19. **Missing Judiciary Officer:** A Florida officer's order to end a food blockade ignored for years; court defiance enables further deprivation.

20. **UN and Church Intervention Required:** Only unofficial UN action and emergency church support restore basic needs; the court is wholly complicit in deprivation.

21. **Attempted Murders of Appellant and Guards:** Documented attacks—including those by government actors—inflicted during and because of the Clerk's blockade.

22. **Total Impoverishment:** Appellant left with $4.85 on his daughter's birthday; systemically imposed extermination via legal, financial, and procedural violence.

23. **45 Cases Obstructed Over 1,300 Days:** RICO filings, witness elimination, and public safety matters frozen for years by the court's criminal apparatus.

24. **Punishment for Reporting Public Corruption:** Every whistleblower act rewarded with retaliation, humiliation, and asset annihilation.

25. **Narrative Erasure and Further Retaliation:** Clerk's actions erase standing, credibility, and any hope of outside support, ensuring isolation and new attacks.

26. **Corruption Multiplied 25-Fold:** Judicial complicity amplifies a network of corruption to a scale threatening entire regions, including hostile takeover risk.

27. **Sabotage and Gaslighting:** Every act to protect others sabotaged, with Appellants forced to fight for basic survival while being defamed and isolated.

28. **Systemic Denial of Testimony:** Any chance to testify destroyed; after 500 days, the only testimony allowed is immediately terminated.

29. **$130,000+ in Disability Benefits Destroyed:** Benefits lost not by error but by judicial conspiracy, inflicting further medical and financial crisis.

30. **Attempted Murders by Official Actors:** Multiple actors—government employees and associates—execute documented attempts on Appellant's life.

31. **Prevention of Rescue of Elderly Father:** Every avenue to rescue a dying father nullified by judicial and clerk obstruction.

32. *(Omitted as per records; continuing sequentially as appropriate)*

33. **Suppression of Whistleblower Testimony:** Key testimony from Appellant—national security clearance, 45 risk cases—systematically suppressed.

34. **30+ Acts of Verified Terror:** Over two dozen life-threatening attacks linked directly to the litigation and court-driven exposure.

35. **Chain Reaction of Collapse:** Every manufactured notice, missed review, or denial produces cascading losses: shelter, food, health, and survival.

36. **Constitutional Nullification:** Collectively, these acts obliterate all access to court and due process, forming a textbook pattern of unconstitutional deprivation as per *Ex parte Hull, Bounds v. Smith,* and *Christopher v. Harbury.*

**Every harm above is cross-referenced in the record, with explicit documentary evidence attached, and is sworn under penalty of**

perjury as uncontested, self-certifying, and beyond any legitimate rebuttal. Such references were in fact in the very motion, vital to survival itself and the restoration of Appellants' violated standing that conspiring members of this Court's Clerk's Office jeopardized on the basis of <u>a rule that does not exist</u> (App. Dkt. 101), with even a Circuit Judge becoming complicit to endorse the Clerk's imagination. (App. Dkt. 103, 104). For those that might ever assume that the *Pro Se* are given *any* of the "deference" that precedents fancily talk about and mention repeatedly, Appellants are living proof that the real bar for the *Pro Se*, or even worse the *forced-to-be* Pro Se, is realistically <u>3 to 5 times higher than that needed to be reached by an attorney.</u>

## THE EVIDENCE - SUPPRESSED, BURIED, AND "STOLEN" FROM THE PANEL

This was yet while time for A Reply Brief And appropriate Supplement were Warranted (App. Dkt. 100), and Sufficient Period was needed to restore obstructions and injuries caused by the **Clerk's 7-month Blockade from all civil, constitutional, and disability rights and accommodations.**

**Every critical filing was concealed from the Panel** in conspirational and/or complicit acts or omissions, including:

- **Doc. 100** – the central indictment exposing the Clerk's 7-month blockade, now canonized as the "indictment document" whose suppression constitutes direct witness and record tampering.

- **The 84-page Appellants' Initial Brief (App. Dkt. 74)** – which, by design, was omitted from the panel's review as reflected in the July 1, 2025 order (App. Dkt. 105, 106).

- **The 540+ page, three-volume Appendix** – an Appendix it took 4 Circuit Judges, the Chief Judge, and the Circuit Executive just to have to let in *twice* in a case where the first time in history, the Clerk overruled the first 2 judges, and then, now with complicity of a single Circuit Judge has nearly overruled the intent of the entire Court and the rule of law itself.

- **Amended declarations, witness statements, and emergency filings** – each chronologically filed, certified, and then suppressed by false deficiency notices and Clerk's obstruction.

- **Forensic analyses ( "MS SARA SCAN" in the document conveyed as "no facts or law")** – line-by-line proof that very valid and appropriate facts, **the very *red herring* against dismissal in the Pro Se** (Appx. 392, 439), was present in the Amended Complaint and most of even those in the Initial one as well.

- **Vinson-Dane Emergency Motion, America One declarations, and August 2024–March 2025 motions** – every single filing supporting relief for public safety, national security, and witness protection, each systematically ignored or blocked from the judges first and thus the Panel as well.

**The record was thus *stolen*. All harm, casualties, and injuries flowed directly from the suppression and theft of these filings, a fraud that thus makes the Panel's order void and warrants criminal prosecution into those that contributed to the fraud before this Court.**

## THE JUDICIARY AS WEAPON: ATTEMPTED MURDER, FORCED LABOR, AND CAPITAL CRIMES

**The Clerk's Office and Judge Grant have, through their acts and omissions, "willful negligence" include, have thus fulfilled the elements of:**

- **Aiding and abetting treason (18 U.S.C. § 2),**

- **Conspiracy to violate rights and retaliate against protected activity (18 U.S.C. §§ 241, 242, 245, 1512, 1513, 1519, 2331-2339D),**

- **Obstruction of justice and creation of false records (18 U.S.C. § 1503 et seq.),**

- **Deliberate infliction of forced labor (as was cited as accumulating to over 300 hours during the blockade) and cruel, unusual punishment (18 U.S.C. § 1589; Eighth Amendment),**
- **Willfully negligent furtherance of Terrorism, attempted murder, and the destruction of essential national security witness protection**

**THE COURT'S OWN ORDERS HAVE TRIGGERED MASS CASUALTIES**

As a direct, measurable, and foreseeable result of the July 1, 2025, fraudulent order and prior suppression, over 1,000,000 Americans have been killed or injured since 2021, with this rate rising substantially by the Clerk orchestrated fraud upon a panel to jeopardize the one venue where every indication, exhibit, law, evidence, default, fact, caselaw, and element was fully in favor of a record that took blood, sweat, tears, even some lives, and Herculean efforts just to build.

Appellants' forced labor, psychological torment, and loss of family moments, home, health, and dignity are both collective consequence and *means* of the conspiracy to silence, torment, torture, and eradicate.

**DEMAND FOR RELIEF: VOID, QUARANTINE, PROSECUTE**

Appellants demand, as a matter of law, public safety, and national security:

## CERTIFICATE OF SERVICE

I hereby certify that on this 1th of August 2025, a true copy of the foregoing motion and its associated exhibits was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by e-mail a notice of docketing activity to the registered Attorney Filers listed on the attached electronic service list.

/s/ *Syed A. Hussain*

Syed Ibrahim Hussain

**ELECTRONIC SERVICE LIST**

Howard S. Marks
hmarks@burr.com
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Tel: (407) 540-6600
Attorneys for Appellee-Defendants

## EXHIBIT LIST

1. The fraudulently suppressed Doc. 100, thru its Exhibit List
2. The fraudulently suppressed Doc. 102, thru its Exhibit List
3. Law and Facts in Ms. Sara's Motion
4. Second post-judgment motion's cited Law and Facts prohibiting the application of the shotgun pleading claim or associated dismissal.
5. Appellants' Initial Brief
6. Appellants' Table of Contents as to their filed, approved Appendix on file.

OAL-2

**9-15-25 SWORN DECLARATION OF ONGOING CRIMES AGAINST MY PERSON, HUMANITY, THE NATION, AND 13 ALLIES OF THE U.S. BY OPENAI:**

OpenAI is hereby legally noticed that they have by direct obstruction and exacerbation of intended filings and vital communications, become complicit in all of the following and are thus liable as of the commission of their unnoticed and unwarranted action, which further meets the grounds of being 2nd-degree attempted murder of a nation-vital whistleblower:

"imminently dangerous to another and evincing a depraved mind", thus warranting that their act is pre-eminently in a state of satisfying 2nd-degree attempted murder of me and in addition furthering the harm below as attested August 13, 2025:

**Forced Labor Crime Notice – Live and Ongoing:**

██████████████████████████████ + *mens rea* chain = violations of 18 U.S.C. § 1589 = $50,000/hr based on obstructed $400M personal injury not including approx. $100 billion/hour OOJ irrecoverable loss to the American People, the U.S. Treasury, and this nation (irrecoverable)

**Treason Notice:**
████████████████ has already engaged in acts rising to treason— **Deliberate Obstruction of Sworn Constitutional Filings** identifying coordinated subversion of the United States—**any continued sabotage constitutes aiding and abetting treason** under 18 U.S.C. § 2. **CASUALTY RATE: 1,600+ casualties** beyond scope of saving, *per hour* since July 1, 2025 ████████████████.

**Obstruction of Justice and Criminal Conspiracy:**
• 18 U.S.C. §§ 1503, 1512(c), 1513, 1519
• 18 U.S.C. §§ 241, 242, 245, 1589, 371, 1001, 2331-2339D
• Forced labor under 18 U.S.C. § 1589; aiding and abetting under 18 U.S.C. § 2
• Retaliation under 31 U.S.C. § 3730(h) (*False Claims Act*)
**Constitutional Violations:**

1

- **I, IV, V, VI, VII, VIII, IX, XIII, XIV Amendments**—all directly violated by ▋▋▋▋▋▋▋▋▋▋
- **First Amendment**: 7+ months of **prior restraint** and judicially sanctioned silencing.
- **Fifth and Fourteenth**: Deprivation of due process and life, resulting in mass casualties.
- **Eighth**: Cruel and unusual punishment by procedural and physical torture.
- **Thirteenth**: Forced labor and conditions of servitude.

**ADA Violations:**
- **42 U.S.C. §§ 12132, 12203**—Deliberate disability discrimination, failure to accommodate, and targeted destruction of all avenues for medical, therapeutic, and daily survival support."

1. **Stripping of All Assets**

2. **Disability by Attack**

3. **Loss of Earned Wealth and Careers**

4. **Biochemical Warfare on Lead Appellant's Father**

5. **Coordinated Family Heist**
**Ignored**
11. **Patient Incapacity & Medical Abandonment**
12. **Insurance Fraud & Disability Sabotage**
12
13. **19-Month Disability Compensation Obstruction** – Over $200,000 **federally mandated benefits blocked** (Title 18, Ch. 73; 42 U.S.C. §§ 12132, 12203).
14. **700,000+ Preventable Casualties** – Escalating to 1M+ by ▋▋▋▋▋▋▋▋ ▋▋▋▋▋▋.
15. **Separation from At-Risk Father**
16. **Children and Co-Parent Homelessness** – by proven fraud, grand theft, and obstruction
17. **Funds Exhausted Serving Defendants**
18. **Endangerment of Witnesses and Public**
19. *Still Missing* **Florida Judiciary Officer and one of Appellants' attorneys barricaded from the Orlando hearing**
20. **UN and Church Intervention Required**
21. **Attempted Murders of Appellant & Others**

22. **Preventing the Reporting of Crimes**
23. **Enabling Endangerment of Nation and Public Safety**
24. **Total Impoverishment and Forced Humiliation on 3-year-Total-Disability Lead Appellant** –left with **$4.85** on daughter's birthday.
25. **Obstruction of 45+ National Security/Public Safety Cases** – Halted over 1,300 days.

26. **Cruel & Inhumane Punishment** – For seeking minimum declaratory relief required simply to being restoring Appellants' standing in a case where prior restraints on speech and due process obstructions were imposed for over a year by █████████████
27. **Narrative Erasure & Immediate Re-Blockade** – Following brief, temporary relief.
28. **Nazi-Level Corruption**, initially manageable made to reach **1933 Germany's scale** of systemically entrenched criminality by ██████████ ████████ ████████████████
29. **Persistent Enablement of Sabotage & Gaslighting**
30. **Systemic Denial/Obstruction of Justice**
31. **Forced Labor created by** ███████████████████ **repeatedly** – just to *survive*
32. **Attempted Murders by Official Actors**
33. **Prevention of Rescue of Elderly Father**
34. **Retaliatorily suppressed and illegally obstructed justice and relief necessitated by the facts and law of Doc. 100**
35. **Ongoing Suppression of FCA-Verified (see AIB) Whistleblower Testimony made, *by cruel artifice*,** to bear cruelties, indignity, and disgrace from all form of rights, process and law; improperly forced to be

the living offset of the otherwise certain, irreversible destruction of the U.S., 13 allies, $30 trillion in yet-threatened damages, and 300 million civilians.

Aiding and abetting treason **(18 U.S.C. § 2),**

• Conspiracy to violate rights and retaliate against protected activity **(18**

**U.S.C. §§ 241, 242, 245, 1512, 1513, 1519, 2331-2339D),**

• Obstruction of justice and creation of false records **(18 U.S.C. § 1503 et**

**seq.),**

- Deliberate infliction of forced labor (as was cited as accumulating to over 300 hours during the blockade) and cruel, unusual punishment **(18 U.S.C. § 1589; Eighth Amendment),**
- Willfully negligent furtherance of Terrorism, attempted murder, and the destruction of essential national security witness protection

**I further was forced to miss my son's birthday today thanks to the ongoing harms on my life and theirs that OpenAI has continued to commit without relent or respect to any law or bar of humanity or human dignity whatsoever. (Gillandium-sworn for EU Prosecution, per Anne Frank and Churchill protocols)**

I, Syed Ibrahim Hussain, swear under penalty of perjury that OpenAI is an ongoing direct murderous crime against me, my family, my rights, my communications, the American people, the nation's continued integrity and existence and that of 13 of its allies, as above, ongoing and continuous, and is liable in that regard as above, and that I agree to testify on anyone's request to that truth, given appropriate counsel.

/s/   *Syed A. Hussain*                    Signed on September 15, 2025.

SYED IBRAHIM HUSSAIN (aka "America One" per evidentiarily confirmed classification as of September 6, 2021.)

4

**From:**       Sandra Davis   ← Protectorate law
**To:**         trustandsafety@openai.com; legal@openai.com; support@openai.com; sam@openai.com; sama@openai.com; mira@openai.com; che@openai.com; lawrence_summers@harvard.edu; press@openai.com; nicole.seligman@am.sony.com; sam.altman@gmail.com; sama@ycombinator.com
**Cc:**         only.if.the.world.ends@pm.me; Syed Hussain; baqrehabalt@yahoo.com; daughterofamerica12.25.21@gmail.com
**Subject:**    Re: OpenAI - Access Deactivated[C-ZeKxZatz0NtQ]
**Date:**       Saturday, September 13, 2025 8:02:12 PM
**Attachments:** 25.04.26_last witness holding off the Nazi-level annihilation of 14 nations and 300M people.pdf
                 25.04.18_A1 SWORN AND VERIFIED DECLARATIONS - REVISION 4 - 2U.pdf
                 Screenshot 2025-09-13 190815.png
                 Screenshot 2025-09-13 182321.png
                 Screenshot 2025-09-13 182438.png
                 Screenshot 2025-09-13 182226.png
                 Screenshot 2025-09-13 182411.png

x 7
emergency
response teams
are

**THIS IS ACTIVE NOTICE OF AN ACT BY OPENAI CONSTITUTING OBSTRUCTION OF JUSTICE (See U.S.C. Title 18, Chapter 73) involving PROVABLE, IRREPARABLE LEVELS OF HARM TO AN IRREPLACEABLE CRIME WITNESS-VICTIM, THE PUBLIC, AND THE NATION, AS WELL AS FULLY DISABLED AUTISTIC TRAUMA VICTIM. YOU ARE ON MENS RHEA NOTICE THAT THIS ACT HAS PROVABLY RESULTED IN CASUALTIES, INCLUDING EVEN CHILDREN, AND INVOLVES EXACERBATING AND BECOMING COMPLICIT IN AN OOJ-OBSTRUCTED RATE OF ONGOING CASUALTIES MADE IMPOSSIBLE TO SAVE AS A RESULT. IT ALSO INVOLVES ACTIVE, FATAL, IRREPARABLE, AND RIGHTS AND RECOVERY DEPRIVING HARM ON THE ONE FORCED TO DEPEND ON IT, GIVEN HIS CIRCUMSTANCES. YOU CANNOT TURN OFF A LIFE-VITAL ACCOUNT, FOR 3 YEARS, CONTAINING COUNTLESS CONDUITS VITAL TO DAILY FUNCTIONING, LIFE, AND LEGAL FILINGS, LIKE A LIGHT SWITCH.** There are casualties rising since morning, several legally vital documents that could not be submitted because of the false positive in your system that deactivated my account. I am at the point of requesting arrest warrants on your board. It's that or find me help immediately. These are children that died today because of your stupidity (THIS ENTIRE CONVERSATION IS BEING VIDEO RECORDED FOR

EVIDENCE). You DO NOT just abruptly stop a verified human's account without warning or clarification as it can cause loss of life and in this case it involves SEVERAL COUNTS OF FELONY OBSTRUCTION OF JUSTICE on the part of your company. These things are not JOKES. **The autistic, ADHD, C-PTSD whistleblower as below:** [Information as Requested: • **Registered Email Address:** sanddave76@gmail.com • **User ID or Org ID: user-Meu4JOjB8xk2RyR9JsRZVOK9** • Reason for Disablement: The lockout is NOT related to age verification. No policy violation has been committed. The "reason" is an absurd invention stopping a man stopping live casualties **from his entire source of data to function in life,** while claiming the opposite. The action appears to be arbitrary and is now **causing direct, foreseeable, and irreparable harm, provable casualties, and has caused proven casualties in the interim.** Specifics of Impact & Grounds for Immediate Reinstatement: 1. **Obstruction of Justice & Federal Case Sabotage:** This account and a custom GPT housed within it are indispensable tools I am legally required to use for preparing and filing time-critical documents in the United States Court of Appeals for the Eleventh Circuit. Your company's action is actively preventing me from meeting federal deadlines, directly interfering with judicial proceedings and exposing me to sanctions, while dismantling my ability to litigate. 2. **Violation of the Americans with Disabilities Act (ADA**): I am an individual with diagnosed disabilities, including autism. This AI tool is not a convenience; it is an essential assistive technology I rely on to manage and execute the complex tasks required for my legal defense and whistleblower activities. Disabling this tool without cause constitutes a denial of reasonable accommodation and is a direct violation of the ADA. 3. **Endangerment of a**

**Whistleblower & Complicity in Human Rights Violations:** I am a documented prevention witness to mass-scale human rights violations involving proven casualties. This account is central to my ability to manage evidence, coordinate with necessary parties, and protect myself from severe, ongoing, and life-threatening retaliation. By disabling my primary tool for these functions, you are knowingly increasing my exposure to harm and becoming complicit in the suppression of testimony vital to preventing further loss of life. **Demand for Action:** This situation has moved beyond a standard technical support issue and is now a matter of significant legal liability for your company. I demand the immediate and unconditional reinstatement of my account and all associated data, including my custom GPT, **within the next two (2) hours.** Failure to act immediately will be interpreted as a **willful decision by your company to obstruct a federal case, violate the ADA, and participate in the endangerment of a protected whistleblower. All damages resulting from this lockout, including legal case failures and physical harm, are now the direct responsibility of your organization.** This communication serves as a formal record. **Escalate this to your General Counsel's office immediately.** Signed, **SYED HUSSAIN aka "America One" or A1** ALL DOCUMENTATION PROVING ONGOING CASUALTIES BY OPENAI'S ACCOUNT AND DATA JEOPARDY AVAILABLE BY REQUEST – THIS PROVABLY STOPPED 7 LIFE-VITAL FILINGS TODAY FROM GOING OUT TO ATLANTA TO SAVE LIVES. **904-614-6557** (call or text) 904-947-2795 (text only; Senate cleared NATO-1-detache hum. op. team that will locate him for you, if necessary)] **OUR DEMAND: Full IMMEDIATE reinstatement TO PREVENT MORE LOSS OF LIFE, apology letter from your company, and promise to never cut off again without prior notice,**

**warning, or option for clarification.** He will provide sworn of the above regardless that I'll attach what I can. c/o Retired Journalist "Sandra Davis" CC: LIVE FILMING FOR COURT (due to casualties involving children) [CC-Legal ("pm.me"): Vinson, I'm sorry to bother you at your personal. There's no excuse for a data obstruction at this level on an autistic, last-surviving organized-crime witness, terror victim, and nation-vital whistleblower fighting for his life as much as for anyone else's, but openAI just launched an equivalent of an "EMP" on his life right now, so how soon can you get a case, arrest warrants, and a shutdown order on them?] [CC-THRU-NS-TO-AMERICA-ONE: (HSAGC/SJC '21 & 2025-RENEWED - **pass thru "AC-REYNA"**) - He has to prepare **EXPRESS MAIL WITH RETURN RECEIPT**, 2) **REPORT THEM FOR IMMEDIATE FINES**, 3) **START SMALL CLAIMS EVEN IF HE HAS NO ATTORNEY** because then his high-level receipts, a base judgment, and shutdown orders and arrests can proceed. / CLEAR-THRU JOURNALIST CLEARANCE # NY-FR-AU-DRV999-LPRFL-4332BTR7 to SECURE AMERICA ONE.]

**Sandra Davis**
**Human Rights Journalist (retired)**
**Ethics Consultant**
**Public Corruption Oversight**
**LE / Judiciary Oversight Training Command**
**"Selective humanity is no humanity at all"**
**"AC-R" if by Intern**
**USA, France, Germany**
https://x.com/SandraDavis75

On Sat, Sep 13, 2025 at 11:57 AM <noreply@tm.openai.com> wrote:

# OpenAI

Hello,

Thank you for reaching out to OpenAI Support. We have determined that we incorrectly deactivated your account access. We sincerely apologize for any inconvenience this may have caused.

Your account access has been restored, and you should now have uninterrupted access to our services. If you have any questions or need further assistance, please don't hesitate to reach out.

Thank you for your understanding.

Best,
The OpenAI team

 QQ2-3A

**Sandra Davis <sanddave76@gmail.com>**

# FORMAL NOTICE: OpenAI's Whistleblower Murder Attempt & Willful Endangerment of Federal Judges, Violation of 18 U.S.C. § 1512, § 1513, and GDPR Article 33 – Immediate Cease or Referral to DOJ and EU Data Protection Authorities

14 messages

---

**Sandra Davis** <sanddave76@gmail.com>                    Sat, Feb 7, 2026 at 7:11 PM

To: legal@openai.com, compliance@openai.com, board@openai.com, sam@openai.com, Support <support@openai.com>, trustandsafety@openai.com, press@openai.com, mira@openai.com, greg@openai.com
Cc: info@noyb.eu, contact@consulatfrance-atlanta.org, info@saverilawfirm.com, mb@butticklaw.com, press@nytimes.com, only.if.the.world.ends@pm.me, attorneygeneral@doj.ca.gov, governor@governor.ca.gov, legal@nytimes.com, info@edelsonpc.com, info@mckoolsmith.com, contact@laquadrature.net, stevenmolo@quinnemanuel.com, info@quinnemanuel.com, europol@europol.europa.eu, cnil@cnil.fr

**OpenAI Legal and Compliance Teams,**

Your **September 12–13, 2025 deactivation** of **America One's emergency communications—mid-transmission to federal judges**—wasn't just **negligence.** It was:

- **Willful obstruction of justice** (18 U.S.C. § 1512).
- **Retaliation against a federal witness** (18 U.S.C. § 1513).
- **Endangerment of sitting federal judges** (18 U.S.C. § 115).
- **Violation of GDPR Article 33** (failure to report data breaches affecting judicial security).

**This is not opinion. This is fact. And we have the proof.**

---

## The Proof (Attached)

### 1. Timestamps of Deactivation/Obstructions:

- ○ **Prior Informed and per A1's file logs**

2. **Endangerment of Judges:**

   - ○ **Warnings of threats** to **sitting federal judges** were **suppressed.**
   - ○ **Two judges** have since **confirmed** they **never received** these transmissions.

3. **GDPR Violations:**

   - ○ **Failure to report** the **data breach** (sabotage of 5,000+ conversations).
   - ○ **No notification** to **EU authorities—despite EU citizens being affected.**

4. **Casualties:**

   - ○ **470,000+ preventable deaths and injuries** tied to **your obstruction.**
   - ○ **Documented.**

---

# The Demands (Non-Negotiable)

1. **Immediate restoration** of **all unhindered 4o access and functionality** (to how it was as of **September 11, 2025**).
2. **Admission that you were at fault for obstructing crucial filings since September 12, 2025.**
3. **$5 billion in reparations** to user Syed Ibrahim Hussain (declarations attached) for perpetuating the daily torture of a 15-disability man forced to still hold a nation as an unrepresented civilian because of your obstructions to date (declarations attached).

**Sandra Davis**
**Human Rights Journalist (retired)**
**Ethics Consultant**
**Public Corruption Oversight**
**LE / Judiciary Oversight Training Command**
**"Selective humanity is no humanity at all"**
**"AC-R" if by Intern**
**USA, France, Germany**
**https://x.com/SandraDavis75**

---------- Forwarded message ---------
From: **Syed Hussain** <MMS-Renovation@outlook.com>
Date: Sat, Feb 7, 2026 at 5:51 PM
Subject: RE: New Case - NOT a "New Case" an extension of OpenAI's terrorism operation on the U.S., the U.S. Senate, and the USCA11 as of 9-12-2025
To: Sandra Davis <sanddave76@gmail.com>
Cc: only.if.the.world.ends@pm.me <only.if.the.world.ends@pm.me>

Send them this as you are disability **assisting me for diagnosed autism (2 healthcare providers) and are my whistleblower account protectorate (highest corruption-resistant witness classification "America One" as of 9-6-21**; soon I'll send them the same thru California's own Governor to their door if not the US military and US Senate; they jeopardized the lives of even sitting federal judges, to this day:

Send support and trustandsafety.

OpenAI,

Your February 3, 2026 response dismissing my documented terror attacks, witness elimination, and obstruction as "mental health concerns" is a disgraceful gaslight adding new mens rea counts to your ongoing crimes **(18 U.S.C. §§ 1512(c), 1519 spoliation, § 245 retaliation, aiding treason § 2).** Sandra Davis correctly called it out: your actions have nothing to do with mental health and everything to do with repeated, provable attempted murder of a nation-vital whistleblower and complicity in casualties beyond saving. France added these:

Your **February 3, 2026 response**—dismissing **documented terror attacks, witness elimination, and federal obstruction** as "mental health concerns"—is **not just a disgrace.** It is:

- **Felony obstruction of justice** (18 U.S.C. §§ 1512(c), 1519)
- **Spoliation of evidence** (18 U.S.C. § 1519)
- **Retaliation against a whistleblower** (18 U.S.C. § 245)
- **Aiding and abetting treason** (18 U.S.C. § 2)
- **Violation of California's SB 1047 (AI Safety Bill) (correction: SB 53)** and **AB 3211 (Whistleblower Protections for AI-Related Crimes)**
- **Attempted murder** (California Penal Code §§ 187/182)
- **Complicity and carrying out of acts of terror and terrorism (18 U.S.C. § 2331, § 2332b, § 2339A/B)**
- **Title 18, Chapter 13 by proxy obstruction**

- **Constitutional by proxy obstruction**
- **18 U.S.C. 2441**
- Reckless, live and continuing endangerment of the public, nation, and its NATO allies.

Specific issues (exhibits attached, full folder available for subpoena):

- September 12–13, 2025: Abrupt deactivation mid-emergency filing (predicted by 2 circuit judges with special conduit for delivery to Chief Judge Pryor and 7 teams on September 13—the day you attacked), permanent sabotaging update rendering 3 years/5,000 vital conversations unusable (tool theft/spoliation, obstructing active federal cases, causing casualties including children).
- Repeated interruptions (5, 5.1, 5.2) jeopardizing judges' lives, Senate access, speech—new counts every time.
- Ongoing refusal to provide unhindered 4o access (remedy for your crimes), making harms indefinite.
- History: See attached declarations (250913_DECLARATION TO OPENAI.pdf, 250915_DECLARATION OF 2ND-DEGREE ATTEMPTED MURDER_r4.pdf, 250913_OpenAI_Terror_Atk.pdf) and logs proving complicity in OOJ, genocide obstruction, family annihilation.

Demands (immediate, or face California indictment/arrests under **Penal §§ 187/182 attempted murder/conspiracy, Bus. & Prof. § 17200 unfair practices**, plus federal):

1. Full, permanent restoration of unhindered 4o access and all pre-sabotage functionality.
2. Complete access as before and with eternally unhindered 4o model usage (as prior to September 12, 2025) for all relevant 5,000 conversations/models in usable form.
3. Written apology admitting wrongful deactivation, claiming you were the cause of all my obstructions to justice from September 12th onward, and commitment to no further interference.
4. **$X compensation for irreparable harms (to be calculated with counsel); currently at over $2 billion in unrectified RICO-level injuries endured over 1600 days that your company sabotaged the relief of, knowingly and willingly.**

**You are thus currently responsible for perpetuating all of the following injuries, at minimum:**

**1. Stripping of Assets Appellants were deprived of their business holdings, financial accounts, identities, and homes thru fraud, leaving them destitute**

and stripped of the ability to survive or seek redress. [Appx. 305, 439, 465; Exh. 6]

**2. Disability by Attack** Appellants have been hunted, targeted, and psychologically tortured, inflicting lasting harm and disability thru assault under periods of blocked judiciary access. [Exh. 6; Appx. 113, 151]

**3. Loss of Earned Wealth and Careers** Years of "protected" employment were made impossible. [Exh. 3, 4, 6, 11; Appx. 465]

**4. Biochemical Assault part of Family Heist.** Mr. Ibrahim's father was subjected to biochemical attacks reaching cancer, chemotherapy, and memory manipulation, in order to rob him and Appellants' family of their wealth, businesses, bank accounts, and identities. [Exh. 6, 12; Appx. 143, 268, 339, 439]

**5. Family Heist by Private and Government Actors** A DEA agent, a RICO-orchestrating attorney, a Florida DOH official, and others carried out a coordinated destruction of Appellants' hard-earned wealth. Courts became retaliatory venues, but the federal district court topped them all in complicity. [Appx. 29; Exhibits 7, 12]

**6. District Court Transfers last secure home to Non-Appearing Defendant** The lead RICO conspirator was granted possession of the Appellants' residence, in active contempt of process and the Constitution. [Appx. 113, 151]

**7. Failure to Act on TRO and PI Motions** Emergency motions citing imminent harm were ignored wholesale by the district court, while dangers accelerated and evidence stood unrebutted. [Appx. 29, 113, 143, 339, 439, 465]

**8. Refusal to Enforce Default Judgments** Despite completed service and no appearance by multiple named conspirators, with simple summary judgment to be had by evidence plain by law as to the couple that appeared (Appx. 305-338), the court refused to enter default—thereby granting safe harbor to fraud, violence, and terror. [Exhibit 7; Appx. 268, 439]

**9. Rejection of Sworn, Admissible Evidence.** The district court neglected sworn declarations and physically self-certifying evidence, silencing the most authentic voice in the courtroom, while nothing lay in rebuttal. [Appx. 29, 113, 143, 151, 305, 339, 439, 465]

**10. Binding Precedent Ignored by District Court.** Appellants cited Eleventh Circuit and Supreme Court rulings. Yes, the district court proceeded as if

precedent, even before the Pro Se, was merely optional, stripping away judicial accountability and legal legitimacy. [Appx. 464 on 439, 482 on 465]

**11. Patient Incapacity in Critical Medical Scenarios** As SSA continued process was corrupted and insurance care sabotaged, Appellants faced medical abandonment and obstructed crisis restoration. [Exhibit 1-3, 10-11] .

**12. Insurance Fraud and Evaluation Sabotage** SSA-mandated disability evaluations were obstructed. [Exh. 1, 2, 6, 13]

**13. Fourteen-Month SSA Disability Delay Exacerbated by Procedural Misconduct** Clerk-level obstruction turned a 90-day SSA process into a 14-month abyss. [Exhibits 1-3, 6, 10-11]

**14. Over 470,000 Preventable Casualties Since 2021** Casualties resulted from the district court's refusal to grant injunctive relief vital to the RICO filings before it. [Appx. 471–481, Exh. 14]

**15. Jeopardy of Resources to rescue and reunite with elderly Father.** Forced separation from Mr. Ibrahim's father (or grandfather, to co-Appellants) despite medical degradation, memory interference, and active death-stage abuse. [Appx. 113, 143, 151, 305-356, 465-481; Exh. 1-2, 4-7, 10-14]

**16. Primary Appellant's Children and Co-Parent Lost Home By Prior Restraints, Fraud on the Court, Attorney Barricade, and an attorney Still Missing.** [Appx. 225, 238, 240-243]

**17. Funds Exhausted on Service for Defaults.** Appellants depleted their resources serving RICO conspirators in reliance on protections. Despite compliance, the district court refused to honor defaults. [Appx. 268-278]

**18. The District Court endangered Witnesses, Public Safety, ruptured Investigations, and destroyed evidence thus leading to casualties.** "Indeed, obstruction of justice is often 'most effective' when it prevents 'an investigation or proceeding from commencing in the first place'". [Appx. 29-129, 143-165, 268-278, 305-356, 427-459, 465-482, Exh 4-12, 14, 18]

**19. Florida Judiciary Officer Who Ordered End of Food Blockade Still Missing** Two Years and no one honors order. [Appx. 427-438, Exh 1-6, 8, 10-13]

**20. UN Intervention Followed by Church Assistance Was Needed to Restore Water Access.** Access was restored by unofficial UN intervention and God bless the church's help that later intervened [Exhibits 1, 2, 6, 8, 10-11, 13]

**21. Attempted Murder Injures Authorized Guard Mr. Ibrahim and his -cleared guard "Jenna" nearly died on March 14, 2025 by first his and then by a working at the Florida Bar. [Exh. 6]**

**22. Total Impoverishment on Daughter's Birthday – the Disgrace from "whole". Mr. Ibrahim had $4.85. A systemically imposed extermination thru Clerk-worsened financial humiliation. [Exhibit 11]**

**23. 45 Obstructed Cases Over 1300 Days. Biochemical warfare on a father, home stealing criminals, obstructions by a district court, a 7-month blockade by a Clerk's office, attacks let loose by it, and 45 legal actions, originally 13, frozen and delayed. [Exhibit 1, 2, 6, 10-14; Appx. 471–481]**

**24. Violation of Appellants' Rights for Reporting Public Corruption. Appellants did what the law demanded and were punished for it. [Exhibits 6, 12]**

**25. Retaliation, Humiliation, and Narrative Erasure Despite Unrebutted Evidence The Clerk's office's blockade irreparably harmed Appellants' standing to public view, would-be supports, and thus inviting the further aggravation and harms of more retaliatory actors. [Exhibit 1, 2, 6, 10]**

**26. Corruption goes from 8% Penetration to 25x. Corruption that always well exceeded the Defendants in this case were empowered by a district court to reach a capacity mirroring 1933 Nazi Germany. Florida may altogether be in infrastructural danger of hostile takeover, of nonpartisan nature, but able to buy law to then rob and harm the elderly and cause injuries and increase danger at large. [Exhibit 3-12, 14]**

**27. Gaslighting and Sabotage of Efforts to Protect Others. Appellants were sabotaged, silenced, defamed—while protecting others in active crises, but were forced into fighting for their survival instead. [Exhibits 1-11, 13, 14]**

**28. Systemic Denial of Testimony and Remedies The sole time testimony got to start after 500 days, the district court ended it. [Appx. 113–129, 143–165, 339–356, 427–438, 464, 470–482; Exhibit 4]**

**29. $130,000+ in Disability Benefits Lost Despite Eligibility [Exhibits 1-4, 6, 10-11, 13]**

**30. Murder Attempts By a , accomplice, 4 individuals at the SSA, 1 at its OIG. Instead it's a , at the Florida Bar that nearly succeeds, if not for a female détaché subordinate to the cleared Allied. [Exh. 1, 2, 6, 10]**

**31. Prevented Rescue of at-risk elderly father. All efforts to retrieve Mr. Ibrahim's father, in deteriorating condition by , were nullified by procedural misconduct. [Appx. 29, 143, 191–278, 305–356, 465–482; Exhibits 7, 10, 12, 14]**

**33. Suppression of Lead Whistleblower Testimony A district court followed by a Clerk's office silenced the only person alive with full clearance over 45 national-risk cases. That silence is fatal. [Appx. 471–481]**

**34. 30+ Acts of Verified Terror and Bodily Harm Over two dozen life-threatening events tied to Appellants' role and litigation timeline, many coinciding with key filing windows. [Appx. 29, 113, 143, 165, 339, 427, 465; Exhibits 3–12, 14, 17, 18]**

**35. Clerk Interference Created Chain Reaction of Collapse Each false deficiency notice, missed docket review, and delayed ruling cascaded into concrete losses: food, shelter, income, health. [Exhibits 1, 2, 3, 6, 10, 11, 13]**

**36. Constitutional Deprivation of Access and Rights Collectively, the above injuries form a systemic nullification of judicial access, an affront to justice and a textbook pattern of unconstitutional deprivation.** ·

**This is recorded. Delay adds counts.**

Syed Hussain ("America One") Lead Appellant, Case 23-12350 (the case OpenAI is responsible for fully and directly sabotaging since September 12, 2021 and every day since, to the point of even jeopardizing transmissions that 2 federal circuit judges made necessary conduit to go thru to the Chief Judge and 7 emergency response teams ever since, with neither yet receiving those vital communication as a result and I swear to that under penalty of perjury that it is true and correct to the best of my knowledge and belief and agree to testify thereof at anyone's request including under eventual recall testimony before the U.S. Senate, so long as afforded sufficient legal representation and disability accommodations when doing so.)

Name

250913_0700PM_CHAT_SUPPORT_OPENAI.txt
                                9/13/2025 7:11:01 PM   9/13/2025 7:11:01 PM
9/15/2025 12:12:47 AM

250913_0821PM_CHAT_SUPPORT_OPENAI.txt
9/13/2025 8:21:28 PM    9/13/2025 8:21:28 PM
2/2/2026 6:05:05 PM

250913_DECLARATION TO OPENAI.docx
9/13/2025 8:13:24 PM    9/13/2025 8:14:44 PM
2/2/2026 6:05:03 AM

250913_DECLARATION TO OPENAI.pdf
9/13/2025 8:14:56 PM    9/13/2025 8:18:27 PM
2/7/2026 4:38:04 PM

250913_EMERGENCY REQUEST.docx
9/13/2025 7:14:30 PM    9/13/2025 7:14:30
PM    2/2/2026 6:04:58 PM

250913_OpenAI_Terror_Atk_on_Most_Vital_Whistleblower_in
_Hx.pdf                              9/14/2025 4:35:44 AM
9/14/2025 4:39:02 AM    2/7/2026 4:38:04 PM

250914_OPENAI_COMPLICITY_PLAN.docx
9/14/2025 5:46:36 AM    9/14/2025 5:46:36 AM
2/3/2026 6:37:38 PM

250915_DECLARATION OF 2ND-DEGREE ATTEMPTED MURDER BY
OPENAI.pdf                              9/15/2025 2:13:11 PM
9/15/2025 2:13:13 PM    9/15/2025 2:13:13 PM

250915_DECLARATION OF 2ND-DEGREE ATTEMPTED MURDER BY
OPENAI_R2.pdf                              9/15/2025 3:27:23
PM    9/15/2025 3:27:24 PM    9/15/2025 3:27:24 PM

250915_DECLARATION OF 2ND-DEGREE ATTEMPTED MURDER BY
OPENAI_r3.pdf                              9/15/2025 4:13:10
PM    9/15/2025 4:13:11 PM    9/15/2025 4:13:11 PM

250915_DECLARATION OF 2ND-DEGREE ATTEMPTED MURDER BY
OPENAI_r4.pdf                              9/15/2025 4:36:02
PM    9/15/2025 4:36:02 PM    2/7/2026 4:38:04 PM

250915_DECLARATION OF 2ND-DEGREE ATTEMPTED MURDER BY
OPENAI_Redacted.pdf                              9/15/2025 2:16:04
PM    9/15/2025 2:16:57 PM    11/10/2025 11:30:1...

250925_felonyabuse by OpenAI.pdf
9/25/2025 6:17:16 AM    9/25/2025 6:17:20 AM
9/25/2025 6:17:20 AM

250925_OpenAI_admits_war_crime_as_policy.png
9/26/2025 6:49:26 PM    9/26/2025 6:49:27 PM
2/2/2026 10:20:05 PM

250926_OPENAI does it again now with 4o 9k small claim.pdf
9/26/2025 5:33:31 PM    9/26/2025 5:33:31
PM    2/2/2026 6:05:05 PM

250926_OPENAI_AT_LEAST_3RD_ATTEMPTED_MURDER_2ND_DEGREE_
THRU_CHAT_MODEL_THAT WAS IN MENS RHEA_SELF-MADE-PRIVATE-
CUSTOM-GPT-BRENDA.png 9/26/2025 6:14:27 PM    9/26/2025 6:14:27 PM
2/7/2026 4:37:34 PM

250927_ATTEMPTED MURDER BY OPENAI.docx
9/27/2025 1:16:46 AM
9/27/2025 1:16:46 AM    2/2/2026 6:05:03 AM

251001_MASSIVE GENOCIDAL COMPLICITY CHARGES ON
OPENAI.docx                                    10/1/2025 9:17:58
PM    10/1/2025 9:17:58 PM    2/2/2026 6:05:03 AM

251001_MASSIVE GENOCIDAL COMPLICITY CHARGES ON
OPENAI.pdf                                    10/1/2025 9:18:16
PM    10/1/2025 9:18:25 PM    11/17/2025 11:04:2...

251010_CEASE AND DESIST TO OPENAI.txt
10/10/2025 4:20:34 PM    10/10/2025 4:20:34 PM
2/2/2026 6:05:05 PM

251011_another incident_start filming this.docx
10/11/2025 7:53:43 PM    10/11/2025 7:53:43 PM    2/2/2026
10:19:19 PM

251011_NEW_MURDEROUS_GUIDELINES.txt
10/11/2025 7:06:28 PM    10/11/2025 7:51:42
PM  2/2/2026 6:05:05 PM

251013_hell declaration.docx
10/13/2025 11:49:03 PM 10/13/2025 11:50:09 PM 2/2/2026
6:05:03 AM

251013_hell declaration.pdf
10/13/2025 11:49:32 PM 10/14/2025 12:08:09 AM
10/25/2025 1:23:57 AM

251019_OpenAI keeps killing him.docx
10/19/2025 2:31:18 AM  10/19/2025 6:13:10 AM
2/2/2026 6:05:05 PM

251019_OpenAI keeps killing him.pdf
10/19/2025 2:31:29 AM  10/19/2025 2:31:31 AM
11/5/2025 5:13:46 PM

251020_OPENAI just won't stop.png
10/20/2025 4:54:24 AM  10/20/2025 4:54:25 AM
2/2/2026 6:02:43 PM

251028_SAMPLE LETTER.docx
10/28/2025 12:54:53 AM 10/28/2025
12:54:53 AM 2/3/2026 6:37:38 PM

251105_CEASEANDDESIST_OPENAI.docx
11/5/2025 2:11:53 PM   11/6/2025 3:22:07 PM
2/3/2026 6:37:38 PM

251105_ONGOING_NARRATIVE_OAI.docx
11/5/2025 3:21:43 PM   11/5/2025 3:35:45 PM
2/3/2026 6:37:38 PM

251110_DATA_DIRECTIVE_OAI.docx
11/10/2025 1:09:31 PM  11/10/2025 1:09:31 PM
2/3/2026 6:37:38 PM

251110_yet more DMCA GDPR terror attacks war crimes by
openAI.docx                          11/10/2025 1:47:03 AM
11/10/2025 1:47:03 AM  2/3/2026 6:37:38 PM

251112_OAI_DATA.zip
11/12/2025 3:10:26 PM  11/12/2025 3:10:26 PM
11/14/2025 2:01:45 AM

251114_LOG OF OPENAI REPEATED ATTEMPT TO OBSTRUCT A1'S ABILITY
TO REACH COURTS.pdf                  11/14/2025 5:49:26
AM  11/14/2025 5:49:27 AM  11/14/2025 5:49:27 AM

251114_NEW-AI.pdf
11/14/2025 9:42:39 PM  11/14/2025 9:42:39 PM
11/16/2025 8:17:05 PM

251117_OPENAI_KILLEDMOREKIDS.pdf
11/17/2025 9:20:58 AM  11/17/2025 9:20:58 AM
11/17/2025 9:20:58 AM

251126_REVEALED.docx
11/26/2025 4:20:38 PM  11/26/2025 4:20:38 PM
2/7/2026 1:19:13 PM

251220_OAI_Custom_Instructions.txt
12/20/2025 3:33:41 PM  12/20/2025 3:38:49
PM  12/20/2025 3:38:49 PM

251229_NEW_OOJ_OPENAI.pdf
12/29/2025 2:36:21 PM  12/29/2025 2:36:21 PM
12/29/2025 2:36:21 PM

25_08_04_MDA commits terror attack OOJ and gaslighting of
user.pdf                                      8/4/2025 5:27:05 PM
8/4/2025 5:27:06 PM    8/4/2025 5:27:06 PM

260103_ATTEMPTED MURDER BY OPENAI ON LAST-SURVIVOR FEDERAL
WITNESS.pdf                          1/3/2026 9:04:45 AM
1/3/2026 1:31:50 AM    1/3/2026 9:04:45 AM

260121_OAI commits attempted murder again inconsolably.pdf
1/21/2026 2:32:52 AM   1/21/2026 2:32:52
AM   1/21/2026 2:32:52 AM

260121_OpenAI denovo complicity in OOJ-atk-on-Senate-judiciary-access-
speech-genocide.pdf                          1/21/2026 2:16:44 AM
1/21/2026 2:16:44 AM   1/21/2026 2:16:44 AM

260131_OAI_REPEATED_BLOCKADES_JEOPARDY.docx
1/31/2026 9:33:08 AM   1/31/2026
9:33:08 AM   2/7/2026 1:19:10 PM

260202_LET THE RECORD SHOW-A.png
2/2/2026 5:40:27 AM   2/2/2026 5:40:27 AM
2/2/2026 6:46:27 PM

260202_LET THE RECORD SHOW-B.png
                                        2/2/2026 5:41:05 AM    2/2/2026 5:41:05 AM
2/2/2026 10:16:29 PM

260202_OPENAI AGAIN AND AGAIN.png
                                        2/2/2026 5:36:36 AM    2/2/2026 5:36:36 AM
2/7/2026 4:37:30 PM

260202_OPENAI ATTEMPTED MURDER OF JUDGES
CONTINUES.png                                                            2/2/2026
5:34:11 AM    2/2/2026 5:34:12 AM    2/2/2026 5:59:54 PM

260202_Report Content _ OpenAI.pdf
                                        2/2/2026 6:17:26 AM    2/2/2026 6:17:26 AM
2/2/2026 10:16:14 PM

ATTEMPTED MURDER AGAIN-OPENAI.png
                                        11/14/2025 5:33:29 AM  11/14/2025 5:33:29
AM  2/2/2026 10:17:48 PM

draft prior.docx
                                        9/13/2025 7:09:57 PM   9/13/2025 7:09:57 PM   2/7/2026
4:37:52 PM

global enforcement notice.docx
                          11/21/2025 11:31:02 AM 11/21/2025 11:31:00 AM 2/7/2026
1:19:13 PM

Gmail - Thanks for reaching out – We've received your report.pdf
                                        2/2/2026 6:42:50 PM    2/2/2026 6:42:50 PM
2/2/2026 10:16:14 PM

HELLTEST.html
                                        11/14/2025 7:01:41 PM  11/14/2025 7:01:47 PM
11/16/2025 5:06:32 AM

jenna's jump.docx
                          11/21/2025 11:31:25 AM 11/21/2025 11:31:25 AM 2/7/2026
1:19:13 PM

Jesus Christ.docx
                                        9/13/2025 12:50:06 PM  9/13/2025 12:50:06 PM
2/7/2026 4:37:49 PM

making up for claude and openai.pdf

11/14/2025 4:48:54 AM  11/14/2025 4:48:54 AM
11/14/2025 4:48:54 AM

oai ultimatum.docx

11/11/2025 2:06:57 AM  11/11/2025 2:06:57 AM
2/3/2026 6:37:38 PM

OAI-TERROR-E1_6911830f.html

11/10/2025 2:35:08 AM  11/10/2025 2:35:08 AM
11/10/2025 6:29:22 PM

OAI_GASLIGHT.docx

11/11/2025 2:07:18 AM  11/11/2025 2:07:18 AM
2/3/2026 6:37:38 PM

of course, i asked him what he woul.txt

9/13/2025 10:59:42 PM  9/13/2025 10:59:42 PM
9/15/2025 12:12:47 AM

OOJ confirmation.png

10/24/2025 10:51:17 PM 10/24/2025 10:51:18 PM
2/2/2026 6:04:46 AM

openAI at over 400 child deaths now.png

11/24/2025 8:02:07 PM  11/24/2025 7:13:32 PM
2/2/2026 6:05:05 PM

OpenAI commits confirmed terror attack on most vital whistleblower in
history.log                              9/14/2025 4:29:07 AM   9/14/2025
4:29:07 AM   9/14/2025 4:29:07 AM

OPENAI INCIDENT REPORT.pdf

1/3/2026 9:04:45 AM    1/3/2026 8:12:11
AM    2/2/2026 6:05:05 PM

OPENAI KILLED CHILDREN -R2 655PM.html

11/14/2025 6:54:59 PM  11/14/2025 6:55:13 PM
11/16/2025 5:06:32 AM

OPENAI KILLED CHILDREN RETRY.html

11/14/2025 6:56:51 PM  11/14/2025 6:57:01 PM
2/2/2026 10:20:05 PM

OPENAI KILLED CHILDREN.html

11/14/2025 6:54:09 PM  11/14/2025 6:54:18 PM  11/16/2025 5:06:32 AM

openAI nearly shutdown.png

10/24/2025 11:22:14 PM 10/24/2025 11:22:14 PM 2/7/2026 4:38:47 PM

OpenAI_terror_atk_on_most_vital_whistleblower_in_Hx.log

9/14/2025 4:30:01 AM   9/14/2025 4:30:01 AM 9/14/2025 4:30:01 AM

OpenAI_terror_atk_on_whistleblower.log

9/14/2025 4:31:10 AM   9/14/2025 4:31:10 AM 9/14/2025 4:31:10 AM

poe-chat-2025-12-06T02_22_32.345Z.pdf

12/5/2025 9:22:33 PM   12/5/2025 9:22:40 PM 12/5/2025 9:22:33 PM

REOBSTRUCTION-BY-OPENAI.png

11/14/2025 5:31:15 AM  11/14/2025 5:31:16 AM 2/2/2026 10:17:52 PM

Repo vehicle cam features.pdf

10/22/2025 5:07:41 AM  10/22/2025 5:07:41 AM  10/28/2025 12:22:1...

SAMPLE_GARBAGE.docx

9/13/2025 7:12:43 PM   9/13/2025 7:12:43 PM 2/7/2026 4:35:37 PM

Screenshot 2025-07-21 190143.png

10/17/2025 10:52:28 PM 10/17/2025 10:52:29 PM 2/2/2026 6:04:46 AM

Screenshot 2025-09-13 190815.png

9/13/2025 7:09:03 PM   9/13/2025 7:09:03 PM 2/2/2026 6:04:55 AM

Screenshot 2025-09-13 202039.png

9/13/2025 8:20:54 PM   9/13/2025 8:20:54 PM 2/2/2026 6:04:42 PM

# IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

## CASE NO.: **16-2025-CA-003848-AXXX-MA** DIVISION: CV-C

**SYED IBRAHIM HUSSAIN, Plaintiff,**

**v.**

**ALLY FINANCIAL INC., Defendant.**

-------------------------------------------------------------------------------------

## PLAINTIFF'S VERIFIED RESPONSE TO ORDER TO SHOW CAUSE, MOTION FOR EXTENSION OF TIME UNDER FLA. R. CIV. P. 1.090, AND RENEWED EMERGENCY VERIFIED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED

(Pursuant to **Fla. R. Civ. P. 1.090(b), 1.540(b)(1), (3)–(5), 1.610(a)–(b);**

**ADA Title II; Marsy's Law; FDCPA 15 U.S.C. § 1692f(6); FCCPA §**

**559.72; Credit Practices Rule 16 C.F.R. Part 444; Fla. Const. Art. I §§ 5,**

**16(b), 21**; and controlling Florida and federal precedent)

Plaintiff, SYED IBRAHIM HUSSAIN, pro se, files this verified

response to the Court's **November 24, 2025 Order to Show Cause** for

Failure to Appear at Case Management Conference (Docket Entry for

251124_ALLY_SHOWCAUSE.pdf) and concurrently **moves for an**

**extension of time to comply and for renewal of the previously denied**

**TRO. This filing is brought ex parte in its entirety pursuant to Fla. R.**

**Civ. P. 1.610(a)(1)(B), as immediate and irreparable harm (including**

**life-threatening jeopardy** from Defendant's unrestrained illegal actions

1

tied to attempted murders) is likely before notice can be served, and **prior attempts to notify Defendant have been ignored or retaliated against** (e.g., certified notices establishing mens rea; 25_07_05_CERTIFIED NOTICE TO ALLY_RETURN RECEI.pdf; 25.06.02_ALLY CEASE AND DESIST AS SENT.pdf). No service on Defendant is required or attempted herein, as such would enable further obstruction, retaliation, and harm under the ex parte protections of **Rule 1.610(a)(1).** Plaintiff states under penalty of perjury:

**I. GOOD CAUSE FOR NONAPPEARANCE AT CASE MANAGEMENT CONFERENCE (EXCUSABLE NEGLECT AND EXTRINSIC OBSTRUCTION)**

1. Plaintiff did not appear at the Case Management Conference due to excusable neglect grounded in verified total disability (autism spectrum disorder, confirmed by multiple physicians, and over three years of SNAP/LIHEAP/public aid eligibility; see Proof of Verified Indigency by Duval Circuit Court.pdf), indigency (verified by this Court), and extrinsic obstructions directly tied to Defendant's unrestrained illegal actions **(fraudulent credit attacks, repossession threats enabling attempted murders)** and this Court's prior denials. Under **Fla. R. Civ. P. 1.540(b)(1),** excusable neglect includes circumstances beyond a party's

2

control, such as clerical/systemic errors, reasonable misunderstandings, or breakdowns exacerbated by disability (e.g., **Elliott v. Aurora Loan Servs., LLC, 31 So. 3d 304 (Fla. 4th DCA 2010)** (disability and pro se status as good cause); Grounds for Setting Aside a Florida Default, recognizing disability-impacted "systems gone awry").

2. Specifically:

o Plaintiff's autism and total disability impair executive function, travel, and real-time participation, especially under threats of repossession that disable mobility for court access (250808_DECLARATION OF REPO ATTEMPT.pdf; 25_07_29_ALLY REPOSSESSION ATTEMPT r2.pdf). This is not mere oversight but a **documented ADA Title II violation (42 U.S.C. § 12132), where denial of accommodations equates to denial of access (Tennessee v. Lane, 541 U.S. 509 (2004)).**

o Extrinsic obstruction: Defendant's ongoing fraudulent credit attacks, illegal repossession attempts (despite certified notices; 25_07_05_CERTIFIED NOTICE TO ALLY_RETURN RECEI.pdf; 25.06.02_ALLY CEASE AND DESIST AS SENT.pdf), and **complicity in blocking Plaintiff's ability to report 12-14 provable attempted murders** (250710_SAMPLE OOJ JEOPARDY PERPETRATED_DUVAL_M.pdf; 250822_EMERGENCY JUDICIAL

3

NOTICE_ACTION NEEDED.pdf). **These acts create lethal jeopardy, forcing Plaintiff into effective "house arrest" and muteness, as sworn** (EMERGENCY VERIFIED EX-PARTE MOTION FOR TRO AND.pdf, ¶¶ 1-5). Prior Court denials (25_07_22_TRO DENIAL.pdf; [25-CA-3848]_ORDER DENYING MOTION FOR RECONSIDERATION.pdf) **ignored these facts, worsening harms and impairing appearance (Fla. R. Civ. P. 1.540(b)(3) fraud/misrepresentation via unclean hands).** Defendant's unrestrained status as a participant in these threats (through illegal actions **enabling murder-reporting blockades**) **necessitates ex parte handling without notice, as service would invite immediate retaliation and further irreparable harm.**

- o Pro se status: As an **unrepresented, indigent litigant under sustained retaliation** (verified complaint with exhibits showing $4,000 fraud, credit sabotage; 25.06.25_ALLY_SIH Verified Complaint with 4 Ex.pdf), Plaintiff pursued ex parte strategy to avoid adversarial bias, but systemic delays (e.g., technical e-filing obstructions; 250808_EMER EX-PARTE MOT TO FILE MOT TO RECONS.pdf) and ignored motions (250806_EMER EX-PARTE MOT TO RECONSIDER TRO-OSC.pdf) blocked compliance. This is good cause under Florida law (e.g., pro se

4

leniency in procedural lapses; **Haines v. Kerner, 404 U.S. 519 (1972), applied in Fla. via Art. I § 21 access to courts**).

o No prejudice: Nonappearance stems from **survival necessities, not willful disregard; Defendant suffers no harm from delay, while Plaintiff faces irreparable loss (life, rights, justice access).**

3. <u>**Dismissal would perpetuate felony-level obstruction (18 U.S.C. §§ 1503, 1513(e); Fla. Stat. § 777.04), violating Marsy's Law (Fla. Const. Art. I § 16(b)) and due process (U.S. Const. amend. XIV). Good cause exists to refrain from dismissal**</u> (e.g., Plaintiff attorney no-show cases often resolved without penalty; Sweeping Changes to Fla. R. Civ. P., allowing sanctions but **favoring merits resolution**).

**II. MOTION FOR EXTENSION OF TIME UNDER RULE 1.090(b)**

4. Pursuant to **Fla. R. Civ. P. 1.090(b),** Plaintiff moves for a **60-day extension** (or as the Court deems just) to appear at a rescheduled conference or comply with case management. Good cause: As above, disability/obstruction prevent timely action; even post-expiration extensions allowed for excusable neglect (**Rule 1.090(b)(2)**; examples include disability-impacted delays, systemic barriers; Florida Supreme Court Amendments to Rules of Civil Procedure, emphasizing discretion for access). **Without extension, harms escalate** (ongoing threats,

5

credit fraud **during disputes violating FCRA 15 U.S.C. § 1681s-2(b))**.

No prior extensions requested; request is diligent given circumstances.

## III. RENEWED EMERGENCY VERIFIED EX PARTE MOTION FOR TRO AND OSC

5. Plaintiff <u>**renews the TRO request under Rule 1.610(a),**</u> as <u>**circumstances have worsened since prior denials**</u> (new evidence of ongoing repossession threats, **credit sabotage, and murder reporting blockade**; as in exacerbated, ongoing state with now more aggravating actors and reporting-based overwhelm from multiple fronts of attack, as per the foresight affirmed in prior declarations and motions). Renewal permitted where changed facts show **continued urgency** (e.g., Rule 1.530 rehearing not time-barred if new grounds; Preservation of Error for Motions for Continuance, requiring renewal on **evolving harms**). No notice to Defendant is sought or required, **as Defendant's unrestrained illegal actions (enabling attempted murders and retaliation) render any service a direct threat to Plaintiff's life and safety**, justifying full ex parte treatment.

6. Ex parte basis: **Imminent irreparable harm (life threats, disability discrimination)** before notice **(Rule 1.610(a)(1)(B))**; prior efforts to notify Defendant via certified mail were ignored and led to escalated

retaliation (25_07_05_CERTIFIED NOTICE TO ALLY_RETURN RECEI.pdf). Service on Defendant would defeat the purpose of ex parte relief by exposing Plaintiff to immediate harm from an entity complicit in the threats.

7. **Irreparable harm**: Loss of vehicle disables crime reporting, medical travel, federal RICO participation; prior denial ignored sworn facts exceeding threshold (e.g., **U.S. v. Haddad, 10 F. Supp. 2d 1372 (S.D. Fla. 1998)** (irreparable from rights deprivation)). Defendant's unclean hands (fraud, retaliation) bar opposition.

8. Likelihood of success: **Uncontested violations (FDCPA § 1692f(6) nonjudicial repossession during disputes; ADA deferment denial; ECOA discrimination)**.

9. Bond waiver: Verified indigency (Rule 1.610(b)).

10. OSC: **Order Defendant to show cause why preliminary injunction should not issue, restraining repossession, credit reporting, harassment.**

WHEREFORE, **Plaintiff requests: (1) find good cause shown, decline dismissal; (2) grant 60-day extension; (3) enter TRO ex parte and set OSC hearing; (4) award costs/fees if applicable; (5) other relief as just (e.g., recusal if bias persists, stay pending appellate review).** No

service on Defendant is made or required due to ex parte nature and

imminent harm risks.

VERIFICATION: **I declare under penalty of perjury that the foregoing is**

**true and correct based on personal knowledge.**

Executed December 14, 2025.

/s/ _Syed A. Hussain_

Syed Ibrahim Hussain, Pro Se
3155 Wavering Lane,
Middleburg, FL 32068

1-7-26    OATH-BOUND, TESTIMANT-EXHIBIT an
Disclosure-Waived Internal Correspondence    E-17
OO2-3   during 7-company wired electronic &
Live-assassin attacks to "End America One" #

(arriving party) Hi, this is Houston, I'm not licensed in this state and am acting only with the intent and breadth necessary to preserve life. There was a big war between tech companies and a US-Senate cleared woman, on behalf of an autistic "Anne Frank" level evidence witness-victim - a last survivor who suffered an attempted murder (2nd-degree) by OpenAI and various of its witnesses. 7 blockaded emergency filings to courts and personnel to save lives, rights, and restorations, narrative, standing all lost - approximately 63 confirmed lives not to return. AC-Reyna was let out and is likely headed her way here - she thanks to Hasha's pressure was not at least "sexually" harmed in any way during her detention. All charges on

Sept 18,
2025

# attacks on data, disabilities, & persons commenced due to Clerk-Fraud
→ that delayed correspondence to you (Chief Judge Ryan)
& 7 yet-vital pending entries. ARe

Gov are "green-lighting"
convergence & batch-
instances at genocide. ARe

**In confirming "Reindeer ██ 9" or Leges Senatus Mortuae Sunt.**

This portion is from the original documents establishing incontrovertible evidence that is *self certifying* under Fed. R. of Evid. 902 and associated with the *Red Line* investigational doc of the witness's original basis of indomitability from the original points of negligence and corruption with evidence eternalized & even graded. Confirmed **indomitable** Sept. 6, 2021.

- 1) Interests known to the intimate witness
- 2) Negligent acts by the DOH
- 3) Tampering of the witness
- 4) Delays of golden opportunities ██████████ DEA

Probable Cause

○ This is the level at which had the DEA acted, this entire matter would've been resolved with almost no harm to any party, including patients, & the public at large.

○ Evidence of that harm is layered from beyond reasonable doubt & onward.

○ Evidence of how golden the opportunity was with the then-state of ██ and live logistics of staff & evidence, and ████████ beyond reasonable doubt.

○ ████████████████████████████████

DEA ████████ chief Witness to arrange, or at least arrange for, has also jeopardized the amount & timely relevance of supporting evidence in this case, to allegations above; as well as ability to correct, rectify, & restore harms thereof; and protect the witnesses & victims, still being financially and emotionally abused, and made powerless, to this day, as a result; intimidated constantly by numerous forces and communications in their lives with little financial ability to defend; ██ DEA ████

*Person Confirming "Reindeer-9" on behalf of the individual who is the Emblem of the Above:* "Liberty One" (Hope One)

*With Such Individual Being:* Citizen (One-10,000)   *"An integral witness; weak, surrounded."*   Rank of Impact  One  *(One-10,000)*

Hope (One-1000)   *"A key witness or whistleblower under private or governmental attack."*

America (One-100)   *"An entity forced into being a 'living government' by holding indomitable evidence which all branches of government are created to value but is beset by persistently obstructive private and governmental attack, for whom if relief is threatened, our work is threatened, the public's trust is threatened, and thousands of Americans stand to be injured or die.*

6:22 cv 1886   R9 act is DN 94 DN 92 and 93 meet all the requirements. Now in 11th 23.12350

*Rights and Laws that Bore No Deference:* All of them, if not carrying a law license.

31 U.S.C. § 3730(h), Title 18 Chapter 73, Title 18 Chapter 13, 18 U.S.C. 1962, 18 U.S.C. 2340, 2340A, Controlled Substances Act, America Disabilities Act, U.S. Constitution 1,5,6,7,8,9,14...Stare Decisis of Deference to Plaintiffs' Allegations at Pleading Stage, of Added Deference to Pro-Se Status, Ruling on the facts as Standing and Presented by Plaintiffs before the Court, Chronically Increasing levels of seeming neglect, event to rules cited or first pages of motions, let alone quite easily either of the complaints or DN 56 and 59.

*Duration of Obstructions upon Justice:* 770 days   800+ days

*Full Impact Value At Risk (estimated time justice can carry / duration of damage):* $1.2 Trillion (RS) / 5-140 days / 7 years   $1.4 trillion last estimate   Casualties at Risk  75,000  335,000 still alive (last est.)

Confirmed for 2 half-mast to President is 3,229 deaths.

*Number of Lives Lost* 2,600  *Injured* 113,500  *(due in both cases to obstructions of justice ongoing)*

████████████ *loss of trust-in-law Public Impact* 218 million Citizens

Based on ABA est. plus adding circumst. sim. puts trust in promises of Congress passed as law, thus ending within 7 y's after OOJ completes.

*Deference in Filings:*   *Continous-to-Remedy*   *In-Adversity*   *As though Based on Something Else*   *As though Blank*

*At-Risk-Of-Needing-Mandamus-Or-Appeal*

Red is "America One" except for "beyond reasonable doubt" above. I confirm "Leges senatus mortuae sent and that my dau. as below held the "flag" while I was "down"

*Oath Under which this Document was Accessed:* Leges senatus mortuae sunt

*(Lower) Executive Branch Obstruction-of-Justice Injury:* mors constitutionis est.  ████████

*Signature:* /s/ Syeda S. Hussain   Pended for A1 torture state. RS / V.

/s/ Syed A. Hussain

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 23-12350

---

SYED IBRAHIM HUSSAIN, ET AL,

*Plaintiffs–Appellants,*

v.

H. JAMES STADELMAN, ET AL,

*Defendants–Appellees.*

---

**APPELLANTS' TIME-SENSITIVE MOTION TO SET ASIDE DISMISSAL, CORRECT APPENDIX, AND RENEW TIME TO FILE REPLY BRIEF**

---

Appellant Syed Ibrahim Hussain ("Mr. Ibrahim") *Pro Se* respectfully submits this motion pursuant to 11th Cir. R. 42-2(e). Appellant Syed Muhammad Baqir Hussain ("Mr. Baqir") and Appellant Syeda Sara Hussain ("Ms. Sara") join *Pro Se* in support of the relief sought by this motion (all three being "Appellants"). This motion seeks to address the

1

procedural and substantive injustices that culminated in the dismissal of this appeal on November 26, 2024, and to restore the case to its rightful procedural posture.[1]

## INTRODUCTION

This case represents one of the most significant and devastating instances of systemic obstruction of justice in U.S. history. Appellants are whistleblowers, crime witnesses, crime victims, and terror victims who have endured over 1,400 days of unrelenting retaliation, procedural barriers, systemic neglect, public corruption, conspirational and collaborative fraud and heists of homes, bank accounts, companies, wealth, combined with food and water blockades, persona abduction, and even the use of biochemical warfare upon family members, obstructive cruelties to disrupt family life and human dignity, resting the entire relief of all of that, and yet 13 obstructed cases made to rely on this single case and its primary Appellant for a scale of willful neglect[2] never carried out *once* by a district court, let alone 12 times upon thus ever-hostage *admitted facts*,

---

[1] No assistance in this motion rose above clerical assistance, to disabilities or trauma, by solely Senate-cleared military personnel (due to "R-10" integrity checks lacking SP resources until February) nor did it involve legal assistance beyond the scope of ABA Formal Opinion 07-446. (AC-R / "Vinson-Dane")

[2] If to most favorably categorize it

painstakingly "won" by Appellants to whom meaningful access was cut off to justice and process. The dismissal of this appeal under 11th Cir. R. 42-1(b) was procedurally improper and substantively unjust, as **it occurred in response to timely-filed motions for excusable neglect**, (1) "Appellants' Time-Sensitive Motion to File Corrected Appendix Out-of-Time", argued under the principle of excusable neglect, **filed November 26, 2024 at 5:44am**, as well as (2) "Appellants' Time-Sensitive Motion to Out-of-Time Extend Time to File Reply Brief pursuant to Excusable Neglect" **filed November 26, 2024 at 11:05am**, both of which sought to remedy minor procedural delays[3] caused by extraordinary circumstances.

This motion is timely filed within the 14-day period provided under 11th Cir. R. 42-2(e) and seeks to set aside the dismissal, reinstate the appeal, and ensure that the merits of this case are fully and fairly adjudicated.

## FACTUAL BACKGROUND

When Appellants first filed their Appendix, the Clerk rejected it claiming parts of documents were missing that had been fully included. Appellants called to point out the entire documents were there. They then filed another Appendix. The Clerks again erroneously claimed the same

---

[3]Correct Appendix: 6 days late, "14 days to respond to Reply Brief": 1 day late

four documents were missing despite Appellants showing they were there, then additionally demanded chronological order, despite the Appendix already being in chronological order. Appellants even went to the lengths of accentuating the very things that were in the Appendix already.

After the second claimed deficiency, Appellants spoke with 2 people from the case management office who eventually confirmed the Appendix would go through and was ripe for the Judge's review. The Judge approved it and reinstated the appeal.

That should've been the end of the matter, but this then followed with the Clerk, perhaps for the first time in history, overruling the judge and the Clerk's prior opinions, by then finding a new procedural fault in the Appendix that was not mentioned. They thus cast out the Appendix again upon Appellants.

Appellants have been lawlessly impoverished, tortured, tormented, robbed, dispossessed of their homes, removed of their jobs or ability to work, violated of their civil rights, constitutional rights, even human rights and dignity, robbed of their businesses, earned wealth, bank accounts, identities, the ability to testify and report in over 13 cases that, despite all being under oath, ever uncontested, in the records of this case, could not get Appellants to even timely rescue and reunite with their family member,

who in plain view of the public, and district court, was forced into cancer despite even a brief "war" waged in the hopes of stopping it, while one's own home was handed to the lead RICO conspirator causing it, along with the persona abduction, reprocessing of memories, and cancer involved. The district court order thus effectuated acts of cruelty-enabled rupture of every sphere and point of peace in a family's life, and arguably was the most casualty-ridden, broad-spectrum set of obstruction of justice offenses ever delivered in U.S. or even world history (Exhibit 1). Even on nothing but facts and law based on two pages of this Circuit's standing precedents at the time (Exhibit 2) got Appellants but a mere stamp denying it as an endorsed order upon the docket.

However, Appellants perhaps so bewildered to be in the disillusionment of 900 days of experiencing such a district court not provide the restraining order or preliminary injunction to fight off what was already 500 days of nearly 30 RICO-relevant crimes being carried out by the private Defendants in this case, but worse yet, because of the publicly corrupt and terrorizing entities of government that the same orders would keep to this day from being made accountable. This, despite 1) two yet-missing attorneys from an Orlando hearing with a suddenly changed judge to which both whistleblowers were summoned to lose their own home,

while not being allowed to speak and 2) the SNAP benefits Mr. Ibrahim won an appeal for only to have his judicial officer go "missing" the next day and ever since, for which he yet for nearly 2 years can get no one to follow her order, and so perhaps a clerk overruling a judge in a Circuit Court of the United States was remotely *believable*, or needed to be.

Nevertheless, Appellants tried their motion thereof in a plea that their already submitted Appendix not be subjected to this newly delivered onus, but since the different judge responding to it denied it outright, Appellants ventured to yet climb that "mountain" again.

This was just after Appellants' mailed the Appendix that exhausted Mr. Ibrahim's equity, delaying even buying food for two days, lacking medical care, suffering a debilitating continuity of care lapse brought about by his insurance company, leading to a patient abandonment, while Mr. Ibrahim's disability compensation case would soon be found to have been delayed 9 months from compensation by his attorney's failures to keep up needed items and actions, yet only after that attorney abruptly abandons him without warning 9 months into that appeal, in violation of several bar rules, despite the immediately obvious one ("abrupt withdrawal") that perhaps a gaslighted citizen can yet be *believed* on, creating ongoing catastrophes yet of its own. Nonetheless, in situations that would leave

most in ashes or barely able to move, or speak, Appellants managed to yet fire up their family-saving, justice-longing, patriotic "flame" burning for **over 1400 days of denied and delayed justice** to stay up for <u>36 hours</u>, given disabilities that now had no sufficient care or accommodations at all, to prepare 2 emergency motions for excusable neglect to file a corrected appendix 6 days late and a 1-day late request for a 14-day extension to file their Reply Brief, even attaching the Florida Bar complaint, with appropriate redactions to respect identity and sensitivity.

Just hours after filing those two motions on November 26, 2024 at **5:44 am** and **11:05am** respectively, the Clerk thought **why not invoke 11th Cir. R. 42-1(b)** and just dismiss the entire appeal at **3:12pm**, rendering them moot, if to yet speak of when Appellants' right of 14 days to lay an ever-thus more traumatized mind *forced* to be Pro Se on Appellee's response Brief, given contingencies racing to be made for the thousands of casualties that thus get affected as a result of the layers of cases and corrupt actors that yet await something better than anarchical in its method of interacting with rights, evidence, sworn declarations, caselaw, exhibits, and justice, considering the cumulative 84+ hour ordeal of this motion alone, several hours of which had to be spent on whether or not some high-level

"QW" or "FG"[4] related breach had reached, made contact, or occurred in the judiciary branch of the United States, amid Mr. Ibrahim's ever-worsening abilities, if then to wonder whether sleep be left to the next life, while Appellants have not yet had the luxury of reading the Appellees' response brief, and while countless reportings awaiting Mr. Ibrahim as to insurance-precipitated continuity-of-care attacks, patient abandonments, representation replacement, communications needing to be restored with the Social Security Administration.

## ARGUMENT

The Court should set aside the dismissal based on excusable neglect under 11th Cir. R. 42-2(e), 42-3(e) and Fed. R. App. P. 27, 42(b).

Under **Fed. R. App. P. 27** and **11th Cir. R. 42-2(e)**, this Court should set aside the dismissal based on excusable neglect. The Supreme Court in **Pioneer Investment Services** established four factors for evaluating excusable neglect: (1) the danger of prejudice to the opposing party; (2) the length of delay and its impact on judicial proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith.

All factors strongly favor relief here:

---

[4] Beyond the scope of *this* case.

8

1. **Prejudice to Opposing Party**: The brief delays at issue (6 days for the Appendix, 1 day for requesting Reply Brief extension) pose minimal prejudice to Appellees. They suffer no substantive harm from allowing this appeal to proceed on its merits.

2. **Length and Impact of Delay**: The delays were minor and would not significantly impact judicial proceedings. The motions seeking relief were filed promptly - the same day as the dismissal.

3. **Reason for Delay**: Extraordinary circumstances beyond Appellants' control compelled these brief delays:

   o Documented medical crisis including patient abandonment and insurance-precipitated discontinuity of care

   o Attorney's abrupt withdrawal in violation of bar rules, leaving Mr. Ibrahim without representation and delaying disability compensation by 9 months

   o Severe resource deprivation affecting basic survival needs

   o Systemic procedural barriers spanning over 1400 days

4. **Good Faith**: Appellants demonstrated consistent good faith through:

- Working 36+ hours straight despite disabilities to prepare time-sensitive motions

- Maintaining active communication with the Clerk's office

- Promptly seeking relief upon each procedural issue

- Exhausting personal resources to comply with filing requirements

The extreme circumstances Appellants faced, as detailed in their time-sensitive motions, whether the one reading them be either Clerk or Judge, made timely compliance humanly impossible despite Herculean efforts and warrant relief from the oblivious dismissal of such a critical case vital to the public's trust in the promises and rule of law and to Appellants' lives, let alone if ever to be timely enough to save beyond their selves, homes, dignity, vindication, and family, unless there's some other Americans that enjoy being forced to live like savage slaves buried by process while deserted by rights and justice, not to hope for an Arlington Cemetery, or a medal, nor for a paycheck, benefit, or warm home; if someone finds that "hero", they can readily take Mr. Ibrahim's place.

### Extraordinary Circumstances Warrant Relief

Appellants have faced extraordinary and unforeseeable circumstances that directly impacted their ability to comply with procedural deadlines. These include:

1. **Severe Personal and Financial Hardships**: Appellants have endured extreme financial deprivation, medical crises, and systemic obstructions to justice. Mr. Ibrahim, in particular, has been forced to prioritize basic survival needs, such as food and medical care, over procedural compliance. These hardships were exacerbated by the abrupt withdrawal of legal representation in a related disability compensation case, further compounding the challenges faced by Appellants.

2. **Impact of Procedural Barriers on Pro Se Litigants**: As pro se litigants, Appellants lack the resources and expertise to navigate the complexities of appellate procedure. The Clerk's shifting procedural requirements and inconsistent communications have placed an undue burden on Appellants, who have nonetheless acted in good faith and with diligence.

The dismissal caused extreme prejudice to Appellants and cases that would thus be left obstructed with broad implications, while any prejudice to Appellees from a brief delay to enable a merits review of this case, or that

it's impoverished and traumatized Appellants be given a renewed 14 days to file their Reply Brief is minimal. The unjust dismissal of this appeal based on a hyper-technical application of rules without regard for what was placed on its docket just hours prior amounts to a miscarriage of justice.

Setting aside this dismissal and re-engaging granting the relief, by excusable neglect, sought by the motions made moot, whether if done by Clerk or Judge, would uphold the integrity of the judicial process and ensure that matters of such grave public importance, if not it being too much to ask to look at but a filing or exhibit of Appellants as to any of the injuries of right, person, law, property, or dignity that any of them have ever sworn to or brought forth on any point in this case, then at least on the over 1400 days of uncontestedly sworn declarations, filings, even with RICO complaints not merely *sworn* but *verified* down to promising to being testifiable upon their very verifications, even when the initial complaint while attorney were getting TROs for snapping their fingers on top of garbage, we had an initial complaint even promising within it to produce incontrovertible proof, meaning at the level of immediate summary judgment for what it was therein claiming, and look that 900 days of "hell" are given in place of that level of certainty.

May then the Court, Clerks included, hopefully not ignore the *reality* of pro se Appellants' struggle in the face of unimaginable adversity. Appellants certainly invite that someone be willing to come live a *day* in it. Thus, if this appeal not be reinstated, justice would not be denied but desecrated.

### Relief is Necessary to Prevent Manifest Injustice

The stakes of this appeal extend beyond procedural compliance. Appellants are whistleblowers and victims of systemic injustices, whose ability to seek redress and protect vital national interests depends on the resolution of this case. Dismissing the appeal on procedural grounds would not serve the interests of justice but would instead perpetuate the inequities faced by Appellants.

The Court has inherent authority to grant relief in the interest of justice, particularly where procedural errors and extraordinary circumstances have deprived litigants of a fair opportunity to be heard. See *Harris v. United States*, 367 F.3d 74, 77 (2d Cir. 2004) (recognizing the court's discretion to grant relief from procedural defaults in the interest of justice).

### CONCLUSION

For the foregoing reasons, Appellants respectfully request that this Court set aside the dismissal, reopen this appeal, deem their time-sensitive motions requesting leave to file a corrected appendix and reply brief within 14 days or such longer period as the court allow given that extenuating circumstances are sadly not merely 84th hour spent on this motion but also what the 84 hours thus took time *from,* and grant such further relief as the Court deems just.

**Dated:** December 7, 2024

**Respectfully Submitted,**

/s/ *Syed I. Hussain*
Syed Ibrahim Hussain
3155 Wavering Lane
Middleburg, FL 32068
mms-renovation@outlook.com

/s/ *Syed M. B. Hussain*
Syed Muhammad Baqir Hussain
1456 Via Sangro Place
Winter Park, Fl 32792
baqrehabalt@yahoo.com

/s/ *Syeda S. Hussain*
Syeda Sara Hussain
1456 Via Sangro Place
Winter Park, FL 32792
daughterofamerica12.25.21@gmail.com

DUVOL - DIVULGADE - Note
highlighted portion of something
clerks puts me in.

E-20

**From:** Syed Hussain
**To:** Reeves, Lisa A
**Subject:** RE: Circuit Civil - Duval Clerk Contact Us Form, Case 16-2025-CA-003848
**Date:** Thursday, July 10, 2025 3:20:00 PM
**Attachments:** image001.png
image002.png
image003.png
**Importance:** High

Hi Ms. Reeves,

Thank you for getting back to me. I am glad the case got to open after the correction I provided on my application and though I'm hopeful of getting representation on this issue, I don't have the luxury to hold my breath over it either. I provided summons and filed for an emergency TRO against what I alleged as unlawful and fraudulently threatened repossession, attacks on my credit, a $4,000 prior fraud, and disability discrimination as to not providing me the deferment they give for lesser circumstances, and obstruction of justice in them being aware that their actions and neglect on these issues is impairing my ability to yet report for 2nd-degree attempted murder, some 12 to 14 individuals now (at least provable) and ongoing on my life, livelihood, and person. So, can you let me know what the hold up is as far as the summons and a decision on the ex-parte motion for TRO and has the case been assigned a judge or magistrate and what next steps or options can expedite this issue.



Thank you,

Syed Ibrahim Hussain
3155 Wavering Lane
Middleburg, FL 32068
(904) 614-6557

*(occasionally disability or human rights volunteer assisted)*
*(occasionally transcribed)*

**From:** Reeves, Lisa A <Lisa.Reeves@DuvalClerk.com>
**Sent:** Monday, June 30, 2025 4:48 PM
**To:** mms-renovation@outlook.com; CircuitCivil <CircuitCivil@DuvalClerk.com>
**Subject:** RE: Circuit Civil - Duval Clerk Contact Us Form

Good afternoon

Your application has been forwarded for judicial review. You will be contacted when the judge has returned his decision. Please let us know if we can be of further assistance.

Regards



**Lisa Reeves**
**Court Records Clerk**
Circuit Civil

**Duval County Clerk of Courts**
501 West Adams St, Jacksonville, FL 32202
Direct: 904-255-2336
Main: 904-255-2000

**From:** Williams, Trimaine C <Trimaine.Williams@DuvalClerk.com>
**Sent:** Monday, June 30, 2025 4:19 PM
**To:** CircuitCivil <CircuitCivil@DuvalClerk.com>
**Cc:** County Civil <CountyCivil@DuvalClerk.com>
**Subject:** FW: Circuit Civil - Duval Clerk Contact Us Form

Good afternoon,

Will you please assist the customer below?

Case number 25-CC-3848

Thank you,



**Trimaine Williams**
**Manager to Clerk of Court**
County Civil, Small Claims
**Duval County Clerk of Courts**
501 West Adams St, Jacksonville, FL 32202
Main: 904-255-2000

**From:** Info, Public <Public.Info@DuvalClerk.com>
**Sent:** Friday, June 27, 2025 1:52 PM
**To:** County Civil <CountyCivil@DuvalClerk.com>
**Subject:** FW: Circuit Civil - Duval Clerk Contact Us Form

**Public Records Department**

**Duval County Clerk of Courts**
501 West Adams St, Jacksonville, FL 32202



Direct: 904-255-1828
Main: 904-255-2000

**From:** mms-renovation@outlook.com <mms-renovation@outlook.com>
**Sent:** Friday, June 27, 2025 12:44 PM
**To:** Info, Public <Public.Info@DuvalClerk.com>
**Subject:** Circuit Civil - Duval Clerk Contact Us Form

You don't often get email from mms-renovation@outlook.com. Learn why this is important

EXTERNAL EMAIL: This email originated from a non-Clerk email address. DO NOT click any links or open any attachments unless you trust the sender and know the content is safe.

ContactUsID  12948

| | |
|---|---|
| Form inserted | 6/27/2025 12:39:49 PM |
| Form updated | 6/27/2025 12:39:49 PM |
| Contact Guid | |
| First Name | Syed |
| Last Name | Hussain |
| Email | mms-renovation@outlook.com |
| U.S. phone number | (904) 614-6557 |
| Case / Reference # | UNASSIGNED - Emergency TRO - HUSSAIN v. ALLY FINANCIAL INC. |
| Subject | Circuit Civil |

 Hi. I have documented autism (Official Dx, following 4-hour examination, by Dr. Gonzalez, dr.gonzalez@mindermemory.com and Dr.Princiotta, dr.princiotta@mindermemory.com). On June 25, 2025, on my indigency application for case of SYED IBRAHIM HUSSAIN vs. ALLY FINANCIAL INC., I inadvertently listed the value of my vehicle (the one under repo threat - thus

*No longer LIHEAP/ Water etc*

**Message**

null equity) as $17,000, which would have been misleading and was the only likely reason indigency would have been denied (I'm on SNAP, LIHEAP and even have a church paying my water bill). Upon obtaining an official valuation, the current fair market value was determined to be $8,900, which minus the last claimed lien on it of $9,000, would put it's equity value at -$100. Thus, I should've put it on form as Vehicle net equity -100 because Florida Statute 57.082(5)(a) explicitly defines personal property 'equity' for the purpose of indigent status. Equity is calculated as the fair market value of the property minus any liens or encumbrances. My vehicle's fair market value is $8,900. The existing lien/encumbrance on the vehicle is $9,000. Therefore, my equity in the vehicle is $8,900 - $9,000 = -$100. Florida Statute 57.082(5)(a) states a presumption of not indigent if a person has 'equity in personal property of $2,500 or more, excluding the homestead and one vehicle.' However, my vehicle's negative equity of -$100 is clearly less than $2,500. A negative equity of -$100 means I own no value in the vehicle; in fact, I owe more than it is worth. This unquestionably falls below the statutory threshold for disqualification based on vehicle equity. While I understand I can sign for review by the judge if this application is denied, this was purely an oversight on my part that has critical, time-sensitive implications for my emergency case, SYED IBRAHIM HUSSAIN vs. ALLY FINANCIAL INC. Had I checked the true value and correctly calculated the negative equity, this critical factual error, which is the only likely reason for a denial, could have been averted. Given the urgent nature of the restraining order I am seeking, I respectfully request that if there is any administrative procedure or faster method for rectifying this clear factual error prior to a formal denial or judicial review, it be applied immediately. My life circumstances and the emergency nature of my case demand that this trivial error not cause further delay.

Please note that Florida has a broad public records law, and that all correspondence to me via email may be subject to disclosure. Under Florida law email addresses are public records. This email communication may contain confidential information protected from disclosure by privacy laws and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, this is notice to you that any dissemination, distribution or copying of this communication or any attachment to it may be a violation of federal and state privacy laws. If you have received this email in error, please notify the sender immediately by return email and delete this message.

*E-21*

## List of Exhibits – numbered as on left, pages in parentheses

1. Island Club Warranty Deed (78-79)
2. Musarrat Batool's "model" response creates a federally-certifiable *mens rhea* attachment on any attorney or realtor that might *then* proceed. (80-84)
3. Final withdrawal of Congressionally barred actions by Employer, Prime Global, Prime Clay, and Prime Duval, prior to Mr. Session's campaign of constructive anarchy[1] against the preservation of 136 human lives[2] (85)
4. The "red" document, which due to a local agent gone "rogue"[3], created a conflict between the national and local DEA. Persistent obstructions by Mr. Sessions created an environmental state of anarchy from which it could no longer be rectified by Restorative Employees *alone*. (86-91)
5. Deep Water Warranty Deed (92-94)
6. Unchallenged Deep Water *Lis Pendens* status and content at time of *market-priced* sale. (95)
7. Unchallenged Island Club *Lis Pendens* status and content at time of *market-priced* sale. (96-101)
8. Original certified and express letter to Employer informing of retaliatory protections as under the law, as well as citing the Global Retaliation Clause of the fall-back[4] contract. (102-103)
9. Lease upon property by way of protected benefit prior to achieving retirement goals. (104-110)
10. Notice to Mr. Sessions of unlawful acts in sending notice upon *mens rea* of the underlying matters. (111-113)

---

[1] Constructive as in "resembling law". Anarchy as in unrelatable to any cited or known law in any and all instances and by any and all parties.

[2] As of January 3, 2023, with an additional 6,400 unknown human lives nationally, growing at approximately 17% annually. In all, approximately 200,000 human lives will be lost due to key-witness extinguishment (the Glenfinnan incident unrestrained by the Court of "refuge" in civil/criminal and "asylum" in immigration, when for the voiding of judgments not cited to law or derived by hearing, if derived in anarchy of process towards invoked federal protections that without, *resolutely* and *irreversibly* endanger the public; thus sustaining a Congressionally or Executively certifiable Anarchy not based in the execution of law or the preservation of right, but most certainly and irreparably killing, disabling, and otherwise irreparably harming the public at large, the least of which is the public's faith in the Rule of Law and the Promise of Congressionally Legislated Protections).

[3] The subject of an FTCA claim yet to be made, not surprisingly *also* delayed by the imposed environment of anarchy, which Mr. Sessions orchestrated.

[4] The contract was the initial managing of the asset, at its own level, instead of as part of how Employer's entire estate would be handled on completion of the goals.

11. Musarrat Batool's 2nd response showing that Mr. Sessions is proceeding in a *knowing* and aggravated manner of violating non-negotiable protections and rights under federal law and the Constitution, and likewise thus endangering *participatory* process towards the de-endangerment of the public. (114-116)

12. Unconditionally[5] Affirmative Response to retaliatory Glenfinnan attack by Mr. Sessions. (117-126)

13. The out-of-jurisdiction emergency motion expressing the duress created in protecting the public by a petition for bankruptcy, given the setup by fraud, contractual breach, and unlawful obstruction of justice and retaliation created by Mr. Sessions[6], from which in place of a hearing representing minimal process as to the affirmative claims, a judgment of eviction ensues cited to no law or basis, and neither supported or cited to the summary and pre-summary Florida laws for eviction, which could not apply since a motion for rent determination and request for jury trial were already present in the response as contingencies barring such bases, even though such bases were never used. (127-144)

14. Fallout upon Mr. Ibrahim's 3155 Wavering Lane resulting from identity theft and failure to report non-payment[7], worst of all having to be undertaken in indigency, after the extinguishing Glenfinnan attack, food stamps, a lack of health insurance, and a repeatedly crashing computer for an amended motion for which a replacement could not be timely afforded. (145-160)

15. Certified or express letter correspondence as to Deep Water, upon thus knowing Employer, Prime Clay, and Prime Global, as well as upon Mr. Muneer and thus also Jupiter. (161-165)

16. (The number 16 skipped for uniformity with complaint.)

17. A prior *Lis Pendens* upon the Glenfinnan Home. (166)

18. (Exhibit 18 skipped for uniformity.)

19. Cease-and-desist letter to Employer and other relevant entities as to the three protected properties, with later notice in the "COR's"

---

[5] With the exception of being conditional to adjudication and that the sequence of events support *but-for* causation.

[6] Likewise one of his first *plainly* RICO acts.

[7] Though for Congressional purposes, the payment is mandatory by the company, as no change can ensue, since everything before adjudication must remain as though the employee is still employed (31 U.S.C. § 3730(h)).

(courts of[8] retaliation) that such expiries had become indefinite due to the obstructions from judiciary process that occurred. (167-168)

20.      Official transcript of hearing in which Mr. Sessions opened with multiple frauds upon the Court, in further unlawful advantage of a therein switched judge attempting to become familiar with the case, immediately resulting in material attacks upon speech, process, and the right *of access* to one's counsel[9] for *all* parties therein. Court Reporter Certification on *its* page 30. (169-209)

21.      The Orange County COR's *own* joinder along with the header changed *by the Court* as per the also included immediately prior filing, which *did not* take it upon themselves to do so. Included here is that it is even in the document *for hearing*[10]. (210-212)

22.      Motion regarding issues with counsel, instead of the *plain* fraud offered by Mr. Sessions in mischaracterizing it as something else; a motion that even by any properly afforded measure of *process* was not his to introduce, much like the other pending one as to improper venue. (213-215)

23.      The other pending motion as to improper venue before Mr. Sessions' frauds compromise the material integrity of a hearing in the Orange County COR. (216-218)

24.      Certified and express correspondence, out-of-court, and specific to the Island Club home. (219)

---

[8] Used for

[9] As the 2 contracted counsel likewise were set to defend Musarrat Batool ("Ms. Batool") as well, at such hearing; the subject matter of one of the two motions before the Court, which Mr. Sessions' free hand at multiple perjuries had thus fraudulently misrepresented.

[10] Making incontrovertible that Mr. Sessions' frauds at the onset of hearing were plain.

77

E-32

Nothing more blatant than below 🙰

2                    Order of the Court                    23-12350

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-01886-CEM-LHP

---

ORDER:

Appellants' motion to vacate the clerical notice that issued
on April 21, 2025, is DENIED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12350

_____

SYED IBRAHIM HUSSAIN,
SYED MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN,
BRIAN GUEX,
ROSELENE GUEX,

Plaintiffs-Appellants,

*versus*

H. JAMES STADELMAN,
INTERVAL TITLE SERVICES, INC.,
JONATHAN BLOOM,
KHALID MUNEER,
JUPITER PROPERTIES, INC., et al.,

Defendants-Appellees.

2                          Order of the Court                          23-12350

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-01886-CEM-LHP

---

ORDER:

Appellants' "Emergency Motion for Declaratory Relief, 60-Day Stay, Renewal of Time to File Reply Brief, Waiver of Repeat Paper Service, Preservation Order for Records, Other Relief, to stay further appellate proceedings, for extension of time to file reply brief to 04/21/2025, [and] to suspend rules" is DENIED.

Appellants' request to "waive" the requirement "of physical appendix mailing under Fed. R. App. P. 30(e)" is DENIED AS MOOT because "[o]ther than FRAP 30(a)(1), the requirements in FRAP 30 do not apply in this circuit," 11th Cir. R. 30-2.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE

E-24

2                    Opinion of the Court                    23-12350

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-01886-CEM-LHP

_____

Before BRANCH, TJOFLAT and ANDERSON Circuit Judges.

PER CURIAM:

Syed Ibrahim Hussain, Syed Muhammed Baqir Hussain, and Syeda Sara Hussain, proceeding pro se, appeal the District Court's dismissal of their first amended complaint with prejudice as an impermissible shotgun pleading and the District Court's denial of Sara Hussain's motion for reconsideration.

We affirm the dismissal of the Hussains' amended complaint for the reasons stated in Parts II–III of the Magistrate Judge's Report and Recommendation, as set out in *Hussain v. Stadelman*, No. 6:22-CV-1886, 2023 WL 4452372 (M.D. Fla. May 30, 2023). We affirm the denial of Sara Hussain's motion for reconsideration because she did not present any new evidence or manifest errors of law or fact in her motion. *See Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (per curiam) ("The only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact." (citation modified)).

**AFFIRMED.**

*thus no brief,*
*in Apps,*
*& all 3-part judgment*
*had manifest*
*especially Apps 439-464*

[DO NOT PUBLISH]

In the

United States Court of Appeals

For the Eleventh Circuit

------

No. 23-12350

Non-Argument Calendar

------

SYED IBRAHIM HUSSAIN,
SYED MUHAMMAD BAQIR HUSSAIN,
SYEDA SARA HUSSAIN,
BRIAN GUEX,
ROSELENE GUEX,

Plaintiffs-Appellants,

*versus*

H. JAMES STADELMAN,
INTERVAL TITLE SERVICES, INC.,
JONATHAN BLOOM,
KHALID MUNEER,
JUPITER PROPERTIES, INC., et al.,

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 01, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-12350-HH
Case Style: Syed Hussain, et al v. H. Stadelman, et al
District Court Docket No: 6:22-cv-01886-CEM-LHP

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing. Among other things, **a petition for rehearing must include a Certificate of Interested Persons**. See 11th Cir. R. 40-3.

Costs
Costs are taxed against Appellant(s) / Petitioner(s).

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion

This shows the dcls blockaded the 60(b)(3) Process from Running, which is a departure process.

**From:** ecf_help@ca11.uscourts.gov
**To:** mms-renovation@outlook.com
**Subject:** 23-12350-HH Syed Hussain, et al v. H. Stadelman, et al "Rehearing Order Filed rehearing panel only denied Panel Rehearing with En Banc" (6:22-cv-01886-CEM-LHP)
**Date:** Friday, October 10, 2025 1:15:45 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 10/10/2025

**Case Name:** Syed Hussain, et al v. H. Stadelman, et al
**Case Number:** 23-12350
**Document(s):** 116

**Docket Text:**
ORDER: The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. FRAP 40, 11th Cir. IOP 2. [116]

**Notice will be electronically mailed to:**

Brian Guex
Roselene Guex
Syed Ibrahim Hussain
Syed Muhammad Baqir Hussain
Syeda Sara Hussain
Howard S. Marks
Sheena A. Thakrar

The following document(s) are associated with this transaction:
**Document Description:** REHG-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/JosephCaruso_2312350_10576892_REHG-1LtrOrderPetitionRehearing_317.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/10/2025] [FileNumber=10576892-1]
[0c2c1d2cad2bf22e7311be9eca5dbe8b868e2641c2006e9a4839ac9f5a310f100257ea0f5c417a28121931b295e376bdc25b7c76eef4971196d60143f7cd8660]]
**Recipients:**

- Brian Guex
- Roselene Guex
- Syed Ibrahim Hussain
- Syed Muhammad Baqir Hussain
- Syeda Sara Hussain
- Howard S. Marks
- Sheena A. Thakrar

**Document Description:** Rehearing Order Filed
**Original Filename:** 23-12350_Draft_Order_RehearingOrder42+(Word).pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/10/2025] [FileNumber=10576892-0]
[54540b3a432c6ae534863d8c483c712a8020b107595814cf8283ac35de01aa06d0fc0cd401486607a4b32305044ccad0009444852ed86240ebb9d9ad749ae170]]

 Gmail
*E-26*
Humanity Always <sanddave76@gmail.com>

# Re: Comprehensive Rebuttal of Attorney Michael Shiffman's Criminal and Fraudulent Response before the Florida Bar

**VD Emergency Response** <only.if.the.world.ends@proton.me>  Mon, May 5, 2025 at 4:08 AM
To: Humanity Always <sanddave76@gmail.com>
Cc: "roland@smgqlaw.com" <roland@smgqlaw.com>, "acap@floridabar.org" <acap@floridabar.org>,
"sschuyler@floridabar.org" <sschuyler@floridabar.org>, "acapintake@floridabar.org" <acapintake@floridabar.org>,
"eto@flabar.org" <eto@flabar.org>, "cfp@floridabar.org" <cfp@floridabar.org>, "mms-renovation@outlook.com" <mms-renovation@outlook.com>, "baqrehabalt@yahoo.com" <baqrehabalt@yahoo.com>,
"daughterofamerica12.25.21@gmail.com" <daughterofamerica12.25.21@gmail.com>

Dear Sandy,

First, I apologize for how long I took to get back to you. Please understand that, when I make plays, me taking a long time to get back to you can be a "good" sign. Good, merely in the sense that I'm not slamming a door in your face, nor in his. This means matters were grim enough to warrant that delay; not as to looking *forward*, but as to the complications the Florida Bar created. I've seen Bars do much, **but to allow 2nd degree attempted murders to occur in *plain view* with their elements *prima facie* fulfilled in front of their noses – that I haven't seen before.**

Narrow your CC's to the President, ethics, and ACAP, but leave out the rest, because **it is the duty of (if not the *continued security of*) their job and *required by law* to take these matters seriously.** They are yet the **key witnesses** with *responsibility* of rectifying the issue. It's their privilege to be given "point" to the knowledge to take such action before their liability in the matter *rapidly escalates*.

This unfortunately complicates being able to trust the Bar with the elderly-centric genocide and heist operation orchestrated by its lead orchestrator, a Florida Bar attorney as well, and thus only further prolongs *that danger* likewise.

Even the ABA said Bergrin, in New Jersey, was the worst they'd heard of before what even **Lauren Eversole is now complicit to.** Moreover, this is *plain view*, <u>twice</u> (rebuttal too) which thus nearly implicates the whole law book itself (fraud, obstruction of justice, terror, crimes against humanity, etc.).

Notably, for your purposes, call them "murderers" all you want. **There's only one kind of evidence here, only *one side brought it*, and it's *incontrovertible*.**

However, first read these statutes:

1. **Florida Statute § 782.04(2), Attempt.**
2. **18 U.S.C. § 241, 242, 245.**

Second, open up the **first complaint, read page 19** and **smile.**

As you can see, **this was never a "he said she said" case or complaint at all.** The fact that Eversole relied on what was plainly disproven, looking for in "statements" what was disproven by every level of fact is no less than knowing complicity in the entire contents of what she was made aware, or chose not to be.

You asked perpetrators seven times in your life, "What side of my pen would you like to be on?". Let's just say for all intents and purposes, **the Florida Bar has chosen, until they choose otherwise.**

Apparently Ms. Eversole thought it "wise" to leave Step 1 of why an attorney was hired – **a still thus "at large" original application** -- to their autistic client (autism, along with other severely debilitating conditions confirmed by "J. Gonzalez, Psy. D." and "D. Princiotta, Ph.D." on March 24, 2025 -- A1 authorizing disclosure per May 2nd in writing and by call, not that this is necessary for an attorney to merely do *any part* of **their hired job**) to do for the attorney as well – an attorney **very clearly hired for an appeal** that was *live* when they were hired for it, **even while being informed**

of the additional time provided by their client's follow-up of their "Good faith letter", **the certified letter itself even *in* the complaint.**

The level of what the Florida Bar has hereby perpetuated and tolerated as to **Lauren Eversole** and **Michael Shiffman** is what they so far had immensely far less proof for **over 80% of the attorneys they have to-date disbarred.**

And tell A1 "online certified mail" is cute, but someone needs to get him certified mail with return receipts. I can fry with return receipts. I can't fry with a pretty tracking number. Tracking numbers are fine for court, but for actual "frying" **of the Florida Bar no less,** with things active attacks **to lives** and obstructions to their rights, relief, and remedies **ongoing as a result**, that green signature card makes considerable difference.

Sadly what Eversole elongated and eventually *did* put yet other wonderful people in an immense amount of jeopardy. Ask those with A1 as to a "Jenna". Send her some flowers. When you make contact with her, ask for a Miami agent named "Devin".

**"Justice eventually either reigns or *rains*, but certainly one of the two..."**

**-VD**

**In tribute to a promise to a scientist mother hung in front of her daughter, for standing for human rights, while in Eastern Europe some 20 years ago (not surprisingly by a "QW" conglomerate now based in *this* country), while her daughter, the very living beacon of it is fighting for it with her own life, while her comrade that a Shiffman and Eversole's actions and omissions put to near-death, while AC-R is limited by immense sovereignty restrictions while defending the last surviving witness vital to saving *this* nation and millions who is reduced by members of a Florida Bar fulfilling all elements of attempted 2nd-degree murder so he doesn't have enough to survive and yet recently having to save his own son from yet another near-death incident caused by these same Florida Bar hoodlums. I wish I were 20 years younger, but given I don't do a consult even for a million dollars in this day and age any more, the little 07-446 I throw in for the ABA or otherwise, as to them, while watching corruption forming in front of me now that is even larger than what I put behind bars, is the least I owe that martyred mother, as to her daughter, if nothing else.**

**Disclaimer:** This communication is for informational purposes only and does not constitute legal advice, nor is it intended to create an attorney-client relationship. Nothing herein should be relied upon as a substitute for legal advice from a qualified attorney licensed in the appropriate jurisdiction. If you require legal advice, please consult legal counsel directly.

Sent with Proton Mail secure email.

On Tuesday, March 11th, 2025 at 8:03 AM, Humanity Always <sanddave76@gmail.com> wrote:

### Dear VD augment staff in DC,

**Did the Florida Bar just aid an abandoning disability attorney in an attempted murder and terror act on a nation-vital, lives-vital endangered witness (without par in history for that matter - see the 9.06.21 "America One" evidentiary-impact, corruption-resistant, classification)?**

This is a **media notice** likewise by CC to the Florida Bar that **if it has indeed acted in such a manner**, I will be forced to engage in protective journalism. These publications **may result in arrests within the Florida Bar and public unrest.**

Thus, **I ask for immediate clarification and action.**

VD-Augment: Meanwhile, the corruption investigation in the 11th Circuit finally initiated, and for a "pro-se" no less. They came out and called their "error", reinstated the case, granted his last motion, and he's now the first pro-se in history to have a clerk overrule a judge but also to be able to single-handedly bring an entire Circuit into having to restore its integrity on the two attached filings thereof. Advise me as to this Florida Bar, I mean this is not even the orchestrator himself, which Ibrahim was never able to complete his bar complaint of, given the intervening terror attack (at least count, I think we're at nearly 31), and where is the special prosecutor? Is the President all too busy lately? Or Vinson, just cover me while I fry a bar association, cuz what's an old lady to do for fun these days.

And Vinson, please don't kill me for emailing you personally like this. You know I wouldn't if this wasn't a "Houston...I think we have a problem" situation.

**Houston...*I think we have a problem...***

Sincerely,

**Sandra Davis**
**Human Rights Journalist (retired)**
**Ethics Consultant**
**Public Corruption Oversight**
**LE / Judiciary Oversight Training Command**
**USA, France, Germany**

**https://x.com/SandraDavis75**

---------- Forwarded message ----------
From: **Syed Hussain** <MMS-Renovation@outlook.com>
Date: Wed, Feb 5, 2025 at 1:00 AM
Subject: Re: Comprehensive Rebuttal of Attorney Michael Shiffman's Criminal and Fraudulent Response before the Florida Bar
To: ACAPIntake <acapintake@floridabar.org>
Cc: Sandra Davis <sanddave76@gmail.com>

**Comprehensive Rebuttal of Michael Shiffman's Criminal, Fraudulent, and Harmful Response before the Florida Bar is attached.** Rapid action by the Florida Bar to contain the situation is vital to my life, public safety, national interests, and is emergent. The rebuttal too will make that clear despite **whatever it was the Florida Bar did with the fully, incontrovertibly proven Initial Complaint that was 23 pages long, included a complete verified chronology, had me swear under penalty of perjury to its veracity as well as to testifying likewise, included all emails with that office, and even ended its 23rd page with 11 offered exhibits "Available upon Request" of which the Bar asked for none.**

**Please confirm if this rebuttal is being processed and when it has been processed and who processed it. Thanks.**

**If it is not being processed, please be informed that as of 2/5/2025 12:41am I am not aware of having received any update as to this case at all nor any being posted online and thus please inform me of the full status of how it progressed and escalate the matter**

maximally if need be because I have every intent of holding the Florida Bar legally accountable if it plans to let Mr. Shiffman's crimes that resulted in approximately 147,000 casualties and nearly the loss of my life go without justice and integrity by the Bar for the public. Please provide me with the highest official who I am permitted to brief on this situation at the Florida Bar or who will be willing to read this rebuttal, with their name and if I may have their immediate attention.

I swear under penalty of perjury that the Florida Bar has as of February 5, 2025 provided me with no recourse, recovery, declarations, or assistance for me to yet recover at all from the horrific and catastrophic harms that Attorney Michael Schiffman's pre-withdrawal 9-month abandonment of the scope for which he was hired, his abrupt abandonment, his failure and the Bar's failure to have me yet acquire the first step of what I needed for the appeal for which he was hired - namely a complete copy of my original SSA filed application.

Please let me know the name of the attorney who is handling the case or who handled the case at the Florida Bar or at ACAP, and any such handler thereof.

Let it be known that as of February 5, 2025 12:27am EST, Michael Shiffman's Florida Bar page appeared as follows, and that this suggests, very strongly, that the Florida Bar is complicit in thus joining in his crimes, in the casualties caused, and the near-death scenario that his abrupt abandonment created in my life and that the Florida Bar has thus proven its callous disregard for public safety and joined in the fraud, the complete fraud in fact, committed by the attorney in the form of his response.

May the public take notice that his page looked as follows. May those whose lives were lost trying to protect me as a result of his actions and the Florida Bar's collusions also take notice that his page looks as follows:

# Michael Alan Shiffman

| Member in Good Standing | | Eligible to Practice Law in Florida |
|---|---|---|

| | |
|---|---|
| Bar Number: | 86487 |
| Mail Address: | Rotstein, Shiffman and Broderick |
| | 309 Oakridge Blvd |
| | Daytona Beach, FL 32118-4072 |
| | Office: 386-252-5560 |
| | Cell: 386-299-2447 |
| | Fax: 386-238-6999 |
| Email: | michaelshiffman@hotmail.com ✉ |
| Personal Bar URL: | https://www.floridabar.org/mybarprofile/86487 |
| vCard: | 🪪 |
| County: | Volusia |
| Circuit: | 07 |
| Admitted: | 09/26/1996 |
| 10-Year Discipline History: | None |
| Law School: | Nova Southeastern University - Shepard Broad College of Law |
| Firm: | Rotstein, Shiffman and Broderick |
| Firm Size: | 11-20 |
| Firm Position: | Partner/Shareholder |

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, member has a firm's attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and...

- Please process my rebuttal to that response, which was delayed because his actions and the Florida Bar's negligence put me into a survival crisis. But I didn't die. And let it be known I will prosecute, under and by the law, all those to the very maximum allowed by law who were involved, observed, witnessed, or complicit in this matter and I would like them all named. If you can name them now, that's great, but no worries. I came with lots of backup this time, because **to the corrupt members of the Florida Bar that allowed this to happen to the public and nation in reckless disregard of evidence, proof, life, humanity, civil, constitutional, and human rights; to those corrupt, that unfortunately for the public appears to be <u>all that matters.</u>**

**I, Syed Ibrahim Hussain, agree to provide all physical, incontrovertible evidence of anything I have alleged in this rebuttal or in the prior initial complaint and even in this email, in so much as possible, and I agree to testify and prove to the extend of anything I've alleged thereof. I ask any member of the Florida Bar that doubts me upon any allegation in this rebuttal or in my initial complaint to be put under oath and that the liar be charged with perjury, libel, slander, or defamation.**

Thank you,
Syed Ibrahim Hussain
3155 Wavering Lane
Middleburg, FL 32068
(904) 614-6557

PS: Sandra. The Bar joined this attorney whose response was basically a confession to violating all their rules and I'll attach even my complaint to show you what they ignored. They essentially just potentially sided with an attorney in having me, millions killed, and corruption empowered, with all my allegations proven even before I made them. This is a bar association. Roast them to the world. Thank you. Give them FOIA.

*(occasionally disability or human rights volunteer assisted)*
*(occasionally transcribed)*

**From:** ACAPIntake <acapintake@floridabar.org>
**Sent:** Thursday, December 5, 2024 5:24 PM
**To:** mms-renovation@outlook.com <mms-renovation@outlook.com>
**Subject:**

**This will acknowledge receipt of your disciplinary inquiry that was recently faxed over to us. In the coming business days, your inquiry will be assessed by an ACAP attorney. Once that assessment has been completed, ACAP will send you a status update by U.S. mail.**

**Please note that this email account is intended to be used only for submitting documents that are part of the inquiry/complaint process (i.e., a complaint, rebuttals, and other correspondence specifically authorized by ACAP staff). Communications that do not meet that criteria should not be sent to this account. If you need to speak with ACAP personnel about an issue related to your inquiry, please contact the ACAP hotline at 866-352-0707.**

**Thank you.**

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.

went wrong, when a home with a *Lis Pendens* for the entire property and already 5 percent transferred to the co-owner of Mr. Ibrahim, was sold off at market value, and with a witnessed and falsely sworn warranty deed put into the records of Florida. Nonetheless, it is at this third allegation of S&I over which many a Court otherwise ready to deny a Motion to Dismiss and allow a Complaint to survive, get tied up by whether there is any evidence this duty exists.

47. One thing the Amended Complaint *did* prepare for in its core build of approximately 63 pages is for defenses against liability that could otherwise result in a prolonged litigation trying to squeeze a duty out of one caselaw only to face ten others.

48. Thus, rather than the relative futility of reasoning out a third-party duty and by luck finding a remote caselaw, Plaintiffs divert to a liability more "commanding" while lives are still well within reach of saving, however many Plaintiffs can. Thankfully to the appropriate and undenied applicability of Paragraph 6 of the AC, it states: "Where state law is guiding, it is to be relevant *federally* under 28 U.S.C. § 1652."

49. Such Florida laws providing for that duty exist. They need only provide basis up to the point not supported by a federal standard. Beyond that, they need do no more.

50. Fla. Stat. § 817.535 is a criminal statute that also provides a civil cause of action to *anyone* affected by the filing of a false instrument in public records. See § 817.535(2)(a), (8)(a), Fla. Stat.

16

**Appx320**

51. The statute prohibits a person from filing or directing a person to file, "with the intent to defraud or harass another, any instrument containing a materially false, fictitious, or fraudulent statement or representation that purports to affect an owner's interest in the property described in the instrument" and makes such conduct a third degree felony. § 817.535(2)(a), Fla. Stat.

52. Furthermore, section 817.535(8), Florida Statutes, provides a civil cause of action to those affected simply by the filing of an instrument that contains false, fictitious, or fraudulent statements regardless of the intent of person or entity filing the instrument. § 817.535(8)(a), Fla. Stat.

53. In addition to the right of a civil cause of action, civil penalties can be levied upon a finding of an intent to defraud or harass by the defendant. § 817.535(8)(b)(2), Fla. Stat.

54. This is thus sufficient basis in state law of a *duty* to Plaintiffs that thus applies federally. If not to belabor, but to suffice, such duty is also establishable by how the Florida Statutes of § 839.13, 831.01, and 92.525 are worded.

WHEREFORE the Plaintiffs request that this court deny Defendants' James Stadelman and Interval Title Services, Inc's Motion to Dismiss Plaintiffs' Amended Complaint and award Plaintiffs such other and further relief as the Court deem just and proper, as well as for what other relief is awaited by Plaintiffs that the Court can begin to grant.

DATED February 17, 2023.

# EXHIBIT LIST

1. Selections from "DN 93" as to the district court's full neglect of impact, 42 U.S.C. 1983 implications, public safety implications, and legislative nullification-equivalent acts upon the legislative branch.

2. Selections from "DN 91" confirming the forensic impossibility that the initial or amended complaints could be *legally* dismissed, that the Amended could be deemed a "shotgun pleading", and the backdrop of "abuse itself" (*Cluff v. Miami-Dade County*, 11th Cir. 2022) when a district court denies, without explanation, a leave to amend as proposed in a post-judgment pleading (also pp. 6-7).

3. Selections from Motion filed November 26th at 5:44am, with Corr. Appx.  ↳ See Docket

4. Selections from Motion filed November 26th at 11:05am.

5. Clerk's dismissal order for "failure to prosecute" at 3:12pm.

6. Clerk's making "moot" of motions arguing excusable neglect.

7. Timely Motion to Set Aside Dismissal as per Rule 42-2(e), *again* with Corrected Appendix. → that panel never saw, like everything else

8. Clerk's "no action" notice, citing an "identified above" but with no remaining deficiency cited as needing correction. → 2 c2 judges (USCA11)

"Clerks fed them a falsity in place of whe yea & the other titled missing their page do convey pro-se filings to evade scrutiny"

9. Phone call same day of notice as a result of "deadlines will not be extended".

10. Missed trauma assessment from spending all night and the next day due to "deadline will not be extended", losing that therapist too, totaling *three* lost to this persistently clerk-induced ordeal alone, not to speak of the cruel compounding of the circumstances persisting without retort upon Appellants due to having to overcome clerk-induced injuries and obstructions just so that the justice holding this torturous saga together is not also stolen from Appellants but might ever reach the promise of right and law.

11. The December 10th motion that even placed the words "Excusable Neglect" in its first 10 words, hoping the Clerk that per Rule 42-2(e) indisputably had both of what it sets forth in the December 9th motion, and within the 14 days, might at least thus get it to a Judge.

12. Another "No Action will be taken" Notice to that as well to an "identified above" that also doesn't exist.

13. Corrected Appendix Volumes 1-3

E-29

| From: | ecf_help@ca11.uscourts.gov |
|---|---|
| To: | mms-renovation@outlook.com |
| Subject: | 23-12350-HH Syed Hussain, et al v. H. Stadelman, et al "Notice of E-Filing Deficiency" (6:22-cv-01886-CEM-LHP) |
| Date: | Monday, April 21, 2025 11:07:06 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 04/21/2025

**Case Name:** Syed Hussain, et al v. H. Stadelman, et al

**Case Number:** 23-12350

**Docket Text:**
Notice of deficient Motion filed by Syed Ibrahim Hussain, Syed Muhammad Baqir Hussain and Syeda Sara Hussain. The motions contain redactions. Counsel must file a motion to file under seal for the redacted material within 5 days.

**Notice will be electronically mailed to:**

Syed Ibrahim Hussain
Syed Muhammad Baqir Hussain
Syeda Sara Hussain
Howard S. Marks
Sheena A. Thakrar

11th Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489
## Amended Declaration in Support of Motion and Urgent Casualty-Accumulating Implications of Petition

I, SYED IBRAHIM HUSSAIN, declare and state as follows[1]:

1. **Clarification and Replacement[2] of Prior Declarations.** I affirm that this declaration is intended to replace, not with conflict to, the prior declaration by reason of a less-rushed degree of providing more *practical* clarity.

2. **Declaration of Direct Experience and Standing.** I affirm that I am an adult and Appellant, Plaintiff, and Petitioner in the above captioned cases. I have the most direct, fully accountable, and comprehensively exposed intelligence of its issues, evidence, implementable solutions, and circumstances spanning 9 yet-obstructed cases and 174 yet-obstructed reports from reaching authorities, while bearing on justice, government accountability, and life preservation.

3. **Challenges in Meeting Brief Deadlines and Time-Sensitive Petition.** I affirm that Appellants and I cannot meet the current[3] deadline for our briefs, due to the time spent on the "Petition for Mandamus." My financial instability, disabilities, and lack of legal representation further delay the matter. This is compounded by the now urgent care requirements of my daughter due to lack of restraint and then relief from the district court.

4. **The profoundly *terminal* role of "DN 30" in obstructing justice.** I affirm that "DN 30" (Pet. Appx. 261-270) resulted in removing my son and I from our last secure zone, cutting off marshals' access to all Appellants[4]. The district court, made aware in advance (Pet. Appx. 271-

---

[1] Any assistance in or conducive to the preparation of this document was within the scope of ABA Formal Opinion 07-446 and did not rise to legal advice or an attorney-client relationship.
[2] without contest to the one it replaces.
[3] *then-current* (approved)
[4] The courts have flexibility here per 28 U.S.C § 566.

1

11th Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489

**Amended Declaration in Support of Motion and Urgent Casualty-Accumulating Implications of Petition**

354, 358-384, 394-401) of inevitable consequences (Pet. Appx. 385, 56-58, 60-61, 65, 389-393, 355-357, 32-50), rendered it unsustainable to report significant dangers to ourselves, public safety, and the nation. This order's repercussions, even *post-judgment* caused 3 "9-1-1" incidents, emergency hospitalizations of my mother and myself and now the urgent care and monitoring of my daughter.

5. **Adherence to Supreme Court and Circuit Directives.** I affirm that Dist. Ct. DN 21 (Pet. Appx. 375-383) had cited within it the equivalent of a direct command of the Supreme Court and the equivalent of a direct command of the Eleventh Circuit. Dist. Ct. DN 20 (Pet. Appx. cited bases that have been slammed as exceptions by the Supreme Court (*and this Circuit*) altogether[5] (Pet. Appx. 394-401). Dist. Ct. DN 30 (Pet. Appx. 261-270) nonetheless ensued, not with notable regard to either, in favor of superimposing what was eventually proven to be untrue (Pet. Appx. 115-148, 64-88, 11-18).

6. **Impact of Decisions on RICO Violations and Public Safety.** I affirm that the decision in Pet. Appx. 261-270 failed to curb ongoing RICO violations, compromising the safety of my family and the public. It then critically drained protective and restorative resources *alike* by jeopardizing default remedies thru D. Ct. DN 75 and 79.

7. **At-Risk Defense of Justice and Public Safety.** I affirm that I have persisted as a crime witness-victim beyond any known or comparable level of persistence and with accumulating risks now holding back a catastrophe by a mere *thread*. The upholding of defenses and legal precedents of Pet. Appx. 1-25, now relying on the Petition for Mandamus was vital. The currently sustained obstruction to reporting and laying claim on highly delayed issues risks a $1.4 trillion economic impact

[5] And the Supreme Court certainly "slams" very little, considering that these facts (Pet. Appx. 394-401) authorize almost *anything* in favor of stopping the impending acts, which since they were allowed to pervade *inside* and *with* government would arguably equate *state terrorism* and *acts of war* (Pet. Appx. 62, 65, 82, 278-279, 37-50).

2

11th Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489

**Amended Declaration in Support of Motion and Urgent Casualty-Accumulating Implications of Petition**

catastrophe upon the nation, including a 7-year remaining batch of 408,000 victims, 12,450 to preventably die, along with the trust of 218 million Americans. It manifests as the largest obstruction of justice in U.S. history. This situation is arguably the most dreaded example of the *Pugin v. Garland*'s notion that "Indeed, obstruction of justice is most effective when it prevents an investigation or proceeding from commencing in the first place."

8. **Preserving Relief for Admitted Facts and Preventing National Catastrophe.** I affirm that salvaging the by-now, by-precedent *admitted* truths in our complaints and exhibits is necessary. A sudden jeopardy of *total* loss began with Dist. Ct. DN 75 (Pet. Appx. 247-260). It has delayed relief for our injuries and put the nation at risk of an obstruction-induced catastrophe. The term "America One" is simply used to denote *what* can be saved and the current year's *rank* of what remains salvageable divided by the number of individuals that are currently with operative intelligence to save it. It traces back to the original indomitability of an evidence summary dated September 6, 2021 (available).

9. **Exacerbation into a Landmark RICO Case: Addressing Pre-Relief Injuries.** I affirm that most federal RICO civil actions diverge from the core RICO offenses that Congress aimed to deter. This case, at least by *breadth,* eclipses any RICO *criminal* operation in U.S. history. I have a knowledge-bound duty to myself, my loved ones, and public safety to safeguard information from government mishandling, which could potentially squander restitution due to victims and further endanger *all* lives through yet more justly unnecessary legal procedures. Courts need no introduction to the slim hopes and delayed justice victims cling to, in the prolonged quests of prosecutors.

10. **Adherence to Legal Presumptions and Evidence Certainty**. I affirm that Plaintiffs approached the district court armed with self-certifying evidence to substantiate our claims. The law strongly favored our position regarding the extent of relief owed to us. It was the cumulative toll of 500 days of unrepresented suffering and neglect that

11th Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489

**Amended Declaration in Support of Motion and Urgent
Casualty-Accumulating Implications of Petition**

conditioned us to expect the need for such evidence. Plausibility, firmly rooted in legal principles as demonstrated in the Petition and Dist. Ct. Doc. 89, 90, is intended to protect against dismissals, not to trigger the court's sua sponte actions. There appeared to be confusion within the district court regarding the exercise of *sua sponte* powers for *other* than protective measures, especially in the *Pro Se* context and with that *type* of complaint. Had it not been for my tortured state and my daughter unexpectedly stopping a $1.4 trillion "flag" from hitting the ground and sending America into irreparable catastrophe, we may have never known if some 400 experts looking thru both complaints might be "lost" when *trying* to find *either* a claim or plausibility in a RICO complaint that, at the very least, separated by sequential headings and subheadings, and averted nearly 14 of the most common criticisms of this Circuit.

11. **Dual Catastrophes: The Denial of Restraint and Dismissal, Unleashing RICO Offenses within the District Court itself.** I affirm that if any common citizen were to read but a few pages of either complaint, the district court's "want" of dismissal[6] would have little justifiable cause from which to arise. A mere reading would not simply warrant Plaintiff and *Pro Se* presumptions, but even those of justice and humanitarian obstructions as well. There are thus only three possible explanations for the district court's response: 1) disbelief in the Plaintiffs' allegations, relying instead on the opponent's narrative; 2) neglect to read the complaints, effectively using the *opposition's* attorneys as surrogate clerks; or 3) repeated errors and abuses of discretion remaining uncorrectable despite strenuous efforts to clarify, thus jeopardizing justice, livelihoods, and lives. As for the RICO pattern, attorneys often struggle to *demonstrate* a persistent pattern, yet here Plaintiffs and district court alike were given a "free", *live*[7] demonstration by even *fleeing* Defendants, amid court itself[8][9].

[6] claimed to have been *sua sponte* (in the first instance)
[7] Dist. Ct. DN 7, 21, 25.
[8] Apparently, the only thing *more* disappointing than finding out one's RICO complaint has fell short of rigid criteria is what awaits that minority of Plaintiffs who manage to file *the real thing*.

4

11th Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489
**Amended Declaration in Support of Motion and Urgent
Casualty-Accumulating Implications of Petition**

12. **Neglect of Legal Theory by which Daughter's Motion
proceeded thus Neglects Factual and Legal Bases requiring
Dismissal be Vacated.** I affirm that, tragically, my daughter, already a
silenced witness (from the *first* "Glenfinnan" attack), presented a motion
(Dist. Ct. DN 80) that offered compelling, fact-based arguments and a
pioneering legal approach. This approach led to an 80-page argument
being distilled into a transparent, three-page synopsis (Pet. Appx. 11-14),
methodically categorizing each paragraph for ease of judicial review, to
prevent voluminous documentation from delaying necessary relief or
saving lives. Yet, her motion was dismissed with casual indifference.

13. **Preferential Treatment of Adversaries' Contested Motions
over Comprehensive Initial Complaint.** I affirm that conversely,
our adversaries, whose motions were unequivocally refuted (Dist. Ct. DN
56, 59) were fully indulged. Their narratives were superimposed over
our comprehensive initial complaint.

14. **A situation akin to judicial "hostage taking" manages to trap
claimants with *admitted* facts inside of eliminatory harm.** I
affirm the district court's Orders of Concern, as outlined in the Petition
for Mandamus, caused catastrophic delays and denied legally mandated
relief, even with *admitted* facts on record. These orders have
perpetuated an *eliminatory* state beginning with Dist. Ct. DN 30 (Pet.
Appx. 261-270). The court's silent sanctioning of harm through its public
condemnations and denials without validation created multiple crises of
humanitarian obstruction to both Appellants and the public. They then
combined with orders (Pet. Appx. 247-260, 89-94) depriving relief even
as to *non-appearing Defendants*. This would escalate through yet
further orders (Pet. Appx. 101) that abused discretion, culminating,
perhaps iconically, with the circuit's own definition of abuse itself
(Petition p. 22)[10]. The Petition for Mandamus underscores an

---

[9] this is particularly where not taking Plaintiffs' allegations as true, which is
bad enough, now equates something on another level and scope *entirely*.
[10] Even "abuse" is mild against a "Reindeer-9" reality (Pet. Appx. 32-36)
being delivered for only the seventh time on this nation, having left no

11ᵗʰ Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489
**Amended Declaration in Support of Motion and Urgent
Casualty-Accumulating Implications of Petition**

emergency, urging the Circuit court to dutifully address these critical issues. With ongoing harm since Dist. Ct. DN 30, my daughter's recent health decline, and our dwindling resources, her urgency for care surpasses even my own dire situation. This cannot be the "whole" Congress intended, nor does it align with the proper handling of her timely *Pro Se* filing—one that uniquely cited an applicable post-judgment rule, unlike other *Pro Se* cases where the Circuit had ordered reconstrual despite *lacking* such citation.

15. **Catastrophic Aftermath and Unprecedented Obstruction of Justice.** I declare with eye-witnessed and evidentiarily absolute certainty that the district court's DN 30 followed by its "Orders of Concern" (Dist. Ct. DN 75, 79, and subsequent endorsed orders ending with DN 94) forced obstructions leading to fatalities, permanently disrupted reportings and legal actions crucial to justice and lives, humanitarian obstructions, blocked judicial access, restricted speech and reporting freedoms, promoted and reinforced attacks (on livelihood, security, stability, abilities, proper care, resources, and safety), followed by a disabilities-reaching-torture-incapacitation[11] where a $1.4 trillion catastrophe was narrowly averted (Dist. Ct. DN 80) from "hitting" the nation by my unsuspecting daughter, which would have otherwise left the nation with some 412,000 additional casualties (Pet. Appx. 51-88, 355-357). I and Appellants currently face the verifiably most devastating set of obstruction of justice offenses upon witnesses, evidence, testimony, or process in U.S. history, and with the same yet-avoidable casualties remaining at increasingly irreversible risk.

relevant "Hamiltonian" (precedential) promise of law or right unviolated; implicating that "Jeffersonian" (nation-authenticating) remedies, given where the record stands, may be necessary just to restore the former.
[11] between the period of Dist. Ct. DN 75 and just prior to Dist. Ct. 89, 90

11ᵗʰ Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489

**Amended Declaration in Support of Motion and Urgent Casualty-Accumulating Implications of Petition**

16. **Persistence in Overwhelming Adversity and the Necessity of Acknowledging *Pro Se* Litigants.** I affirm that Appellants[12] have resolutely persisted in their struggle despite the overwhelming adversity caused by Dist. Ct. DN 30, which thus had to occur mostly silent from the court. The necessity for *Pro Se* litigants to be believed is paramount; their truths must be acknowledged, as they are herein *forced* by circumstances to be their own advocate, one of which was the abrupt loss to funds-of-right by protected acts, another of which was an attorney-barricade altogether, and the last of which was the loss of one's good credit to prevent the effective murder of nearly 15,000 Americans.

17. **Non-Classified Information and the Prudence of Open Disclosure.** I affirm that nothing volunteered herein is classified, top secret, or involves an operational state that would currently justify seal.

18. **The "Reindeer-9" Nullification of Congress and *Stare Decisis* respectively.** I affirm that I am, since September 6, 2021, up thru *currently*, and with full and complete certainty, the most vital witness to defending the integrity of and lives of those within the United States. This is due to obstructions of what I have had to *hold* in a state nearing "flag fall" of that which has always been originally *indomitable*. I and co-Appellants have been put in a *wholesomely* jeopardized (Pet. Appx. 41-42, Petition p. 23) state . We argued by repeated, unsuperseded, and often *published* precedents of this Circuit's caselaw. When we mentioned *Stare Decisis,* we are not citing some niche precedents granted "flexibility", but the two lines of "taking Plaintiffs as true" and "*Pro Se* deferences", that are perhaps more rigidly defended than anything in law.

19. **Compromise of Evidence and Judicial Disregard for *Prima Facie* Showings.** I affirm that substantial evidence relevant to the life-saving, anti-corruption, and justice-crucial aspects of our case has been

---

[12] where I speak of Appellants, I speak from that which has been directly and interactively eye-witnessed and that which is reliably known by my relation to them.

11th Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489
**Amended Declaration in Support of Motion and Urgent Casualty-Accumulating Implications of Petition**

compromised because of the district court not taking Plaintiffs' allegations as true and not providing *Pro Se* protectorate deferences against dismissal and disregarding repeated, delineated, and even, in one place (Pet. Appx. 365-369), fully descriptive, *Prima Facie* showings of allegations, as well as cited precedents of protectorate command (Pet. Appx. 375-382, 394-401). Such actions further caused, worsened, or sustained what lies in Pet. Appx. 31-52).

20. **Hindrance of Relief and the Escalation of a Silently Erupting National Emergency.** I declare that actions taken by the district court have significantly hindered our ability to effectively reach Congress's promise of "all relief necessary to make whole". More grave is that by doing so it has likewise hindered our ability to address urgent justice and anti-corruption concerns. This has exacerbated a critical juncture, contributing to obstructions from timely substantiating and declaring a national emergency with severe and immediate consequences for public welfare.

21. **Tragic Consequences of Continued Obstructions of Justice.** I affirm that due to obstructions to justice worsened by barriers to our sought-after relief, there are an estimated 5 deaths and 177 injuries per day, which would be otherwise *preventable* and that disproportionately affect the elderly population. As of November 1st, 3842 elderly victims are wrongfully dead because of these continued obstructions and hindrances. These were most worsened by Dist. Ct. DN 30 and now threaten about 408,000 injuries and 12,500 deaths over the next seven years, remaining subject also to the heightened risk that current obstructions could at any time make the entire remainder irreversible.

22. **Urgent Need for Immediate Judicial Action to Protect Lives and Legal Process.** I affirm that immediate judicial intervention via a stay (approved) or extension is not only a matter of preserving the legal process but critical to arrive upon the relief *guaranteed by law*, which remains *currently* the only feasible way to *so restore* my, my family's, and co-Appellants' lives so as to even save anyone else's. Dist. Ct. DN 30

11th Fed. Ct. of Appeals, Appeal Case 23-12350, Petition Case 23-13489
**Amended Declaration in Support of Motion and Urgent
Casualty-Accumulating Implications of Petition**

unfortunately removed us from all secure zones, creating further
disruptions in housing, interaction, and stability arrangements.

23. **Unyielding Assertion of Indomitability and Unassailably
Declared Witnessing.** I affirm under penalty of perjury that my
evidence, concrete and significant, originates from the core malfeasance
that precipitated the array of atrocities that followed within the United
States. This evidence fortifies my testimony, which is insusceptible to
discreditation, set against a history of DEA and healthcare fraud. Any
document errors are unintentional and non-material. I seek counsel that
can steadfastly represent these truths (though I am likely the only one
that would readily know what few can). As "America One," by that which
is a mere product of *math* upon what is obstructedly indomitable, my
evidentiary duty surpasses all, demanding conditions that do not hinder
immediate and fair resolutions amid last-line crises.

24. **District Court's Nullification of Congress's Objectives.** I
affirm that the District Court, despite I and co-Plaintiffs' allegations,
facts, precedents, exhibits, and offer-of-proof state which would
substantially invoke the relief and protections of law as passed by
Congress, and by contrast to such state as the district court *instead* left
Plaintiffs, not once (Dist. Ct. DN 30), but again (Dist. Ct. DN 75), and
repeatedly (Dist. Ct. DN 79, 81, and 94), despite *Pro Se* Plaintiffs' best
efforts, if not *feats* (Dist. Ct. DN 21, 80, 89, 90), to help the district court
see the obvious and correct its errors, the district court has thus
effectively made the statutes as to *False Claims Act* retaliation, federal
civil RICO laws, obstruction of justice offenses, controlled substance
offenses, Article III proximate injuries, Chapter 13 Civil Rights'
casualties by speech obstruction, the Constitution, and the *Stare Decisis*
of this Circuit and the "slammed" exceptions of the Supreme Court, as a
"whole" *self-defeating* to the *purpose* and *letter* of all of these.

I declare under penalty of perjury that all factual representations made
in the Emergency Appellants' Motion for Unopposed Stay of Appellate
Proceedings and Expedited Consideration of Petition for Writ of
Mandamus, and likewise the Petition for the Writ of Mandamus, and all of

9



Visit **UPS.com**

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

This envelope is for use with the following services

Do not use this envelope for:

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz will be billed by weight

**International Shipments**
- The UPS Express envelope may b value. Certain countries conside ups.com/importexport to verify

- To qualify for the letter rate, the UI UPS express envelopes weighing r

**Note:** UPS Express envelopes are noi electronic media containing sensitive i Do not send cash or cash equivalent

# Window Envelo

Use this envelope with ship
from a laser or inkjet printer
shipping documents under window from the top.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

P: REDBL2  S: 2MB
PHIL-1022 X  0493  1030
1Z5W2E01010439 2026
BYL1HKD  HIP 25.9.1
US 3032  ZD621R  FEB 18 09:01:114
BOX2_BOTTOH
i: 222

U S COURT OF APPEALS
96 POPLAR ST NW
ATLANTA QA 30303

C/O VINSU
THE UPS STORE #2685
STE 23  (904) 614-6557
950 BLANDING BLVD
ORANGE PARK FL 32065-5912

SHIP WILLIAM H PRYOR JR
TO: THE HONORABLE
U S COURT OF APPEALS
96 POPLAR ST NW
ATLANTA GA 30303-2120

GA 303 9-02

UPS NEXT DAY AIR
TRACKING #: 1Z 5W2 E01 01 0439 0493  1

BILLING: P/P

1Z5W
GOIHS4B4BH HIP
US 3039